UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -9 P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC. and LEDGEWOOD CONSTRUCTION COMPANY, INC., <br> Defendants. | C.A. NO. 04-CV-11413-EFH |

### NOTICE OF APPEARANCE

Kindly enter my Appearance on behalf of the Plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley in the above-captioned matter.

Respectfully submitted,

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
By their Attorney,

_[signature]_
Kathryn E. Hand, Esq. (BBO #567197)
ESDAILE, BARRETT & ESDAILE
75 Federal St.
Boston, MA 02110-1904
(617) 482-0333

DATED: July 8, 2004

CERTIFICATE OF SERVICE

I, Kathryn E. Hand, of Esdaile, Barrett & Esdaile, attorney for the plaintiff, hereby certify that I have this day served a copy of Notice of Appearance by first class mail, postage prepaid, as follows:

Kenneth E. Bassett, President
Kerry S. Adams, Treasurer
James A. Sukeforth, Clerk
Susaki Associates, Inc.
64 Pleasant Street
Watertown, MA  02472

Joseph P. Trainor, President
Irene Trainor, Clerk
Ledgewood Construction Company, Inc.
233 Victory Road
North Quincy, MA  02171

Richard M. Freeland, President
Northeastern University
110 Churchill Hall
Boston, MA  02115

United States Attorney Michael J. Sullivan
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA  02210

Attorney General John Ashcroft
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Kathryn E. Hand

Dated: July 8, 2004