UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

C.A. No. 04CV11413-EFH

2004 JUL 12 P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

|   |   |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Hatem, PC and Warren D. Hutchison, Esq. as attorneys for the defendant, SASAKI ASSOCIATES, INC., in connection with the above-entitled action.

Respectfully submitted,

SASAKI ASSOCIATES, INC.
By their attorney,

_____
David J. Hatem, PC, BBO #225700
Warren D. Hutchison, Esq., BBO #246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: July 7, 2004
00844624