AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY, and
YVONNE KELLEY

V.

UNITED STATES OF AMERICA, NORTHEASTERN
UNIVERSITY, SASAKI ASSOCIATES, INC. and
LEDGEWOOD CONSTRUCTION COMPANY, INC.,

**SUMMONS IN A CIVIL CASE**

RECEIVED

CASE NUMBER:

# 04 CV 1 1 4 1 3 EFH

TO: (Name and address of Defendant)
Joseph P. Trainor, President
Irene Trainor, Clerk
Ledgewood Construction Company, Inc.
233 Victory Road
North Quincy, MA 02171

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Mone
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____       7-22-04

CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

July 12, 2004

I hereby certify and return that on 7/7/2004 at 11:55 am I served a true and attested copy of the summons, complaint and civil action cover sheet, jury trial in this action in the following manner: To wit, by delivering in hand to Irene Trainor, , person in charge at the time of service for Ledgewood Construction Company, Inc., at , 233 Victory Road, North Quincy, MA 02171.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

*Deputy Sheriff*

**Deputy Sheriff Ronald Goguen**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.