# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY, and
YVONNE KELLEY

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, NORTHEASTERN
UNIVERSITY, SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.,

CASE NUMBER:



04cv11413 EFH

TO: (Name and address of Defendant)

Richard M. Freeland, President
Northeastern University
110 Churchill Hall
Boston, MA 02115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Mone
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

(By) DEPUTY CLERK

DATE   6-22-04

8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                                              July 13, 2004

I hereby certify and return that on 7/1/2004 at 4:30:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Karen Brown, Receptionist, General Counsel, for Richard M. Freeland, at Northeastern University, 110 Churchill Hall, Boston, MA 02115. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

**Deputy Sheriff   John Harrington**

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                  Signature of Server

                                  _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.