UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC. and LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>    Defendants | C.A. NO. 04CV-11413-EFH |

FILED
2004 JUL 28 P 12: 24
DISTRICT COURT
DISTRICT OF MASS

### PLAINTIFFS' AFFIDAVIT OF COMPLIANCE
### UNDER FED. R. CIV. P. 4(i) and LOCAL RULE 4.1

Purusant to Local Rule 4.1, I, Michael E. Mone, attorney for the Plaintiffs in the above matter, make oath and depose as follows:

1. That service of process on the Defendant, United States of America, was made in compliance with Fed. R. Civ. P. 4 (i).

2. On June 29, 2004, I gave notice to said Defendant by mailing, postage prepaid, certified mail, return receipt requested, a true copy of the Plaintiff's Complaint and Summons, addressed as follows:

    Attorney General John Ashcroft
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

3. Attached to this Affidavit is a copy of the Summons, a copy of the letter sent to said Defendant, and the signed return receipt dated July 6, 2004.

This statement is made under the pains and penalties of perjury this 22nd day of July, 2004.

    _[signature]_
    Michael E. Mone (BBO No. 351680)
    Kathryn E. Hand (BBO No. 567197)
    ESDAILE, BARRETT & ESDAILE
    75 Federal Street
    Boston, Massachusetts 02110
    (617) 482-0333

## UNITED STATES DISTRICT COURT

District of Massachusetts

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY, and
YVONNE KELLEY

V.

UNITED STATES OF AMERICA, NORTHEASTERN
UNIVERSITY, SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.,

2004 JUL 28 P 12:24

SUMMONS IN A CIVIL CASE

CASE NUMBER: **01cv11413EFH**

TO: (Name and address of Defendant)

Attorney General John Ashcroft
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Mone
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK TONY ANASTAS

(By) DEPUTY CLERK

DATE 6-29-04

## ESDAILE, BARRETT & ESDAILE

*Counselors at Law*
*Seventy-five Federal Street*
*Boston, Massachusetts 02110-1904*

CHARLES W. BARRETT, JR.
JAMES N. ESDAILE, JR.
NORMAN I. JACOBS
MICHAEL E. MONE
PATRICIA L. KELLY
SHAUN SPENCER FORSYTH
RHONDA TRAVER MALONEY
ROBERT J. RUTECKI
STEVEN J. RYAN
C. WILLIAM BARRETT
JON M. JACOBS
KATHRYN E. HAND
SARAH E. O'LEARY
MICHAEL E. MONE, JR.
JOSEPH P. McGINN
WENDIE E. MURSTEIN

(617) 482-0333
Fax (617) 426-2978

J. NEWTON ESDAILE
(1904-2001)

CHARLES J. MURRAY
OF COUNSEL

June 29, 2004

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Attorney General John Ashcroft
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    Re:    Frederick Babcock et al.
    Vs:    United States Government et al.
    No.    U.S.D.C., No. 04CV11413EFH

Dear Sir or Madam:

    Please be advised that I represent the Plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley, and Yvonne Kelley, who have brought suit against the United States of America in the United States District Court, District of Massachusetts.

    Enclosed please find a copy of the Summons and a copy of the Complaint filed in the above-captioned action.

    Service of this Summons and Complaint is being made upon you pursuant to Federal Rule of Civil Procedure 4(i)(1).

Sincerely yours,

Michael E. Mone

MEM/rg
Enclosures