# UNITED STATES DISTRICT COURT

District of Massachusetts

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY, and
YVONNE KELLEY

V.

UNITED STATES OF AMERICA, NORTHEASTERN
UNIVERSITY, SASAKI ASSOCIATES, INC., and
LEDGEWOOD CONSTRUCTION COMPANY, INC.,

2004 JUL 28 P 12: 24

SUMMONS IN A CIVIL CASE

DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**04 CV 11413 EFH**

TO: (Name and address of Defendant)

Kenneth E. Bassett, President or
Kerry S. Adams, Treasurer  or
James A. Sukeforth, Clerk
Sasaki Associates, Inc.
64 Pleasant Street
Watertown, MA 02472

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Mone
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

Pat Russo

(By) DEPUTY CLERK

DATE  6-22-04

10 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
         Date        Signature of Server

              _____
                 Address of Server

---

O40335/O

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**



Middlesex, ss.

July 23, 2004

I hereby certify and return that on 7/8/2004 at 2:15PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JAMES A. SUKEFORTH, agent, person in charge at the time of service for SASAKI ASSOCIATES INC.,", 64 PLEASANT Street, WATERTOWN, MA Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($4.48) Total Charges $41.68

*John F. Kennedy*
Deputy Sheriff

(1) A