# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04CV-11413-EFH

FREDERICK BABCOCK, JOSEPH )
CANNEY, THOMAS GREGORIO, JOHN )
KELLEY and YVONNE KELLEY )
           Plaintiffs, )
      )
v. )
      )
UNITED STATES OF AMERICA, )
NORTHEASTERN UNIVERSITY, )
SASAKI ASSOCIATES, INC., and )
LEDGEWOOD CONSTRUCTION )
COMPANY, INC. )
           Defendants. )

## STIPULATION REGARDING RESPONSE OF
## SASAKI ASSOCIATES, INC. TO THE COMPLAINT

The plaintiffs and Sasaki Associates, Inc., by their respective counsel, hereby agree and stipulate that the time by which Sasaki Associates, Inc. shall serve an answer or otherwise respond to the complaint shall be extended up to and including August 16, 2004.

Plaintiffs,
By their attorneys

Michael E. Mone, BBO #35160
Kathryn E. Hand, BBO #567197
Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110
(617) 482-0333

Date: August __4__, 2004
00851231//14352.270

Defendants,
SASAKI ASSOCIATES, INC.
By their attorneys,

David J. Hatem, PC, BBO #225700
Warren D. Hutchison, BBO #246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

CERTIFICATE OF SERVICE
This document was served on all counsel of record by first-class mail.