UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>Defendants. | C.A. No. 04CV-11413-EFH |

## STIPULATION REGARDING RESPONSE OF SASAKI ASSOCIATES, INC. TO THE COMPLAINT

The plaintiffs and Sasaki Associates, Inc., by their respective counsel, hereby agree and stipulate that the time by which Sasaki Associates, Inc. shall serve an answer or otherwise respond to the complaint shall be extended up to and including September 8, 2004.

Plaintiffs,
By their attorneys

_Kathryn E. Hand_ (MDW)
Michael E. Mone, BBO #35160
Kathryn E. Hand, BBO #567197
Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110
(617) 482-0333

Defendants,
SASAKI ASSOCIATES, INC.
By their attorneys,

_Michael D. Williams_
David J. Hatem, PC, BBO #225700
Warren D. Hutchison, BBO #246150
Michael D. Williams, BBO #654149
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: August 13, 2004
00854083//14352.270

CERTIFICATE OF SERVICE
This document was served on all counsel of record by first-class mail.

_Michael D. Williams_