UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., <br> Plaintiffs <br><br> V. <br><br> UNITED STATES OF AMERICA, ET AL, <br> Defendants | ) <br> ) <br> ) <br> ) CIVIL NO. 04CV11413-EFH <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Ledgewood Construction Co., Inc., in the above entitled case.

Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

### CERTIFICATE OF SERVICE

I, Jon S. Hartmere, attorney for the Defendants, Ledgewood Construction Co., Inc., in the above-entitled action, hereby certify that on the 8th day of September, 2004, I mailed a copy of the within Notice of Appearance, postage prepaid, to:

Michael E. Mone,
Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904