UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04CV-11413-EFH

FREDERICK BABCOCK, JOSEPH )
CANNEY, THOMAS GREGORIO, JOHN )
KELLEY and YVONNE KELLEY )
    Plaintiffs, )
v. )
)
UNITED STATES OF AMERICA, )
NORTHEASTERN UNIVERSITY, )
SASAKI ASSOCIATES, INC., and )
LEDGEWOOD CONSTRUCTION )
COMPANY, INC. )
    Defendants. )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiffs, by and through their attorneys, hereby stipulate pursuant to Federal R. Civ. P. 41(a)(1)(ii), that all claims, cross-claims, and counterclaims in this matter that were pending against the defendants, Sasaki Associates, Inc., are hereby dismissed without prejudice, without interest or costs, and with all rights of appeal being hereby waived.

Plaintiffs,
By their attorneys

Michael E. Mone, BBO #35160
Kathryn E. Hand, BBO #567197
Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110
(617) 482-0333

Date: 9/2/04

Defendants,
SASAKI ASSOCIATES, INC.
By their attorneys,

David J. Hatem, PC, BBO #225700
Warren D. Hutchison, BBO #246150
Michael D. Williams, BBO #654149
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

CERTIFICATE OF SERVICE
This document was served on all counsel of record by first-class mail.

00857456/14352.270