UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDRICK BABCOCK, et al.,     ) | |
|     ) | |
|   Plaintiffs,     ) | |
|     ) | |
| v.     ) | CA No.: 1:04-cv-11413-EFH |
|     ) | |
| United States, et al.,     ) | |
|     ) | |
|   Defendants.     ) | |
|     ) | |
|     ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant United States of America. Attorney Matthew Connelly will remain as lead counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Barbara Healy Smith
    BARBARA HEALY SMITH
    Assistant U.S. Attorney
    U.S. Attorney's Office
    One Courthouse Way, Suite 92
    Boston, MA  02210
    (617) 748-3263

---

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2004, I caused a copy of the foregoing to be served by first class mail, postage pre-paid, to counsel of record.
  /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney

Dated: September 17, 2004