UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERICK BABCOCK, et al** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 1:04-CV-11413 EFH |
| | ) |
| **UNITED STATES OF AMERICA, et al** | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT UNITED STATES OF AMERICA

The undersigned counsel hereby enters his appearance as lead counsel for the United States of America in the above captioned matter.

Dated: September 15, 2004

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

MICHAEL SULLIVAN
United States Attorney

MATTHEW A. CONNELLY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
(202) 616-4040
(202) 616-4159 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of this Notice of Appearance were sent via first class mail, postage pre-paid, this 15th day of September, 2004, addressed to the following counsel of record:

>Kathryn E. Hand, Esq.
>Michael E. Mone, Sr., Esq.
>Esdaile, Barrett & Esdaile
>75 Federal Street
>Boston, MA  02110
>
>David J. Hatem, Esq.
>Warren D. Hutchinson, Esq.
>Donovan & Hatem, LLP
>Two Seaport Lane, 8th Floor
>Boston, MA  02210
>
>Jon S. Hartmere, Esq.
>Law Office of Jaxqueline Allen
>262 Washington Street, Suite 601
>Boston, MA  02108

_____
MATTHEW A. CONNELLY