# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FREDERICK BABCOCK, et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No.  1:04-CV-11413 EFH** |
| | ) | |
| **UNITED STATES OF AMERICA, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ANSWER OF DEFENDANT
## UNITED STATES OF AMERICA

For its Answer, the United States of America responds to the allegations contained in Plaintiffs' Complaint in similarly numbered paragraphs as follows:

1-5.    The allegations contained  in paragraphs 1 through 5 are denied for lack of knowledge and information.

6.    To the extent that paragraph 6 alleges that the United States was responsible for supervising the activities of individuals not employed by the federal government, the allegations of paragraph 6 are denied.  The remaining allegations in paragraph 6 are admitted.

7.    To the extent that paragraph 7 alleges that the United States Navy was responsible for supervising the activities of individuals not employed by the federal government, the allegations of paragraph 7 are denied.  The remaining allegations in paragraph 7 are admitted.

8-10.   The allegations contained in paragraphs 8 through 10 are denied for lack of knowledge and information.

11. Paragraph 11 contains a conclusion of law to which no response is required. To the extent that paragraph 11 is deemed to contain allegations of material fact, such allegations are denied.

12. Paragraph 12 contains a conclusion of law to which no response is required. However, the United States notes that the Plaintiffs' conclusion is incorrect. This court has no jurisdiction over claims against the United States Navy. The only proper defendant in an action brought pursuant to 28 U.S.C. § 1346(b) is the United States. To the extent that paragraph 12 is deemed to contain allegations of material fact, such allegations are denied.

13-16. Paragraphs 13 through 16 contain conclusions of law to which no response is required. To the extent that paragraphs 13 through 16 are deemed to contain allegations of material fact, such allegations are denied for lack of knowledge and information.

17.    Admitted

18.    To the extent that paragraph 18 alleges that the United States or any of its employees were responsible for supervising the activities of individuals not employed by the federal government, the allegations of paragraph 18 are denied. The remaining allegations in paragraph 18 are admitted.

19.    Admitted.

20.    The allegations contained in paragraph 20 are denied for lack of knowledge and information.

21.    The United States admits only that one of the helicopters approached Parson's Field at approximately 5:10 p.m. on January 5, 2002 and that at some point the first base dugout slid off of its foundation on top of firefighters Babcock, Canney, Gregorio and Kelley. Any remaining allegation in paragraph 21 is denied for lack of knowledge and information.

22-30. The allegations contained in paragraphs 22 through 30 are denied for lack of knowledge and information.

31.    Admitted.

## COUNT I

The United States repeats its responses to paragraphs 1 through 31 of this Complaint and makes those responses paragraphs 1 through 31 of Count I as if each response were set forth in whole.

32.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Babcock is not entitled to a judgment against the United States.

3

## COUNT II

The United States repeats its responses to paragraphs 1 through 32 of Count I and makes those responses paragraphs 1 through 32 of Count II as if each response were set forth in whole.

33.     The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation. The United States Navy is not a proper defendant and cannot be sued in this action. Any claim alleging negligence on the part of the United States Navy, or its employees, must be brought against the United States.

WHEREFORE, Plaintiff Babcock is not entitled to a judgment against the United States Navy.

## COUNT III

The United States repeats its responses to paragraphs 1 through 33 of Count II and makes those responses paragraphs 1 through 33 of Count III as if each response were set forth in whole.

34.     Paragraph 34 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 34 are

4

directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT IV**

The United States repeats its responses to paragraphs 1 through 34 of Count III and makes those responses paragraphs 1 through 34 of Count IV as if each response were set forth in whole.

35.    Paragraph 35 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 35 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT V**

The United States repeats its responses to paragraphs 1 through 35 of Count IV and makes those responses paragraphs 1 through 35 of Count V as if each response were set forth in whole.

36.    Paragraph 36 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 36 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT VI

The United States repeats its responses to paragraphs 1 through 36 of Count V and makes those responses paragraphs 1 through 36 of Count VI as if each response were set forth in whole.

37.    Paragraph 37 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 37 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT VII

The United States repeats its responses to paragraphs 1 through 37 of Count VI and makes those responses paragraphs 1 through 37 of Count VII as if each response were set forth in whole.

38.    Paragraph 38 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 38 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT VIII

The United States repeats its responses to paragraphs 1 through 38 of Count VII and makes those responses paragraphs 1 through 38 of Count VIII as if each response were set forth in whole.

39.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Joseph Canney is not entitled to a judgment against the United States.

## COUNT IX

The United States repeats its responses to paragraphs 1 through 39 of Count VIII and makes those responses paragraphs 1 through 39 of Count IX as if each response were set forth in whole.

40.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation. The United States Navy is not a proper defendant and cannot be sued in this action. Any claim alleging negligence on the part of the United States Navy, or its employees, must be brought against the United States.

WHEREFORE, Plaintiff Joseph Canney is not entitled to a judgment against the United States Navy.

7

## COUNT X

The United States repeats its responses to paragraphs 1 through 40 of Count IX and makes those responses paragraphs 1 through 40 of Count X as if each response were set forth in whole.

41.     Paragraph 41 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 41 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XI

The United States repeats its responses to paragraphs 1 through 41 of Count X and makes those responses paragraphs 1 through 41 of Count XI as if each response were set forth in whole.

42.     Paragraph 42 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 42 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XII

The United States repeats its responses to paragraphs 1 through 42 of Count XI and makes those responses paragraphs 1 through 42 of Count XII as if each response were set forth in whole.

43.    Paragraph 43 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 43 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XIII

The United States repeats its responses to paragraphs 1 through 43 of Count XII and makes those responses paragraphs 1 through 43 of Count XIII as if each response were set forth in whole.

44.    Paragraph 44 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 44 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XIV

The United States repeats its responses to paragraphs 1 through 44 of Count XIII and makes those responses paragraphs 1 through 44 of Count XIV as if each response were set forth in whole.

45.    Paragraph 45 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 45 are directed against United States, those allegations are denied for lack of knowledge and information.

9

## COUNT XV

The United States repeats its responses to paragraphs 1 through 45 of Count XIV and makes those responses paragraphs 1 through 45 of Count XV as if each response were set forth in whole.

46.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Thomas Gregorio is not entitled to a judgment against the United States.

## COUNT XVI

The United States repeats its responses to paragraphs 1 through 46 of Count XV and makes those responses paragraphs 1 through 46 of Count XVI as if each response were set forth in whole.

47.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation. The United States Navy is not a proper defendant and cannot be sued in this action. Any claim alleging

10

negligence on the part of the United States Navy, or its employees, must be brought against the United States.

WHEREFORE, Plaintiff Thomas Gregorio is not entitled to a judgment against the United States Navy.

## COUNT XVII

The United States repeats its responses to paragraphs 1 through 47 of Count XVI and makes those responses paragraphs 1 through 47 of Count XVII as if each response were set forth in whole.

48.     Paragraph 48 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 48 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XVIII

The United States repeats its responses to paragraphs 1 through 48 of Count XVII and makes those responses paragraphs 1 through 48 of Count XVIII as if each response were set forth in whole.

49.     Paragraph 49 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 49 are directed against United States, those allegations are denied for lack of knowledge and information.

11

## COUNT XIX

The United States repeats its responses to paragraphs 1 through 49 of Count XVIII and makes those responses paragraphs 1 through 49 of Count XIX as if each response were set forth in whole.

50.     Paragraph 50 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 50 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XX

The United States repeats its responses to paragraphs 1 through 50 of Count XIX and makes those responses paragraphs 1 through 50 of Count XX as if each response were set forth in whole.

51.     Paragraph 51 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 51 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXI

The United States repeats its responses to paragraphs 1 through 51 of Count XX and makes those responses paragraphs 1 through 51 of Count XXI as if each response were set forth in whole.

52.    Paragraph 52 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 52 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXII

The United States repeats its responses  to paragraphs 1 through 52 of Count XXI and makes those responses paragraphs 1 through 52 of Count XXII as if each response were set forth in whole.

53.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees.  All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion.  Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff John Kelley is not entitled to a judgment against the United States.

## COUNT XXIII

The United States repeats its responses  to paragraphs 1 through 53 of Count XXII and makes those responses paragraphs 1 through 53 of Count XXIII as if each response were set forth in whole.

54.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees.  All preparations for the landing and all helicopter

13

operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation. The United States Navy is not a proper defendant and cannot be sued in this action. Any claim alleging negligence on the part of the United States Navy, or its employees, must be brought against the United States.

WHEREFORE, Plaintiff John Kelley is not entitled to a judgment against the United States Navy.

## COUNT XXIV

The United States repeats its responses to paragraphs 1 through 54 of Count XXIII and makes those responses paragraphs 1 through 54 of Count XXIV as if each response were set forth in whole.

55.    Paragraph 55 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 55 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXV

The United States repeats its responses to paragraphs 1 through 55 of Count XXIV and makes those responses paragraphs 1 through 55 of Count XXV as if each response were set forth in whole.

14

56.    Paragraph 56 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 56 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXVI

The United States repeats its responses to paragraphs 1 through 56 of Count XXV and makes those responses paragraphs 1 through 56 of Count XXVI as if each response were set forth in whole.

57.    Paragraph 57 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 57 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXVII

The United States repeats its responses to paragraphs 1 through 57 of Count XXVI and makes those responses paragraphs 1 through 57 of Count XXVII as if each response were set forth in whole.

58.    Paragraph 58 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 58 are directed against United States, those allegations are denied for lack of knowledge and information.

15

## COUNT XXVIII

The United States repeats its responses to paragraphs 1 through 58 of Count XXVII and makes those responses paragraphs 1 through 58 of Count XXVIII as if each response were set forth in whole.

59.    Paragraph 59 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 59 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXIX

The United States repeats its responses to paragraphs 1 through 59 of Count XXVIII and makes those responses paragraphs 1 through 59 of Count XXIX as if each response were set forth in whole.

60.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Yvonne Kelley is not entitled to a judgment against the United States.

16

## COUNT XXX

The United States repeats its responses to paragraphs 1 through 60 of Count XXIX and makes those responses paragraphs 1 through 60 of Count XXX as if each response were set forth in whole.

61.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation. The United States Navy is not a proper defendant and cannot be sued in this action. Any claim alleging negligence on the part of the United States Navy, or its employees, must be brought against the United States.

WHEREFORE, Plaintiff Yvonne Kelley is not entitled to a judgment against the United States Navy.

## COUNT XXXI

The United States repeats its responses to paragraphs 1 through 61 of Count XXX and makes those responses paragraphs 1 through 61 of Count XXXI as if each response were set forth in whole.

62.    Paragraph 62 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 62 are

17

directed against United States, those allegations are denied for lack of knowledge and
information.

## COUNT XXXII

The United States repeats its responses  to paragraphs 1 through  62  of Count
XXXI and makes those responses paragraphs 1 through 62 of Count XXXII as if each
response were set forth in whole.

63.    Paragraph 63 contains factual allegations which are directed at a defendant
other than the United States.  To the extent that the factual allegations in paragraph 63 are
directed against United States, those allegations are denied for lack of knowledge and
information.

## COUNT XXXIII

The United States repeats its responses  to paragraphs 1 through 63 of Count
XXXII and makes those responses paragraphs 1 through 63 of Count XXXIII as if each
response were set forth in whole.

64.    Paragraph 64 contains factual allegations which are directed at a defendant
other than the United States.  To the extent that the factual allegations in paragraph 64 are
directed against United States, those allegations are denied for lack of knowledge and
information.

## COUNT XXXIV

The United States repeats its responses to paragraphs 1 through 64 of Count XXXIII and makes those responses paragraphs 1 through 64 of Count XXXIV as if each response were set forth in whole.

65.    Paragraph 65 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 65 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXXV

The United States repeats its responses to paragraphs 1 through 65 of Count XXXIV and makes those responses paragraphs 1 through 65 of Count XXXV as if each response were set forth in whole.

66.    Paragraph 66 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 66 are directed against United States, those allegations are denied for lack of knowledge and information.

Plaintiffs are not entitled to trial by jury on any claims against the United States.

## AFFIRMATIVE DEFENSES

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted against the United States.

19

2.    The Court lacks jurisdiction under the Federal Tort Claims Act for claims brought against the United States Navy.

3.    The Plaintiffs' injuries were caused by the negligent conduct of parties other than the United States who failed to failed to secure the first base dugout properly to its foundation.

4.    The intentional, willful, wanton, reckless, careless, grossly negligent, and/or negligent conduct of others over whom the United States had no control was an intervening and superseding cause of the Plaintiffs' injuries.

5.    The Plaintiffs' injuries are the result, in whole or in part, or their own contributory negligence and such negligence bars and/or diminishes Plaintiffs' recovery against the United States.

6.    Any recovery by the Plaintiffs against the United States is limited to the sum certain claimed on each of their respective administrative claims.

WHEREFORE, the United States demands the dismissal of the Complaint against Defendant United States with costs, and such other relief as this Court may deem proper.

Dated: September *15*, 2004

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

20

MATTHEW A. CONNELLY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4040
(202) 616-4159 (fax)

Attorneys for the
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Answer of Defendant United States of America were sent via first class mail, postage pre-paid, this ___ day of September, 2004, addressed to the following counsel of record:

Kathryn E. Hand, Esq.
Michael E. Mone, Sr., Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110

David J. Hatem, Esq.
Warren D. Hutchinson, Esq.
Donovan & Hatem, LLP
Two Seaport Lane, 8th Floor
Boston, MA  02210

Jon S. Hartmere, Esq.
Law Office of Jaxqueline Allen
262 Washington Street, Suite 601
Boston, MA  02108

MATTHEW A. CONNELLY

21