UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY SASAKI ASSOCIATES, INC. and LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | C.A. No. 04-CV-11413-EFH |

## STIPULATION REGARDING RESPONSE OF NORTHEASTERN UNIVERSITY TO PLAINTIFFS' COMPLAINT

The plaintiffs and Northeastern University, by their respective counsel, hereby agree and stipulate that the time within which Northeastern University shall answer or otherwise plead with respect to plaintiffs' Complaint shall be extended to and including, Friday, September 24, 2004.

PLAINTIFFS,
By their attorney

_Kathryn E. Hand by M.T.M._
Michael E. Mone, BBO#351680
Kathryn E. Hand, BBO#567197
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904
617-482-0333

Dated: September 17, 2004

DEFENDANT, NORTHEASTERN UNIVERSITY
By its Attorney,

_Gerald F. Lucey_
Gerald F. Lucey, BBO#306860
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109
(617) 778-7500

## CERTIFICATE OF SERVICE

I, Gerald F. Lucey, do hereby certify that on this date I served the foregoing "STIPULATION REGARDING TO RESPONSE OF NORTHEASTERN UNIVERSITY TO PLAINTIFFS' COMPLAINT" upon all parties of record to this action by mailing same first-class, postage prepaid to each of the following:

Michael E. Mone, Esq.
Kathryn E. Hand, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

David J. Hatem, Esq.
Warren D. Hutchison, Esq.
Michael D. Williams, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Jon S. Hartmere, Esq.
Law Office of Jaxqueline Allen
262 Washington Street, Suite 601
Boston, MA 02108

DATED: September 17, 2004

_____
Gerald F. Lucey

2