UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL, )<br>Plaintiffs )<br> )<br>V. )<br> )<br>UNITED STATES OF AMERICA, ET AL, )<br>Defendants ) | CIVIL NO. 04CV11413-EFH |

**DEFENDANT, LEDGEWOOD CONSTRUCTION CO., INC.'S,
CERTIFICATION PURSUANT TO LOCAL RULE 16.4**

I, Joseph Trainor, President of Ledgewood Construction Co., Inc., have discussed the costs associated with litigating and conducting a trial in this case initiated by the plaintiffs. Also, we have discussed options to trial including mediation and arbitration. I am open to alternative means of resolution for this action if the plaintiffs consent to an alternative disposition.

Date: Sept. 27, 2004

_____
Joseph Trainor, President
Ledgewood Construction Co., Inc.

By its attorney,

_____
Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

Certificate of Service

I, Jon Hartmere, hereby certify that on the 28th day of September, 2004 I mailed a copy of the with document to all parties.