UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 04CV11413-EFH |
| UNITED STATES OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK FO THE ABOVE-REFERENCED COURT:

Please enter my appearance of behalf of the defendant Ledgewood Construction Co., Inc.

Terrance J. Hamilton /s/
Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED: 9-30-04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail (by hand) on 7/30/04

(Signature)