UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, JOSEPH CANNEY, )
THOMAS GREGORIO, JOHN KELLEY and )
YVONNE KELLEY, )
    Plaintiffs, )
)
v. )
) CIVIL ACTION
) NO. 4CV11413EFH
UNITED STATES OF AMERICA, )
NORTHEASTERN UNIVERSITY, )
and LEDGEWOOD CONSTRUCTION )
    COMPANY, INC., )
    Defendants. )
)

## PLAINTIFFS' DISCLOSURE OF MEDICAL INFORMATION PURSUANT TO L.R. 35.1

**(A)(1) Itemization of Medical Expenses**

### Frederick Babcock

<u>VNA Care Network</u>
2/2/02-3/5/02        $         646.76

<u>ProSports Therapy</u>
3/11/02-9/4/03       $      18,685.00

<u>Clark House</u>
1/17/02-1/31/02      $       5,972.55

<u>Brigham and Women's Hospital</u>
| Date | Amount |
|---|---|
| 9/23/03 | $ 304.00 |
| 9/24/03 | $ 8,222.82 |
| 9/19/03 | $ 119.00 |
| 4/24/03 | $ 130.00 |
| 9/19/02 | $ 194.00 |
| 1/13/03 | $ 130.00 |
| 12/20/02 | $ 4,785.25 |
| 12/13/02 | $ 297.00 |
| 6/27/02 | $ 97.00 |
| 3/7/02 | $ 119.00 |
| 1/5/02 – 1/17/02 | $ 27,959.72 |

1

Mark S. Vrahas, M.D.

| Date | Amount |
|---|---|
| 4/25/02 | $95.00 |
| 3/7/02 | $130.00 |
| 6/27/02 | $130.00 |
| 9/19/02 | $95.00 |
| 1/13/02 | $130.00 |
| 4/24/02 | $130.00 |

Brigham and Women's Physician's Assoc. (Radiology)

| Date | Amount |
|---|---|
| 1/5/02 | $37.00 |
| 1/5/02 | $27.00 |
| 1/5/02 | $183.00 |
| 1/5/02 | $180.00 |
| 1/5/02 | $322.00 |
| 1/8/02 | $30.00 |
| 1/11/02 | $37.00 |
| 3/7/02 | $37.00 |
| 6/27/02 | $27.00 |

AMR of Massachusetts

| Date | Amount |
|---|---|
| 1/17/02 | $545.50 |

Healthwise (Medical Equipment)

| Date | Amount |
|---|---|
| 1/28/02 | $132.22 |

Mr. Babcock anticipates that he will have, and seek to recover for, future, as-yet undetermined medical expenses.

**Joseph Canney**

Brigham and Women's Hospital

| Date | Amount |
|---|---|
| 1/5/02-1/6/02 | $2,564.48 |
| 1/5/02 | $370.00 |
| 1/5/02 | $2,569.00 |
| 1/5/02 | $416.00 |
| 1/9/02 | $475.00 |
| 12/18/02 | $890.19 |
| 12/6/02 | $2,944.00 |
| 11/20/02 | $885.90 |
| 11/5/02 | $247.00 |
| 11/1/02 | $104.00 |
| 2/12/02 | $205.00 |
| 1/9/02 | $241.15 |

2

<u>Lyle Micheli, M.D.</u>
| | | |
|---|---|---|
| 2/25/02 | $ | 150.00 |
| 1/30/02 | $ | 276.00 |
| 12/12/02 | $ | 150.00 |
| 9/19/02 | $ | 150.00 |
| 7/11/02 | $ | 150.00 |

<u>Sports & Physical Therapy Assocs.</u>
| | | |
|---|---|---|
| 5/1/02 | $ | 100.00 |
| 4/26/02 | $ | 100.00 |
| 6/24/02 | $ | 100.00 |
| 6/26/02 | $ | 100.00 |
| 6/27/02 | $ | 100.00 |
| 5/8/02 | $ | 100.00 |
| 5/9/02 | $ | 100.00 |
| 5/15/02 | $ | 100.00 |
| 5/17/02 | $ | 100.00 |
| 5/20/02 | $ | 100.00 |
| 5/22/02 | $ | 100.00 |
| 5/29/02 | $ | 100.00 |
| 5/31/02 | $ | 100.00 |
| 6/3/02 | $ | 100.00 |
| 6/5/02 | $ | 100.00 |
| 6/7/02 | $ | 100.00 |
| 6/12/02 | $ | 100.00 |
| 6/10/02 | $ | 100.00 |
| 6/14/02 | $ | 100.00 |
| 6/17/02 | $ | 100.00 |

<u>Empi</u> (Medical Equipment)
| | | |
|---|---|---|
| 5/31/02 | $ | 175.88 |

Mr. Canney anticipates that he will have, and seek to recover for, future, as-yet undetermined medical expenses.

### Thomas Gregorio

<u>Beth Israel Hospital</u>
| | | |
|---|---|---|
| 1/5/02 | $ | 2,459.92 |

<u>New England Baptist Hospital</u>
| | | |
|---|---|---|
| 3/18/02 | $ | 89.00 |
| 3/4/02 | $ | 169.00 |
| 3/1/02 | $ | 172.00 |

3

| Date | Amount |
|---|---|
| 3/4/02 | $ 172.00 |
| 3/7/02 | $ 172.00 |
| 3/11/02 | $ 172.00 |
| 3/13/02 | $ 215.00 |
| 3/19/02 | $ 172.00 |
| 3/22/02 | $ 172.00 |
| 3/29/02 | $ 129.00 |
| 1/16/02 | $ 125.00 |

NEB Radiology
| Date | Amount |
|---|---|
| 1/16/02 | $ 29.00 |
| 2/1/02 | $ 36.00 |
| 2/1/02 | $ 26.00 |
| 2/1/02 | $ 45.00 |

Newton-Wellesley Hospital
| Date | Amount |
|---|---|
| 1/11/02 | $ 1,199.00 |

David Dodson, M.D.
| Date | Amount |
|---|---|
| 1/8/02 | $ 120.00 |
| 2/22/02 | $ 60.00 |

Mr. Gregorio anticipates that he will have, and seek to recover for, future, as-yet undetermined medical expenses.

**John Kelley**

Massachusetts General Hospital
| Date | Amount |
|---|---|
| 1/7/02 | $ 4,686.00 |
| 2/4/02 | $ 2,122.00 |

Mass Bay Regional MRI Center (Shields Healthcare)
| Date | Amount |
|---|---|
| 1/8/02 | $ 1,650.00 |

New England Baptist Hospital
| Date | Amount |
|---|---|
| 1/12/02-1/14/02 | $ 6,792.43 |

Beth Israel Hospital
| Date | Amount |
|---|---|
| 1/5/02 | $ 1,220.00 |

Sports & Physical Therapy Assocs.
| Date | Amount |
|---|---|
| 2/22/02 – 10/29/02 | $ 2,725.00 |

4


Lyle Micheli, M.D.

| Date | Amount |
|---|---|
| 1/7/02 | $ 362.00 |
| 1/7/02 | $ 244.00 |
| 1/8/02 | $ 150.00 |
| 1/12/02 | $ 2,145.00 |
| 3/12/02 | $ 150.00 |
| 4/9/02 | $ 150.00 |
| 10/1/02 | $ 150.00 |
| 3/13/03 | $ 150.00 |
| 7/1/03 | $ 150.00 |

Medi Rents, Inc.

| Date | Amount |
|---|---|
| 1/12/02 | $ 96.00 |
| 1/18/02 | $ 175.00 |

Fallon Service, Inc.

| Date | Amount |
|---|---|
| 1/22/02 | $ 664.00 |
| 2/21/02 | $ 213.90 |

Joseph S. Barr, M.D.

| Date | Amount |
|---|---|
| 3/8/02 | $ 50.00 |
| 2/19/02 | $ 50.00 |
| 4/19/02 | $ 140.00 |

CED Brookline

| Date | Amount |
|---|---|
| 2/25/02 | $ 463.90 |

Mr. Kelley anticipates that he will have, and seek to recover for, future, as-yet undetermined medical expenses.

**Yvonne Kelley**

Mrs. Kelley incurred no medical expenses before the date of filing of her complaint for her own treatment related to the incident at issue in this litigation.

**(A)(1)(a)    Location for Inspection and Copying of Plaintiffs' Medical Records**

Any defendant or its counsel may, on reasonable notice and during regular business hours, inspect and copy, at the defendant's expense, the plaintiffs' non-

5

privileged medical records pertaining to the diagnosis, care, or treatment of injuries for which recovery is sought, at the offices of the plaintiffs' attorneys, Esdaile Barrett & Esdaile, 75 Federal Street, Boston, Massachusetts.

In addition, Mr. Babcock has received treatment from the following providers, for which or for whom releases are attached:

Mark S. Vrahas, MD
333 Longwood Avenue
Boston, MA 02115

AMR of Massachusetts
520 Main Street
Suite 2422
Akron, OH 44311

ProSports Therapy, Inc.
40 Winter Street
Waltham, MA 02451

Mr. Kelley has received treatment from the following providers, for which or for whom release are attached:

Fallon Services, Inc.
95 Eliot Street
Milton, MA 02187

Richard Pingree, M.D.
Internal Medicine Associates
Parkman Street
Suite 625
Boston, MA 02114

Joseph S. Barr, Jr., M.D.
Faulkner Hospital
1153 Center Street
Suite 54
Jamaica Plain, MA 02130

Anti-Coagulation Unit
Massachusetts General Hospital
Clinic 1, Suite 144
55 Fruit Street
Boston, MA  02114

John R. Levinson, M.D.
Massachusetts General Hospital
15 Parkman Street/WACC 574
Boston, MA  02114

Laurence Sloss, M.D.
Children's Hospital
300 Longwood Avenue
Boston, MA  02115

David E. Thaler, M.D.
New England Medical Center
Adult Neurology Department
750 Washington Street
Boston, MA  02111

Zareh Demirjian, M.D.
Massachusetts General Hospital
Internal Medicine Associates
15 Parkman Street/Wang Building
Boston, MA  02114

James Eudleson, M.D.
New England Medical Center
750 Washington Street
Boston, MA  02111

Lyle Micheli, M.D.
Children's Hospital
319 Longwood Avenue
Boston, MA  02115

**(B)   Assertion of Privilege as to Plaintiffs' Medical Records**

Plaintiff John Kelley asserts privilege under Mass. Gen. L. c. 233, §§ 20A; c. 233, § 20B; c. 112, § 135A; and/or 42 U.S.C. § 290dd-2 as to the following records of incident-related mental health counseling:

7

<u>New England Baptist Hospital/Kenneth Larson, D. Min., Ph.D.</u>
Outpatient Record, 1/14/02 to present

                              Respectfully submitted,
                              The Plaintiffs,
                              By their attorneys,

                              /s/ Kathryn O. Hand
                              Michael E. Mone
                              BBO No. 351680
                              Kathryn E. Hand
                              BBO No. 567197
                              Esdaile, Barrett & Esdaile
                              75 Federal Street
                              Boston, MA  02110-1904
                              (617) 482-0333
                              Fax:  (617) 426-2978

DATED: 10/1/04

## CERTIFICATE OF SERVICE

      I, Kathryn E. Hand, certify that I have served a copy of the Plaintiffs' Disclosure of Medical Information Pursuant to L.R. 35.1 by first-class mail to counsel for the defendants as follows:

| | |
|---|---|
| Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, PC<br>45 Milk Street<br>Boston, MA 02109 | Matthew A. Connelly, Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Dep't of Justice<br>P.O. Box 14271<br>Washington, DC 20044-4271 |
| Barbara Healey Smith<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210 | Jon S. Hartmere, Esq.<br>Law Office of Jacqueline L. Allen<br>262 Washington Street<br>Boston, MA 02108 |

DATED: 10/1/04                                                      /s/ Kathryn O. Hand
                                                                          KATHRYN E. HAND