UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., <br> Plaintiffs <br><br> V. <br><br> UNITED STATES OF AMERICA, ET AL, <br> Defendants | ) <br> ) <br> ) <br> ) CIVIL NO. 04CV11413-EFH <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as attorney for the Defendant, Ledgewood Construction Co., Inc., in the above-entitled case.

As grounds therefore, the Defendant states that successor counsel has entered his appearance, a copy of which is attached hereto.

Ledgewood Construction Co., Inc.,
By its attorney,

Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail (by hand) on 9/30/04

(Signature)