UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, ET AL.,       )
                                 )
    Plaintiffs,                  )
                                 )   CIVIL ACTION NO.
vs.                              )   04CV11413-EFH
                                 )
UNITED STATES OF AMERICA, ET AL.,)
                                 )
    Defendants.                  )

## LOCAL RULE 7.3 CORPORATE DISCLOSURE

Defendant Ledgewood Construction Company, Inc., is a privately held Massachusetts corporation. As of October 15, 2004, no publicly traded companies had any ownership interest in Ledgewood Construction Company, Inc.

LEDGEWOOD CONSTRUCTION COMPANY, INC.
By its attorneys,

Terrance J. Hamilton, BBO #218980
Christopher Maffucci, BBO #645972
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Dated: October 15, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party by first-class mail on this 15 day of October, 2004.

Christopher Maffucci

3400.299/334695.1