UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, and LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>    Defendants | C.A. NO. 04-CV-11413-EFH |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PARTY DEFENDANT

Plaintiffs Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley ("Plaintiffs") hereby move to amend their Complaint in order to add as a party defendant Split Boulder Construction, Inc. ("Split Boulder"). A copy of their proposed Amended Complaint is attached at Tab 1.

1. Plaintiffs' claims arise out of an incident that occurred on January 5, 2002 at Northeastern University's Parsons Field in Brookline, Massachusetts.

2. On that date, several Presidential helicopters were scheduled to perform a rehearsal landing at Parsons Field. Coordinated by members of HMX-1, the rehearsal had been planned in preparation for President George W. Bush's January 8, 2002 arrival in the area.

3. As part of this landing drill, members of the Brookline Fire Department, including plaintiffs Babcock, Canney, Gregorio and John Kelley were present at the field; plaintiffs Babcock, Canney, Gregorio and John Kelley were stationed on foot near a dugout building on the field.

4. At approximately 5:10 p.m., one of the Marine helicopters participating in the drill approached the ground on the field. As the helicopter neared the ground, its rotor wash blew the dugout from its supports; this debris fell on and seriously injured Babcock, Canney, Gregorio and John Kelley.[1]

5. Prior to the date of this incident, defendant Northeastern University had contracted with the remaining defendants to make changes to aspects of Parsons Field and to certain of its outbuildings, including agreements with certain defendants to make changes to the dugout that was ultimately involved in injuring plaintiffs Babcock, Canney, Gregorio and John Kelley.

6. Based on investigation into Plaintiffs' accident by the Town of Brookline, it appears that the dugout involved in injuring plaintiffs Babcock, Canney, Gregorio and John Kelley was improperly built or improperly secured to its foundation, and that these defects contributed to the occurrence of Plaintiffs' harm.

7. Since the filing of their original complaint, Plaintiffs have become aware that in 2001, Split Boulder Construction, Inc. had subcontracted to relocate a dugout on Parsons Field, and that its subcontract agreement included Split Boulder's agreement to "supervise lifting of dugout and placing of dugout in new location" and to "[I]nstall new anchor bolts and existing wood paneling." A copy of Split Boulder's proposal, dated May 30, 2001 and accepted by defendant Ledgewood Construction Company,

---

[1] The fifth plaintiff, Yvonne Kelley, is a consortium plaintiff, having at all relevant times been married to plaintiff John Kelley.

        Inc. on June 5, 2001, is attached at Tab 2.  Plaintiffs seek to add Split Boulder as a party defendant based on Split Boulder's involvement in moving, replacing and refastening the dugout as described in the May 30, 2001 proposal.

8.    As Plaintiffs' Complaint has only recently been served on the current defendants, and no party has yet filed an answer to that Complaint, the addition of Split Boulder as a defendant at this time would prejudice neither the existing defendants nor Split Boulder, and would not result in a delay in the progress of the litigation.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to allow them to add Split Boulder Construction, Inc. as a party defendant to this action.

                                      FREDERICK BABCOCK,
                                      JOSEPH CANNEY,
                                      THOMAS GREGORIO,
                                      JOHN KELLEY and YVONNE KELLEY,
                                      By their Attorneys,

                                      /s/ Michael E. Mone
                                      Michael E. Mone (BBO #351680)
                                      Kathryn E. Hand (BBO # 5967197)
                                      ESDAILE, BARRETT & ESDAILE
                                      75 Federal St.
                                      Boston, MA 02110-1904
                                      (617) 482-0333

DATED:  October 27, 2004

<u>CERTIFICATE OF SERVICE</u>

   I, Kathryn E. Hand, certify that I have served a copy of the attached document by first-class mail on counsel for the defendants as follows:

| | |
|---|---|
| Gerald F. Lucey, Esq. | Matthew A. Connelly, Trial Attorney |
| Nelson, Kinder, Mosseau & Saturley, PC | Torts Branch, Civil Division |
| 45 Milk Street | U.S. Dep't of Justice |
| Boston, MA 02109 | P.O. Box 14271 |
| glucey@nkms.com | Washington, DC 20044-4271 |
| | matthew.connelly@usdoj.gov |
| | |
| Barbara Healey Smith | Terrance J. Hamilton, Esq. |
| Assistant U.S. Attorney | Christopher Maffucci, Esq. |
| One Courthouse Way | Casner & Edwards, LLP |
| Boston, MA 02210 | 303 Congress Street |
| barbara.h.smith@usdoj.gov | Boston, MA 02210 |
| | tjhamilton@casneredwards.com |
| | maffucci@casneredwards.com |

And on Split Boulder Construction, Inc. by first-class mail, postage prepaid, on:

| | |
|---|---|
| P. Scott Donahue, President | Mr. Marc DeLuca |
| Split Boulder Construction, Inc. | Hanover Insurance Company |
| 5 Split Boulder Road | 35 Braintree Hill Office Park, Suite 301 |
| Rockland, MA 02370 | Braintree, MA 02184 |

                 /s/ Kathryn E. Hand
                 Kathryn E. Hand

DATED:  October 27, 2004