UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, ) <br> THOMAS GREGORIO, JOHN KELLEY and ) <br> YVONNE KELLEY, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> NORTHEASTERN UNIVERSITY, ) <br> SASAKI ASSOCIATES, INC. and LEDGEWOOD ) <br> CONSTRUCTION COMPANY, INC., ) <br>     Defendants ) | C.A. NO. 04CV-11413-EFH |

CERTIFICATE OF COMPLIANCE WITH L.R. 15.1

I certify that on October 13, 2004, in compliance with L.R. 15.1, the plaintiffs served on Split Boulder Construction, Inc. a copy of the Plaintiffs' Motion to Amend Complaint to Add Party Defendant. The plaintiffs served the copy of their motion on Split Boulder Construction, Inc. by mailing it to:

> P. Scott Donahue, President
> Split Boulder Construction, Inc.
> 5 Split Boulder Road
> Rockland, MA  02370

A copy of the package served on Split Boulder Construction, Inc. is attached. In their cover letter, the plaintiffs informed Split Boulder Construction, Inc. of their intention to file their motion on October 27, 2004.

FREDERICK BABCOCK,  
JOSEPH CANNEY,  
THOMAS GREGORIO,  
JOHN KELLEY and YVONNE KELLEY,  
By their Attorneys,

___/s/ Michael E. Mone_____  
Michael E. Mone (BBO #351680)  
ESDAILE, BARRETT & ESDAILE  
75 Federal St.  
Boston, MA 02110-1904  
(617) 482-0333

DATED: October 27, 2004

## CERTIFICATE OF SERVICE

I, Kathryn E. Hand, certify that I have served a copy of the attached document by electronic mail and first-class mail on counsel for the defendants as follows:

| | |
|---|---|
| Gerald F. Lucey, Esq. | Matthew A. Connelly, Trial Attorney |
| Nelson, Kinder, Mosseau & Saturley, PC | Torts Branch, Civil Division |
| 45 Milk Street | U.S. Dep't of Justice |
| Boston, MA 02109 | P.O. Box 14271 |
| glucey@nkms.com | Washington, DC 20044-4271 |
| | matthew.connelly@usdoj.gov |
| | |
| Barbara Healey Smith | Terrance J. Hamilton, Esq. |
| Assistant U.S. Attorney | Christopher Maffucci, Esq. |
| One Courthouse Way | Casner & Edwards, LLP |
| Boston, MA 02210 | 303 Congress Street |
| barbara.h.smith@usdoj.gov | Boston, MA 02210 |
| | tjhamilton@casneredwards.com |
| | maffucci@casneredwards.com |

And on Split Boulder Construction, Inc. by first-class mail, postage prepaid, on:

| | |
|---|---|
| P. Scott Donahue, President | Mr. Marc DeLuca |
| Split Boulder Construction, Inc. | Hanover Insurance Company |
| 5 Split Boulder Road | 35 Braintree Hill Office Park, Suite 301 |
| Rockland, MA 02370 | Braintree, MA 02184 |

___/s/ Kathryn E. Hand_____  
Kathryn E. Hand

DATED: October 27, 2004