

# DEPARTMENT OF THE NAVY
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/  0 8 7
MAR 2 4 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Dear Mr. Mone:

SUBJ:  FEDERAL TORT CLAIMS ARISING ON JANUARY 5, 2002 AT NORTHEASTRN
UNIVERSITY, 02-FTA-558

This responds to the claim of your client, Frederick Babcock, in the amount of four
million dollars ($4,000,000) for personal injuries sustained at the athletic field complex at
Northeastern University on January 5, 2002. Mr. Babcock was injured when a dugout,
owned and maintained by Northeastern University, overturned and trapped him
underneath.

It is our understanding your client filed claims against other Federal agencies,
including the Department of the Army, the Department of the Air Force, and the United
States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal
agency is involved in the events giving rise to the claim, they will designate a single
agency to investigate and decide the merits of the claim. The United States Navy was
designated as that agency and, as such, is responsible for the final administrative
determination of the claim.

A thorough examination of the facts available indicates the United States is not liable
under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek
compensation from the United States when damage is caused by negligent or wrongful
acts or omissions of government employees acting within the scope of their employment.
Our investigation and analysis of this claim finds that there is no negligence on the part
of any government employee. Accordingly, your client's claim is denied.

If your client does not agree with this decision, be advised that he has six months from
the date of mailing of this letter to file suit in the appropriate Federal District Court. My

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any questions, he may be reached at (757) 444-5341.

Sincerely,

MICHAEL E. MCGREGOR
Captain, United States Navy
Judge Advocate General's Corps
Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223

2



# DEPARTMENT OF THE NAVY
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/ 091
MAR 24 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Dear Mr. Mone:

SUBJ:  FEDERAL TORT CLAIMS ARISING ON JANUARY 5, 2002 AT NORTHEASTRN
UNIVERSITY, 02-FTA-558

This responds to the claim of your client, Joseph Canney, in the amount of two million dollars ($ 2,000,000) for personal injuries sustained at the athletic field complex at Northeastern University on January 5, 2002. Mr. Canney was injured when a dugout, owned and maintained by Northeastern University, overturned and trapped him underneath.

It is our understanding your client filed claims against other Federal agencies, including the Department of the Army, the Department of the Air Force, and the United States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal agency is involved in the events giving rise to the claim, they will designate a single agency to investigate and decide the merits of the claim. The United States Navy was designated as that agency and, as such, is responsible for the final administrative determination of the claim.

A thorough examination of the facts available indicates the United States is not liable under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek compensation from the United States when damage is caused by negligent or wrongful acts or omissions of government employees acting within the scope of their employment. Our investigation and analysis of this claim finds that there is no negligence on the part of any government employee. Accordingly, your client's claim is denied.

If your client does not agree with this decision, be advised that he has six months from the date of mailing of this letter to file suit in the appropriate Federal District Court. My

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any
questions, he may be reached at (757) 444–5341.

Sincerely,

MICHAEL E. MCGREGOR
Captain, United States Navy
Judge Advocate General's Corps
Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223

2



# DEPARTMENT OF THE NAVY
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/ **092**
MAR 2 4 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Dear Mr. Mone:

SUBJ:  FEDERAL TORT CLAIMS ARISING ON JANUARY 5, 2002 AT NORTHEASTRN
UNIVERSITY, 02-FTA-558

This responds to the claim of your client, Thomas Gregorio, in the amount of two million dollars ($ 2,000,000) for personal injuries sustained at the athletic field complex at Northeastern University on January 5, 2002. Mr. Gregorio was injured when a dugout, owned and maintained by Northeastern University, overturned and trapped him underneath.

It is our understanding your client filed claims against other Federal agencies, including the Department of the Army, the Department of the Air Force, and the United States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal agency is involved in the events giving rise to the claim, they will designate a single agency to investigate and decide the merits of the claim. The United States Navy was designated as that agency and, as such, is responsible for the final administrative determination of the claim.

A thorough examination of the facts available indicates the United States is not liable under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek compensation from the United States when damage is caused by negligent or wrongful acts or omissions of government employees acting within the scope of their employment. Our investigation and analysis of this claim finds that there is no negligence on the part of any government employee. Accordingly, your client's claim is denied.

If your client does not agree with this decision, be advised that he has six months from the date of mailing of this letter to file suit in the appropriate Federal District Court. My

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any questions, he may be reached at (757) 444-5341.

Sincerely,

MICHAEL E. MCGREGOR
Captain, United States Navy
Judge Advocate General's Corps
Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223

2



# DEPARTMENT OF THE NAVY
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/=090

MAR 2 4 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Dear Mr. Mone:

SUBJ:  FEDERAL TORT CLAIMS ARISING ON JANUARY 5, 2002 AT NORTHEASTRN UNIVERSITY, 02-FTA-558

This responds to the claim of your clients, John Kelley and Yvonne Kelley, stated in the amounts of four million dollars ($4,000,000) and one million dollars ($1,000,000), respectively. Mr. Kelley is seeking damages for personal injuries sustained at the athletic field complex at Northeastern University on January 5, 2002. Mr. Kelley was injured when a dugout, owned and maintained by Northeastern University, overturned and trapped him underneath. Ms. Kelley is seeking damages for loss of consortium.

It is our understanding your clients filed claims against other Federal agencies, including the Department of the Army, the Department of the Air Force, and the United States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal agency is involved in the events giving rise to the claim, they will designate a single agency to investigate and decide the merits of the claim. The United States Navy was designated as that agency and, as such, is responsible for the final administrative determination of the claim.

A thorough examination of the facts available indicates the United States is not liable under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek compensation from the United States when damage is caused by negligent or wrongful acts or omissions of government employees acting within the scope of their employment. Our investigation and analysis of this claim finds that there is no negligence on the part of any government employee. Accordingly, your clients' claim is denied.

If your clients do not agree with this decision, be advised that they have six months from the date of mailing of this letter to file suit in the appropriate Federal District Court. My

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any questions, he may be reached at (757) 444-5341.

Sincerely,

MICHAEL E. MCGREGOR
Captain, United States Navy
Judge Advocate General's Corps
Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223

2