UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>04CV11413-EFH |

### DEFENDANT LEDGEWOOD CONSTRUCTION COMPANY, INC.'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT AND CROSSCLAIMS AGAINST THE UNITED STATES AND THE DEPARTMENT OF THE NAVY

Defendant Ledgewood Construction Company, Inc. ( "Ledgewood") answers Plaintiffs' Amended Complaint by stating as follows:

1. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph one and therefore denies them.

2. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph two and therefore denies them.

3. Ledgewood is without insufficient information to form a belief as to the truth of the allegations in paragraph three and therefore denies them.

4. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph four and therefore denies them.

5. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph five and therefore denies them.

6. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph six and therefore denies them.

7. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seven and therefore denies them.

8. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eight and therefore denies them.

9. Ledgewood admits the allegations in paragraph nine.

10. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph ten and therefore denies them.

11. Ledgewood denies the allegations in paragraph eleven as a conclusion of law.

12. Ledgewood denies the allegations in paragraph twelve as a conclusion of law.

13. Ledgewood denies the allegations in paragraph thirteen as a conclusion of law.

14. Ledgewood denies the allegations in paragraph fourteen as a conclusion of law.

15. Ledgewood denies the allegations in paragraph fifteen as a conclusion of law.

16. Ledgewood denies the allegations in paragraph sixteen.

17. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seventeen and therefore denies them.

18. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eighteen and therefore denies them.

19. Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph nineteen and therefore denies them.

20. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty and therefore denies them.

21. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-one and therefore denies them.

22. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-two and therefore denies them.

23. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-three and therefore denies them.

24. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-four and therefore denies them.

25. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-five and therefore denies them.

26. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-six and therefore denies them.

27. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-seven and therefore denies them.

28. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-eight and therefore denies them.

29. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-nine and therefore denies them.

30. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty and therefore denies them.

## COUNT I:
## Negligence Against the United States-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

31.   The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT II:
## Negligence Against the Navy-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

32.   The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT III:
## Negligence of Northeastern University-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length

33.   The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT IV:
## Negligence of Ledgewood Construction Company, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

34.   Ledgewood denies the allegations in paragraph thirty-four.

### COUNT V:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

35. Ledgewood denies the allegations in paragraph thirty-five.

### COUNT VI:
### Negligence of Split Boulder Construction, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

36. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT VII:
### Breaches of Warranty by Split Boulder Construction, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

37. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT VIII:
### Negligence Against the United States-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

38. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT IX:
### Negligence Against the Navy-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

39. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT X:
### Negligence of Northeastern University-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

40. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XI:
### Negligence of Ledgewood Construction Company, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

41. Ledgewood denies the allegations in paragraph forty-one.

## COUNT XII:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

42. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIII:
## Negligence of Split Boulder Construction, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

43.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIV:
## Breaches of Warranty by Split Boulder Construction, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

44.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XV:
## Negligence Against the United States-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

45.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XVI:
## Negligence Against the Navy-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

46.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XVII:
### Negligence of Northeastern University-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

47.	The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XVIII:
### Negligence of Ledgewood Construction Company, Inc.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

48.	Ledgewood denies the allegations in paragraph forty-eight.

### COUNT XIX:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

49.	Ledgewood denies the allegations in paragraph forty-nine.

### COUNT XX:
### Negligence of Split Boulder Construction, Inc.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

50.	The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXI:
### Breaches of Warranty by Split Boulder Construction, Inc.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

51.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXII:
### Negligence Against the United States-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

52.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXIII:
### Negligence Against the Navy-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

53.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXIV:
### Negligence of Northeastern University-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

54.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXV:
### Negligence of Ledgewood Construction Company, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

55.     Ledgewood denies the allegations in paragraph fifty-five.

### COUNT XXVI:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

56.  Ledgewood denies the allegations in paragraph fifty-six.

### COUNT XXVII:
### Negligence of Split Boulder Construction, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

57.  The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXVIII:
### Breaches of Warranty by Split Boulder Construction, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

58.  The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXIX:
### Negligence Against the United States-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

59.  The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXX:
## Negligence Against the Navy-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

60. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXI:
## Negligence of Northeastern University-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

61. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXII:
## Negligence of Ledgewood Construction Company, Inc.-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

62. Ledgewood denies the allegations in paragraph sixty-two.

## COUNT XXXIII:
## Breaches of Warranty by Ledgewood Construction Company, Inc.-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

63. Ledgewood denies the allegations in paragraph sixty-three.

### COUNT XXXIV:
### Negligence of Split Boulder Construction, Inc.-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

64. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXXV:
### Breaches of Warranty by Split Boulder Construction, Inc.-Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

65. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

66. Plaintiffs' complaint fails to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

67. Plaintiffs' claims are barred because they contributed to the cause of the accident, and therefore, the damages, if any should be reduced in accordance with M.G.L. c. 231 § 85.

#### THIRD AFFIRMATIVE DEFENSE

68. Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in plaintiffs' complaint.

### FOURTH AFFIRMATIVE DEFENSE

69.     Plaintiffs' claims are barred because plaintiffs' damages if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

### FIFTH AFFIRMATIVE DEFENSE

70.     Plaintiffs' claims are barred because their damages were caused by their own acts or omissions.

### SIXTH AFFIRMATIVE DEFENSE

71.     Plaintiffs' claims are barred by their own contributory negligence.

### SEVENTH AFFIRMATIVE DEFENSE

72.     Plaintiffs' claims are barred by the Statute of Limitations.

### EIGHTH AFFIRMATIVE DEFENSE

73.     Ledgewood states that plaintiffs were comparatively negligent, which proximately caused the damages alleged, and the negligence of the plaintiffs was greater than the total amount of negligence, if any, contributive to Ledgewood.

### NINTH AFFIRMATIVE DEFENSE

74.     Ledgewood states that the plaintiffs voluntarily assumed the risk and therefore plaintiffs are barred from recovering for alleged damages.

### TENTH AFFIRMATIVE DEFENSE

75.     Ledgewood states that the injuries and damages alleged by plaintiffs were caused in whole or in part by plaintiffs' negligence to a degree greater than any alleged negligence of Ledgewood.

### ELEVENTH AFFIRMATIVE DEFENSE

76.  Ledgewood states the location of plaintiffs' incident giving rise to plaintiffs' claims, was not an area within the care, custody or control of Ledgewood, and therefore plaintiffs are barred from any recovery from Ledgewood.

### TWELVENTH AFFIRMATIVE DEFENSE

77.  Ledgewood states that there was, and is no privity of contract between plaintiffs and Ledgewood.

### THIRTEETH AFFIRMATIVE DEFENSE

78.  Ledgewood states that the warranties alleged by plaintiff did not arise under any contract, implied or otherwise, between plaintiffs and Ledgewood.

### FOURTEENTH AFFIRMATIVE DEFENSE

79.  Ledgewood denies that it made any warranties, express or implied, to plaintiffs or to any person, firm or entity through whom plaintiffs are entitled to claim.

### FIFTEENTH AFFIRMATIVE DEFENSE

80.  Ledgewood states that any alleged warranties, express or implied, which plaintiffs allege were made on behalf of Ledgewood were void due to a lack of authority to make such warranties on the part of any person, firm or entity making such warranties.

### SIXTEENTH AFFIRMATIVE DEFENSE

81.  Ledgewood states that any warranties, express or implied which may have been made by Ledgewood had expired and were no longer in force at the time of the alleged injury.

SEVENTEETH AFFIRMATIVE DEFENSE

82.     Ledgewood states that plaintiffs failed to exercise due care at the time of the accident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

WHEREFORE, Defendant, Ledgewood Construction Company, Inc. respectfully requests:

(a)     Enter judgment in its favor on all counts against plaintiffs' complaint;

(b)     its costs and fees; and

(c)     any other relief the Court deems just and proper.

CROSSCLAIM OF DEFENDANT, LEDGEWOOD CONSTRUCTION COMPANY, INC. AGAINST THE CO-DEFENDANT, UNITED STATES OF AMERICA AND THE DEPARTMENT OF THE NAVY

COUNT I
(Ledgewood v. the United States)

83.     The Defendant/Crossclaimant, Ledgewood Construction Company, Inc. ("Ledgewood"), is a corporation duly organized under the laws of Massachusetts having a place of business at 233 Victory Road, North Quincy, Massachusetts.

84.     The defendant in Crossclaim is the United States of America.

85.     The Plaintiffs have served a Complaint on the Defendant/Crossclaimant, Ledgewood a copy of said Complaint has been served on the Crossclaim Defendant the United States of America.

86.     The injuries and damages allegedly suffered by the Plaintiffs were caused entirely by the negligence of the United States of America in the operation of the

15

helicopter(s) involved in the January 5, 2002 drill; in the preparation for the drill approach and landing' and in the supervision of the helicopter's operation.

      87.    Ledgewood was not negligent and has been exposed to derivative and vicarious liability without fault on the part of the Defendant/Crossclaimant, as a result of the negligence of the Defendant in Counterclaim, United States of America. Consequently, Ledgewood is entitled to indemnification from the Crossclaim Defendant the United States of America, for any judgment entered against Ledgewood, in favor of the Plaintiffs herein, together with interest, costs and attorney's fees.

      **WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against Crossclaim Defendant the United States of America, in the amount of judgment entered in favor of the Plaintiffs herein against the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., together with interests, costs and attorney fees.

## COUNT II
**(Ledgewood v. the United States)**

      88.    Ledgewood repeats and incorporates herein by reference the allegations in the preceding paragraphs as if set forth herein.

      89.    If it is determined that Ledgewood was negligent, which it denies, then the Defendant in Crossclaim, United States of America, was a joint tortfeasor and *in para delecto*. Consequently, Ledgewood is entitled to contribution from the Defendant in Crossclaim, United States of America, pursuant to the provisions of M.G.L. c.231B.

      **WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against Crossclaim Defendant United States of

America, in the amount of its respective pro rata share of the entire liability, if any, to the Plaintiffs.

## COUNT III
### (Ledgewood v. the Department of the Navy)

90. Ledgewood repeats and incorporates herein by reference the allegations in the preceding paragraphs as if set forth herein.

91. The defendant in Crossclaim is the United States Department of the Navy.

92. The Plaintiffs have served a Complaint on the Ledgewood a copy of said Complaint has been served on the Crossclaim Defendant the Department of the Navy.

93. The injuries and damages allegedly suffered by the Plaintiffs were caused entirely by the negligence of the Department of the Navy in the operation of the helicopter(s) involved in the January 5, 2002 drill; in the preparation for the drill approach and landing' and in the supervision of the helicopter's operation.

94. Ledgewood was not negligent and has been exposed to derivative and vicarious liability without fault on the part of the Ledgewood, as a result of the negligence of the Defendant in Counterclaim, Department of the Navy. Consequently, Ledgewood is entitled to indemnification from the Crossclaim Defendant the Department of the Navy, for any judgment entered against, Ledgewood, in favor of the Plaintiffs herein, together with interest, costs and attorney's fees.

**WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against the Defendant in Crossclaim, Department of the Navy in the amount of any judgment entered in favor of the Plaintiffs herein against the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., together with interests, costs and attorney's fees.

## COUNT IV
### (Ledgewood v. the Department of the Navy)

95. Ledgewood repeats and incorporates herein by reference the allegations in the preceding paragraphs as if set forth herein.

96. If it is determined that Ledgewood was negligent which it denies, then the Defendant in Crossclaim, Department of the Navy, was a joint tortfeasor and *in para delecto*. Consequently, Ledgewood is entitled to contribution from the Defendant in Crossclaim, Department of the Navy, pursuant to the provisions of M.G.L. c. 231B.

**WHEREFORE**, the Defendant/Crossclaimant. Ledgewood Construction Company, Inc., demands Judgment against the Defendant in Crossclaim, Department of the Navy, in an amount of its respective pro rata sheet of the entire liability, if any, to the Plaintiffs.

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

                                                    Respectfully submitted

                                                    LEDGEWOOD CONSTRUCTION
                                                    COMPANY, INC.

                                                    /s/ Christopher Maffucci
                                                    Terrance J. Hamilton, Esq.
                                                    BBO# 218980
                                                    Christopher Maffucci, Esq.
                                                    BBO#645972
                                                    Casner & Edwards, LLP
                                                    303 Congress Street
                                                    Boston, MA 02210
Dated:  December 2, 2004              (617) 426-5900


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on December 2, 2004.

                                                   /s/ Christopher Maffucci
                                                  Christopher Maffucci

3400.299/335952