UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs

VS.                                               C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.
and SPLIT BOULDER CONSTRUCTION, INC.,
    Defendants
*******************************************

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

Split Boulder Construction, Inc. states that it has no parent corporation and no publicly held company owes 10% or more of its stock.

          Split Boulder Construction, Inc.
          By its attorney,

          _____
          John H. Bruno II, Esquire
          B.B.O. No. 542098
          Masi & Bruno
          124 Long Pond Road
          Unit 11
          Plymouth, MA 02360
          (508)747-5277

          **CERTIFICATE OF SERVICE**
          I hereby certify that a true copy of the above
          document was served upon the attorney(s) of
          record for each other party by mail / hand on
          11/19/04