UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., )<br>)<br>Plaintiffs, )<br>) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 04CV11413-EFH |
| ) | |
| UNITED STATES OF AMERICA, )<br>ET AL., )<br>) | |
| Defendants. ) | |

**DEFENDANT LEDGEWOOD CONSTRUCTION
COMPANY, INC.'S ANSWER TO DEFENDANT
NORTHEASTERN UNIVERSITY'S CROSSCLAIM**

Defendant Ledgewood Construction Company, Inc. ( "Ledgewood") answers Defendant/Plaintiff in the Crossclaim of Northeastern University's Complaint by stating as follows:

    1.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph one and therefore denies them.

    2.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph two and therefore denies them.

    3.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph three and therefore denies them.

    4.    Ledgewood admits the allegations in paragraph four.

    5.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph five and therefore denies them.

    6.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph six and therefore denies them.

7. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seven and therefore denies them.

8. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eight and therefore denies them.

9. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nine and therefore denies them.

10. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph ten and therefore denies them.

11. Ledgewood denies the allegations in paragraph eleven as a conclusion of law.

12. Ledgewood denies the allegations in paragraph twelve as a conclusion of law.

13. Ledgewood denies the allegations in paragraph thirteen as a conclusion of law.

14. Ledgewood denies the allegations in paragraph fourteen as a conclusion of law.

15. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph fifteen and therefore denies them.

16. Ledgewood is without sufficient information to form a belief as to the truth of the allegation in paragraph sixteen and therefore denies them.

17. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seventeen and therefore denies them.

18.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eighteen and therefore denies them.

19.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nineteen and therefore denies them.

20.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty and therefore denies them.

21.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-one and therefore denies them.

22.    Admitted in part and denied in part.  Ledgewood admits that it and Split Boulder Construction performs certain work on Parsons Field in 2001.  The remainder of the allegations in paragraph 22 are denied.

## COUNT I:
## (Indemnification vs. the United States)

Ledgewood repeats and realleges its admissions, denials and statements in the prceeding paragraphs as if fully stated at length herein.

23.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

24.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

25.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT II:
### (Contribution vs. the United State)

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

26.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied

## COUNT III:
### (Indemnification vs. the Navy)

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

27.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

28.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT IV
### (Contribution vs. the Navy)

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

29.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

30.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT V
### (Indemnification vs. Ledgewood Construction)

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

31. Ledgewood denies the allegations in paragraph thirty-one.

32. Ledgewood denies the allegations in paragraph thirty-two.

33. Ledgewood denies the allegations in paragraph thirty-three.

34. Ledgewood denies the allegations in paragraph thirty-four.

35. Ledgewood denies the allegations in paragraph thirty-five.

## COUNT VI
### (Indemnification vs. Split Boulder Construction, Inc.)

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

36. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

37. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

38. Northeastern's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

39. Northeastern and Ledgewood are not parties to an indemnification agreement.

### THIRD AFFIRMATIVE DEFENSE

40. Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in Northeastern's Crossclaim Complaint.

### FOURTH AFFIRMATIVE DEFENSE

41. Northeastern's claims are barred because its damages if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

### FIFTH AFFIRMATIVE DEFENSE

42. Northeastern's claims are barred because their damages were caused by their own acts or omissions.

### SIXTH AFFIRMATIVE DEFENSE

43. Northeastern's claims are barred by their own contributory negligence.

### SEVENTH AFFIRMATIVE DEFENSE

44. Northeastern's claims are barred by the Statute of Limitations.

### EIGHTH AFFIRMATIVE DEFENSE

45. Ledgewood states that any warranties, expressed or implied which may have been made by Ledgewood has had expired and no longer enforced at the time of the alleged incident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

WHEREFORE, Defendant, Ledgewood Construction Company, Inc. respectfully requests:

    (a)    Enter judgment in its favor on all counts against plaintiffs' complaint;

    (b)    its costs and fees; and

    (c)    any other relief the Court deems just and proper.

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

Respectfully submitted

LEDGEWOOD CONSTRUCTION COMPANY, INC.

/s/ Christopher Maffucci
Terrance J. Hamilton, Esq.
BBO# 218980
Christopher Maffucci, Esq.
BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Dated: December 8, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on December 8, 2004.

/s/ Christopher Maffucci
Christopher Maffucci