%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

PLAINTIFF
Frederick Babcock, et als.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Northeastern University

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:  04-CV-11413-EFH

V. THIRD PARTY DEFENDANT

PEDA, Inc.

To: Name and address of Third Party Defendant

PEDA, Inc.
549 Columbian Street
South Weymouth, MA 02190

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Michael E. Mone, Esq.<br>Kathryn E. Hand, Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA 02110-1904 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA 02109 |

an answer to the third-party complaint which is served on you with this summons, within __twenty (20)__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12/9/2004

# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Service of the Third Party Summons and Complaint was made by me (1) | | DATE | December 13, 2004 |
| **NAME OF SERVER** | GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  MR. PAUL DONAHUE, PRESIDENT AND
Duly Authorized Agent for the within-named  PEDA, INC.
Said service was made at:
549 COLUMBIAN STREET, SO. WEYMOUTH, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 40.00 | Trips | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 13, 2004
                    Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE \_\_\_\_ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**           **One Devonshire Place**           Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA 02109**               Fax #        (617) 720-5737