UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC. <br><br> Defendants. <br><br> NORTHEASTERN UNIVERSITY, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> PEDA, Inc. <br><br> Third-Party Defendant. | C.A. No. 04-CV-11413-EFH |

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Hatem, Esq., PC and Warren D. Hutchison, Esq. as attorneys for the defendant, PEDA, Inc., in connection with the above-entitled action.

Respectfully submitted,

PEDA, Inc.
By their attorneys,

*David J. Hatem, PC*
David J. Hatem, Esq., PC, BBO #225700
Warren D. Hutchison, Esq., BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: January 4, 2005

00886234

## CERTIFICATE OF SERVICE

I, David J. Hatem, Esq., PC hereby certify that on this 4th day of January, 2005, I have given notice of the attached Notice of Appearance of the Defendant, PEDA, Inc., by mailing copies thereof, postage prepaid to:

Gerald F. Lucey
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109

_____
David J. Hatem, Esq., PC

00886234