UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.<br><br>Defendants.<br><br>NORTHEASTERN UNIVERSITY,<br><br>Defendant, Third-Party Plaintiff,<br><br>v.<br><br>PEDA, Inc.<br><br>Third-Party Defendant. | C.A. No. 04-CV-11413-EFH |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE THIRD-PARTY PLAINTIFF'S COMPLAINT

The defendant in this action, PEDA, Inc. respectfully requests that this Court extend, up through and including January 12, 2005, the time in which PEDA, Inc. may answer or otherwise respond to the third-party plaintiff's complaint. Counsel for the third-party plaintiff has indicated that he stipulates and assents to the relief sought by this motion.

WHEREFORE, the defendant, PEDA, Inc., respectfully requests that this Court extend up through and including January 12, 2005, the time in which PEDA, Inc. may answer or otherwise respond to the third-party plaintiff's complaint.

| | |
|---|---|
| Respectfully Submitted,<br>PEDA, Inc.<br><br>By its Attorneys, | Assented-To<br>NORTHEASTERN UNIVERSITY<br>By its Attorney, |
| *David J. Hatem* (signature)<br>David J. Hatem, Esq., PC, BBO #225700<br>Warren D. Hutchison, Esq., BBO # 246150<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 405-4500 | *Gerald F. Lucey* (signature)<br>Gerald F. Lucey, BBO #306860<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA 02109<br>(617) 778-7500 |

Dated: January __, 2005

00886244

2

## CERTIFICATE OF SERVICE

I, David J. Hatem, Esq., PC hereby certify that on this 31st day of December, 2004, I have given notice of the attached Assented-to Motion for Extension of time to file an Answer to the Third-Party Plaintiff's Complaint of the Third-Party Defendant, PEDA, Inc., by mailing copies thereof, postage prepaid to:

Gerald F. Lucey
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109

_____
David J. Hatem, Esq., PC

00886244