UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC. <br><br> Defendants. | C.A. No. 04-CV-11413-EFH |
| NORTHEASTERN UNIVERSITY, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> PEDA, Inc. <br><br> Third-Party Defendant. | |

## THIRD-PARTY DEFENDANT PEDA, INC'S ANSWER TO THIRD-PARTY PLAINITIFF NORTHEASTERN'S COMPLAINT

Third-Party Defendant PEDA, Inc. ("PEDA") answers the complaint of Third-Party Plaintiff Northeastern University ("Northeastern") as follows:

1. Admitted.

2. Admitted.

3. This paragraph calls for a legal conclusion and thus no response is required.

4. This paragraph calls for a legal conclusion and thus no response is required.

5. This paragraph calls for a legal conclusion and thus no response is required.

6. This paragraph calls for a legal conclusion and thus no response is required.

7. Admitted that plaintiffs filed and served an amended complaint. That amended complaint speaks for itself and any allegations inconsistent with that amended complaint or that go beyond the allegations contained in it are denied.

8. The amended complaint speaks for itself and any allegations inconsistent with that amended complaint or that go beyond the allegations contained in it are denied.

9. PEDA is without sufficient information or belief to either admit or deny the allegations of this paragraph.

10. Admitted.

11. The contract documents between Northeastern and PEDA speak for themselves and PEDA denies any allegations in this paragraph inconsistent with those documents.

### COUNT I
### (Indemnification)

12. PEDA repeats and incorporates by reference its responses to paragraphs 1-11 above.

13. Denied.

14. Denied.

## COUNT II
## (Contribution)

15. PEDA repeats and incorporates by reference its responses to paragraphs 1-14 above.

16. Denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The claims fail to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

The claims are barred by the statute of limitations and / or statute of repose.

### FIFTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

The claims are barred or its damages must be reduced by the doctrine of contributory negligence.

### SEVENTH AFFIRMATIVE DEFENSE

The clams are barred because the alleged losses were caused by Northeastern's own conduct.

### EIGHTH AFFIRMATIVE DEFENSE

The claims are barred because the alleged losses were caused by the conduct of persons or entities over whom PEDA had no control or responsibility.

### NINTH AFFIRMATIVE DEFENSE

The claims are barred because the alleged losses were caused by the intervening and/or superceding acts of third persons for whom PEDA was not responsible.

### TENTH AFFIRMATIVE DEFENSE

The claims are barred because the alleged conduct of PEDA was not the legal or proximate cause of the alleged losses.

## JURY DEMAND

**PEDA Demands Trial by Jury on All Claims so Triable.**

> Respectfully Submitted,
> PEDA, Inc.
>
> By its Attorneys,
>
> _/s/ W. Hutchison_
>
> David J. Hatem, Esq., PC, BBO #225700
> Warren D. Hutchison, Esq., BBO # 246150
> DONOVAN HATEM LLP
> Two Seaport Lane
> Boston, MA 02210
> (617) 405-4500 – tel.
> (617) 406-4501 – fax

## CERTIFICATE OF SERVICE

I, Warren Hutchison, hereby certify that on this 12th day of January, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Kathryn E. Hand<br>Michael E. Mone, Sr.<br>Esdaile, Barrett & Esdaile<br>75 Fedeal Street<br>Boston, MA 02110 | Gerald F. Lucey<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>5th Floor<br>45 Milk Street<br>Boston, MA 02109 |
| Jon S. Hartmere<br>Law Office of Jaxqueline Allen<br>Suite 601<br>262 Washington Street<br>Boston, MA 02108 | Terrance J. Hamilton<br>Christopher P. Maffucci<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |
| Matthew A. Connelly<br>US Department of Justive<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC 20044 | Barbara Healy Smith<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 |
| John Bruno<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | |

_/s/ W. Hutchison_
Warren Hutchison, Esq.

00888105