UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, et al )
 )
    Plaintiffs, )
 )
v. )
 )  Civil No. 1:04-CV-11413 EFH
UNITED STATES OF AMERICA, )
et al, )
 )
 )
    Defendants. )
 )
 )

**ANSWER OF DEFENDANT UNITED STATES OF AMERICA
TO THE CROSS-CLAIM OF DEFENDANT
LEDGEWOOD CONSTRUCTION COMPANY, INC.**

For its Answer, the United States of America responds to the allegations contained in defendant Ledgewood Construction Company, Inc.'s Cross-Claim in similarily numbered paragraphs as follows:

### COUNT I

83.    The allegations contained in paragraph 83 are denied for lack of knowledge and information.

84.    The United States admits only that it has been named as a defendant in this Cross-Claim. Any remaining allegation is denied.

85.    Admitted.

86.    Denied.

87. Denied.

WHEREFORE, defendant/cross-claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States.

## COUNT II

88. The United States repeats and incorporates its responses to paragraphs 83 through 87 of this Cross-Claim as if each response were set forth in whole.

89. Denied.

WHEREFORE, defendant/cross-claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States.

## COUNT III

90. The United States repeats and incorporates its responses to paragraphs 83 through 89 of this Cross-Claim as if each response were set forth in whole.

91. The United States admits only that the United States Department of the Navy has been named as a defendant in this Cross-Claim. Any remaining allegation in paragraph 91 is denied. The United States specifically denies that this court has subject matter jurisdiction over the cross-claims brought against the United States Department of the Navy.

2

92. The United States admits only that it has been served with a copy of the Complaint. Any remaining allegation in paragraph 92 is denied.

93. Denied.

94. Denied.

WHEREFORE, defendant/cross-claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States Department of the Navy.

## COUNT IV

95. The United States repeats and incorporates its responses to paragraphs 83 through 94 of this Cross-Claim as if each response were set forth in whole.

96. Denied.

WHEREFORE, defendant/cross-claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States Department of the Navy.

97. Any allegations not specifically addressed are denied.

## AFFIRMATIVE DEFENSES

1. The Cross-Claim fails to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over the cross-claims brought against the United States Department of the Navy.

3. The defendant/cross-claimant is not entitled to contribution or indemnification because the plaintiffs' injuries were caused by the negligent conduct of persons or entities other than the United States who failed to secure the first base dugout properly to its foundation.

4. The intentional, willful, wanton, reckless, careless, grossly negligent, and/or negligent conduct of others over whom the United States had no control was an intervening and superseding cause of the plaintiffs' injuries.

5. The plaintiffs' injuries are the result, in whole or in part, of their own contributory negligence and such negligence bars and/or diminishes cross-claimant's recovery against the United States.

6. Any recovery by defendant/cross-claimant for injuries suffered by a particular plaintiff may not exceed the amount of compensation claimed on that plaintiff's administrative claim form.


7. The United States asserts any and all other affirmative defenses to which it may be entitled and/or which discovery may reveal.

WHEREFORE, the United States demands that the Cross-Claims of defendant Ledgewood Construction Company, Inc. be dismissed with costs, and seeks such other relief as this Court may deem proper.

Dated: January 13, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*/s/ Matthew A. Connelly*
MATTHEW A. CONNELLY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
(202) 616-4040
(202) 616-4159 (fax)
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Answer of Defendant United States of America to the Cross-Claim of Defendant Ledgewood Construction Company, Inc. were sent via first class mail, postage pre-paid, this 13th day of January, 2005, addressed to the following counsel of record:

Michael E. Mone, Esq.
Kathryn E. Hand, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 5th Floor
Boston, MA 02109

Terrence J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

*/s/ Matthew A. Connelly*
MATTHEW A. CONNELLY

6