UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>      Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>NORTHEASTERN UNIVERSITY,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>And SPLIT BOULDER CONSTRUCTION, INC.,<br>      Defendants/Third-Party Plaintiff,<br><br>v.<br><br>PEDA, Inc.,<br>      Third-Party Defendant. | C.A. NO. 04-CV-11413-EFH |

## PLAINTIFFS' MOTION TO FURTHER AMEND THEIR COMLAINT IN ORDER TO ADD A COUNTERCLAIM

Now come the plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley, and move pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure to further amend their complaint to add counterclaims against the third-party defendant PEDA, Inc.

As grounds therefore, the plaintiffs state that the defendant Northeastern University filed a Third-Party Complaint against the Third-Party Defendant PEDA, Inc. on December 9, 2004. The plaintiffs now seek to file counterclaims against the same third-party defendant asserting negligence and breaches of warranty arising out of the same incident and same facts as those giving rise to Northeastern University's third-party complaint.

The plaintiffs' counterclaims will not complicate or prolong the prosecution of this action, but rather will promote judicial economy and avoid the possibility of inconsistent results.

WHEREFORE, the plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley, respectfully request that their Motion to file the Amended Complaint, Counterclaim and Demand for Jury Trial attached hereto be allowed.

> FREDERICK BABCOCK,
> JOSEPH CANNEY,
> THOMAS GREGORIO,
> JOHN KELLEY and YVONNE KELLEY,
> By their Attorneys,
>
> _/s/ Michael E. Mone_
> Michael E. Mone (BBO #351680)
> Kathryn E. Hand (BBO #567197)
> ESDAILE, BARRETT & ESDAILE
> 75 Federal St.
> Boston, MA 02110-1904
> (617) 482-0333

DATED: February 10, 2005

## CERTIFICATE OF SERVICE

I, Michael E. Mone, certify that I have served a copy of the attached document by electronic mail and first-class mail on counsel for the defendants as follows:

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street
Boston, MA 02109
glucey@nkms.com

Matthew A. Connelly, Trial Attorney
Torts Branch, Civil Division
U.S. Dep't of Justice
P.O. Box 14271
Washington, DC 20044-4271
matthew.connelly@usdoj.gov

Terrance J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
tjhamilton@casneredwards.com
maffucci@casneredwards.com

_/s/ Michael E. Mone_
Michael E. Mone

DATED: February 10, 2005