UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, ) <br> THOMAS GREGORIO, JOHN KELLEY and ) <br> YVONNE KELLEY, ) <br>     Plaintiffs ) <br> ) <br> v.                                                                ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> NORTHEASTERN UNIVERSITY, ) <br> SASAKI ASSOCIATES, INC. and LEDGEWOOD ) <br> CONSTRUCTION COMPANY, INC., ) <br>     Defendants ) | C.A. NO. 04CV-11413-EFH |

## MOTION TO STRIKE ANY COUNT AGAINST THE U.S. NAVY

NOW COME the Plaintiffs in the above-entitled action and move this Honorable Court that Counts II, IX, XVI, XXIII, XXX, which allege negligence against the U.S. Navy, be struck as the proper Defendant is the U.S. Government as appearing in Counts I, VIII, XV, XXII, XXIX,

                                                    THE PLAINTIFFS
                                                    By their Attorney,

                                                    Michael E. Mone /s/
                                                    _____
                                                    Michael E. Mone (BBO #351680)
                                                    ESDAILE, BARRETT & ESDAILE
                                                    75 Federal Street
                                                    Boston, Massachusetts 02110
                                                    (617) 482-0333

DATED:  February 17, 2005

CERTIFICATE OF SERVICE

I, Michael E. Mone of Esdaile, Barrett & Esdaile, Counsel for the Plaintiffs, hereby certify that I have this day served a copy of Plaintiffs' Motion to Strike Any Count Against the U.S. Navy by first class mail, postage prepaid, to counsel for the Defendants as follows:

David J. Hatem PC
Warren D. Hutchinson
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, Massachusetts 02210
**Attorney for Defendant, Sasaki Associates, Inc.**

John S. Hartmere
Francis J. McDonald Law Offices
262 Washington Street
Boston, Massachusetts 02108
**Attorney for Defendant, Ledgewood**

Gerald F. Lucey
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street
Boston, MA 02109
**Attorney for Defendant, Northeastern**

Barbara Healey Smith
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
**Attorney for Defendant, United States of America**

　　　　　　　　　　　　　　　　　　　Michael E. Mone /s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael E. Mone

DATED:   February 17, 2005