UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs

VS.

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.
and SPLIT BOULDER CONSTRUCTION, INC.,
    Defendants

FILED
CLERKS OFFICE

2005 FEB 25  P 3: 16

C.A. NO. 04-CV-11413-EFH
DISTRICT OF MASS

*******************************************

## NOTICE OF TAKING DEPOSITION

Michael E. Mone, Esquire
Kathryn E. Hand, Esquire
Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Matthew A. Connelly, Esquire
Torts Branch, Civil Division
U.S. Dept of Justice
P.O. Box 14271
Washington, DC 20044-4271
Terrance J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Barbara Healey Smith
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210

Gerald F. Lucey, Esquire
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street
Boston, MA 02109

David J. Hatem, Esq, Esquire
Warren Hutchison, Esquire
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

    Please take notice that at 10:00 a.m., on March 24, 2005, at the offices of Masi & Bruno, 124 Long Pond Road, Unit 11, Plymouth, MA, 02360, the defendant, Split Boulder Construction, Inc., in this action by their attorney will take the deposition upon oral examination of the KEEPER OF RECORDS OF TOWN OF BROOKLINE, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Goudreau & Grossi, Notary Public, in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until complete.

    You are invited to attend and cross-examine.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
Tel. No. (508) 747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on
2/24/05

SCHEDULE "A"

1. Every document of any kind from the Brookline Police Department relating to the incident occurring on January 5, 2002 on the Northeastern property involving all parties as captioned on the Notice of Taking Deposition.

2. All investigate records including photographs, diagrams, field notes and any other document from the Brookline Fire Department relating to the incident occurring on January 5, 2002 on the Northeastern property involving all parties as captioned on the Notice of Taking Deposition.

3. The Personnel Files of Frederick Babcock, Joseph Canney, Thomas Gregorio and John Kelley who were fire fighters for the Town of Brookline.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-CV-11413-EFH

TO:  **KEEPER OF RECORDS**
**TOWN OF BROOKLINE**
**TOWN HALL**
**WASHINGTON STREET**
**BROOKLINE, MA**

    You are hereby commanded in the name of The Commonwealth of Massachusetts, to appear before a Notary Public or other officer duly authorized to administer oaths, holden at the office of <u>John H. Bruno II, Esquire ,124 Long Pond Road, Plymouth, Massachusetts 02360</u> on the 24th day of March, 2005, at 10:00 a.m. and from day to day thereafter, until the action hereinafter named is heard by said court, to give evidence of what you know relating to an action of tort then and there to be heard and tried between: FREDERICK BABCOCK, ET AL. VS. UNITED STATE OF AMERICA, ET AL.

AND, you are required to bring with you: <u>PLEASE SEE ATTACHED SCHEDULE "A"</u>.

PLEASE NOTE THAT IF CERTIFIED RECORDS ARE MAILED TO AND RECEIVED BY ATTORNEY JOHN H. BRUNO II PRIOR TO THE DEPOSITION DATE, NO ONE NEEDS TO ATTEND THE DEPOSITION. PLEASE CONTACT LINDA AT (508)747-5277 ext.230 IF YOU HAVE ANY QUESTIONS.

    HEREOF FAIL NOT, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at _____the _____ day of _____, 2005.

                                            _____
                                            Notary Public
                                            My Commission Expires: