UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC. <br><br> Defendants. <br><br> NORTHEASTERN UNIVERSITY, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> PEDA, Inc. <br><br> Third-Party Defendant. | C.A. No. 04-CV-11413-EFH |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE

Defendant, PEDA, Inc. is a privately held Massachusetts corporation.  As of March 18, 2005, no publicly traded companies had any ownership interest in PEDA.

Respectfully Submitted,
PEDA, Inc.

By its Attorneys,

s/ Brian C, Newberry, Esq.
David J. Hatem, Esq., PC, BBO #225700
Warren D. Hutchison, BBO #246150
Brian C. Newberry, BBO #635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 405-4500 – tel.
(617) 406-4501 – fax

## CERTIFICATE OF SERVICE

I, Brian C. Newberry certify that on this 28th day of March, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

Kathryn E. Hand
Michael E. Mone, Sr.
Esdaile, Barrett & Esdaile
75 Fedeal Street
Boston, MA  02110

Gerald F. Lucey
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor
45 Milk Street
Boston, MA  02109

Jon S. Hartmere
Law Office of Jaxqueline Allen
Suite 601
262 Washington Street
Boston, MA  02108

Terrance J. Hamilton
Christopher P. Maffucci
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210

Matthew A. Connelly
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044

Barbara Healy Smith
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA  02210

John Bruno
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

s/ Brian C. Newberry, Esq.
Brian C. Newberry, Esq.

00898795/2500.2021

Case 1:04-cv-11413-EFH    Document 55    Filed 03/28/2005    Page 3 of 3