UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC. <br><br> Defendants. <br><br> NORTHEASTERN UNIVERSITY, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> PEDA, Inc. <br><br> Third-Party Defendant. | C.A. No. 04-CV-11413-EFH |

## **DEFENDANT PEDA, INC'S RULE 26(A)(1) DISCLOSURE**

Defendant PEDA, Inc. ("PEDA") submits its Rule 26(A)(1) disclosure:

A.  Names of individuals with discoverable information that PEDA may use to support its defense:

In addition to those identified in the disclosures previously made by other parties:

Paul E. Donahue
Weymouth, Massachusetts

Mr. Donahue was president of PEDA and is likely to have knowledge of the renovations to Parsons Field and of the contractual relationships among the parties involving PEDA.

David Donahue
Weymouth, Massachusetts

Mr. Donahue is likely to have knowledge of the renovations to Parsons Field.

John Malone
c/o Northeastern University

Mr. Malone will have knowledge of the contractual relationship with PEDA and possibly also of the renovations to Parsons Field.

Mark Coates
c/o Northeastern University

Mr. Coates will have knowledge of the contractual relationship with PEDA and possibly also of the renovations to Parsons Field.

B.   Relevant documents PEDA may use to support its defense:

Other than invoices sent to Northeastern University relating to the project, none at this time other than possibly those identified in the disclosures of other parties.

C.   Computation of Damages Claimed:

N/A.

D.   Insurance Agreements:

PEDA was insured by Continental Casualty Company at the time of the incident at issue. The insurance policy carries a policy limit of $250,000 per occurrence.

                                                                         Respectfully Submitted,
                                                                         PEDA, Inc.

                                                                         By its Attorneys,

Dated:  March 28, 2005                    <u>s/ Brian C. Newberry</u>
                                                             David J. Hatem, Esq., PC, BBO # 225700
                                                             Warren D. Hutchison, Esq., BBO # 246150
                                                             Brian C. Newbery, Esq. BBO # 635498
                                                            DONOVAN HATEM LLP
                                                            Two Seaport Lane
                                                            Boston, MA 02210
                                                            (617) 405-4500 – tel.
                                                            (617) 406-4501 – fax

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of March, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Kathryn E. Hand | Gerald F. Lucey |
| Michael E. Mone, Sr. | Nelson, Kinder, Mosseau & Saturley, P.C. |
| Esdaile, Barrett & Esdaile | 5th Floor |
| 75 Fedeal Street | 45 Milk Street |
| Boston, MA  02110 | Boston, MA  02109 |
| | |
| Jon S. Hartmere | Terrance J. Hamilton |
| Law Office of Jacqueline Allen | Christopher P. Maffucci |
| Suite 601 | Casner & Edwards, LLP |
| 262 Washington Street | 303 Congress Street |
| Boston, MA  02108 | Boston, MA  02210 |
| | |
| Matthew A. Connelly | Barbara Healy Smith |
| US Department of Justice | United States Attorney's Office |
| Torts Branch, Civil Division | 1 Courthouse Way |
| P.O. Box 14271 | Suite 9200 |
| Washington, DC  20044 | Boston, MA  02210 |

John Bruno
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

                                                                            <u>s/ Brian C. Newberry</u>

00899113/2500.2021