UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, SASAKI ASSOCIATES, INC., LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC. <br><br> Defendants. <br><br> NORTHEASTERN UNIVERSITY, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> PEDA, Inc. <br><br> Third-Party Defendant. | C.A. No. 04-CV-11413-EFH |

## NOTICE OF CHANGE OF ADDRESS

The Third-Party Defendant PEDA, Inc. hereby gives notice that its counsel of record, Brian C. Newberry, resigned from Hinckley, Allen & Snyder, LLP, and became an associate in the law firm of Donovan Hatem, LLP, effective January 10, 2005. Counsel's new address is as follows:

   Donovan Hatem LLP
   Two Seaport Lane
   Boston, Massachusetts 02210

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | PEDA, Inc.<br>By its Attorneys, |
| Dated: April 6, 2005 | s/ Brian C. Newberry BBO No. 635498<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 405-4500 – tel.<br>(617) 406-4501 – fax |

## CERTIFICATE OF SERVICE

I, Brian C. Newberry, hereby certify that on this 6th day of April, 2005, I served the foregoing via electronic filing to:

Kathryn E. Hand, Esq.
Michael E. Mone, Sr., Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor
45 Milk Street
Boston, MA 02109

Jon S. Hartmere, Esq.
Law Office of Jacqueline Allen
Suite 601
262 Washington Street
Boston, MA 02108

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

Barbara Healy Smith, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

John Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

s/ Brian C. Newberry

00909117/2500.2021