Law Offices of

# JEFFREY A. GORLICK

ATTORNEY-AT-LAW

One Longfellow Place, Suite 3409
Boston, Massachusetts 02114

Tel (617) 227-8383                                   Fax (617) 723-7235

May 11, 2005

Sandra Holahan
Courtroom Clerk/ECF
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Sandra Babcock v. United States of America, et. als. v. PEDA, Inc.
       C.A. No. 04-12647-EFH
       and
       Frederick Babcock, et. als. v. United States of America, et. als.
       C.A. No. 04-CV-11413-EFH

Dear Ms. Holahan:

   Enclosed for filing, please find the following:

   1.    Plaintiff's Motion To Amend Complaint, Pursuant to Fed. R. Civ. P. 15 (a)-(c)
         (Assented To); and
   2.    Amended Complaint and Jury Demand.

   Please present these documents to the Court for a ruling.

   Thank you for your attention to this matter.

                              Very truly yours,

                              Jeffrey A. Gorlick

JAG/amr
Enclosures