UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK,<br>    Plaintiff | )<br>)<br>) |
| v. | )    C.A. No. 04CV12647EHF<br>) |
| UNITED STATES OF AMERICA,<br>LEDGEWOOD CONSTRUCTION<br>COMPANY, INC., AND SPLIT<br>BOULDER CONSTRUCTION, INC.,<br>    Defendants<br>NORTHEASTERN UNIVERSITY,<br>    Defendant/Third-Party Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| PEDA, INC.,<br>    Third-Party Defendant | )<br>) |

PLAINTIFF'S MOTION TO AMEND COMPLAINT,
PURSUANT TO FED. R. CIV. P. 15 (a)-(c) (ASSENTED TO)

Now comes the plaintiff, Sandra Babcock, in the above-numbered case and moves, pursuant to Fed. R. Civ. P. 15(a)-(c), that this Court grant leave for her to file an Amended Complaint, so as to add the third-party defendant, PEDA, Inc., as a defendant. The Amended Complaint is enclosed herewith.

In support hereof, the plaintiff says as follows:

1. The instant action is a claim for loss of consortium arising from an accident on June 5, 2002, wherein the plaintiff's, Sandra Babcock's husband, Frederick Babcock, was seriously inured as a result of alleged negligence and/or breach of warranty by one or more of the defendants and third-party defendant. The plaintiff's husband, Frederick Babcock, along with other plaintiffs, filed a related

action, arising from the same conduct and occurrence, pending in this Court as C.A. No. 04-CV-11413-EFH.

2. The defendant, Northeastern University, in its Third-Party Complaint, has alleged that the third-party defendant, PEDA, Inc., was a responsible party if the plaintiff's allegations are proven.

3. In order to properly litigate the claim, the plaintiff must add PEDA, Inc. as a defendant. PEDA, Inc. has already been added as a defendant by the plaintiffs in the related action.

4. No prejudice will result to any party by the adding of PEDA, Inc, as a defendant, in the instant case.

Wherefore, the plaintiff, Sandra Babcock, asks that she be granted leave to file an Amended Complaint adding PEDA, Inc. as a defendant, and that this Court accept and file the enclosed Amended Complaint forthwith.

Assented To:

DEFENDANT, SPLIT BOULDER
CONSTRUCTION, INC.
By its Attorney,

_____
John H. Bruno (BBO # 542098)
Masi & Bruno
124 Long Pond Rd, Unit 11
Plymouth, MA 02360
TEL#: (508) 747-5277

PLAINTIFF, SANDRA BABCOCK
By her Attorney,

_____
Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, Massachusetts 02114
TEL#: (617) 227-8383
BBO#: 203890

2

DEFENDANT, NORTHEASTERN
UNIVERSITY,
By its Attorney,

_____
Gerald F. Lucey (BBO # 306860)
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 7th Floor
Boston, MA 02109
TEL#: (617) 778-7500

DEFENDANT, UNITED STATES of AMERICA,
By its Attorneys,

_____
Matthew A. Connelly
Torts Brance, Civil Division
US Department of Justice
PO Box 14271
Washington, DC 20044-4271
TEL#: (202) 616-4040

_____
Barbara Healy Smith
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
TEL #:

DEFENDANT, LEDGEWOOD CONSTRUCTION
   COMPANY, INC.,
By its attorneys,

_____
Terrance J. Hamilton (BBO #218980)
Christopher P. Maffucci (BBO #645972)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
TEL#: (617) 426-5900

3

THIRD-PARTY DEFENDANT, PEDA, Inc.,
By its Attorneys,

_____
Brian C. Newberry (BBO # 635458)
David J. Hatem (BBO # 225700)
Warren D. Hutchinson (BBO# 246150)
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
TEL#: (617) 406-4500

PLAINTIFFS, FREDERICK BABCOCK, et. als.
(C.A. No. 04-CV-11413-EFH)
By their attorneys,

_____
Michael E. Mone (BBO # 351680)
Kathryn E. Hand (BBO #567197)
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904
TEL#: (617) 482-0333

I hereby certify that a true copy of the above document was served upon the attorney of records for each other party by mail/hand on __5/11/05__

4