UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br>     Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC., <br>     Defendants <br><br> NORTHEASTERN UNIVERSITY, <br>     Defendant, Third-Party Plaintiff <br><br> v. <br><br> PEDA, Inc. <br>     Third-Party Defendant | C.A. NO. 04CV11413-EFH <br><br> *consolidated with* <br><br> C.A. NO. 04CV12647-EFH <br><br> *and* <br><br> C.A. NO. 04CV12003-EFH |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

NOW COME the parties to the above-entitled action and respectfully move this Honorable Court for leave to extend the current November 2005 discovery deadline until May 1, 2006 for fact discovery and July 2006 for expert discovery. In bringing this motion, the parties seek a reasonable expansion of the discovery period in order to allow them (1) to engage in mediation before expending the significant resources that will be needed to complete the discovery in this case and, (2) if their mediation efforts are unsuccessful, to complete the necessary fact and expert discovery without making piecemeal requests for further discovery extensions.

1

In support of their motion the parties say:

1. Suit was filed in this case in June 2004.[1]  A status conference was held on February 22, 2005, at which the Court ordered that discovery be completed "by November [2005]."  Docket Entry 2/22/05.

2. This action arises from an accident that occurred in the course of a helicopter landing drill being conducted on January 5, 2002 at Northeastern University's Parsons Field.  Plaintiffs Frederick Babcock, Canney, Gregorio and John Kelley, all Brookline firefighters stationed at Parsons Field at the time of the helicopter landing drill, were injured in the course of the rehearsal.[2]  The plaintiffs have alleged that their injuries include permanent harm, and that plaintiffs Frederick Babcock and John Kelley were so disabled as a result of their accident-related injuries that they have been involuntarily retired from their employment as firefighters.

3. The parties have engaged in extensive written discovery, the plaintiffs' depositions have been noticed and partially completed, and the plaintiffs have noticed a series of depositions of representatives of the defendants and individuals involved in the post-accident investigation.  Although the list of potential deponents has not yet been finalized, all parties agree that, if the case is to be tried, a number of additional depositions will have to be taken.

---

[1] Plaintiff Sandra Babcock filed suit on December 17, 2004, alleging loss of consortium with Frederick Babcock; plaintiff Town of Brookline filed suit on September 15, 2004.  Each of these cases has been consolidated with the original action.

[2] The fifth plaintiff, Yvonne Kelley, has at all relevant times been married to plaintiff John Kelley, and has brought claims for her loss of consortium with her husband as a result of the January 5, 2002 incident.

2

4. The parties have agreed to mediate this case in an effort to determine whether it can be resolved before discovery is completed.

5. Last month, after agreeing on a pool of potential mediators, the parties tentatively scheduled a mediation for October 3, 2005. In light of the defendants' interest in obtaining and assessing the plaintiffs' demands before the mediation, however, counsel for the parties have agreed to a short postponement of the mediation; the parties intend to schedule a new mediation date during the first week of November 2005.

6. By this motion, the parties seek an extension of the current discovery deadline from November 2005 until May 1, 2006 for factual discovery and July 1, 2005 for expert discovery. The parties believe that such an extension will allow them to make an early and productive attempt to resolve the case before incurring the significant expenses involved in engaging in full-scale fact discovery. An extension of time until May 1, 2006 will allow the parties to engage in mediation in early November and, if that mediation effort does not resolve the case, to complete the extensive fact discovery that will be needed for all parties to prepare for trial.

7. This is the first request by any party for an extension of the discovery deadline in this case.

Wherefore, the parties respectfully request that the discovery deadlines in this case be extended until May 1, 2006 for fact discovery and until July 1, 2006 for expert discovery.

3

Respectfully submitted,

| The Plaintiffs, | The Defendant, |
|---|---|
| By their attorneys, | United States of America, |
| | By its attorneys, |

| /s/ Kathryn E. Hand | Peter D. Keisler |
|---|---|
| Michael E. Mone | Assistant Attorney General |
| BBO No. 351680 | |
| Kathryn E. Hand | Michael Sullivan |
| BBO No. 567197 | United States Attorney |
| Esdaile, Barrett & Esdaile | |
| 75 Federal Street | Barbara Healy Smith |
| Boston, MA  02110-1904 | Assistant United States Attorney |
| (617) 482-0333 | |
| Fax:  (617) 426-2978 | |

/s/ Matthew A. Connelly (KH)
Matthew A. Connelly, Trial Attorney
Torts Branch, Civil Division
U.S. Dep't of Justice
P.O. Box  14271
Washington, DC  20044-4271
(202) 616-4040
Fax:  (202) 616-4159

| The Defendant, | The Defendant, |
|---|---|
| Northeastern University, | Ledgewood Construction Company, Inc., |
| By its attorneys, | By its attorneys, |

| /s/ Gerald F. Lucey (KH) | /s/ Christopher Maffucci (KH) |
|---|---|
| Gerald F. Lucey | Terrence J. Hamilton |
| BBO No. 306860 | BBO No. 218980 |
| Nelson, Kinder, Mosseau & Saturley, PC | Christopher Maffucci |
| 45 Milk Street | BBO No. 645972 |
| Boston, MA 02109 | Casner & Edwards, LLC |
| (617) 778-7500 | 303 Congress Street |
| Fax: (617) 778-7501 | Boston, MA  02210 |
| | (617) 426-5900 |
| | Fax: (617) 878-4650 |

4

| | |
|---|---|
| The Defendant,<br>PEDA, Inc.<br>By its attorneys, | The Defendant,<br>Split Boulder Construction, Inc.<br>By its attorneys, |
| /s/ Brian Newberry (KH)<br>David J. Hatem<br>BBO No. 225700<br>Brian Newberry<br>BBO No. 635498<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 | /s/ John H. Bruno II (KH)<br>John H. Bruno II<br>BBO No. 542098<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA  02360<br>(508) 747-5277 |
| The Consolidated Plaintiff,<br>Sandra Babcock,<br>By her attorneys, | The Consolidated Plaintiff,<br>Town of Brookline,<br>By its attorneys, |
| /s/ Jeffrey A. Gorlick (KH)<br>Jeffrey A. Gorlick<br>BBO No. 203890<br>Law Offices of Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114<br>(617) 314-6953 | /s/ Joslin H. Murphy (KH)<br>Joslin H. Murphy<br>BBO No. 553471<br>Town of Brookline<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 |

DATED:  September 7, 2005