UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants<br><br>NORTHEASTERN UNIVERSITY,<br>    Defendant, Third-Party Plaintiff<br><br>v.<br><br>PEDA, Inc.<br>    Third-Party Defendant | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

NOW COME the parties to the above-entitled action and, pursuant to Federal Rule of Civil Procedure 6(b), respectfully move this Honorable Court for leave to extend the current May 1, 2006 discovery deadline until November 1, 2006 for fact discovery and January 1, 2007 for expert discovery

In support of their motion the parties say:

1. This action arises from an accident that occurred in the course of a helicopter landing drill being conducted on January 5, 2002 at Northeastern University's Parsons Field.  Plaintiffs Frederick Babcock,

1

        Joseph Canney, Thomas Gregorio and John Kelley, all Brookline firefighters stationed at Parsons Field at the time of the helicopter landing drill, were injured in the course of the rehearsal.[1]  The plaintiffs have alleged that their injuries include permanent harm, and that plaintiffs Frederick Babcock and John Kelley were so disabled as a result of their accident-related injuries that they have been involuntarily retired from their employment as firefighters.

2. Suit was filed in this case in June 2004.[2]  A status conference was held on February 22, 2005, at which the Court ordered that discovery be completed "by November [2005]."  Docket Entry 2/22/05.

3. On September 8, 2005, the parties jointly requested a six-month extension of that discovery deadline.  Docket Entry 9/8/05.  That request was granted on September 14, 2005.  Order (Harrington, J.), 9/14/05.

4. A further status conference was held on January 31, 2006, at which the Court advised counsel to move for further extension of the May 1, 2005 discovery deadline, should an extension be necessary, closer to the existing May 1, 2005 deadline.

5. To date, the parties have engaged in extensive written discovery and have begun or completed the following depositions:

    a. John Kelley (two days);

---

[1] A fifth plaintiff, Yvonne Kelley, has at all relevant times been married to plaintiff John Kelley, and has brought claims for her loss of consortium with her husband as a result of the January 5, 2002 incident.  A sixth plaintiff, Sandra Babcock, has also brought loss of consortium claims.

[2] Plaintiff Sandra Babcock filed suit on December 17, 2004, alleging loss of consortium with Frederick Babcock; plaintiff Town of Brookline filed suit on September 15, 2004.  Each of these cases has been consolidated with the original action.

2

  b. Frederick Babcock (two days);

  c. Thomas Gregorio;

  d. John Malone (two days);

  e. PEDA, Inc., Rule 30(b)(6) (two days, not completed);

  f. Town of Brookline Fire Department, Rule 30(b)(6);

  g. Town of Brookline Inspectional Services, Rule 30(b)(6) (not completed); and,

  h. Gerald Brown.

In addition, the parties have noticed the following depositions:

  a. Ledgewood Construction Company, Rule 30(b)(6);

  b. Split Boulder Construction Company, Inc., Rule 30(b)(6);

  c. Northeastern University, Rule 30(b)(6);

  d. Joseph Canney;

  e. Brookline Police Detective Barry McNeilly; and,

  f. Ernest Silva.

Counsel for the plaintiffs is working with counsel for the United States to schedule the deposition of four present and former United States employees and military personnel whom the plaintiffs believe were involved in the planning and/or execution of the January 5, 2002 landing drill. Notices will be issued for these depositions as soon as possible.

6. The parties believe that it is likely that additional depositions will be required and that an additional party or parties may need to be added.

7. In November 2005, the parties participated in mediation with Hon. James Ryan (Ret.) at JAMS. The case was not resolved at that time; however, the parties are continuing negotiations.

8. By this motion, the parties seek an extension of the current discovery deadline from May 1, 2006 until October 1, 2006 for factual discovery and January 1, 2007 for expert discovery. The parties believe that such an extension will allow them to complete the extensive fact discovery that will be needed for all parties to prepare for trial.

Wherefore, the parties respectfully request that the discovery deadlines in this case be extended until October 1, 2006 for fact discovery and until January 1, 2006 for expert discovery.

Respectfully submitted,

| | |
|---|---|
| The Plaintiffs, | The Defendant, |
| By their attorneys, | United States of America, |
| | By its attorneys, |
| /s/ Kathryn E. Hand | Peter D. Keisler |
| Michael E. Mone | Assistant Attorney General |
| BBO No. 351680 | |
| Kathryn E. Hand | Michael Sullivan |
| BBO No. 567197 | United States Attorney |
| Esdaile, Barrett & Esdaile | |
| 75 Federal Street | Barbara Healy Smith |
| Boston, MA 02110-1904 | Assistant United States Attorney |
| (617) 482-0333 | |
| Fax: (617) 426-2978 | /s/ Matthew A. Connelly (KH) |
| | Matthew A. Connelly, Trial Attorney |
| | Torts Branch, Civil Division |
| | U.S. Dep't of Justice |
| | P.O. Box 14271 |
| | Washington, DC 20044-4271 |
| | (202) 616-4040 |
| | Fax: (202) 616-4159 |

4

| | |
|---|---|
| The Defendant,<br>Northeastern University,<br>By its attorneys, | The Defendant,<br>Ledgewood Construction Company, Inc.,<br>By its attorneys, |
| /s/ Gerald F. Lucey (KH)<br>Gerald F. Lucey<br>BBO No. 306860<br>Nelson, Kinder, Mosseau & Saturley, PC<br>45 Milk Street<br>Boston, MA 02109<br>(617) 778-7500<br>Fax: (617) 778-7501 | /s/ Christopher Maffucci (KH)<br>Terrence J. Hamilton<br>BBO No. 218980<br>Christopher Maffucci<br>BBO No. 645972<br>Casner & Edwards, LLC<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900<br>Fax: (617) 878-4650 |
| The Defendant,<br>PEDA, Inc.<br>By its attorneys, | The Defendant,<br>Split Boulder Construction, Inc.<br>By its attorneys, |
| /s/ Brian Newberry (KH)<br>David J. Hatem<br>BBO No. 225700<br>Brian Newberry<br>BBO No. 635498<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 | /s/ John H. Bruno II (KH)<br>John H. Bruno II<br>BBO No. 542098<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 |

| | |
|---|---|
| The Consolidated Plaintiff,<br>Sandra Babcock,<br>By her attorneys, | The Consolidated Plaintiff,<br>Town of Brookline,<br>By its attorneys, |
| /s/ Jeffrey A. Gorlick (KH)<br>Jeffrey A. Gorlick<br>BBO No. 203890<br>Law Offices of Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114<br>(617) 314-6953 | /s/ Joslin H. Murphy (KH)<br>Joslin H. Murphy<br>BBO No. 553471<br>Town of Brookline<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 |

DATED:   April 26, 2006

CERTIFICATE OF SERVICE

I, Kathryn E. Hand, certify that I have this day served a copy of the attached document by first-class mail, postage prepaid, on counsel for the parties listed above.

/s/ Kathryn E. Hand

DATED:  April 26, 2006