UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs

VS.                                                              C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.,
AND SPLIT BOULDER CONSTRUCTION, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION OF THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., FOR LEAVE AS THIRD-PARTY PLAINTIFF, TO CAUSE TO BE SERVED UPON SASAKI ASSOCIATES, INC. A SUMMONS AND THIRD-PARTY COMPLAINT COPIES OF WHICH ARE HERETO ATTACHED AS EXHIBITS**
**Fed.R.Civ.P. Rule 14(a)**

Now comes Split Boulder Construction, Inc. and moves this Court for permission to file and serve a third-party complaint on Sasaki Associates, Inc.

As grounds therefore, Split Boulder Construction, Inc. states:

1. Fed.R.Civ.P. Rule 14(a) requires the third-party plaintiff to request this court's permission in order to file a third-party complaint.

2. The plaintiffs allege that a structure on the Parsons Field Athletic Complex of Northeastern University in the Town of Brookline, Massachusetts, was incorrectly constructed or otherwise failed, which allegedly led to the plaintiffs' injuries.

3. Depositions recently of the Town of Brookline Building Commissioner (James Nickerson) and the Town of Brookline Building inspector (Gerald Brown) have indicated that the architect of record in this case was Sasaki Associates, Inc. Further, that the architect of record was responsible for the overall design and control of the construction project.

4. Further, discovery has shown that the registered professional engineer, John Hollywood, provided certifications regarding the suitability of the dugout in conformance with Massachusetts Codes and Regulations.

5. The Building Department from the Town of Brookline has indicated that they believe that the certifications were incorrect and that the building at issue was not properly constructed.

WHEREFORE, Split Boulder Construction, Inc., moves this court to allow it to bring in as third-party defendant, the architect, Sasaki Associates, Inc.

Respectfully submitted,

/s/JOHN H. BRUNO II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com

## CERTIFICATION

We have served the Motion to Add a new party as required under Local Rule 15.1(b) at least ten days in advance of the filing of the motion, and there have been no objections.

Respectfully submitted,

/s/JOHN H. BRUNO II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com