UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs

VS.                                                                              C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.,
    Defendants

SPLIT BOULDER CONSTRUCTION, INC.,
    Defendant/Third-Party Plaintiff

VS.

SASAKI ASSOCIATES, INC.,
    Third-Party Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THIRD-PARTY COMPLAINT AGAINST SASAKI ASSOCIATES, INC.

1. The plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley, Yvonne Kelley, Sandra Babcock and Town of Brookline have filed against the defendant, Split Boulder Construction, Inc. copies of the complaints which are hereto attached as Exhibit A, B and C respectfully.

2. All of the complaints have been consolidated by order of this court.

3. The defendant/third-party plaintiff, Split Boulder Construction, Inc., is a Massachusetts corporation with a principal place of business in Rockland, Massachusetts.

4. The Third-Party Defendant, Sasaki Associates, Inc., is a corporation transacting business in the Commonwealth of Massachusetts and within this judicial district.

5. The Third-Party Defendant, Sasaki Associates, Inc., was the architect of record regarding the Parsons Field Renovation Project at the Northeastern University Athletic Complex in 2001.

6. Sasaki Associates, Inc.'s employee/agent was John Hollywood, P.E. Mr. Hollywood certified that the Parsons Field Project was in compliance with all building codes and the plans and specifications for the renovation of Parsons Field.

7. This certification was relied upon by the Town of Brookline Building Officials.

8. If the allegations in the plaintiffs' complaint are true, then the Hollywood certificate was incorrect and the certification was done negligent.

9. The Third-Party Defendant, Sasaki Associates, Inc., was responsible for general overview of the project including the removal and movement of the baseball dugout which has been alleged to been the cause of injury to the plaintiffs.

10. The Third-Party Defendant, Sasaki Associates, Inc. was negligent in the performance of its duties.

WHEREFORE, the Defendant/Third-Party Plaintiff, Split Boulder Construction Company, Inc., demands judgment against Third-Party Defendant, Sasaki Associates, Inc. for all sums that may be adjudged against the Defendant/Third-Party Plaintiff, Split Boulder Construction Company, Inc. in favor of the plaintiffs. Specifically, this is a Complaint for Contribution from a joint tortfeasor pursuant to M.G.L. c.231B.

**THE DEFENDANT/THIRD-PARTY PLAINTIFF, SPLIT BOULDER CONTRUCTION COMPANY, INC., DEMANDS A TRIAL BY JURY**

Respectfully submitted,

/s/JOHN H. BRUNO II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com