AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

PLAINTIFF

**FREDERICK BABCOCK, ET AL.**                    **THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**SPLIT BOULDER CONSTRUCTION, INC.**            Case Number:  04-CV-11413-EFH

V. THIRD PARTY DEFENDANT

**SASAKI ASSOCIATES, INC.**

To: Name and address of Third Party Defendant

**SASAKI ASSOCIATES, INC.**
**64 PLEASANT STREET WATERTOWN, MA 02472**

    **YOU ARE HEREBY SUMMONSED** and required to serve on

PLAINTIFF'S ATTORNEY                |           DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY

    *SEE ATTACHED LIST*                             *SEE ATTACHED LIST*

an answer to the third-party complaint which is served on you with this summons, within  20  days after
the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff s complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

DEPUTY CLERK

    5/17/06
DATE

AO 441 (Rev. *8/01)* Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(l) | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant. Place where served:

☐  Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
　　　　　　　　Date                         *Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Signature of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PARTIES AND ATTORNEYS**

**PLAINTIFF:** Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley

Michael E. Mone, Esquire #351680 (Senior)
Kathryn E. Hand, Esquire #567197 Esdaile Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904
617-482-0333
617-426-2978(t)
mone@ebelaw.com

**PLAINTIFF:** Sandra Babcock

Jeffrey A. Gorlick, Esquire #203890
One Longfellow Place, Suite 3409
Boston, MA 02114
617-227-8383
617-723- 7235(t) jgorlick224@aol.com

**DEFENDANT:** Northeastern University/3rdP Pltf

Gerald F. Lucey, Esquire
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street
Boston, MA 02109
617-778-7500
617-778- 7501(t)
glucey@nkms.com

**DEFENDANT/THIRD-P ARTY PLAINTIFF:**
Split Boulder Construction, Inc.

John H. Bruno **II,** Esquire #542098
Masi & Bruno
124 Long Pond Road, Unit **11**
Plymouth, MA 02360
(508)747-5277 x245 (508)747-5433(t)
JBruno@hanover.com

**DEFENDANT:** United States of America

Barbara Healey Smith Assistant U.S. Attorney
One Courthouse Way Boston, MA 02210
617- 748-3100
617- 748-3969(t) Barbara.h. smith@usdoi.gov

Matthew A. Connelly, Esquire
Torts Branch, Civil Division
U.S. Dept of Justice
P.O. Box 14271
Washington, DC 20044-4271 matthew .connellv@usdoi.gov 202-616-4040 (4024 Ashley Dempsey) 202-616-4159(t)

**PLAINTIFF:** Town of Brookline

Joslin Murphy, Esquire
Associate Town Counsel
Town of Brookline
333 Washington Street

Brookline, MA 02445-6863 617-730-2190
617-264-6463(t)
ioslin murphy@Town.Brookline.ma.us

**DEFENDANT:** Ledgewood Construction Co., Inc.

Terrance J. Hamilton, Esq. Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
617-426-881O(t)
thamilton@casneredwards.com maffucci@casneredwards.com

**THIRD-PARTY DEF:** PEDA, INC.

David J. Hatem, Esq, Esquire *#225700*
Warren Hutchison, Esquire #246150*
Brian Newberry, Esquire
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
*617-406-4500*
*617-406-4606* (direct) 617-406-4501(t) *whutchison@donovanhatem. com*
bnewberry@donovanhatem.com