JUNE 26, 2006

## QUICKSERV
ALLSTATE PROCESS SERVERS

### RETURN OF SERVICE

I this day summoned the within named SASAKI ASSOCIATES, INC.

to appear as within directed by delivering to   STEVE ROSCOE, CFO, 12:05 PM

   X   in hand, or
        leaving at last and usual place of abode, to wit:

No.     64 PLEASANT STREET
in the  WATERTOWN    District of said  MIDDLESEX    County an attested
copy of the THIRD PARTY SUMMONS & COMPLAINT

Service and travel    20

Paid Witness

it being necessary I actually used a motor vehicle in the distance of
10   miles in the service of this process

*Barry Bernard*
Process Server

Case 1:04-cv-11413-EFH   Document 66-2   Filed 06/28/2006   Page 1 of 1