UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-11413-EFH

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>Defendants,<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>SASAKI ASSOCIATES, INC.,<br><br>Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD PARTY DEFENDANT SASAKI ASSOCIATES, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

Third Party Defendant Sasaki Associates, Inc. ("Sasaki") responds to the Third Party Complaint of Split Boulder Construction, Inc., as follows:

1. Sasaki has insufficient information or knowledge to admit or deny the allegations of Paragraph 1.

2. Sasaki has insufficient information or knowledge to admit or deny the allegations of Paragraph 2.

3. Sasaki admits Paragraph 3.

4. Sasaki denies Paragraph 4.

5. Sasaki denies Paragraph 5.

6.   Sasaki denies Paragraph 6.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

If plaintiffs were damaged as alleged, which Sasaki denies, said damages are attributable to the acts and/or omissions of persons or entities for whose conduct Sasaki is neither legally liable nor responsible.

## THIRD AFFIRMATIVE DEFENSE

If plaintiffs were damaged as alleged, which Sasaki denies, said damages resulted from the negligent acts and/or omissions of the plaintiffs. Accordingly, the plaintiffs are either barred from recovery or their recovery must be reduced proportionate to the extent of their contributory negligence.

## JURY CLAIM

Sasaki requests a trial by jury to the fullest extent permitted by law.

Defendant,
SASAKI ASSOCIATES, INC.
By its attorneys,

/s/ Deborah S. Russo
David J. Hatem, PC, BBO #225700
Deborah S. Russo, BBO #434610
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: July 6, 2006

## CERTIFICATE OF SERVICE

I, Deborah S. Russo, hereby certify that on this 6th day of July, 2006, I served a copy of the attached *ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND,* by mailing a copy thereof, postage pre-paid to:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Jeffrey a. Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109

Barbara Healey Smith, Esq.
Assistant US Attorney
One Courthouse Way
Boston, MA 02210

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Dept. of Justice
P.O. Box 14271
Washington, DC 20044

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

Terrence J. Hamilton, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

_____
Deborah S. Russo