

# TOWN of BROOKLINE
*Massachusetts*

## BUILDING DEPARTMENT

3-13-06
Spit Binder
EXHIBIT NO. 39
DMC/J.N.

James J. Nickerson
Building Commissioner

CONSTRUCTION CONTROL

Address: 186 Kent Street          Owner: Northeastern University

Architect/Engineer: Sasaki Associates, Inc.

In accordance with Section 116.0 of the Massachusetts State Building Code, I, John D. Hollywood Registration No. 28920 being a registered professional engineer/architect hereby certify that I have prepared or directly supervised the preparation of all design plans, computations and specifications concerning:

Entire Project _____    Architectural _____    Structural _____
Mechanical _____       Electrical _____         Fire Protection _____
Other (Specify) Site work

For the above named project and that, to the best of my acknowledge, such plans computations and specifications meet the applicable provisions of the Massachusetts State Building Code, all acceptable engineering practices and applicable laws and ordinances for the proposed use and occupancy.

I further certify that I shall perform the necessary professional services and be present on the construction site on a regular and periodic basis to determine that the work is proceeding in accordance with the documents approved for the Building Permit and shall be responsible for the following as specified in Section 116.2.2:

1. Review of shop drawings, samples and other submittals of the contractor as required by the construction contract documents as submitted for building permit approval for conformance to the design concept.
2. Review and approval of the quality control procedures for all code required controlled materials.
3. Special architectural or engineering professional inspection of critical construction components requiring controlled materials or construction specified in the accepted engineering practice standard list in Appendix B.

PURSUANT TO SECTION 116.2.3, I SHALL SUBMIT PERIODICALLY A PROGRESS REPORT TOGETHER WITH PERTINENT COMMENTS TO THE BROOKLINE BUILDING INSPECTOR. UPON COMPLETION OF THE WORK, I SHALL SUBMIT A FINAL REPORT AS TO THE SATISFACTORY COMPLETION AND READINESS OF THE PROJECT FOR OCCUPANCY.

Signature

Subscribed an sworn to be before me this 8th day of MAY 19 2001

Notary Public: Deborah L. West          My Commission Expires: JUNE 30, 2006

DEBORAH L. WEST
Notary Public
My Commission Expires June 30, 2006

333 Washington Street, Brookline, Massachusetts 02146
Tel: (617) 730-2100   Fax: (617) 739-7542



# TOWN of BROOKLINE
### Massachusetts



3-13-06
Split Builder
EXHIBIT NO. 38
Dmd J.N.

## BUILDING DEPARTMENT

James J. Nickerson
Building Commissioner

### FINAL AFFIDAVIT

On this __Eighteenth__ day of __September 2001__ before me, __Deborah L. West__ a Notary Public duly commissioned and qualified for the Commonwealth of Massachusetts, personally appeared __John Hollywood__, who inspected the construction of __Northeastern Univ., Parsons Field, 186 Kent Street__

((Property Name)     (Street Address)

under Permit # __BL0100515__ and that this ~~structure~~ site conforms to the submitted plans and to the codes of the Town of Brookline, and the Commonwealth of Massachusetts.

Further, that all required approvals and materials affidavits have been submitted, and that there are no violations of Law of Orders of the Department of Public Buildings pending.

I, as the affidavitted ~~Architect~~/Engineer hereby certify that I have on this date __September 18, 2001__ inspected the property located at __186 Kent Street__

Address     Street

and find that the locus comply with my plans and specifications and all Rules and Regulations of the codes of the Town of Brookline and the Commonwealth of Massachusetts.

THEREFORE, I REQUEST A CERTIFICATE OF OCCUPANCY FOR THE ABOVE ADDRESS.

_____
ORIGINAL SIGNATURE AND SEAL

SUBSCRIBED AND SWORN TO BEFORE ME THIS __18th__ DAY OF __SEPTEMBER__.

DEBORAH L. WEST
Notary Public
My Commission Expires June 30, 2006

_____
NOTARY PUBLIC

333 Washington Street, Brookline, Massachusetts 02146
Tel: (617) 730-2100    Fax: (617) 739-7542