UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br><br>      Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>      Defendants,<br><br>NORTHEASTERN UNIVERSITY, and SPLIT BOULDER CONSTRUCTION, INC.,<br>      Defendants/Third Party Plaintiffs,<br><br>v.<br><br>PEDA, INC., and SASAKI ASSOCIATES, INC.,<br><br>      Third Party Defendants. | Consolidated C.A. No.:<br>04-CV-11413-EFH |

## COPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Pursuant to Local Rule 7.3 of the United States District for the District of Massachusetts, the third-party defendant, Sasaki Associates, Inc. ("Sasaki") states that it is not a publicly-held company and that it has no parent companies, subsidiaries, or affiliates that have issued shares to the public. There is no publicly held company that holds 10% or more of the stock of Sasaki.

Respectfully submitted,

SASAKI ASSOCIATEES, INC.
By its attorneys,


/s/ Alberto G. Rossi
David J. Hatem, P.C., BBO# 225700
Deborah S. Russo, BBO# 434610
Alberto G. Rossi, BBO# 657246
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
617-406-4500

Respectfully submitted,

SASAKI ASSOCIATES, INC

James Sukeforth, CEO,
Sasaki Associates, Inc.
64 Pleasant Street
Watertown, MA 02472
617-926-3300

**CETIFICATE OF SERVICE**

I, Alberto G. Rossi, do hereby certify that on this 25th day of September, 2006 I served the foregoing *Corporate Disclosure Statement Pursuant to Local Rule 7.3* upon all parties of record to this action by mailing same first-class, postage prepaid to each of the following:

Michael E. Mone, Esq.
Kathryn E. Hand, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271 Washington, DC 20044-4271

Barbara Healey Smith, Esq.
Assistant U.S. Attorney
U.S. Courthouse
One Courthouse Way,
Suite 9200
Boston, MA 02210

Jeffrey A. Gorlick, Esq.
One Longfellow Place,
Suite 3409
Boston, MA 02114

Terrance J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards
303 Congress Street
Boston, MA 02210

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445-6863

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseairac Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

/s/ Alberto G. Rossi
Alberto G. Rossi