UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK BABCOCK, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 04CV11413-EFH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LEDGEWOOD CONSTRUCTION COMPANY, INC.'S
ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Ledgewood Construction Company, Inc. ("Ledgewood") answers Plaintiffs'

Third Amended Complaint by stating as follows:

1.     Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph one and therefore denies them.

2.     Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph two and therefore denies them.

3.     Ledgewood is without insufficient information to form a belief as to the truth of

the allegations in paragraph three and therefore denies them.

4.     Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph four and therefore denies them.

5.     Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph five and therefore denies them.

6.     Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph six and therefore denies them.

7.      Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seven and therefore denies them.

8.      Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eight and therefore denies them.

9.      Ledgewood admits the allegations in paragraph nine except that its principal place of business is Norfolk, Massachusetts.

10.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph ten and therefore denies them.

11.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eleven and therefore denies them.

12.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twelve and therefore denies them.

### Jurisdiction

13.     Ledgewood denies the allegations in paragraph thirteen as a conclusion of law.

14.     Ledgewood denies the allegations in paragraph fourteen as a conclusion of law.

15.     Ledgewood denies the allegations in paragraph fifteen as a conclusion of law.

16.     Ledgewood denies the allegations in paragraph sixteen as a conclusion of law.

17.     Ledgewood denies the allegations in paragraph seventeen as a conclusion of law.

18.     Ledgewood denies the allegations in paragraph eighteen as a conclusion of law.

19.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nineteen and therefore denies them.

**General Factual Allegations**

20.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty and therefore denies them.

21.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-one and therefore denies them.

22.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-two and therefore denies them.

23.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-three and therefore denies them.

24.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-four and therefore denies them.

25.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-five and therefore denies them.

26.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-six and therefore denies them.

27.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-seven and therefore denies them.

28.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-eight and therefore denies them.

29.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-nine and therefore denies them.

30.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty and therefore denies them.

31.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-one and therefore denies them.

32.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-two and therefore denies them.

33.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-three and therefore denies them.

34.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-four and therefore denies them.

35.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-five and therefore denies them.

36.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-six and therefore denies them.

37.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-seven and therefore denies them.

38.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph thirty-eight and therefore denies them.

**COUNT I:**
**Negligence Against the United States-Babcock**

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

39.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

4

## COUNT II:
### Negligence of Northeastern University-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

40.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT III:
### Negligence of Ledgewood Construction Company, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length.

41.    Ledgewood denies the allegations in paragraph forty-one.

## COUNT IV:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

42.    Ledgewood denies the allegations in paragraph forty-two.

## COUNT V:
### Negligence of Split Boulder Construction, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

43.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT VI:
### Breaches of Warranty by Split Boulder Construction, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

44.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT VII:
### Negligence of PEDA, Inc.-Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

45.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT VIII:
### Breaches of Warranty by PEDA, Inc.

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

46.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT IX:
### Negligence of Sasaki Associates, Inc. -Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

47.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT X:
### Breaches of Warranty by Sasaki Associates, Inc. -Babcock

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

48.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XI:
### Negligence Against the United States.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

49.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XII:
### Negligence of Northeastern University.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

50.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIII:
### Negligence of Ledgewood Construction Company, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

51.    Ledgewood denies the allegations in paragraph fifty-one.

## COUNT XIV:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

52.    Ledgewood denies the allegations in paragraph fifty-two.

## COUNT XV:
### Negligence of Split Boulder Construction, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

53.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XVI:
### Breaches of Warranty by Split Boulder Construction, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

54.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XVII:
### Negligence of PEDA, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

55.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XVIII:
### Breaches of Warranty by PEDA, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

56.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIX:
### Negligence of Sasaki Associates, Inc.-Canney

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

57.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XX:
### Breaches of Warranty by Sasaki Associates, Inc.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

58.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXI:
### Negligence Against the United States.-Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

59.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXII:
### Negligence of Northeastern University- Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

60.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXIII:
### Negligence of Ledgewood Construction Company, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

61.     Ledgewood denies the allegation in paragraph sixty-one.

## COUNT XXIV:
### Breaches of Warranty Against Ledgewood Construction Company, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

62.     Ledgewood denies the allegation in paragraph sixty-two.

## COUNT XXV:
### Negligence of Split Boulder Construction, Inc. -Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

63.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXVI:
### Breaches of Warranty by of Split Boulder Construction, Inc. -Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

64.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXVII:
### Negligence of PEDA, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

65.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXVIII:
### Breaches of Warranty by PEDA, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

66.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXIX:
### Negligence of Sasaki Associates, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

67.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXX:
### Breaches of Warranty by Sasaki Associates, Inc. - Gregorio

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

68.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT XXXI:
### Negligence Against the United States- Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

69.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXII:
### Negligence of Northeastern University-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

70.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXIII:
### Negligence of Ledgewood Construction Company, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

71.    Ledgewood denies the allegations in paragraph seventy-one.

## COUNT XXXIV:
### Breaches of Warranty by Ledgewood Construction Company, Inc.-Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

72.    Ledgewood denies the allegations in paragraph seventy-two.

## COUNT XXXV:
### Negligence of Split Boulder Construction, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

73.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXVI:
### Breaches of Warranty by Split Boulder Construction, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

74.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXVII:
### Negligence of PEDA, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

75.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXVIII:
### Breaches of Warranty by PEDA, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

76.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XXXIX:
### Negligence of Sasaki Associates, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

77.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XL:
### Breaches of Warranty by Sasaki Associates, Inc. - Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

78.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLI:
### Negligence Against the United States- Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

79.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLII:
### Negligence of Northeastern University- Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

80.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLIII:
### Negligence of Ledgewood Construction Company, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

81.    Ledgewood denies the allegations in paragraph eight-one.

## COUNT XLIV:
### Breaches of Warranty by Ledgewood Construction Company, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

82.     Ledgewood denies the allegations in paragraph eight-two.

## COUNT XLV:
### Negligence of Split Boulder Construction, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

83.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLVI:
### Breaches of Warranty by Split Boulder Construction, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

84.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLVII:
### Negligence of PEDA, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

85.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLVIII:
### Breaches of Warranty by PEDA, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

86.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XLIX:
### Negligence of Sasaki Associates, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

87.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT L:
### Breaches of Warranty by Sasaki Associates, Inc. - Mrs. Kelley

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

88.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

89.     Plaintiffs' complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

90.     Plaintiffs' claims are barred because they contributed to the cause of the accident, and therefore, the damages, if any should be reduced in accordance with M.G.L. c. 231 § 85.

## THIRD AFFIRMATIVE DEFENSE

91.     Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in plaintiffs' complaint.

## FOURTH AFFIRMATIVE DEFENSE

92.     Plaintiffs' claims are barred because plaintiffs' damages, if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

## FIFTH AFFIRMATIVE DEFENSE

93.     Plaintiffs' claims are barred because their damages were caused by their own acts or omissions.

## SIXTH AFFIRMATIVE DEFENSE

94.     Plaintiffs' claims are barred by their own contributory negligence.

## SEVENTH AFFIRMATIVE DEFENSE

95.     Plaintiffs' claims are barred by the Statute of Limitations.

## EIGHTH AFFIRMATIVE DEFENSE

96.     Ledgewood states that plaintiffs were comparatively negligent, which proximately caused the damages alleged, and the negligence of the plaintiffs was greater than the total amount of negligence, if any, contributive to Ledgewood.

## NINTH AFFIRMATIVE DEFENSE

97.     Ledgewood states that the plaintiffs voluntarily assumed the risk and therefore plaintiffs are barred from recovering for alleged damages.

### TENTH AFFIRMATIVE DEFENSE

98.    Ledgewood states that the injuries and damages alleged by plaintiffs were caused in whole or in part by plaintiffs' negligence to a degree greater than any alleged negligence of Ledgewood.

### ELEVENTH AFFIRMATIVE DEFENSE

99.    Ledgewood states the location of plaintiffs' incident giving rise to plaintiffs' claims, was not an area within the care, custody or control of Ledgewood, and therefore plaintiffs are barred from any recovery from Ledgewood.

### TWELVENTH AFFIRMATIVE DEFENSE

100.    Ledgewood states that there was, and is no privity of contract between plaintiffs and Ledgewood.

### THIRTEETH AFFIRMATIVE DEFENSE

101.    Ledgewood states that the warranties alleged by plaintiff did not arise under any contract, implied or otherwise, between plaintiffs and Ledgewood.

### FOURTEENTH AFFIRMATIVE DEFENSE

102.    Ledgewood denies that it made any warranties, express or implied, to plaintiffs or to any person, firm or entity through whom plaintiffs are entitled to claim.

### FIFTEENTH AFFIRMATIVE DEFENSE

103.    Ledgewood states that any alleged warranties, express or implied, which plaintiffs allege were made on behalf of Ledgewood were void due to a lack of authority to make such warranties on the part of any person, firm or entity making such warranties.

SIXTEENTH AFFIRMATIVE DEFENSE

104.    Ledgewood states that any warranties, express or implied which may have been made by Ledgewood had expired and were no longer in force at the time of the alleged injury.

SEVENTEENTH AFFIRMATIVE DEFENSE

105.    Ledgewood states that plaintiffs failed to exercise due care at the time of the accident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

WHEREFORE, Defendant, Ledgewood Construction Company, Inc. respectfully requests:

(a)    Enter judgment in its favor on all counts against plaintiffs' third amended complaint;

(b)    its costs and fees; and

(c)    any other relief the Court deems just and proper.

**CROSSCLAIM OF DEFENDANT, LEDGEWOOD CONSTRUCTION COMPANY, INC. AGAINST THE CO-DEFENDANT, UNITED STATES OF AMERICA**

**COUNT I**
**(Ledgewood v. the United States)**

106.    The Defendant/Crossclaimant, Ledgewood Construction Company, Inc. ("Ledgewood") is a corporation duly organized under the laws of Massachusetts having a place of business at Norfolk, Massachusetts.

107.    The defendant in Crossclaim is the United States of America.

108.    The Plaintiffs have served a Third Amended Complaint on the Defendant/Crossclaimant, Ledgewood, and a copy of said Third Amended Complaint has been served on the Crossclaim Defendant the United States of America.

109.    The injuries and damages allegedly suffered by the Plaintiffs were caused entirely by the negligence of the United States of America in the operation of the helicopter(s) involved in the January 5, 2002 drill; in the preparation for the drill approach and landing' and in the supervision of the helicopter's operation.

110.    Ledgewood was not negligent and has been exposed to derivative and vicarious liability without fault on the part of the Defendant/Crossclaimant, as a result of the negligence of the Defendant in Counterclaim, United States of America.  Consequently, Ledgewood is entitled to indemnification from the Crossclaim Defendant the United States of America, for any judgment entered against Ledgewood, in favor of the Plaintiffs herein, together with interest, costs and attorney's fees.

**WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against Crossclaim Defendant the United States of America, in the amount of judgment entered in favor of the Plaintiffs herein against the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., together with interests, costs and attorney fees.

## COUNT II
### (Ledgewood v. the United States)

111.    Ledgewood repeats and incorporates herein by reference the allegations in the preceding paragraphs as if set forth herein.

112.    If it is determined that Ledgewood was negligent, which it denies, then the Defendant in Crossclaim, United States of America, was a joint tortfeasor and *in para delecto.*

Consequently, Ledgewood is entitled to contribution from the Defendant in Crossclaim, United States of America, pursuant to the provisions of M.G.L. c.231B.

**WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against Crossclaim Defendant United States of America, in the amount of its respective pro rata share of the entire liability, if any, to the Plaintiffs.

**COUNT III**
**(Ledgewood v. Sasaki Associates, Inc.)**

113.    Ledgewood repeats and incorporates herein by reference the allegations in the preceding paragraphs as if set forth herein.

114.    The defendant in Crossclaim is the Third Party Defendant Sasaki Associates, Inc.

115.    The Plaintiffs have served a Third Amended Complaint on Ledgewood a copy of said Third Amended Complaint has been served on the Third Party Defendant Sasaki Associates, Inc.

116.    The injuries and damages allegedly suffered by the Plaintiffs were caused entirely by the negligence of the Sasaki Associates, Inc. in its design and oversight of the project to renovate Parsons Field in Brookline, Massachusetts.

117.    Ledgewood was not negligent and has been exposed to derivative and vicarious liability without fault on the part of the Ledgewood, as a result of the negligence of the Sasaki Associates, Inc.  Consequently, Ledgewood is entitled to indemnification from the Third Party Defendant Sasaki Associates, Inc., for any judgment entered against, Ledgewood, in favor of the Plaintiffs herein, together with interest, costs and attorney's fees.

**WHEREFORE,** the Defendant/Crossclaimant, Ledgewood Construction Company, Inc., demands judgment against the Third Party Defendant Sasaki Associates, Inc., in the amount of

21

any judgment entered in favor of the Plaintiffs herein against the Defendant/Crossclaimant,

Ledgewood Construction Company, Inc., together with interests, costs and attorney's fees.

## COUNT IV
### (Ledgewood v. Sasaki Associates, Inc.)

118.    Ledgewood repeats and incorporates herein by reference the allegations in the

preceding paragraphs as if set forth herein.

119.    If it is determined that Ledgewood was negligent which it denies, then the Third

Party Defendant Sasaki Associates, Inc., was a joint tortfeasor and *in para delecto*.

Consequently, Ledgewood is entitled to contribution from the Third Party Defendant Sasaki

Associates, Inc., pursuant to the provisions of M.G.L. c. 231B.

**WHEREFORE**, the Defendant/Crossclaimant, Ledgewood Construction Company, Inc.,

demands Judgment against the Third Party Defendant Sasaki Associates, Inc., in an amount of its

respective pro rata sheet of the entire liability, if any, to the Plaintiffs.

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS
AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

Respectfully submitted

LEDGEWOOD CONSTRUCTION
COMPANY, INC.


/s/ Christopher Maffucci
Terrance J. Hamilton, Esq.
BBO# 218980
Christopher Maffucci, Esq. BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Dated:  September 29, 2006

22

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on September 29, 2006.

/s/ Christopher Maffucci
Christopher Maffucci

3400.299/394279