UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK BABCOCK, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 04CV11413-EFH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LEDGEWOOD CONSTRUCTION
COMPANY, INC.'S ANSWER TO DEFENDANT
NORTHEASTERN UNIVERSITY'S CROSSCLAIM**

Defendant Ledgewood Construction Company, Inc. ( "Ledgewood") answers

Defendant/Plaintiff in the Crossclaim of Northeastern University's Complaint  by stating

as follows:

1.      Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph one and therefore denies them.

2.      Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph two and therefore denies them.

3.      Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph three and therefore denies them.

4.      Ledgewood admits the allegations in paragraph four, except that its

principal place of business is Norfolk, Massachusetts.

5.      Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph five and therefore denies them.

6.      Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph six and therefore denies them.

      7.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seven and therefore denies them.

      8.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eight and therefore denies them.

      9.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nine and therefore denies them.

      10.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph ten and therefore denies them.

      11.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eleven and therefore denies them.

      12.     Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twelve and therefore denies them

      13.     Ledgewood denies the allegations in paragraph thirteen as a conclusion of law.

      14.     Ledgewood denies the allegations in paragraph fourteen as a conclusion of law.

      15.     Ledgewood denies the allegations in paragraph fifteen as a conclusion of law.

      16.     Ledgewood denies the allegations in paragraph sixteen as a conclusion of law.

      17.     Ledgewood denies the allegations in paragraph seventeen as a conclusion of law.

18.    Ledgewood admits the allegation in paragraph eighteen.

19.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nineteen and therefore denies them.

20.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty and therefore denies them.

21.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-one and therefore denies them.

22.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-two and therefore denies them.

23.    Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph twenty-three and therefore denies them.

24.    Admitted in part and denied in part. Ledgewood admits that it and Split Boulder Construction performs certain work on Parsons Field in 2001. The remainder of the allegations in paragraph twenty-four are denied.

## COUNT I:
### (Indemnification vs. the United States)

25.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

26.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

27.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT II:
### (Contribution vs. the United State)

28.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

29.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied

## COUNT III:
### (Indemnification vs. Ledgewood)

30.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

31.    Ledgewood denies the allegations in paragraph thirty-one.

32.    Ledgewood denies the allegations in paragraph thirty-two.

## COUNT IV
### (Breaches of Warranty vs. Ledgewood)

33.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

34.    Ledgewood denies the allegations in paragraph thirty-four.

## COUNT V
### (Contribution vs. Ledgewood Construction)

35.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

36.    Ledgewood denies the allegations in paragraph thirty-six.

## COUNT VI
### (Indemnification vs. Split Boulder Construction, Inc.)

37.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

38.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied

39.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT VII
### (Breaches of Warranty vs. Split Boulder Construction, Inc.)

40.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

41.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT VIII
### (Contribution vs. Split Boulder Construction, Inc.)

42.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

43.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT IX
### (Indemnification vs. PEDA)

44.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

45.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

46.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT X
### (Breaches of Warranty vs. PEDA)

47.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

48.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XI
### (Contribution vs. PEDA)

49.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

50.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XII
### (Indemnification vs. Sasaki)

51.    Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

52.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

53.    The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIII
### (Breaches of Warranty vs. Sasaki)

54.     Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

55.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT XIV
### (Contribution vs. Sasaki)

56.     Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

57.     The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

58.     Northeastern's Crossclaim Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

59.     Northeastern and Ledgewood are not parties to an indemnification agreement.

### THIRD AFFIRMATIVE DEFENSE

60.     Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in Northeastern's Crossclaim Complaint.

7

## FOURTH AFFIRMATIVE DEFENSE

61.    Northeastern's claims are barred because its damages if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

## FIFTH AFFIRMATIVE DEFENSE

62.    Northeastern's claims are barred because their damages were caused by their own acts or omissions.

## SIXTH AFFIRMATIVE DEFENSE

63.    Northeastern's claims are barred by their own contributory negligence.

## SEVENTH AFFIRMATIVE DEFENSE

64.    Northeastern's claims are barred by the Statute of Limitations.

## EIGHTH AFFIRMATIVE DEFENSE

65.    Ledgewood states that any warranties, expressed or implied which may have been made by Ledgewood has had expired and no longer enforced at the time of the alleged incident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

WHEREFORE, Defendant, Ledgewood Construction Company, Inc. respectfully requests:

(a)    Enter judgment in its favor on all counts against Northeastern's crossclaim complaint;

(b)    its costs and fees; and

(c)    any other relief the Court deems just and proper.

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

Respectfully submitted

LEDGEWOOD CONSTRUCTION COMPANY, INC.


/s/ Christopher Maffucci
Terrance J. Hamilton, Esq.
BBO# 218980
Christopher Maffucci, Esq.
BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Dated:  October 11, 2006          (617) 426-5900


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on October 11, 2006.

/s/ Christopher Maffucci
Christopher Maffucci


3400.299/395165