## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FREDERICK BABCOCK, et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No.  1:04-CV-11413 EFH** |
| | ) | **(lead case)** |
| **v.** | ) | |
| | ) | **consolidated with** |
| **UNITED STATES OF AMERICA,** | ) | **1:04-CV-12003-EFH** |
| **et al** | ) | |
| | ) | **related case** |
| **Defendants.** | ) | **1:04-cv-12647** |
| | ) | |

### UNITED STATES OF AMERICA'S ANSWER
### TO PLAINTIFFS' THIRD AMENDED COMPLAINT

For its Answer, the United States of America responds to the allegations

contained in Plaintiffs' Third Amended Complaint in similarly numbered

paragraphs.  Any allegation not specifically admitted is denied.

1-5.   The allegations contained  in paragraphs 1 through 5 are denied for

lack of knowledge and information.

6.     To the extent that paragraph 6 alleges that the United States was

responsible for supervising the activities of individuals not employed by the

federal government, the allegations of paragraph 6 are denied.  The remaining

allegations in paragraph 6 are admitted.

7.     To the extent that paragraph 7 alleges that Marine Corps Helicopter

Squadron one (HMX-1) was responsible for supervising the activities of

individuals not employed by the federal government, the allegations of paragraph 7 are denied.  The remaining allegations in paragraph 7 are admitted.

8-12.   The allegations contained  in paragraphs 8 through 10 are denied for lack of knowledge and information.

13-18. Paragraphs 13 through 18 contain conclusions of law to which no response is required.   To the extent that paragraphs 13 through 18 are deemed to contain allegations of material fact, such allegations are denied for lack of knowledge and information.

19.     The allegations contained in paragraph 19  are denied for lack of knowledge and information.

20.     Admitted.

21.     To the extent that paragraph 21 alleges that the United States, or any of its employees, was responsible for supervising the activities of individuals not employed by the federal government, the allegations of paragraph 21 are denied. The remaining allegations in paragraph 21 are admitted.

22.     Admitted.

23.     The allegations contained in paragraph 23  are denied for lack of knowledge and information.

24.     The United States admits only that one of the helicopters approached Parson's Field at approximately 5:10 p.m. on January 5, 2002 and that at some

point the first base dugout slid off of its foundation on top of firefighters Babcock, Canney, Gregorio, and Kelley. Any remaining allegation in paragraph 24 is denied for lack of knowledge and information.

25-37. The allegations contained in paragraphs 25 through 37 are denied for lack of knowledge and information.

38.     Admitted.

## COUNT I

The United States repeats its responses to paragraphs 1 through 38 of this Complaint and makes those responses paragraphs 1 through 38 of Count I as if each response were set forth in whole.

39.     The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the Plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Frederick Babcock is not entitled to a judgment against the United States.

## COUNT II

The United States repeats its responses to paragraphs 1 through 39 of Count I and makes those responses paragraphs 1 through 39 of Count II as if each response were set forth in whole.

40.     Paragraph 40 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations contained in paragraph 40 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT III

The United States repeats its responses to paragraphs 1 through 40 of Count II and makes those responses paragraphs 1 through 40 of Count III as if each response were set forth in whole.

41.     Paragraph 41 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 41 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT IV

The United States repeats its responses to paragraphs 1 through 41 of Count III and makes those responses paragraphs 1 through 41 of Count IV as if each response were set forth in whole.

42.    Paragraph 42 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 42 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT V

The United States repeats its responses to paragraphs 1 through 42 of Count IV and makes those responses paragraphs 1 through 42 of Count V as if each response were set forth in whole.

43.    Paragraph 43 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 43 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT VI

The United States repeats its responses to paragraphs 1 through 43 of Count V and makes those responses paragraphs 1 through 43 of Count VI as if each response were set forth in whole.

44.    Paragraph 44 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 44 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT VII**

The United States repeats its responses to paragraphs 1 through 44 of Count VI and makes those responses paragraphs 1 through 44 of Count VII as if each response were set forth in whole.

45.    Paragraph 45 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 45 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT VIII**

The United States repeats its responses to paragraphs 1 through 45 of Count VII and makes those responses paragraphs 1 through 45 of Count VIII as if each response were set forth in whole.

46.    Paragraph 46 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 46 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT IX**

The United States repeats its responses to paragraphs 1 through 46 of Count VIII and makes those responses paragraphs 1 through 46 of Count IX as if each response were set forth in whole.

47.    Paragraph 47 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 47 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT X

The United States repeats its responses to paragraphs 1 through 47 of Count IX and makes those responses paragraphs 1 through 47 of Count X as if each response were set forth in whole.

48.    Paragraph 48 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 48 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XI

The United States repeats its responses to paragraphs 1 through 48 of Count X and makes those responses paragraphs 1 through 48 of Count XI as if each response were set forth in whole.

49.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees.  All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion.  Any injuries suffered by the Plaintiffs were the direct result of the

7

negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Joseph Canney is not entitled to a judgment against the United States.

## COUNT XII

The United States repeats its responses to paragraphs 1 through 49 of Count XI and makes those responses paragraphs 1 through 49 of Count XII as if each response were set forth in whole.

50.     Paragraph 50 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations contained in paragraph 50 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XIII

The United States repeats its responses to paragraphs 1 through 50 of Count XII and makes those responses paragraphs 1 through 50 of Count XIII as if each response were set forth in whole.

51.     Paragraph 51 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 51 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XIV**

The United States repeats its responses to paragraphs 1 through 51 of Count XIII and makes those responses paragraphs 1 through 51 of Count XIV as if each response were set forth in whole.

52.    Paragraph 52 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 52 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XV**

The United States repeats its responses to paragraphs 1 through 52 of Count XIV and makes those responses paragraphs 1 through 52 of Count XV as if each response were set forth in whole.

53.    Paragraph 53 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 53 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XVI**

The United States repeats its responses to paragraphs 1 through 53 of Count XV and makes those responses paragraphs 1 through 53 of Count XVI as if each response were set forth in whole.

54.     Paragraph 54 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 54 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XVII

The United States repeats its responses to paragraphs 1 through 54 of Count XVI and makes those responses paragraphs 1 through 54 of Count XVII as if each response were set forth in whole.

55.     Paragraph 55 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 55 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XVIII

The United States repeats its responses to paragraphs 1 through 55 of Count XVII and makes those responses paragraphs 1 through 55 of Count XVIII as if each response were set forth in whole.

56.     Paragraph 56 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 56 are directed against United States, those allegations are denied for lack of knowledge and information.

10

## COUNT XIX

The United States repeats its responses to paragraphs 1 through 56 of Count XVIII and makes those responses paragraphs 1 through 56 of Count XIX as if each response were set forth in whole.

57.     Paragraph 57 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 57 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XX

The United States repeats its responses to paragraphs 1 through 57 of Count XIX and makes those responses paragraphs 1 through 57 of Count XX as if each response were set forth in whole.

58.     Paragraph 58 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 58 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXI

The United States repeats its responses to paragraphs 1 through 58 of Count XX and makes those responses paragraphs 1 through 58 of Count XXI as if each response were set forth in whole.

11

59. The United States denies all allegations of negligence on the part of itself, its agencies, and its employees. All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion. Any injuries suffered by the Plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Thomas Gregorio is not entitled to a judgment against the United States.

## COUNT XXII

The United States repeats its responses to paragraphs 1 through 59 of Count XXI and makes those responses paragraphs 1 through 59 of Count XXII as if each response were set forth in whole.

60. Paragraph 60 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations contained in paragraph 60 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXIII

The United States repeats its responses to paragraphs 1 through 60 of Count XXII and makes those responses paragraphs 1 through 60 of Count XXIII as if each response were set forth in whole.

12

61.    Paragraph 61 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 61 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXIV

The United States repeats its responses to paragraphs 1 through 61 of Count XXIII and makes those responses paragraphs 1 through 61 of Count XXIV as if each response were set forth in whole.

62.    Paragraph 62 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 62 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXV

The United States repeats its responses to paragraphs 1 through 62 of Count XXIV and makes those responses paragraphs 1 through 62 of Count XXV as if each response were set forth in whole.

63.    Paragraph 63 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 63 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXVI

The United States repeats its responses to paragraphs 1 through 63 of Count XXV and makes those responses paragraphs 1 through 63 of Count XXVI as if each response were set forth in whole.

64.    Paragraph 64 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 64 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXVII

The United States repeats its responses to paragraphs 1 through 64 of Count XXVI and makes those responses paragraphs 1 through 64 of Count XXVII as if each response were set forth in whole.

65.    Paragraph 65 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 65 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXVIII

The United States repeats its responses to paragraphs 1 through 65 of Count XXVII and makes those responses paragraphs 1 through 65 of Count XXVIII as if each response were set forth in whole.

14

66.     Paragraph 66 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 66 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXIX

The United States repeats its responses to paragraphs 1 through 66 of Count XXVIII and makes those responses paragraphs 1 through 66 of Count XXIX as if each response were set forth in whole.

67.     Paragraph 67 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 67 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXX

The United States repeats its responses to paragraphs 1 through 67 of Count XXIX and makes those responses paragraphs 1 through 67 of Count XXX as if each response were set forth in whole.

68.     Paragraph 68 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 68 are directed against United States, those allegations are denied for lack of knowledge and information.

15

## COUNT XXXI

The United States repeats its responses to paragraphs 1 through 68 of Count XXX and makes those responses paragraphs 1 through 68 of Count XXXI as if each response were set forth in whole.

69.    The United States denies all allegations of negligence on the part of itself, its agencies, and its employees.  All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion.  Any injuries suffered by the Plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff John Kelley is not entitled to a judgment against the United States.

## COUNT XXXII

The United States repeats its responses to paragraphs 1 through 69 of Count XXXI and makes those responses paragraphs 1 through 69 of Count XXXII as if each response were set forth in whole.

70.    Paragraph 70 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations contained in paragraph 70 are directed against United States, those allegations are denied for lack of knowledge and information.

16

**COUNT XXXIII**

The United States repeats its responses to paragraphs 1 through 70 of Count XXXII and makes those responses paragraphs 1 through 70 of Count XXXIII as if each response were set forth in whole.

71.    Paragraph 71 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 71 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XXXIV**

The United States repeats its responses to paragraphs 1 through 71 of Count XXXIII and makes those responses paragraphs 1 through 71 of Count XXXIV as if each response were set forth in whole.

72.    Paragraph 72 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 72 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XXXV**

The United States repeats its responses to paragraphs 1 through 72 of Count XXXIV and makes those responses paragraphs 1 through 72 of Count XXXV as if each response were set forth in whole.

73.    Paragraph 73 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 73 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXXVI

The United States repeats its responses to paragraphs 1 through 73 of Count XXXV and makes those responses paragraphs 1 through 73 of Count XXXVI as if each response were set forth in whole.

74.    Paragraph 74 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 74 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXXVII

The United States repeats its responses to paragraphs 1 through 74 of Count XXXVI and makes those responses paragraphs 1 through 74 of Count XXXVII as if each response were set forth in whole.

75.    Paragraph 75 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 75 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXXVIII

The United States repeats its responses to paragraphs 1 through 75 of Count XXXVII and makes those responses paragraphs 1 through 75 of Count XXXVIII as if each response were set forth in whole.

76.    Paragraph 76 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 76 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XXXIX

The United States repeats its responses to paragraphs 1 through 76 of Count XXXVIII and makes those responses paragraphs 1 through 76 of Count XXXIX as if each response were set forth in whole.

77.    Paragraph 77 contains factual allegations which are directed at a defendant other than the United States. To the extent that the factual allegations in paragraph 77 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XL

The United States repeats its responses to paragraphs 1 through 77 of Count XXXIX and makes those responses paragraphs 1 through 77 of Count XL as if each response were set forth in whole.

78.     Paragraph 78 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 78 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XLI

The United States repeats its responses to paragraphs 1 through 78 of Count XL and makes those responses paragraphs 1 through 78 of Count XLI as if each response were set forth in whole.

79.     The United States denies all allegations of negligence on the part of itself, its agencies, and its employees.  All preparations for the landing and all helicopter operations associated with the landing were performed in a prudent fashion.  Any injuries suffered by the Plaintiffs were the direct result of the negligence of other persons who failed to secure the first base dugout properly to its foundation.

WHEREFORE, Plaintiff Yvonne Kelley is not entitled to a judgment against the United States.

## COUNT XLII

The United States repeats its responses to paragraphs 1 through 79 of Count XLI and makes those responses paragraphs 1 through 79 of Count XLII as if each response were set forth in whole.

20

80.    Paragraph 80 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations contained in paragraph 80 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XLIII

The United States repeats its responses to paragraphs 1 through 80 of Count XLII and makes those responses paragraphs 1 through 80 of Count XLIII as if each response were set forth in whole.

81.    Paragraph 81 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 81 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XLIV

The United States repeats its responses to paragraphs 1 through 81 of Count XLIII and makes those responses paragraphs 1 through 81 of Count XLIV as if each response were set forth in whole.

82.    Paragraph 82 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 82 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XLV**

The United States repeats its responses to paragraphs 1 through 82 of Count XLIV and makes those responses paragraphs 1 through 82 of Count XLV as if each response were set forth in whole.

83.     Paragraph 83 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 83 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XLVI**

The United States repeats its responses to paragraphs 1 through 83 of Count XLV and makes those responses paragraphs 1 through 83 of Count XLVI as if each response were set forth in whole.

84.     Paragraph 84 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 84 are directed against United States, those allegations are denied for lack of knowledge and information.

**COUNT XLVII**

The United States repeats its responses to paragraphs 1 through 84 of Count XLVI and makes those responses paragraphs 1 through 84 of Count XLVII as if each response were set forth in whole.

22

85.     Paragraph 85 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 85 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XLVIII

The United States repeats its responses to paragraphs 1 through 85 of Count XLVII and makes those responses paragraphs 1 through 85 of Count XLVIII as if each response were set forth in whole.

86.     Paragraph 86 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 86 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT XLIX

The United States repeats its responses to paragraphs 1 through 86 of Count XLVIII and makes those responses paragraphs 1 through 86 of Count XLIX as if each response were set forth in whole.

87.     Paragraph 87 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 87 are directed against United States, those allegations are denied for lack of knowledge and information.

## COUNT L

The United States repeats its responses to paragraphs 1 through 87 of Count XLIX and makes those responses paragraphs 1 through 87 of Count L as if each response were set forth in whole.

88.    Paragraph 88 contains factual allegations which are directed at a defendant other than the United States.  To the extent that the factual allegations in paragraph 88 are directed against United States, those allegations are denied for lack of knowledge and information.

## AFFIRMATIVE DEFENSES

1.    The Third Amended Complaint fails to state a claim upon which relief can be granted against the United States.

2.    The Court lacks subject matter jurisdiction under the Federal Tort Claims Act for claims brought against the United States.

3.    The Plaintiffs' injuries were caused by the negligent conduct of persons or entities other than the United States who failed to secure the first base dugout properly to its foundation.

4.    The intentional, willful, wanton, reckless, careless, grossly negligent, and/or negligent conduct of others over whom the United States had no control was an  intervening and superseding cause of the Plaintiffs' injuries.

24

5.     The Plaintiffs' injuries are the result, in whole or in part, or their own contributory negligence and such negligence bars and/or diminishes Plaintiffs' recovery against the United States.

6.     In the event that any one of the Plaintiffs obtains a recovery against the United States, the amount of that recovery may not exceed the amount of compensation claimed on that Plaintiff's administrative claim form.

7.     In the event that any one of the Plaintiffs obtains a recovery against the United States, the United States is entitled to a set-off, against that recovery, of all amounts received by that Plaintiff from collateral sources and/or other tortfeasors or responsible parties, in accordance with state and federal law.

WHEREFORE, the United States demands the dismissal of the Third Amended Complaint against Defendant United States with costs, and such other relief as this Court may deem proper.

Dated: October 11, 2006

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        BARBARA HEALY SMITH
                                        Assistant United States Attorney

_____/s/_____
MATTHEW A. CONNELLY, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4040
(202) 616-4159 (fax)

Attorneys for the
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the United States of America's Answer were sent via first class mail, postage pre-paid, this 11th day of October, 2006, addressed to the following counsel of record:

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA  02360

Joslin Murphy, Esq.
Associate Town Counsel
333 Washington Street
Brookline, MA  02445-6863

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 5th Floor
Boston, MA  02109

David J. Hatem, Esq.
Deborah S. Russo, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

Terrence J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210

Jeffrey A. Gorlick, Esq.
Law Offices of Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, MA  02114

Brian C. Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

_____/s/_____
MATTHEW A. CONNELLY

26