**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SANDRA BABCOCK, ) | |
| ) | |
| Plaintiff, ) | Civil No.  1:04-CV-12647 EFH |
| ) | |
| v. ) | consolidated with |
| ) | |
| UNITED STATES OF AMERICA, ) | 1:04-CV-11413-EFH |
| et al ) | 1:04-CV-12003-EFH |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S**
**MEMORANDUM IN OPPOSITION TO SANDRA BABCOCK'S**
**MOTION TO AMEND COMPLAINT**

The United States opposes Plaintiff Sandra Babcock's Motion to Amend Complaint to the extent that the proposed amended pleading seeks to revive claims against the United States which this Court has already dismissed for lack of subject matter jurisdiction.  On June 29, 2005, this Court dismissed Ms. Babcock's claims against the United States because Ms. Babcock had failed to file her lawsuit within six months after her administrative claim had been denied, as required by 28 U.S.C. § 2401.  Civil No. 04-cv-12647, Docket Entry No. 36.  An amended pleading cannot cure that jurisdictional defect.

Nevertheless, Ms. Babcock has once again asserted claims against both the United States and the United States Navy in her proposed amended pleading.  Civil No. 04-cv-11413, Docket Entry No. 71.  While leave to amend a pleading should

be "freely given when justice so requires," Fed. R. Civ. P. 15(a), leave should not be granted when the amendment will be futile. *Resolution Trust Corp. v. Gold*, 30 F.3d 251, 253 (1st Cir. 1994); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). Allowing Ms. Babcock to file her proposed amended pleading will result in an unnecessary expenditure of legal resources as the United States will be forced to renew its Motion to Dismiss and this Court will be forced to consider the issue again.

      The question of jurisdiction has been decided. If Ms. Babcock wishes to continue to pursue her claims against the United States, her remedy lies in appeal not in amendment. The Motion to Amend should be denied until the claims against the United States and the United States Navy are removed from the amended pleading.

Dated: October 12, 2006

      Respectfully submitted,

      PETER D. KEISLER
      Assistant Attorney General

      MICHAEL J. SULLIVAN
      United States Attorney

      BARBARA HEALY SMITH
      Assistant United States Attorney

                          /s/  
MATTHEW A. CONNELLY, Trial Attorney  
Torts Branch, Civil Division  
U.S. Department of Justice  
P.O. Box 14271  
Washington, DC  20044-4271  
(202) 616-4040  
(202) 616-4159 (fax)  

Attorneys for the  
United States of America  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the United States of America's Memorandum in Opposition were sent via first class mail, postage pre-paid, this 12th day of October, 2006, addressed to the following counsel of record:

Michael E. Mone, Esq.  
Esdaile, Barrett & Esdaile  
75 Federal Street  
Boston, MA  02110  

John H. Bruno, Esq.  
Masi & Bruno  
124 Long Pond Road, Unit 11  
Plymouth, MA  02360  

Joslin Murphy, Esq.  
Associate Town Counsel  
333 Washington Street  
Brookline, MA  02445-6863  

Gerald F. Lucey, Esq.  
Nelson, Kinder, Mosseau & Saturley, PC  
45 Milk Street, 5th Floor  
Boston, MA  02109  

David J. Hatem, Esq.  
Deborah S. Russo, Esq.  
Donovan Hatem LLP  
Two Seaport Lane  
Boston, MA  02210  

Terrence J. Hamilton, Esq.  
Christopher Maffucci, Esq.  
Casner & Edwards, LLP  
303 Congress Street  
Boston, MA  02210  

Jeffrey A. Gorlick, Esq.  
Law Offices of Jeffrey A. Gorlick  
One Longfellow Place, Suite 3409  
Boston, MA  02114  

Brian C. Newberry, Esq.  
Donovan Hatem LLP  
Two Seaport Lane  
Boston, MA  02210  

                          /s/  
MATTHEW A. CONNELLY