UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERICK BABCOCK, et al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No.  1:04-CV-11413 EFH |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| **et al,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ANSWER OF DEFENDANT UNITED STATES OF AMERICA
TO THE CROSS-CLAIM OF DEFENDANT
LEDGEWOOD CONSTRUCTION COMPANY, INC.**

For its Answer, the United States of America responds to the allegations contained in Defendant Ledgewood Construction Company, Inc.'s Cross-Claim in similarly numbered paragraphs as follows:

**COUNT I**

106.   The allegations contained in paragraph 106 are denied for lack of knowledge and information.

107.   The United States admits only that it has been named as a defendant in this Cross-Claim.  Any remaining allegation is denied.

108.   Admitted.

109.   Denied.

110.   Denied.

WHEREFORE, Defendant/Cross-Claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States.

## COUNT II

111.   The United States repeats and incorporates its responses to paragraphs 106 through 110 of this Cross-Claim as if each response were set forth in whole.

112.   Denied.

WHEREFORE, Defendant/Cross-Claimant Ledgewood Construction Company, Inc. is not entitled to a judgment against the United States.

## COUNT III

113.   The United States repeats and incorporates its responses to paragraphs 106 through 112 of this Cross-Claim as if each response were set forth in whole.

114-117.   Paragraphs 114 through 117 contain factual allegations which are directed at a defendant other than the United States.  To the extent that any factual allegations in Paragraphs 114 through 117 are directed against United States, those allegations are denied for lack of knowledge and information.

2

## COUNT IV

118.    The United States repeats and incorporates its responses to paragraphs 106 through 117 of this Cross-Claim as if each response were set forth in whole.

119.    Paragraph 119 contains factual allegations which are directed at a defendant other than the United States.  To the extent that any factual allegations in paragraph 119 are directed against United States, those allegations are denied for lack of knowledge and information.

120.    Any allegations not specifically addressed are denied.

## **AFFIRMATIVE DEFENSES**

1.    The Cross-Claim fails to state a claim upon which relief can be granted.

2.    The Court lacks subject matter jurisdiction over the cross-claims brought against the United States.

3.    The Defendant/Cross-Claimant is not entitled to contribution or indemnification because the Plaintiffs' injuries were caused by the negligent conduct of persons or entities other than the United States who failed to secure the first base dugout properly to its foundation.

4. The intentional, willful, wanton, reckless, careless, grossly negligent, and/or negligent conduct of others over whom the United States had no control was an intervening and superseding cause of the Plaintiffs' injuries.

5. The Plaintiffs' injuries are the result, in whole or in part, of their own contributory negligence and such negligence bars and/or diminishes Cross-Claimant's recovery against the United States.

6. Any recovery by Defendant/Cross-Claimant for injuries suffered by a particular Plaintiff may not exceed the amount of compensation claimed on that Plaintiff's administrative claim form.

7. The United States asserts any and all other affirmative defenses to which it may be entitled and/or which discovery may reveal.

WHEREFORE, the United States demands that the Cross-Claims of Defendant Ledgewood Construction Company, Inc. be dismissed with costs.

Dated: October 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

Case 1:04-cv-11413-EFH    Document 79    Filed 10/12/2006    Page 5 of 5

          /s/
MATTHEW A. CONNELLY, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4040
(202) 616-4159 (fax)

Attorneys for the
United States of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the United States of America's Answer were sent via first class mail, postage pre-paid, this 12th day of October, 2006, addressed to the following counsel of record:

| | |
|---|---|
| Michael E. Mone, Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA  02110 | John H. Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road, Unit 11<br>Plymouth, MA  02360 |
| Joslin Murphy, Esq.<br>Associate Town Counsel<br>333 Washington Street<br>Brookline, MA  02445-6863 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, PC<br>45 Milk Street, 5th Floor<br>Boston, MA  02109 |
| David J. Hatem, Esq.<br>Deborah S. Russo, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 | Terrence J. Hamilton, Esq.<br>Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210 |
| Jeffrey A. Gorlick, Esq.<br>Law Offices of Jeffrey A. Gorlick<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114 | Brian C. Newberry, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 |

          /s/
MATTHEW A. CONNELLY