**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY <br>      Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and LEDGEWOOD CONSTRUCTION COMPANY, INC. <br>      Defendants, <br><br> NORTHEASTERN UNIVERSITY, and SPLIT BOULDER CONSTRUCTION, INC., <br>      Defendants/Third Party Plaintiffs, <br><br> v. <br><br> PEDA, INC.,and SASAKI ASSOCIATES, INC., <br><br>      Third Party Defendants. | Consolidated C.A. No.: <br> 04-CV-11413-EFH |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINES

The undersigned parties to the above-captioned matter through their counsel and,

pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Honorable Court for leave to extend the

discovery deadlines as follows:

    1.     Fact Discovery, including depositions, shall be completed by **January 15, 2007.**

    2.     Expert Discovery, including depositions, shall be completed by **April 15, 2007,**

with expert reports being provided by the plaintiffs by **February 15, 2007** and expert reports

being provided by the defendants by **March 15, 2007.**

In support of this motion, the undersigned parties state that the Third-Party Defendant, Sasaki Associates, Inc. ("Sasaki") was served with a summons and a copy of the Third-Party Plaintiff's Complaint on June 26, 2006. See Docket Entry No. 66. Sasaki timely filed an Answer on July 7, 2006. See Docket Entry No. 67. On August 30, 2006, the lead plaintiffs in this consolidated action -- the four firemen injured on January 5, 2002 as a result of a helicopter landing drill on Parsons Field in Brookline, Massachusetts -- filed with the Court a Motion to Amend their Complaint (third amendment) to Add Cross-Claims for negligence and breach of warranty against Sasaki. See Docket Entry No. 68. On September 15, 2006, counsel for Sasaki received a motion from the consolidated plaintiff, Sandra Babcock, to Amend her Complaint to Add Cross-Claims for negligence and breach of warranty against Sasaki. Further, on September 18, 2006, counsel for the defendant, Northeastern University, stated its intent to file a motion for leave to file a Third-Party Complaint against Sasaki.

The fact discovery deadline is set to expire on November 1, 2006 and the expert discovery deadline is set to expire on January 1, 2007. See Docket Entry No. 63. Sasaki will be severely prejudiced should the fact and expert discovery deadlines not be extended, since counsel will not have an opportunity to fully investigate the claims against Sasaki and, therefore, prepare a proper defense. Due process requires that a defendant have an opportunity to prepare a proper defense. Furthermore, no party will be prejudiced by the allowance of this motion. Although not joining in this motion, neither counsel for Northeastern University nor the United States of America opposes this motion.

WHEREFORE, the undersigned parties jointly request that this Honorable Court allow

this motion and enter an order establishing the discovery deadlines as requested.

Plaintiffs,
FREDERICK BABCOCK, JOSEPH
CANNEY, THOMAS GREGORIO, JOHN
KELLEY and YVONNE KELLEY,
By their attorneys,

/s/ Kathryn E. Hand
Michael E. Mone, BBO #351680
Kathryn E. Hand, BBO#567197
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110-1904
(617) 482-0333


The Consolidated Plaintiff,
TOWN OF BROOKLINE,
By its attorneys,

/s/ Joslin H. Murphy
Joslin H. Murphy, BBO#553471
TOWN OF BROOKLINE
Town Hall
333 Washington Street
Brookline, MA 02445
(617) 730-2190


Defendant,
LEDGEWOOD CONSTRUCTION
COMPANY, INC.
By its attorneys,

/s/ Christopher Maffucci
Christopher Maffucci, BBO#645972
Terence J. Hamilton, BBO#218980
CASNER & EDWARDS, LLC
303 Congress Street
Boston, MA 02210
(617) 426-5900

Third Party Defendant,
SASAKI ASSOCIATES, INC.
By its attorneys,

David J. Hatem, PC, BBO #225700
Deborah S. Russo, BBO #434610
Alberto G. Rossi, BB0 #657246
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500


Defendant/Third Party Plaintiff,
SPLIT BOULDER CONSTRUCTION, INC.
By its attorneys,

/s/ John H. Bruno, II
John H. Bruno, II, BBO#542098
MASI & BRUNO
124 Long Pond Road
Plymouth, MA 02360
(508) 747-5277


The Consolidated Plaintiff,
SANDRA BABCOCK,
By her attorneys,

/s/ Jeffrey A. Gorlick
Jeffrey A. Gorlick, BBO#203890
LAW OFFICES OF JEFFREY A.
GORLICK
One Longfellow Place, Suite 3409
Boston, MA 02114
(617) 227-8383

3

Defendant,
PEDA, INC.,
By its attorneys


/s/ Warren D. Hutchison
David J. Hatem, PC, BBO #225700
Warren D. Hutchison. BBO# 246150
Brain C. Newbury, BBO# 635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-405-4500

Date: September 27, 2006

## CERTIFICATE OF SERVICE

I, Alberto G. Rossi, hereby certify that on this 27th day of September, 2006, I served a copy of the attached *JOINT MOTION TO EXTEND THE DISCOVERY DEADLINES,* by mailing a copy thereof postage prepaid to:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Jeffrey A. Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109

Barbara Healey Smith, Esq.
Assistant US Attorney
One Courthouse Way
Boston, MA 02210

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Dept. of Justice,
P.O. Box 14271
Washington, DC 20044

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

Terrence J. Hamilton, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Alberto G. Rossi