UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs/Plaintiffs-in-Cross-Claim

VS.                                                      C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.
and SPLIT BOULDER CONSTRUCTION, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NORTHEASTERN UNIVERSITY,
    Defendant/Third-Party Plaintiff

VS.

PEDA, INC.,
    Third-Party Defendant/Defendant-in-Cross-Claim
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SPLIT BOULDER CONSTRUCTION, INC.,
    Defendant/Third-Party Plaintiff,

VS.
SASAKI ASSOCIATES, INC.,
    Third-Party Defendant/Defendant-in-Cross-Claim
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER OF THE DEFENDANT/THIRD-PARTY PLAINTIFF, SPLIT BOULDER CONSTRUCTION, INC., TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1.    The defendant admits the allegations set forth in this paragraph.

2.    The defendant admits the allegations set forth in this paragraph.

3.    The defendant admits the allegations set forth in this paragraph.

4.    The defendant has no particular knowledge relating to the marital status of the plaintiffs,

       John Kelley and Yvonne Kelley.  Otherwise, the defendant admit the allegations in this paragraph.

5.     The defendant has no particular knowledge relating to the marital status of the plaintiffs, John Kelley and Yvonne Kelley.  Otherwise, the defendant admit the allegations in this paragraph.

6.     The defendant has no specific information relating to the allegations in paragraph 6 and is therefore unable to admit or deny.

7.     The defendant has no specific information relating to the allegations in paragraph 7 and is therefore unable to admit or deny.

8.     The defendant admits the allegations set forth in this paragraph.

9.     The defendant admits the allegations set forth in this paragraph.

10.     The defendant admits the allegations set forth in this paragraph.

11.     The defendant admits the allegations set forth in this paragraph.

12.     The defendant admits the allegations set forth in this paragraph.

**Jurisdiction**

13.     The defendant admits the allegations set forth in this paragraph.

14.     The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

15.     The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

16.     The defendant denies the allegations set forth in this paragraph.

17.     The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

18.     The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

19.     The defendant admits that the plaintiff's claim exceeds $75,000, but denies any further allegation of this paragraph.

**General Factual Allegations**

20. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

21. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

22. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

23. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

24. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

25. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

26. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

27. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

28. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

29. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

30. Split Boulder admits only so much of this paragraph as alleges that Split Boulder was hired by Ledgewood to perform certain specified activities regarding the relocation of baseball dugout structures. Split Boulder denies an other allegations in this paragraph.

31. The defendant admits the allegations set forth in this paragraph.

32. The defendant admits the allegations set forth in this paragraph.

33. The defendant admits the allegations set forth in this paragraph.

34. The defendant admits the allegations set forth in this paragraph.

35. The defendant does not pertain to Split Boulder Construction and we therefore decline to answer.

36. The defendant denies the allegations set forth in this paragraph.

37. The defendant denies the allegations set forth in this paragraph.

38. The defendant, Split Boulder Construction, Inc., has no information relating to the allegations of this paragraph and therefore deny same.

## COUNT I

The defendant restates the answers to paragraphs 1 through 38 of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT II

The defendant restates the answers to paragraphs 1 through 39 of Count I of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT III

The defendant restates the answers to paragraphs 1 through 40 of Count II of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT IV

The defendant restates the answers to paragraphs 1 through 41 of Count III of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT V

The defendant restates the answers to paragraphs 1 through 42 of Count IV of the Complaint.

43. The defendant denies the allegations set forth in this paragraph.

## COUNT VI

The defendant restates the answers to paragraphs 1 through 43 of Count V of the Complaint.

44.  The defendant denies the allegations set forth in this paragraph.

## COUNT VII

The defendant restates the answers to paragraphs 1 through 44 of Count VI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT VIII

The defendant restates the answers to paragraphs 1 through 45 of Count VII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT IX

The defendant restates the answers to paragraphs 1 through 46 of Count VIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT X

The defendant restates the answers to paragraphs 1 through 47 of Count IX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XI

The defendant restates the answers to paragraphs 1 through 48 of Count X of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**COUNT XII**

The defendant restates the answers to paragraphs 1 through 49 of Count XI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**COUNT XIII**

The defendant restates the answers to paragraphs 1 through 50 of Count XII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**COUNT XIV**

The defendant restates the answers to paragraphs 1 through 51 of Count XIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**COUNT XV**

The defendant restates the answers to paragraphs 1 through 52 of Count XIV of the Complaint.

53. The defendant denies the allegations set forth in this paragraph.

**COUNT XVI**

The defendant restates the answers to paragraphs 1 through 53 of Count XV of the Complaint.

54. The defendant denies the allegations set forth in this paragraph.

**COUNT XVII**

The defendant restates the answers to paragraphs 1 through 54 of Count XVI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XVIII

The defendant restates the answers to paragraphs 1 through 55 of Count XVII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XIX

The defendant restates the answers to paragraphs 1 through 56 of Count XVIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XX

The defendant restates the answers to paragraphs 1 through 57 of Count XIX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XXI

The defendant restates the answers to paragraphs 1 through 58 of Count XX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XXII

The defendant restates the answers to paragraphs 1 through 59 of Count XXI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XXIII

The defendant restates the answers to paragraphs 1 through 60 of Count XXII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this

count since they do not apply to this defendant.

### COUNT XXIV

The defendant restates the answers to paragraphs 1 through 61 of Count XXIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXV

The defendant restates the answers to paragraphs 1 through 62 of Count XXIV of the Complaint.

63. The defendant denies the allegations set forth in this paragraph.

### COUNT XXVI

The defendant restates the answers to paragraphs 1 through 63 of Count XXV of the Complaint.

64. The defendant denies the allegations set forth in this paragraph.

### COUNT XXVII

The defendant restates the answers to paragraphs 1 through 64 of Count XXVI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXVIII

The defendant restates the answers to paragraphs 1 through 65 of Count XXVII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXIX

The defendant restates the answers to paragraphs 1 through 66 of Count XXVIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this

count since they do not apply to this defendant.

### COUNT XXX

The defendant restates the answers to paragraphs 1 through 67 of Count XXIX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXXI

The defendant restates the answers to paragraphs 1 through 68 of Count XX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXXII

The defendant restates the answers to paragraphs 1 through 69 of Count XXXI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXXIII

The defendant restates the answers to paragraphs 1 through 70 of Count XXXII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXXIV

The defendant restates the answers to paragraphs 1 through 71 of Count XXXIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XXXV

The defendant restates the answers to paragraphs 1 through 72 of Count XXXIV of the Complaint.

73.     The defendant denies the allegations set forth in this paragraph.

## COUNT XXXVI

The defendant restates the answers to paragraphs 1 through 73 of Count XXXV of the Complaint.

74.     The defendant denies the allegations set forth in this paragraph.

## COUNT XXXVII

The defendant restates the answers to paragraphs 1 through 74 of Count XXXVI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XXXVIII

The defendant restates the answers to paragraphs 1 through 75 of Count XXXVII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XXXIX

The defendant restates the answers to paragraphs 1 through 76 of Count XXXVIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XL

The defendant restates the answers to paragraphs 1 through 77 of Count XXXIX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

## COUNT XLI

The defendant restates the answers to paragraphs 1 through 78 of Count XL of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLII

The defendant restates the answers to paragraphs 1 through 79 of Count XLI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLIII

The defendant restates the answers to paragraphs 1 through 80 of Count XLII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLIV

The defendant restates the answers to paragraphs 1 through 81 of Count XLIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLV

The defendant restates the answers to paragraphs 1 through 82 of Count XLIV of the Complaint.

83.    The defendant denies the allegations set forth in this paragraph.

### COUNT XLVI

The defendant restates the answers to paragraphs 1 through 83 of Count XLV of the Complaint.

84.    The defendant denies the allegations set forth in this paragraph.

### COUNT XLVII

The defendant restates the answers to paragraphs 1 through 84 of Count XLVI of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLVIII

The defendant restates the answers to paragraphs 1 through 85 of Count XLVII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XLIX

The defendant restates the answers to paragraphs 1 through 86 of Count XLVIII of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT L

The defendant restates the answers to paragraphs 1 through 87 of Count XLIX of the Complaint.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

### AFFIRMATIVE DEFENSES

1. The plaintiffs' injuries and damages were caused in whole or in part by the plaintiffs' negligence which was greater than any negligence of the defendants.

2. The plaintiffs' injuries and damages were caused by a person or persons or entity for whose conduct the defendants are not responsible.

3. The cause of action asserted in the complaint should be dismissed for failure to state a claim upon which relief may be granted.

4. The plaintiffs are not entitled to recover because the plaintiffs failed to give timely and sufficient notice of the accident alleged in this Complaint.

5.  The defendants have not been given adequate and timely notice of the alleged breach of warranty.

**THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

          Respectfully submitted,

          /s/ John H. Bruno II
          John H. Bruno II, Esquire
          B.B.O. No. 542098
          Masi & Bruno
          124 Long Pond Road
          Unit 11
         Plymouth, MA 02360
         (508)747-5277
         JBruno@Hanover.com