UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
    Plaintiffs/Plaintiffs-in-Cross-Claim

VS.                                                                                         C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.
and SPLIT BOULDER CONSTRUCTION, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NORTHEASTERN UNIVERSITY,
    Defendant/Third-Party Plaintiff

VS.

PEDA, INC.,
    Third-Party Defendant/Defendant-in-Cross-Claim
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SPLIT BOULDER CONSTRUCTION, INC.,
    Defendant/Third-Party Plaintiff,

VS.
SASAKI ASSOCIATES, INC.,
    Third-Party Defendant/Defendant-in-Cross-Claim
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER OF THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., TO NORTHEASTERN UNIVERSITY'S CROSSCLAIM AND DEMAND FOR JURY TRIAL**

1. The defendant admits the allegations set forth in this paragraph.

2. The defendant has no specific information relating to the allegations in paragraph 2 and is therefore unable to admit or deny.

3. The defendant has no specific information relating to the allegations in paragraph 3 and is therefore unable to admit or deny.

4. The defendant admits the allegations set forth in this paragraph.

5. The defendant admits the allegations set forth in this paragraph.

6. The defendant admits the allegations set forth in this paragraph.

7. The defendant admits the allegations set forth in this paragraph.

8. The defendant admits the allegations set forth in this paragraph.

9. The defendant admits the allegations set forth in this paragraph.

10. The defendant admits the allegations set forth in this paragraph.

11. The defendant has no particular knowledge relating to the marital status of the plaintiffs, John Kelley and Yvonne Kelley. Otherwise, the defendant admit the allegations in this paragraph.

12. The defendant has no particular knowledge relating to the marital status of the plaintiffs, John Kelley and Yvonne Kelley. Otherwise, the defendant admit the allegations in this paragraph.

**Jurisdiction**

13. The defendant admits the allegations set forth in this paragraph.

14. The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

15. The defendant denies the allegations set forth in this paragraph.

16. The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

17. The allegations of this paragraph are not directed to this defendant and this defendant is therefore unable to admit or deny.

**ALLEGATIONS COMMON TO ALL COUNTS**

18. The defendant admits the allegations set forth in this paragraph.

19. The defendant admits the allegations set forth in this paragraph.

20. The defendant admits the allegations set forth in this paragraph.

21. The defendant admits the allegations set forth in this paragraph.

22. The defendant admits the allegations set forth in this paragraph.

23.   The defendant admits the allegations set forth in this paragraph.

24.   The defendant admits only so much as allegations that Split Boulder did work on the relocation of the baseball dugouts as per the proposal authorized by Ledgewood Construction.

### COUNT I

25.   The defendant restates the answers to paragraphs 1 through 24 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT II

28.   The defendant restates the answers to paragraphs 1 through 27 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT III

30.   The defendant restates the answers to paragraphs 1 through 29 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT IV

33.   The defendant restates the answers to paragraphs 1 through 32 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT V

35.   The defendant restates the answers to paragraphs 1 through 34 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT VI

37.   The defendant restates the answers to paragraphs 1 through 36 of the Crossclaim.

38. The defendant denies the allegations set forth in this paragraph.

39. The defendant denies the allegations set forth in this paragraph.

    WHEREFORE, the defendant denies that any party is entitled to judgment against it.

### COUNT VII

40. The defendant restates the answers to paragraphs 1 through 39 of the Crossclaim.

41. The defendant denies the allegations set forth in this paragraph.

    WHEREFORE, the defendant denies that any party is entitled to judgment against it.

### COUNT VIII

42. The defendant restates the answers to paragraphs 1 through 41 of the Crossclaim.

43. The defendant denies the allegations set forth in this paragraph.

    WHEREFORE, the defendant denies that any party is entitled to judgment against it.

### COUNT IX

44. The defendant restates the answers to paragraphs 1 through 43 of the Crossclaim.

    The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT X

47. The defendant restates the answers to paragraphs 1 through 46 of the Crossclaim.

    The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XI

49. The defendant restates the answers to paragraphs 1 through 48 of the Crossclaim.

    The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XII

51. The defendant restates the answers to paragraphs 1 through 50 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XIII

54.    The defendant restates the answers to paragraphs 1 through 53 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

### COUNT XIV

56.    The defendant restates the answers to paragraphs 1 through 55 of the Crossclaim.

The defendant, Split Boulder Construction, Inc., declines to answer the allegations of this count since they do not apply to this defendant.

**THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN**.

Respectfully submitted,

/s/ John H. Bruno II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com