UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************************
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,
       Plaintiffs/Plaintiffs-in-Cross-Claim

VS.                                                    C.A. NO. 04-CV-11413-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION COMPANY, INC.
and SPLIT BOULDER CONSTRUCTION, INC.,
       Defendants
*************************************************
NORTHEASTERN UNIVERSITY,
       Defendant/Third-Party Plaintiff

VS.

PEDA, INC.,
       Third-Party Defendant/Defendant-in-Cross-Claim
*************************************************
SPLIT BOULDER CONSTRUCTION, INC.,
       Defendant/Third-Party Plaintiff,

VS.
SASAKI ASSOCIATES, INC.,
       Third-Party Defendant/Defendant-in-Cross-Claim
*************************************************
```

**ANSWER OF THE DEFENDANT/THIRD-PARTY PLAINTIFF, SPLIT BOULDER
CONSTRUCTION, INC., TO SASAKI ASSOCIATES, INC.'S CROSSCLAIM AND
DEMAND FOR JURY TRIAL**

1. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

2. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

3. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

4. The defendant/third-party plaintiff has no specific information relating to the allegations in paragraph 4 and is therefore unable to admit or deny.

5. The defendant/third-party plaintiff has no specific information relating to the allegations in paragraph 5 and is therefore unable to admit or deny.

6. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

7. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

8. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

9. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

11. The defendant/third-party plaintiff has no particular knowledge relating to the marital status of the plaintiffs, John Kelley and Yvonne Kelley. Otherwise, the defendant admit the allegations in this paragraph.

## FACTS

12. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

13. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

14. No answer required.

15. The defendant/third-party plaintiff admits the allegations set forth in this paragraph.

No paragraph 16.

## COUNT I

17. The defendant/third-party plaintiff restates the answers to paragraphs 1 through 16 of the Complaint.

18. The defendant/third-party plaintiff denies the allegations set forth in this paragraph.

19. The defendant/third-party plaintiff denies the allegations set forth in this paragraph.

20. The defendant/third-party plaintiff denies the allegations set forth in this paragraph.

WHEREFORE, the defendant/third-party plaintiff denies that any party is entitled to judgment against it.

## COUNT II

21. The defendant/third-party plaintiff restates the answers to paragraphs 1 through 20 of the Complaint.

22. The defendant/third-party plaintiff denies the allegations set forth in this paragraph.

23. The defendant/third-party plaintiff denies the allegations set forth in this paragraph.

WHEREFORE, the defendant/third-party plaintiff denies that any party is entitled to judgment against it.

**THE DEFENDANT/THIRD-PARTY PLAINTIFF, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

    Respectfully submitted,

    /s/ John H. Bruno II
    John H. Bruno II, Esquire
    B.B.O. No. 542098
    Masi & Bruno
    124 Long Pond Road
    Unit 11
    Plymouth, MA 02360
    (508)747-5277
    JBruno@Hanover.com