UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 04-CV-11413-EFH |
| ) | |
| UNITED STATES OF AMERICA, ) | consolidated with |
| ET AL., ) | |
| ) | 04-CV-12647-EFH |
| Defendants. ) | |
| ) | and |
| THE TOWN OF BROOKLINE, ) | |
| ) | 04-CV-12003-EFH |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT LEDGEWOOD CONSTRUCTION COMPANY, INC.'S
ANSWER TO CROSSCLAIMS OF SASAKI ASSOCIATES, INC.**

Defendant Ledgewood Construction Company, Inc. ( "Ledgewood") answers the

Crossclaims of Sasaki Associates, Inc. ("Sasaki") by stating as follows:

    1.    Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph one and therefore denies them.

    2.    Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph two and therefore denies them.

    3.    Ledgewood is without sufficient information to form a belief as to the truth of the

allegations in paragraph three and therefore denies them.

4. Ledgewood admits the allegations in paragraph four.

5. Ledgewood admits the allegations in paragraph five.

6. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph six and therefore denies them.

7. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph seven and therefore denies them.

8. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eight and therefore denies them.

9. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph nine and therefore denies them.

10. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph ten and therefore denies them.

11. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph eleven.

12. Ledgewood admits the allegations in paragraph twelve.

13. Ledgewood denies the allegations in paragraph thirteen.

14. Ledgewood denies the allegations in paragraph fourteen.

15. Ledgewood denies the allegations in paragraph fifteen.

16. Omitted.

## COUNT I:
### (Indemnification)

17. Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

18. Ledgewood denies the allegations in paragraph eighteen.

19. Ledgewood denies the allegations in paragraph nineteen.

20. Ledgewood denies the allegations in paragraph twenty.

## COUNT II:
### (Contribution)

21. Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

22. Ledgewood denies the allegations in paragraph twenty-two

23. Ledgewood denies the allegations in paragraph twenty-three.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

24. Sasaki's Crossclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

25. Sasaki and Ledgewood are not parties to an indemnification agreement.

### THIRD AFFIRMATIVE DEFENSE

26. Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in Sasaki Crossclaim.

### FOURTH AFFIRMATIVE DEFENSE

27. Sasaki's claims are barred because its damages if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

### FIFTH AFFIRMATIVE DEFENSE

28. Sasaki's claims are barred because their damages were caused by their own acts or omissions.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

29.     Sasaki's claims are barred by their own contributory negligence.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

30.     Sasaki's claims are barred by the Statute of Limitations.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

31.     Ledgewood states that any warranties, expressed or implied which may have been made by Ledgewood has had expired and no longer enforced at the time of the alleged incident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

WHEREFORE, Defendant, Ledgewood Construction Company, Inc. respectfully requests:

(a)     enter judgment in its favor on all counts against plaintiffs' complaint;

(b)     its costs and fees; and

(c)     any other relief the Court deems just and proper.

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

                                                  Respectfully submitted

                                                  LEDGEWOOD CONSTRUCTION COMPANY, INC.

                                                  /s/ Christopher Maffucci
                                                  Terrance J. Hamilton, Esq.
                                                  BBO# 218980
                                                  Christopher Maffucci, Esq. BBO#645972
                                                  Casner & Edwards, LLP
                                                  303 Congress Street
                                                  Boston, MA 02210

Dated:  December 1, 2006                         (617) 426-5900

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on December 1, 2006.

                                  /s/ Christopher Maffucci
                                  Christopher Maffucci

3400.299/398996