UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, et al.<br>    Plaintiffs,<br><br>                v.<br><br>UNITED STATES OF AMERICA,<br>et al.<br><br>    Defendants. | )<br>)<br>)<br>)   C.A. NO. O4CV11413-EFH<br>)   (and consolidated cases)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly remove Kathryn E. Hand as counsel for plaintiffs Frederick Babcock, Thomas Gregorio, Joseph Canney, John Kelley and Yvonne Kelley. Michael E. Mone will remain counsel of record for these plaintiffs.

Respectfully submitted,

/s/ Kathryn P. Hand
Kathryn E. Hand (BBO #567197)
Michael E. Mone (BBO #351680)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110-1904
(617) 482-0333

DATED: 12/14/14

## CERTIFICATE OF SERVICE

I, Kathryn E. Hand, attorney for the Plaintiffs, hereby certify that on this day I served a copy of attached document by mailing a copy thereof, first class, postage prepaid, to:

David J. Hatem PC.
Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
World Trade Center East
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor, 45 Milk Street
Boston, MA 02109

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Deborah Russo, Esq.
Alberto G. Rossi, Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Bostno, MA 02210

/s/ Kathryn E. Hand
Kathryn E. Hand

DATED: 12/14/06