UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, )<br>THOMAS GREGORIO, JOHN KELLEY and )<br>YVONNE KELLEY, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>NORTHEASTERN UNIVERSITY, )<br>SASAKI ASSOCIATES, INC. and LEDGEWOOD )<br>CONSTRUCTION COMPANY, INC., )<br>    Defendants ) | C.A. NO. 04-CV-11413-EFH<br>*consolidated with*<br>C.A. NO. 04-CV-12647-EFH |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the plaintiffs, Frederick Babcock, Joseph Canney, Thomas Gregorio, John Kelley and Yvonne Kelley in the above-entitled action. Attorney Michael E. Mone also remains counsel of record for these plaintiffs.

Respectfully submitted,

FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY
By their attorney,

/s/ Rhonda T. Maloney
Rhonda T. Maloney
BBO NO. 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, Massachusetts 02110
(617) 482-0333

DATE:    December 20, 2006

## CERTIFICATE OF SERVICE

I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached document by mailing a copy thereof, first class, postage prepaid, to:

David J. Hatem, Esq., PC.
Warren D. Hutchison, Esq.
Brian C. Newberry, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor, 45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

/s/ Rhonda T. Maloney
Rhonda T. Maloney

DATED: December 20, 2006