UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., SPLIT BOULDER CONSTRUCTION, INC., and SASAKI ASSOCIATES, INC.,<br>Defendants | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINES

The undersigned parties to the above-captioned matter, through their counsel and, pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Honorable Court for leave to extend the discovery deadlines as follows:

1. Fact Discovery, including depositions, shall be completed by March 15, 2007;

2. Expert Discovery, including depositions, shall be completed by July 15, 2007, with the expert reports being provided by the plaintiffs by April 30, 2007 and expert reports being provided by the defendants by June 15, 2007;

3. Final Pre-Trial Conference rescheduled from April 17, 2007 to a date following the July 15, 2007 expert discovery deadline.

4. This extension is to permit the continued taking of depositions and does not extend the time within which to propound Interrogatories and Rule 34 Requests.

In support of this Motion, the undersigned parties state that the Third-Party Defendant, Sasaki Associates, Inc. ("Sasaki") was served with a summons and a copy of the Third-Party

Plaintiff's Complaint on June 26, 2006. See Docket Entry No. 66. Sasaki timely filed an Answer on July 7, 2006. See Docket Entry No. 67. On August 30, 2006, the lead plaintiffs in this consolidated action – the four firemen injured on January 5, 2002 as a result of a helicopter landing drill on Parsons Field in Brookline, Massachusetts – filed with the Court a Motion to amend this Complaint (third amendment) to Add Cross-Claims for negligence and breach of warranty against Sasaki. See Docket Entry No. 68. On September 15, 2006, counsel for Sasaki received a motion from the consolidated plaintiff, Sandra Babcock, to amend her Complaint to Add Cross-Claims for negligence and breach of warranty against Sasaki. Further, on September 18, 2006, counsel for the defendant, Northeastern University, stated its intent to file a motion for leave to file a Third-Party Complaint against Sasaki.

Since that time, the parties have continued to engage in substantial written and oral discovery, including depositions of Paul Donahue and John Hollywood, and 30(b)(6) depositions of Ledgewood Construction (2); the United States; Northeastern University (2); Sasaki; and Split Boulder (2). However, due to the large number of attorneys in these three (3) consolidated cases, scheduling has been difficult.

Most importantly, the parties have been unable to complete depositions of several witnesses during the fact discovery period. For example, three military witnesses (Major Patrick Flaherty, CW4 Cooper Hastings and Lt. Col. Clay Stackhouse) have been unavailable. Lt. Col. Stackhouse is currently deployed in Iraq. It is believed that Flaherty and Hastings may be available for deposition at the end of January 2007 and that Stackhouse may be back from Iraq and available at the end of February 2007.

The parties further state that prior motions for extensions of discovery deadline were filed on April 26, 2006, September 26, 2006 and allowed.

WHEREFORE, the undersigned parties jointly request that this honorable Court allow this motion and enter an order establishing the discovery deadlines as requested.

| | |
|---|---|
| Plaintiffs,<br>FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>By their attorneys, | Defendant,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>By its attorneys, |
| /s/ Rhonda T. Maloney<br>Michael E. Mone, BBO Q#351680<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA  02110-1904<br>(617) 482-0333 | /s/ Christopher Maffucci<br>Christopher Maffucci, BBO #645972<br>Terence J. Hamilton, BBO #218980<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA  02210<br>(617) 426-5900 |
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorneys, | Defendant,<br>SASAKI ASSOCIATES, INC.,<br>By its attorneys, |
| /s/ Joslin H. Murphy<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 | /s/ Alberto G. Rossi<br>Alberto G. Rossi, BBO #657246<br>DONOVAN HATEM, LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

Defendant,
UNITED STATES OF AMERICA
By its attorneys,

/s/ Matthew A. Connelly
Matthew A. Connelly
Ashley E. Dempsey
US DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044
(202) 616-4024

The Consolidated Plaintiff,
SANDRA BABCOCK,
By her attorneys,

/s/ Jeffrey A. Gorlick
Jeffrey A. Gorlick, BBO #203890
LAW OFFICES OF JEFFREY A. GORLICK
One Longfellow Place, Suite 3409
Boston, MA  02114
(617) 227-8383

Defendant/Third-Party Plaintiff
NORTHEASTERN UNIVERSITY,
By its attorneys,

/s/ Gerald F. Lucey
Gerald F. Lucey, BBO#306860
NELSON KINDER MOSSEAU & SATURLEY, PC
45 Milk Street, 7th Floor
Boston, MA  02109
(617) 778-7500

Dated:  January 9, 2007

Defendant/Third Party Plaintiff,
SPLIT BOULDER
CONSTRUCTION, INC.

By its attorneys,

/s/ John H. Bruno, II
John H. Bruno, II, BBO #542098
MASI & BRUNO
124 Long Pond Road
Plymouth, MA 02360
(508) 747-5277

Defendant,
PEDA, INC.
By its attorneys,

/s/ Brian C. Newberry
Brian C. Newberry, BBO #635498
DONOVAN HATEM, LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500

4

## CERTIFICATE OF SERVICE

I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached document by mailing a copy thereof, first class, postage prepaid, to:

Brian C. Newberry, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor, 45 Milk Street
Boston, MA 02109

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Alberto G. Rossi, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

/s/ Rhonda T. Maloney
Rhonda T. Maloney

DATED: January 9, 2007