UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FREDERICK BABCOCK, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 1:04-CV-11413-EFH |
| | ) | |
| v. | ) | consolidated with |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | 1:04-CV-12003-EFH |
| **et al;** | ) | 1:04-CV-12647-EFH |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S
MOTION FOR SUMMARY JUDGMENT**

The United States of America, pursuant to Fed. R. Civ. P. 56, moves this Court for Summary Judgment on all claims and cross-claims raised against it in these consolidated actions because, as a matter of law, the injuries sustained by the Plaintiffs were not a foreseeable consequence of, and were not proximately caused by, any acts or omissions of the Government's employees. In accordance with Local Rule 7.1(a)(2), the United States has conferred with counsel for the other parties to this litigation in an attempt to resolve or narrow the issues raised by this Motion. No such resolution has been reached.

In support of its Motion, the United States relies upon its concurrently filed Memorandum of Law, all pleadings and records filed with the Court in this action, the attachments listed below, and any further evidence that may be submitted by the United States prior to the Court's determination of this Motion.

## ATTACHMENTS

| | |
|---|---|
| A | Deposition Exhibit No. 43D, Northeastern University Parsons Field Replacement, Layout Plan (**oversize document to be manually filed**) |
| B | Deposition of John Hollywood, excerpts |
| C | Deposition of John Malone, v. I, excerpts |
| D | Deposition of Joseph Trainor, excerpts |
| E | Deposition of PEDA by it designee David Donahue, v. I, excerpts |
| F | Deposition Exhibit No. 5 |
| G | Deposition Exhibit No. 26, Brookline Police Department Supplemental Report by Detective Barry S. McNeilly. |
| H | Deposition of Split Boulder by its designee Paul S. Donahue, 5/25/2006, excerpts |
| I | Deposition Exhibit No. 28 |
| J | Deposition of Split Boulder by its designee Paul S. Donahue, 11/1/2006, excerpts |
| K | Deposition of Michael J. O'Reilly, excerpts |
| L | Deposition of John Malone, v. II, excerpts |
| M | Deposition Exhibit No. 13A |
| N | Deposition of Northeastern University by its designee John Malone taken on behalf of Sasaki Assoc., excerpts |
| O | Deposition of Northeastern University by its designee John Malone taken on behalf of Plaintiffs, excerpts |
| P | Deposition of Frederick Babcock, excerpts |
| Q | Deposition of Joseph Canney, excerpts |

R  Deposition of John Kelley, excerpts

S  Deposition of Thomas Gregorio, excerpts

T  Deposition Exhibit 30 (Proposal of Split Boulder Construction, Inc.)

## REQUEST FOR ORAL ARGUMENT

  The United States believes that oral argument would assist the Court in deciding this Motion. Therefore, the United States respectfully requests the opportunity to be heard at oral argument on this Motion.

Dated: January 30, 2007

           Respectfully submitted,

           PETER D. KEISLER
           Assistant Attorney General

           MICHAEL J. SULLIVAN
           United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney


 /s/ Matthew A. Connelly
MATTHEW A. CONNELLY
ASHLEY E. DEMPSEY
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4040 (Connelly)
(202) 616-4024 (Dempsey)
(202) 616-4159 (fax)

Attorneys for the
United States of America

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing document were sent via an overnight delivery service, this 30th day of January 2007, addressed to the following counsel of record:

| | |
|---|---|
| Michael E. Mone, Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA  02110 | John H. Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road, Unit 11<br>Plymouth, MA  02360 |
| Joslin Murphy, Esq.<br>Associate Town Counsel<br>333 Washington Street<br>Brookline, MA  02445-6863 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, PC<br>45 Milk Street, 5th Floor<br>Boston, MA  02109 |
| David J. Hatem, Esq.<br>Deborah S. Russo, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 | Terrence J. Hamilton, Esq.<br>Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210 |
| Jeffrey A. Gorlick, Esq.<br>Law Offices of Jeffrey A. Gorlick<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114 | Brian C. Newberry, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 |

 /s/ Matthew A. Connelly
MATTHEW A. CONNELLY