# ATTACHMENT A
# OVERSIZE EXHIBIT
# TO BE MANUALLY FILED