ATTACHMENT B



PAGES: 1 - 227

EXHIBITS: 83-91

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO:  04-CV-11413-EFH

**FREDERICK BABCOCK, ET AL**

vs.

**UNITED STATES OF AMERICA, ET AL**

vs.

**SASAKI ASSOCIATES, INC.**

**DEPOSITION OF JOHN HOLLYWOOD,** taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure on behalf of the Defendant, Split Boulder Construction, Inc., before Dawn M. Baker, CSR, RPR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Donovan Hatem, LLP, Two Seaport Lane, Boston, Massachusetts, on **Friday, November 17, 2006,** commencing at 10:10 a.m., pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

*  *  *  *  *

1    <u>APPEARANCES</u>:

2

3    Esdaile, Barrett & Esdaile
          75 Federal Street
4         Boston, Massachusetts  02110-1904
          (By Kathryn E. Hand, Esquire)
5         Representing the Plaintiffs, with the
          exception of Sandra Babcock.

6

7

8    U.S. Department of Justice
          Civil Division, Torts Branch
          P.O. Box 14271
9         Washington, DC  20044-4271
          (By Ashley E. Dempsey, Esquire)
10        Representing the Defendant, United
          States of America.

11

12

13   Nelson, Kinder, Mosseau & Saturley, PC
          45 Milk Street
14        Boston, Massachusetts  02109
          (By Gerald F. Lucey, Esquire)
15        Representing the Defendant, Northeastern
          University.

16

17

18   Casner & Edwards, LLP
          303 Congress Street
          Boston, Massachusetts  02210
19        (By Christopher Maffucci, Esquire)
          Representing the Defendant, Ledgewood
20        Construction Company, Inc.

21

22

23

24

1        APPEARANCES CONTINUED:

2

3        Masi & Bruno
                124 Long Pond Road, Unit 11
4               Plymouth, Massachusetts  02360
                (By John H. Bruno, II, Esquire)
5               Representing the Defendant, Split
                Boulder Construction, Inc.

6

7

         Donovan Hatem, LLP
8               World Trade Center East
                Two Seaport Lane
9               Boston, Massachusetts  02210
                (By Deborah Russo, Esquire)
10              Representing the Third-Party Defendant,
                Sasaki Associates, Inc. and the
11              Deponent, John D. Hollywood.

12

13       Also Present:  Janet Elie Faulkner, Esquire
                         Northeastern University

14

15

16

17

18

19                      *  *  *  *  *

20

21

22

23

24

1                           I N D E X

2

3       **DEPOSITION OF:**

4       JOHN HOLLYWOOD

5

6

7                                                   <u>Page</u>

8       Direct Examination by Mr. Bruno            7

9       Direct Examination by Ms. Hand            96

10      Direct Examination by Ms. Dempsey        139

11      Direct Examination by Mr. Lucey          168

12      Direct Examination by Mr. Maffucci       192

13      Redirect Examination by Mr. Bruno        205

14      Redirect Examination by Ms. Hand         207

15      Redirect Examination by Mr. Dempsey      209

16      Redirect Examination by Mr. Lucey        212

17      Cross-Examination by Ms. Russo           215

18      Further Redirect Examination by          216
          Mr. Lucey

19
        Further Redirect Examination by          219
20        Mr. Bruno

21

22

23                      *   *   *   *   *

24

GOUDREAU & GROSSI COURT REPORTING
(508) 823-4659

1

2                          E X H I B I T S

3

4        Exhibit                                        Page

5

6        No. 83    Return of Service                       6

7        No. 84    Notice of Deposition                    6

8        No. 85    Contractor's Application               92
                   for Payment
9
         No. 86    Contact Sheet of Photographs          122
10
         No. 87    Memorandum                            138
11
         No. 88    Curriculum Vitae                      167
12
         No. 89    E-mail                                167
13
         No. 90    Contact Sheets of                     189
14                 Photographs

15       No. 91    Memorandum                            190

16

17

18

19

20

21                         *   *   *   *   *

22

23

24

GOUDREAU & GROSSI COURT REPORTING
(508) 823-4659

1                          (November 17, 2006,

2                          Friday, 10:10 a.m.)

3

4              S T I P U L A T I O N S

5          It was stipulated and agreed by and

6     between counsel for the respective parties

7     that the witness will read and sign the

8     deposition transcript.  Notarization of

9     signature will be waived.  The witness will

10    sign under the pains and penalties of

11    perjury.

12

13         **JOHN HOLLYWOOD**, a witness called on

14    behalf of the Defendant, Split Boulder

15    Construction, Inc., having been

16    satisfactorily identified and duly sworn by

17    the Notary Public, was examined and testified

18    as follows:

19

20         (Exhibit No. 83, Return of Service,

21    so marked.)

22         (Exhibit No. 84, Notice of

23    Deposition, so marked.)

24

```
 1        That's the only thing that I see as being

 2        different.

 3   Q    Right.  But the permits are for the entire

 4        project, not just your site work?

 5   A    I would believe so if they issued the permit.

 6   Q    Okay.

 7             MS. DEMPSEY:  I guess I don't need to

 8        mark those.  Those are already marked.

 9   Q    And just generally speaking, when one applies

10        for a permit, there's a fee charge; is that

11        correct?

12   A    I believe there is.

13   Q    And in this case, the fee and the permit

14        application included the renovations to the

15        dugouts, correct?

16   A    I don't know.

17   Q    When you -- strike that.

18             Let me ask you this:  This has

19        previously been marked as Exhibit 43D.  This

20        is the layout plan from your permit set I

21        believe?

22   A    Yeah.

23   Q    I just wanted to ask you if that's your seal

24        that you were referring to earlier, signed
```

```
 1            and sealed?

 2    A       Yes, it is.

 3    Q       Okay.  And that's your signature?

 4    A       That is my signature.

 5    Q       And the date is May 8, 2001?

 6    A       Yes.

 7    Q       Okay.  And this layout plan --

 8                    MS. RUSSO:  Let's open it up.

 9                    MS. DEMPSEY:  You want to open it up?

10    Q       Is that the new dugout?

11    A       That is the location for the new dugout.

12    Q       Okay.  And the old dugout is over here?

13    A       One of them, yes.

14                    MS. RUSSO:  You mean the old location

15            of the dugout?

16                    MS. DEMPSEY:  Right.

17    Q       Well, that's -- my question is from reading

18            this, are -- the darkness of the lines around

19            the dugouts, are those of any significance to

20            you?

21    A       Yes.

22    Q       Okay.  And what does that show?

23    A       The significance is that the way this plan

24            was generated, the existing conditions are
```