# ATTACHMENT D

```
 1                             VOL. I

 2                             PAGES 1-204

 3                             EXHIBITS 57-63

 4        UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
 5
                               No. 04CV-11413-EFH
 6

 7   FREDERICK BABCOCK, et al,  )
              Plaintiffs,       )
 8                              )
                vs              )
 9                              )
     UNITED STATES OF AMERICA,  )
10   et al,                     )
              Defendants.       )
11

12

13

14              DEPOSITION of LEDGEWOOD

15   CONSTRUCTION, by its designee, JOSEPH P.

16   TRAINOR, taken on behalf of the plaintiffs,

17   pursuant to the applicable provisions of the

18   Federal Rules of Civil Procedure, before

19   Katherine Henry-Sexton, a Notary Public in and

20   for the Commonwealth of Massachusetts, at the

21   offices of Nelson, Kinder, Mosseau and Saturley,

22   PC, 45 Milk Street, Boston, Massachusetts, on

23   Wednesday, May 31, 2006, commencing at 10:15

24   a.m.
```

```
 1    APPEARANCES:

 2              Esdaile, Barrett and Esdaile, (by
      Kathryn E. Hand, Atty.), 75 Federal Street,
 3    Boston, Massachusetts 02110-1904, for the
      plaintiffs.
 4
                Casner and Edwards, LLP, (by
 5    Christopher P. Maffucci, Esq.),  303 Congress
      Street, Boston, Massachusetts 02210, for the
 6    defendant, Ledgewood Construction.

 7              Nelson, Kinder, Mosseau and
      Saturley, PC, (by Gerald F. Lucey, Esq.), 45
 8    Milk Street, Fifth Floor, Boston, Massachusetts
      02109, for the defendant, Northeastern
 9    University.

10              United States Department of
      Justice, (by Matthew A. Connelly, Esq.), Torts
11    Branch, Civil Division, P.O. Box 14271,
      Washington, DC 20044-4271.
12
                Masi and Bruno, (by Walter A.
13    Galas, Jr., Esq.),  124 Long Pond Road, Unit 11,
      Plymouth, Massachusetts 02360, for the
14    defendant, Split Boulder Construction.

15              Donovan Hatem, LLP, (by Brian C.
      Newberry, Esq.),  Two Seaport Lane, Boston,
16    Massachusetts 02210, for the defendant, PEDA,
      Inc., and deponent.
17
      Also Present:  Brian Burns, Esq.
18                   Northeastern University

19
                         I N D E X
20
      Deposition of:                            Page
21
      JOSEPH P. TRAINOR
22
           Examination by Ms. Hand              4
23         Examination by Mr. Connelly    102, 182
           Examination by Mr. Lucey            121
24         Examination by Mr. Galas            181
```

1    I N D E X (Continued)

2    Exhibits                                            Page

3    No. 57    Re-notice of taking deposition.      4

4    No. 58    Permit receipt, 5/10/01.             30

5    No. 59    Permit receipt, 5/11/01.             30

6    No. 60    Handwritten notes.                   38

7    No. 61    Crane rental.                        71

8    No. 62    Daily time sheets, Ledgewood.        96

9    No. 63    Building license, Trainor.          168

```
 1              MS. HAND:  We'll mark the re-notice
 2   of taking deposition before we begin.
 3              (Exhibit No. 57, re-notice of taking
 4               deposition, marked.)
 5
 6              MS. HAND:  Same stipulations - all
 7   objections except as to form and motions to
 8   strike are reserved to the time of trial, and an
 9   objection for one is an objection for all.
10              MR. MAFFUCCI:  Fine.
11              MR. LUCEY:  Fine.
12              MS. HAND:  Reading and signing, 30
13   days?
14              MR. MAFFUCCI:  Yes, waive notary.
15
16              JOSEPH P. TRAINOR, a witness called
17   on behalf of the plaintiffs, first having been
18   satisfactorily identified and duly sworn by the
19   Notary Public, on oath deposes and says as
20   follows:
21
22   Examination by Ms. Hand:
23       Q.    Mr. Trainor, I introduced myself
24   before.  My name is Kathryn Hand, and I
```

```
 1        Q.   Do you have any information as to how
 2   far the helicopters that were landing at Parsons
 3   Field on the evening of January 5th, 2002, were
 4   from the first base dugout when the dugout
 5   flipped over?
 6        A.   No, I don't.
 7        Q.   Now, the dugouts were relocated on
 8   June 28th of 2001; is that correct?  If you need
 9   to refer to any of the exhibits, please feel
10   free.
11        A.   Yes.
12        Q.   Now, before they were relocated the
13   dugouts were attached to their existing
14   below-grade foundations?
15        A.   That's correct, yes.
16        Q.   Sir, did you have a chance to view
17   those foundations before the dugouts were moved?
18        A.   I saw them, yes.
19        Q.   What was the floor of the original
20   dugout made of?
21        A.   To the best of my recollection, the
22   entire dugout was concrete.
23        Q.   So the floor was poured concrete?
24        A.   Steps going down and the walls
```

```
 1    supporting.
 2         Q.   Were all poured concrete?
 3         A.   To my recollection they're all
 4    concrete.
 5         Q.   Was Ledgewood responsible for removing
 6    the original dugout foundations after the wooden
 7    superstructures were relocated?
 8         A.   Yes.
 9         Q.   When did that occur?
10         A.   Sometime after the 28th of June, 6/28.
11    I don't know what particular date.
12         Q.   Who did that actual work?
13         A.   That would have been - I sent over an
14    operator, Sal Santucci, to do it.
15         Q.   Was he a Ledgewood --
16         A.   He's an owner operator of a machine,
17    and I use him quite a lot.  So he broke up the
18    concrete and pulled it out.  He would have gone
19    over there with his excavator.  And he has a
20    truck, a ten wheeler, and he would have broke it
21    up, disposed of it and everything.
22         Q.   You weren't there when that happened?
23         A.   I don't recall being there at that
24    time.  I would have just sent him over.
```