# ATTACHMENT E

```
 1                              VOL. I

 2                              PAGES 1-240

 3                              EXHIBITS 14-30

 4           UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 5
                                No. 04CV-11413-EFH
 6

 7     FREDERICK BABCOCK, et al,  )
                Plaintiffs,       )
 8                                )
                    vs            )
 9                                )
       UNITED STATES OF AMERICA,  )
10     et al,                     )
                Defendants.       )
11

12

13

14

15              DEPOSITION of PEDA, INC., by its

16     designee, DAVID A. DONAHUE, taken on behalf of

17     the plaintiffs, pursuant to the applicable

18     provisions of the Federal Rules of Civil

19     Procedure, before Katherine Henry-Sexton, a

20     Notary Public in and for the Commonwealth of

21     Massachusetts, at the offices of Esdaile,

22     Barrett and Esdaile, 75 Federal Street, Boston,

23     Massachusetts, on Wednesday, February 22, 2006,

24     commencing at 10:15 a.m.
```

```
 1   APPEARANCES:

 2              Esdaile, Barrett and Esdaile, (by
     Kathryn E. Hand, Atty.), 75 Federal Street,
 3   Boston, Massachusetts 02110-1904, for the
     plaintiffs.
 4
                Donovan Hatem, LLP, (by Brian C.
 5   Newberry, Esq.),  Two Seaport Lane, Boston,
     Massachusetts 02210, for the defendant, PEDA,
 6   Inc., and deponent.

 7              Nelson, Kinder, Mosseau and
     Saturley, PC, (by Gerald F. Lucey, Esq.), 45
 8   Milk Street, Fifth Floor, Boston, Massachusetts
     02109, for the defendant, Northeastern
 9   University.

10              United States Department of
     Justice, (by Matthew A. Connelly, Esq.), Torts
11   Branch, Civil Division, P.O. Box 14271,
     Washington, DC 20044-4271.
12
                Masi and Bruno, (by John H. Bruno,
13   Esq.),  124 Long Pond Road, Unit 11, Plymouth,
     Massachusetts 02360, for the defendant, Split
14   Boulder Construction.

15              Casner and Edwards, LLP, (by
     Christopher P. Maffucci, Esq.),  303 Congress
16   Street, Boston, Massachusetts 02210, for the
     defendant, Ledgewood Construction.
17

18   Also Present:  Brian Burns, Esq.
                    Northeastern University
19

20                       I N D E X

21   Deposition of:                              Page

22   DAVID A. DONAHUE

23         Examination by Ms. Hand                 4
           Examination by Mr. Connelly           190
24
```

1   I N D E X (Continued)

2   Plaintiff
    Exhibits                                              Page
3
    No. 14    Re-notice of taking deposition,
4             PEDA, Inc.                                     4

5   No. 15    Letter, 12/27/99.                             48

6   No. 16    Purchase order, 6/1/01.                       61

7   No. 17    Drawing, 5/20/01.                             66

8   No. 18    Invoice, 5/29/01.                             86

9   No. 19    Invoice, 6/25/01.                             86

10  No. 20    Invoice, 7/30/01.                             86

11  No. 21    Cover sheet, set of plans,
              replacement permit set, 9/7/01.              105
12
    No. 21A-21G    Seven plans.                            105
13
    No. 22    Replacement demolition plan,
14            5/8/01.                                      105

15  No. 23    Daily field report, 5/14/01.                 112

16  No. 24    Daily field report, 5/17/01.                 113

17  No. 25    Handwritten notes.                           115

18  No. 26    Police supplemental report,
              1/5/02.                                      138
19
    No. 27    Letter, 9/24/01.                             173
20
    US
21
    No. 28    FEMA illustration, fastener.                 197
22
    No. 29    Diagrams.                                    205
23
    No. 30    Proposal, Split Boulder.                     215
24

```
 1           MS. HAND:  Mark this before we begin
 2   please.
 3           (Plaintiff Exhibit No. 14, re-notice
 4            of taking deposition, PEDA, Inc.,
 5            marked.)
 6
 7           DAVID A. DONAHUE, a witness called
 8   on behalf of the plaintiffs, first having been
 9   satisfactorily identified and duly sworn by the
10   Notary Public, on oath deposes and says as
11   follows:
12
13   Examination by Ms. Hand:
14       Q.   Mr. Donahue, my name is Kathryn Hand.
15   I introduced myself before the deposition began.
16   I represent the plaintiffs in this lawsuit, and
17   I'll be asking you some questions.  Have you
18   ever had your deposition taken before?
19       A.   No.
20       Q.   There are a couple of ground rules.
21   If you follow them and I follow them, it will
22   make it easier for the reporter to take down
23   your testimony.  What will happen after the
24   deposition is over - the reporter will prepare a
```

```
 1    who it was.  It could have been Scott or one of
 2    his guys.  I don't know.  Could have been one of
 3    Ledgewood's guys helping out.  I don't know.
 4         Q.    You didn't go around the corner to
 5    look in and see --
 6         A.    No, I didn't see.  It doesn't concern
 7    me.  They were just unbolting it.  This wasn't a
 8    concern at that time.
 9         Q.    What was the construction of the
10    dugout?
11         A.    It was wood construction.
12         Q.    Plywood sides?
13         A.    It was actually T-111 sides, which is
14    Plywood sides, grooved Plywood.  I think it was
15    two by four sills on the bottom.  I can't
16    remember the walls in the roof - strike that.  I
17    don't know about the sill.  I don't know if they
18    were two by six, two by eights or two by fours.
19    I can't remember.  But it was a wood framed
20    structure with asphalt shingles on the roof, and
21    I believe it was two columns in the front of it
22    holding up the end of the roof.
23         Q.    Were the columns embedded in the
24    ground in some way?
```

| | |
|---|---|
| 1 | A.     That's correct, I did not. |
| 2 | Q.     I just want to make sure I know what |
| 3 | we're talking about as a wedge anchor.  Did you |
| 4 | actually see the fasteners that were used to |
| 5 | secure the first base dugout to the concrete |
| 6 | block wall by your brother Scott? |
| 7 | A.     Yes. |
| 8 | Q.     And you've described those fasteners |
| 9 | as wedge anchors, eight-inch wedge anchors? |
| 10 | A.     Yes. |
| 11 | Q.     I'm going to show you a page that |
| 12 | comes out of a FEMA publication.  The name of |
| 13 | the publication is on the top of the page, in |
| 14 | case the rest of the parties want to know. |
| 15 | There's an illustration on that page, sir.  Is |
| 16 | that the type of fastener that was used to |
| 17 | fasten the sill of the first base dugout to the |
| 18 | concrete block wall? |
| 19 | A.     I believe so.  I'm not sure, 100 |
| 20 | percent sure, but it looks like it. |
| 21 | MR. CONNELLY:  Let's mark that as |
| 22 | the next exhibit. |
| 23 | (Discussion off the record.) |
| 24 | (US Exhibit No. 28, FEMA |

1           illustration, fastener, marked.)

2      Q.    So No. 28, the illustration, depicts a
3   wedge anchor.  Let me ask it this way - is that
4   a fair and accurate depiction of the type of
5   anchor used by your brother Scott and his
6   associates to affix the first base dugout to its
7   concrete wall?

8      A.    Yes.

9      Q.    Now, what portion of that fastener
10  that's depicted on Exhibit 28 actually holds the
11  fastener into the concrete block or the masonry
12  wall or whatever you're embedding it in?

13     A.    The wedge.

14     Q.    Would you do me a favor and circle the
15  wedge - it's labeled as wedge already?

16     A.    Yes.

17     Q.    So at a minimum that wedge has to be
18  embedded in whatever you're trying to fasten the
19  dugout to in order to hold the dugout in place;
20  is that correct?

21     A.    Well, I would think that it would be
22  from the end of the bolt.  It says embedment,
23  and it's an inch and five-eighths and it's
24  three-eighths inch.  So you'd measure from the

```
 1    bottom of the bolt.
 2         Q.   Would you draw an arrow to the point
 3    where you would measure from - when you say the
 4    bolt, I'm not exactly sure what you mean, sir.
 5         A.   Well, the way that it works is you
 6    turn the nut.  The nut turns the anchor of the
 7    body.  That turns the expansion cone, and the
 8    expansion cone widens out and makes the wedge
 9    flare out to hold it from pulling out.  The part
10    that actually touches the concrete would
11    probably be the wedge, but the expansion cone is
12    what turns the wedge.  So I guess I don't follow
13    what your question would be.
14         Q.   What I'm trying to get at is how much
15    of that bolt has to be embedded for this anchor
16    to be effective?
17         A.   Well, I guess that would be whatever
18    they call out on the embedment chart.  You'd
19    have to call whoever makes this and ask them
20    where they take it from, but I would take it the
21    embedment would be from the end of the bolt.
22         Q.   The total amount of the embedment you
23    would measure from the end of the bolt and go
24    back towards the nut, the direction you'd be
```