ATTACHMENT F

# LEDGEWOOD CONSTRUCTION CO., INC.

233 Victory Road
N. Quincy, MA 02171
Tel: (617) 770-0400 • Fax (617) 770-1146



April 30, 2001

Northeastern University
26 Tavern Road
Boston, Ma 02115

Att: Mark Boulter

Re: Parsons Field Renovations

Gentlemen:

We submit the following prices for the proposed work as shown on plans by Sasaki titled "Northeastern University Parsons Field Renovations", sheets 2006, C1 – C4, and dated 4/13/01.

a. Work within the turf perimeter curb, including dugouts, backstop netting and posts removed and reset, broken down as follows:

| | |
|---|---:|
| .Engineering | $5000.00 |
| .Remove astroturf carpet | 3000.00 |
| .Excavate rubber and asphalt base material | 48187.00 |
| .Loam excavation | 6000.00 |
| .Excavation and fill onsite material | 11500.00 |
| .Ordinary borrow | 21300.00 |
| .Fine grade sub-grade | 10000.00 |
| .Turf curb | 43000.00 |
| .Base cutout curb | 13600.00 |
| .Turf drain | 71503.00 |
| .DHM w/pipe and connection | 4600.00 |
| .Filter fabric | 16000.00 |
| .Free draining stone | 118000.00 |
| .Remove and reset backstop posts and netting | 4000.00 |
| .Dugouts w/existing roof systems | 17310.00 |
| .Electrical allowance | 5000.00 |

b. All work outside turf perimeter curb broken down as follows:

| | |
|---|---:|
| .Demolition | 7000.00 |
| .Earthwork | 43130.00 |

# LEDGEWOOD CONSTRUCTION CO., INC.

233 Victory Road
N. Quincy, MA 02171
Tel: (617) 770-0400 • Fax (617) 770-1146

| | |
|---|---:|
| .Landscape timbers | 6000.00 |
| .Stone dust | 8190.00 |
| .Bituminous paving | 22275.00 |
| .Gravel surface roadway | 28125.00 |
| .Loam and seed | 6750.00 |

Exclusions:

.Bond
.Goldposts
.Fencing
.Clay at bases
.Ballfield bases
.Irrigation
.Bleaches

Very truly yours,

*Joseph P. Trainor*
Joseph P. Trainor
President