# ATTACHMENT H

```
1                        VOL. I

2                        PAGES 1-157

3                        EXHIBITS 56

4         UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
5
                         No. 04CV-11413-EFH
6

7   FREDERICK BABCOCK, et al, )
              Plaintiffs,     )
8                             )
                 vs           )
9                             )
    UNITED STATES OF AMERICA, )
10  et al,                    )
              Defendants.     )
11

12

13          DEPOSITION of SPLIT BOULDER

14  CONSTRUCTION, by its designee, PAUL SCOTT

15  DONAHUE, taken on behalf of the plaintiffs,

16  pursuant to the applicable provisions of the

17  Federal Rules of Civil Procedure, before

18  Katherine Henry-Sexton, a Notary Public in and

19  for the Commonwealth of Massachusetts, at the

20  offices of Esdaile, Barrett and Esdaile, 75

21  Federal Street, Boston, Massachusetts, on

22  Thursday, May 25, 2006, commencing at 10:05 a.m.

23

24
```

```
 1   APPEARANCES:

 2              Esdaile, Barrett and Esdaile, (by
     Kathryn E. Hand, Atty.), 75 Federal Street,
 3   Boston, Massachusetts 02110-1904, for the
     plaintiffs.
 4
                Masi and Bruno, (by John H. Bruno,
 5   Esq.), 124 Long Pond Road, Unit 11, Plymouth,
     Massachusetts 02360, for the defendant, Split
 6   Boulder Construction.

 7              Donovan Hatem, LLP, (by Brian C.
     Newberry, Esq.), Two Seaport Lane, Boston,
 8   Massachusetts 02210, for the defendant, PEDA,
     Inc., and deponent.
 9
                Nelson, Kinder, Mosseau and
10   Saturley, PC, (by Gerald F. Lucey, Esq.), 45
     Milk Street, Fifth Floor, Boston, Massachusetts
11   02109, for the defendant, Northeastern
     University.
12
                United States Department of
13   Justice, (by Matthew A. Connelly, Esq.), Torts
     Branch, Civil Division, P.O. Box 14271,
14   Washington, DC 20044-4271.

15              Casner and Edwards, LLP, (by
     Matthew L. Lunenfeld, Esq.), 303 Congress
16   Street, Boston, Massachusetts 02210, for the
     defendant, Ledgewood Construction.
17

18   Also Present:  Brian Burns, Esq.
                    Northeastern University
19

20                      I N D E X

21   Deposition of:                          Page

22   PAUL SCOTT DONAHUE

23          Examination by Ms. Hand          5, 140
            Examination by Mr. Connelly      93, 141
24          Examination by Mr. Lucey         120
```

```
 1    I N D E X  (Continued)

 2    Exhibits                                         Page

 3    No. 56    Re-notice of taking deposition.          4
```

STIPULATIONS

It was stipulated and agreed by and between counsel for the respective parties that the sealing, filing and certification of the deposition are waived.

It was further stipulated and agreed that all objections, except as to form of question, including motions to strike, shall be reserved until the time of trial.

MS. HAND: We'll mark the re-notice of taking deposition.

(Exhibit No. 56, re-notice of taking deposition, marked.)

PAUL SCOTT DONAHUE, a witness called on behalf of the plaintiffs, first having been satisfactorily identified and duly sworn by the Notary Public, on oath deposes and says as follows:

//
//

1   going to be attached.
2       Q.   Had there been any discussion about
3   how you were going to incorporate the existing
4   rebar that was in the new foundation in the
5   attachment --
6       A.   I didn't know there was rebar in the
7   foundation until I got out there.
8       Q.   Let me jump back, not to get too far
9   out of order - I'll show you a document that's
10  been marked as Exhibit 30 in another deposition
11  in this case.  And I'll ask you if that is the
12  proposal that you prepared with respect to the
13  Parsons Field project?
14          MR. BRUNO:  While he's reading, I
15  think in your questioning you jumped tracks.  At
16  first you were asking him about before they
17  started moving it, and he started answering when
18  he got there that day to move it.  I think
19  that's where the rebar question comes in.
20      Q.   Thank you.
21      A.   Okay.  Yes, this is my proposal.
22      Q.   Looking at Exhibit 30, it appears you
23  had made some plans for specifically how the
24  dugout moving was going to take place; is that

Case 1:04-cv-11413-EFH   Document 95-9   Filed 01/30/2007   Page 7 of 19

29

1   right?
2        A.   Yes.
3        Q.   At the time you prepared your proposal
4   you had in mind specific steps?
5        A.   I had specific steps in what I was
6   going to do, yes.
7        Q.   Those are the steps outlined as Nos. 1
8   through 8 on Exhibit 30?
9        A.   Yes.
10       Q.   No. 1, "remove six inches to 12 inches
11  of existing wood paneling at the bottom of
12  interior walls".  Can you explain to me what
13  that means?
14       A.   That's so we could cut the anchor
15  bolts.
16       Q.   When you say anchor bolts, you mean
17  the existing --
18       A.   Existing anchor bolts, right.
19       Q.   I'm having trouble picturing six to 12
20  inches of existing wood panel.  You mean all the
21  way across the dugout?
22       A.   Yes.
23       Q.   So at the level of the foundation, six
24  or 12 inches up from there?

MAHANEY REPORTING SERVICES
(617) 542-4207

```
 1    to do?
 2         A.    Put it on top of the dugouts, put it
 3    together.  That was it.
 4         Q.    Did you have to make any holes in the
 5    dugout for the frame to fit onto it or into it?
 6         A.    No.
 7         Q.    How is it attached?
 8         A.    We cut holes in the roof for the
 9    straps.
10         Q.    Do you recall whether the plan when
11    you arrived that first day was to move both
12    dugouts in one day?
13         A.    Yes.
14         Q.    Were you the person who physically
15    attached the frame?
16         A.    Yes.
17         Q.    Did other people help you with that?
18         A.    Yes.
19         Q.    Tim Carnivale and the third man?
20         A.    Right.
21         Q.    After the straps were attached what's
22    the next thing that happened?
23         A.    We tried to lift the dugout to see
24    what it was going to do.
```

1  Q.  At that point had you already removed
2  the existing anchor system?
3  A.  Yes - well, when I was putting straps
4  on, Tim was cutting out that six-inch strip
5  getting ready to either - I don't know if he
6  unbolted them or cut the bolts or both.
7  Q.  Do you know now what type of fastening
8  system was in place in the existing foundation?
9  A.  I don't remember.
10  Q.  Did you watch Mr. Carnivale doing any
11  of the detaching work, cutting or unbolting?
12  A.  No, no.
13  Q.  By the time you finished what you were
14  doing with the straps Mr. Carnivale was finished
15  with removing the existing paneling and removing
16  the existing fastening system?
17  A.  Yes.
18  Q.  Did you take a look at that at all,
19  that area in the dugout, before it was lifted?
20  A.  Before it was lifted?
21  Q.  Yes.
22  A.  Yes.
23  Q.  What did you notice about it, if
24  anything?

1  up, put all my frames back into my truck. I
2  left, and I think I had to go buy some more
3  anchor bolts. I don't think I bought enough. I
4  left and brought everything back to the shop,
5  bought some anchor bolts and brought them back
6  in.
7      Q.   Do you know - were the anchor bolts
8  being installed during the time you went back to
9  the shop to get more anchor bolts?
10     A.   Yes.
11     Q.   Do you know how they were being
12 installed?
13     A.   No.
14     Q.   Had you left any instructions for how
15 the anchor bolts should be installed?
16     A.   Yes.
17     Q.   What were your instructions?
18     A.   To drill through the sill with a wood
19 bit and then use my hammer drill to drill the
20 holes for the wedge anchors.
21     Q.   Did you leave instructions for where
22 the wedge anchors should be placed?
23     A.   Yes.
24     Q.   What were those instructions?

| | | |
|---|---|---|
| 1 | A. | I don't remember. |
| 2 | Q. | Was there a code requirement for where |
| 3 | | the anchor bolts should be placed in a structure |
| 4 | | like the dugout? |
| 5 | A. | I don't know. |
| 6 | Q. | Did you have other anchor bolts with |
| 7 | | you besides the three-quarter-inch by eight-inch |
| 8 | | anchor bolts at the time you were relocating the |
| 9 | | dugouts? |
| 10 | A. | In my truck? |
| 11 | Q. | With you at Parsons Field. |
| 12 | A. | Other than the three-quarter-inch? |
| 13 | Q. | Right. |
| 14 | A. | I probably had some in my truck. |
| 15 | Q. | Do you remember if you did or not? |
| 16 | A. | Oh, I have no idea. |
| 17 | Q. | How many did you have with you, if you |
| 18 | | recall, at the time you had to leave and get |
| 19 | | more? |
| 20 | A. | I don't know. |
| 21 | Q. | By the time you came back to Parsons |
| 22 | | Field, what was going on with that first dugout? |
| 23 | A. | Well, they had to cut more of the |
| 24 | | paneling off to get the drill in.  And you know, |

```
 1        I didn't hear of any issues so --
 2        Q.    How much paneling did they ultimately
 3   have to cut off?
 4        A.    I don't know.  I don't remember how
 5   much it was.
 6        Q.    Was it more than the six to 12 inches
 7   you listed in your proposal?
 8        A.    Yes.
 9        Q.    Do you know what the reason was for
10   having to take more?
11        A.    To put my hammer drill - the bit on
12   the hammer drill has got to go through the sill
13   and into the concrete, so it's probably a foot.
14   The drill itself was probably a foot and a half
15   so --
16        Q.    Is that the tool you would ordinarily
17   use for placement of wedge anchors?
18        A.    Right.
19        Q.    Was the area in which Mr. Carnivale
20   was working to attach the dugout to the
21   foundation still open when you returned?
22        A.    Yes.
23        Q.    Had he completed the attachment?
24        A.    On some of them he had, yeah.
```

```
 1         Q.    But not completely?
 2         A.    No.  He was still working.
 3         Q.    Did you do any inspection of the work
 4   he had already done with the wedge anchors?
 5         A.    Yeah.  I noticed that they were -
 6   usually if wedge anchors aren't installed
 7   correctly, they're usually sticking out too far.
 8   And these were - the heads weren't sticking out.
 9   They looked like they were installed perfectly.
10         Q.    When you say if they're improperly
11   installed, the heads are sticking out, you mean
12   they're higher above the sill --
13         A.    Higher, right.  Usually it means for
14   some reason you didn't drill deep enough.
15         Q.    Were the wedge anchors that Mr.
16   Carnivale put in sunken into the sill wood, or
17   were they just put in flush against it?
18         A.    I'm not sure I understand.
19         Q.    When Mr. Carnivale was putting the
20   wedge anchors in, were they installed so that -
21   ideally, the top of the wedge anchor would be
22   flush with the top of the sill plane, or would
23   it stick out above the sill?
24         A.    Usually it sticks out the height of
```

```
 1    the nut.
 2         Q.    What next happened with respect to
 3    that first dugout after you returned from
 4    getting more wedge anchors?
 5         A.    I went over, gave him the wedge
 6    anchors, kind of looked around, make sure
 7    everything was all right, asked him if
 8    everything was all right, and I left.
 9         Q.    Where did you go - back to your
10    office?
11         A.    Probably back to the office.
12         Q.    How long had you worked for Mr.
13    Carnivale at the time you were involved in the
14    Parsons Field project?
15         A.    I never worked for Tim Carnivale.
16         Q.    I'm sorry, worked with.
17         A.    Oh, since '99, maybe 2000.  I'm not
18    sure.  I think he came with me right when I was
19    starting so --
20         Q.    What was the next thing that happened?
21    I understand you left, but what was the next
22    thing that happened after your leaving Parsons
23    Field on that day with respect to the dugout?
24         A.    They would have continued putting the
```

```
 1    anchor bolts in and then putting back the
 2    paneling.
 3         Q.   Is that what happened?
 4         A.   To the best of my knowledge.
 5         Q.   Did anyone inspect the work that had
 6    been done before the paneling was replaced?
 7         A.   I don't know.
 8         Q.   Did anyone that you know of inspect
 9    the work after the paneling was replaced?
10         A.   I don't know.
11         Q.   Do you know whether anyone outside of
12    the Split Boulder personnel, David Donahue and
13    Joe Trainor was made aware on that day of the
14    fact that there had been a problem with the
15    rebar not fitting into the holes in the dugout
16    sill?
17         A.   I don't know.
18         Q.   Do you know whether anyone outside of
19    that group was made aware of the fact that wedge
20    anchors were used to secure the building rather
21    than the cast-in-place rods?
22         A.   I don't know.
23         Q.   Did you ever tell anyone from
24    Northeastern that that was the case?
```

```
 1        Q.    Do you have any way of calculating how
 2   much wind is generated by a CH-47?
 3        A.    Do I have?
 4        Q.    Yes, sir, I'm asking you.
 5        A.    No.
 6        Q.    The problem with going second,
 7   especially after an extremely thorough take-off
 8   to a deposition, is you have to jump around.  So
 9   bear with me please.
10        A.    No problem.
11        Q.    I need to look at Exhibit 30 if I may.
12   I think you testified earlier that you were
13   present on the field at the time Mr. Carnivale
14   removed the paneling from the first dugout
15   before he was able to get to the bolts to either
16   cut them or undo them; is that correct?
17        A.    That's correct.
18        Q.    Now, what I'm trying to figure out,
19   sir, is - if I understand correctly, the dugout
20   is a wooden frame structure?
21        A.    That's right.
22        Q.    And on the inside, the side where the
23   players sit, was Plywood paneling?
24        A.    Yeah.
```

1    Q.    On the outside was clapboard siding?
2    A.    Yeah, I believe so.
3    Q.    And in between those two was just a
4    typical set of vertical two-by-four framing?
5    A.    That's correct.
6    Q.    And it was the interior paneling that
7    was being cut to access the fasteners?
8    A.    Right.
9    Q.    Now, the framing inside that dugout
10   comes down and attaches to a horizontal sill; is
11   that correct?
12   A.    Yes.
13   Q.    And it's the sill that was actually
14   sitting on top of the concrete foundation that
15   the dugout was originally attached to; is that
16   correct, sir?
17   A.    Yes.
18   Q.    Now, when Mr. Carnivale removed the
19   bottom section of paneling, did he expose the
20   sill so that you could see it?
21   A.    I believe he did.
22   Q.    Did you have a chance to see it?
23   A.    I'm sure I probably looked at it.
24   Q.    Can you tell me how thick the sill

```
 1    you picked up that dugout and moved it over to
 2    the other site?
 3         A.   I expected the rebar to line up with
 4    the holes, and they didn't.  I mean, now you're
 5    giving me a scenario that I'm answering - you
 6    know what - I don't honestly remember why we cut
 7    the rebar.  I don't remember.  I mean, you're
 8    giving me a scenario.  The holes didn't line up.
 9    I cut the rebar.
10         Q.   If I understand your answer, you're
11    saying that that statement makes sense, but you
12    can't tell me today if that's actually what
13    happened?
14         A.   Yeah.  I don't know what happened.  I
15    don't remember what happened.
16         Q.   Did you stay at the site the whole day
17    that first day?
18         A.   Yes.
19         Q.   After that first day was the crane
20    used again?
21         A.   Not to my knowledge.
22         Q.   Did you see it at the site after that?
23         A.   I don't remember.
24         Q.   Let me see if I understand - there's a
```

1   sequence of events. We'll leave the why out of
2   it for now. You rig up the first dugout, the
3   third base dugout. You lift it up. The crane
4   moves it over to the new foundation. Correct so
5   far?
6       A.  Yes.
7       Q.  Your crew attempts to set it down on
8   that foundation, but it can't because the rebar
9   is in the way?
10      A.  Right.
11      Q.  At that point you need to cut the
12  rebar because you need to put the dugout down?
13      A.  Right.
14      Q.  Now you got the third base dugout
15  sitting on its foundation, and you're done with
16  the third base dugout for the moment; is that
17  correct?
18      A.  Yes.
19      Q.  Now, the crane has to go across the
20  field and you've got to move the first base
21  dugout. You've got to take your rig off the
22  third base dugout, and you have to go rig up the
23  first base dugout?
24      A.  Right.