# ATTACHMENT I

## MODULE 4 - LIFTING AND RIGGING

ALLOWABLE WORKING LOADS for WEDGE ANCHORS

# WEDGE ANCHORS



Nut — Washer — Collar — Wedges
Impact Section — Anchor Body — Expansion Cone



EXHIBIT
US 28
2/22/06 - US



## *Kwik Bolt II or Trubolt*
### Allowable Tensile Loads (lbs)

| Dia-meter | Embedment | Required Torque (ft-lb) | $f'_c =$ 2000 psi | $f'_c =$ 3000 psi |
|---|---|---|---|---|
| 3/8" | 1 5/8" | 20 | 530 | 605 |
|  | 2 1/2" | use 25 | 1130 | 1210 |
|  | 4 1/4" | 25 | 1200 | 1230 |
| 1/2" | 2 1/4" | 40 | 870 | 970 |
|  | 3 1/2" | use 50 | 1750 | 2000 |
|  | 6" | 65 | 1970 | 2170 |
| 5/8" | 2 3/4" | 85 | 1430 | 1690 |
|  | 4" | use 100 | 2170 | 2670 |
|  | 7" | 110 | 3000 | 3270 |
| 3/4" | 3 1/4" | 150 | 1850 | 2180 |
|  | 4 3/4" | use 225 | 2750 | 3630 |
|  | 8" | 235 | 3750 | 4630 |
| 1" | 4 1/2" | 250 | 2930 | 3650 |
|  | 6" | use 350 | 4000 | 5310 |
|  | 9" | 450 | 6070 | 7070 |

### Allowable Shear Loads (lbs)

| Dia-meter | Embedment | $f'_c =$ 2000 psi | $f'_c =$ 3000 psi |
|---|---|---|---|
| 3/8" | 1 5/8" | 930 | 970 |
|  | ≥ 2 1/2" * | 1100 | 1100 |
| 1/2" | 2 1/4" | 1810 | 1840 |
|  | ≥ 3 1/2" * | 1840 | 1840 |
| 5/8" | 2 3/4" | 2880 | 2880 |
|  | ≥ 4" ** | 3140 | 3140 |
| 3/4" | 3 1/4" | 3880 | 3880 |
|  | ≥ 4 3/4" ** | 4220 | 4220 |
| 1" | 4 1/2" | 6620 | 7120 |
|  | ≥ 6" | 8620 | 8620 |

INCREASE TEN. & SHEAR VALUES 1.33x FOR WIND & EARTHQUAKE LOADING

TEN + SHEAR: $(P/P_{allow})^{5/3} + (V/V_{allow})^{5/3} \leq 1$