# ATTACHMENT J

```
                                    VOLUME:  I
                                    PAGES:   1 - 140
                                    EXHIBITS: 73 - 82
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------x
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,

       Plaintiff

vs

UNITED STATES OF AMERICA, and
LEDGEWOOD CONSTRUCTION COMPANY,
INC.,

       Defendants

                         Consolidated
                         C.A. No.
                         04-CV-11413-EFH

NORTHEASTERN UNIVERSITY, and
SPLIT BOULDER CONSTRUCTION,
INC.,

       Defendants/Third-Party
       Plaintiffs

vs

PEDA, INC., and SASAKI ASSOCIATES,
INC.,

       Third-Party Defendants
-------------------------------------------x

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE STREET, BOSTON, MA 02109
TEL: 617.723.7321 / FAX: 617.723.7322
www.bramanti-lyons.com

```
 1           DEPOSITION OF PAUL S. DONAHUE, taken on
     behalf of the Third-Party Defendant Sasaki
 2   Associates, Inc., pursuant to the applicable
     provisions of the Federal Rules of Civil
 3   Procedure, before James A. Lyons, CSR No.
     117993, a Registered Diplomate Reporter,
 4   Certified Realtime Reporter and Notary Public in
     and for the Commonwealth of Massachusetts, at
 5   the offices of Donovan Hatem, LLP, Two Seaport
     Lane, Boston, Massachusetts, on Wednesday,
 6   November 1, 2006, commencing at 10:05 a.m.

 7   APPEARANCES:

 8     Kathryn E. Hand, Esq.
       Esdaile, Barrett & Esdaile
 9     75 Federal Street
       Boston, Massachusetts 02110-1904
10     Attorney for the Plaintiffs

11     Matthew A. Connelly, Esq.
       U.S. Department of Justice
12     Civil Division, Torts Branch
       Aviation & Admiralty Section
13     P.O. Box 14271
       Washington, D.C.  20044-4271
14     Attorney for the Defendant,
       United States of America
15
       Christopher Maffucci, Esq.
16     Casner & Edwards, LLP
       303 Congress Street
17     Boston, Massachusetts 02210
       Attorney for the Defendant,
18     Ledgewood Construction Company, Inc.

19     Gerald F. Lucey, Esq.
       Nelson, Kinder, Mosseau & Saturley, P.C.
20     45 Milk Street, 7th Floor
       Boston, Massachusetts 02109
21     - and -
       Deanna P. Jantzen, Esq.
22     Northeastern University
       115 Churchill Hall
23     Boston, Massachusetts 02115-5000
       Attorneys for the Defendant/Third-Party
24     Plaintiff, Northeastern University
```

**DEPOSITION OF PAUL S. DONAHUE**

```
 1      APPEARANCES, Cont'd:

 2      John H. Bruno, II, Esq.
        Masi & Bruno
 3      124 Long Pond Road
        Plymouth, Massachusetts 02360
 4      Attorney for the Defendant/Third-Party
        Plaintiff, Split Boulder Construction, Inc.
 5

 6      Alberto G. Rossi, Esq.
        Donovan Hatem, LLP
 7      Two Seaport Lane, 8th Floor
        Boston, Massachusetts 02210
 8      Attorney for the Third-Party Defendant,
        Sasaki Associates, Inc.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**DEPOSITION OF PAUL S. DONAHUE**

```
1                         I N D E X

2     Deposition of:                                    Page

3     PAUL S. DONAHUE

4              Examination by Mr. Rossi                    5
               Examination by Ms. Hand                    37
5              Examination by Mr. Lucey        53, 121, 135
               Examination by Mr. Maffucci         93, 132
6              Examination by Mr. Connelly         99, 136

7

8     Exhibits                                          Page

9     No. 73      Re-Notice of Deposition of              5
                  Split Boulder Construction,
10                Inc.

11    No. 74      Photograph                             75

12    No. 75      Photograph                             76

13    No. 76      Photograph                             79

14    No. 77      Photograph                             81

15    No. 78      Photograph                             81

16    No. 79      Photograph                             82

17    No. 80      3 pages of photographs                 85

18    No. 81      Diagram of anchor bolts                92

19    No. 82      Wedge anchor bolt                     125

20

21

22

23

24
```

**DEPOSITION OF PAUL S. DONAHUE**

```
                      P R O C E E D I N G S

 3         MR. ROSSI:  For the record, counsel have
 4    agreed to the same stipulations.  Objections
 5    will be reserved until the time of trial except
 6    as to form and motions to strike.  Objection to
 7    one is objection to all.
 8         If you would mark that as our first
 9    exhibit.
10         (Exhibit No. 1, For Identification,
11          marked.)
12
13         PAUL S. DONAHUE, a witness called on
14    behalf of the Third-Party Defendant Sasaki
15    Associates, Inc., first having been
16    satisfactorily identified by their Massachusetts
17    driver's license, then duly sworn, on oath
18    deposes and says as follows:
19
20    EXAMINATION BY MR. ROSSI:
21 Q. Hi, Mr. Donahue.  My name is Albi Rossi.  We've
22    met earlier today.  I represent one of the
23    defendants, Sasaki Associates, in this matter.
24    We were not in the case at the time of your
```

**DEPOSITION OF PAUL S. DONAHUE**

| | | |
|---|---|---|
| 1 | Q. | But somebody else installed all of the anchors? |
| 2 | A. | Right. |
| 3 | Q. | And that person was Mr. Carnivale, is that |
| 4 | | correct? |
| 5 | A. | Yeah. Him or whoever was working with him. |
| 6 | Q. | Him or your other helper? |
| 7 | A. | Exactly. |
| 8 | Q. | Now, in order to work, a wedge anchor has to be |
| 9 | | embedded some length in the masonry that you're |
| 10 | | putting it into, is that correct? |
| 11 | A. | Yes. |
| 12 | Q. | Do you know how much embedment that you were |
| 13 | | shooting for with these eight-inch wedge |
| 14 | | anchors? |
| 15 | A. | I want to say two and a half, either two and a |
| 16 | | half or three and a half. I'm not sure. |
| 17 | Q. | Two and a half or three and a half inches, |
| 18 | | okay. |
| 19 | | I guess this is Exhibit 80. Do any of |
| 20 | | those holes in that three-page exhibit, Exhibit |
| 21 | | 80, look like they're two and a half or three |
| 22 | | and a half inches deep? |
| 23 | A. | I don't know. I don't know. |
| 24 | Q. | You don't know? |

**DEPOSITION OF PAUL S. DONAHUE**