# ATTACHMENT K



PAGES: 1 - 252

EXHIBITS: 41-48

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 04-CV-11413-EFH
(and consolidated cases)

**FREDERICK BABCOCK, ET AL**

vs.

**UNITED STATES OF AMERICA, ET AL**

DEPOSITION OF MICHAEL J. O'REILLY, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure on behalf of the Defendant, Split Boulder Construction, Inc., before Dawn M. Cunningham, CSR, RPR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Nelson, Kinder, Mosseau & Saturley, PC, 45 Milk Street, Boston, Massachusetts, on **Monday, April 3, 2006,** commencing at 10:06 a.m., pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

* * * * *

GOUDREAU & GROSSI COURT REPORTING
(508) 823-4659

```
 1    APPEARANCES:

 2

 3    Esdaile, Barrett & Esdaile
          75 Federal Street
 4        Boston, Massachusetts  02110-1904
          (By Kathryn E. Hand, Esquire)
 5        Representing the Plaintiffs.

 6

 7    John Buchheit, Esquire
          Office of Town Counsel
 8        Town of Brookline
          333 Washington Street
 9        Brookline, Massachusetts  02445
          Representing the Plaintiff, Town of
10        Brookline and the Deponent.

11

12    U.S. Department of Justice
          Civil Division, Torts Branch
13        P.O. Box 14271
          Washington, DC  20044-4271
14        (By Matthew A. Connelly, Esquire)
          Representing the Defendant, United
15        States of America.

16

17    Nelson, Kinder, Mosseau & Saturley, PC
          45 Milk Street
18        Boston, Massachusetts  02109
          (By Gerald F. Lucey, Esquire)
19        Representing the Defendant, Northeastern
          University.

20

21

      Casner & Edwards, LLP
22        303 Congress Street
          Boston, Massachusetts  02210
23        (By Matthew L. Lunenfeld, Esquire)
          Representing the Defendant, Ledgewood
24        Construction Company, Inc.
```

```
 1      APPEARANCES CONTINUED:

 2


 3      Masi & Bruno
             124 Long Pond Road, Unit 11
 4           Plymouth, Massachusetts  02360
             (By John H. Bruno, II, Esquire)
 5           Representing the Defendant, Split
             Boulder Construction, Inc.
 6


 7
        Donovan Hatem, LLP
 8           World Trade Center East
             Two Seaport Lane
 9           (By Brian Newberry, Esquire)
             Representing the Defendant, PEDA, Inc.
10

11

12

13

14

15

16

17

18

19

20              *   *   *   *   *
21

22

23

24
```

I N D E X

DEPOSITION OF:

MICHAEL J. O'REILLY

|  | Page |
|---|---|
| Direct Examination by Mr. Bruno | 6 |
| Direct Examination by Mr. Connelly | 86 |
| Direct Examination by Mr. Lucey | 148 |
| Direct Examination by Ms. Hand | 207 |
| Direct Examination by Mr. Lunenfeld | 210 |
| Cross-Examination by Mr. Buchheit | 211 |
| Redirect Examination by Mr. Bruno | 215 |
| Redirect Examination by Mr. Connelly | 234 |
| Redirect Examination by Mr. Lucey | 241 |
| ReDirect Examination by Mr. Lunenfeld | 246 |
| Recross-Examination by Mr. Buchheit | 248 |

* * * * *

Case 1:04-cv-11413-EFH    Document 95-12    Filed 01/30/2007    Page 6 of 20

E X H I B I T S

| Exhibit | | Page |
|---|---|---|
| No. 44 | Deposition Notice | 6 |
| No. 45 | Layout Plan | 91 |
| No. 46 | Report by Edward Faeth | 140 |
| No. 47 | Injury Reports | 197 |
| No. 48 | Documents regarding Chinook Helicopter | 207 |
| No. 49 | Injury Reports | 208 |

* * * * *

GOUDREAU & GROSSI COURT REPORTING
(508) 823-4659

```
 1                      (April 3, 2006,
 2                      Monday, 10:06 a.m.)
 3
 4            S T I P U L A T I O N S
 5       It was stipulated and agreed by and
 6  between counsel for the respective parties
 7  that the witness will read and sign the
 8  deposition transcript.  Notarization of
 9  signature will be waived.  The witness will
10  sign under the pains and penalties of
11  perjury.
12
13       MICHAEL J. O'REILLY, a witness called
14  on behalf of the Defendant, Split Boulder
15  Construction, Inc., having been
16  satisfactorily identified and duly sworn by
17  the Notary Public, was examined and testified
18  as follows:
19
20       (Exhibit No. 44, Deposition Notice,
21  so marked.)
22
23              DIRECT EXAMINATION
24  Q    (By Mr. Bruno)  Good morning.  My name is
```

1  A  Okay.
2  Q  And during the course of the deposition if
3     you don't understand a question or if you
4     don't think it's been phrased in a fashion
5     that you can answer it, you'll have to tell
6     me that. Is that all right?
7  A  Absolutely.
8  Q  Okay. And then -- so with that in mind, if
9     you do answer a question, we're going to
10    assume that you understood the question and
11    that your answer is what you meant to say.
12    Is that all right?
13 A  Okay.
14 Q  So it kind of puts the burden on you just to
15    tell us that there's something wrong with the
16    question and you need it to be asked a
17    different way.
18 A  Okay.
19 Q  Just briefly about yourself, you're a fire
20    captain for the Town of Brookline. How long
21    have you held that position?
22 A  Since November 15th of 1993.
23 Q  Okay. But prior to being a fire captain what
24    was your --

```
1   A    I was a lieutenant -- promoted to lieutenant
2        May 1st, I believe, of 1989.
3   Q    Okay.
4   A    And --
5   Q    Prior to that?
6   A    I was hired on April 2 -- I'm sorry, October
7        27, 1980 as a firefighter.
8   Q    Are you the only fire captain in the Town of
9        Brookline Fire Department?
10  A    No, sir, I'm not.
11  Q    How many fire captains are there?
12  A    There are nine fire captains.
13  Q    Do you have a particular role in your
14       assignment as fire captain?
15  A    At this time I do.
16  Q    What is that?
17  A    I am the station commander of fire station
18       number four, engine company number four.
19  Q    And what does all that mean?
20  A    The station commander -- the fire department
21       has five stations -- fire stations.  This
22       particular station I'm involved with, station
23       four, has one fire apparatus assigned which
24       is engine company four which actually works
```

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | as both an engine and a ladder truck.  It has                      |
| 2  |   | a 75-foot aerial.  As the captain of the                           |
| 3  |   | house, I'm responsible for the station and                         |
| 4  |   | the apparatus.  There are four groups that                         |
| 5  |   | work and I'm assigned to group two.                                |
| 6  | Q | Okay.  So does that mean you're actually on                        |
| 7  |   | duty as a firefighter at times?                                    |
| 8  | A | Yes.  I am in fire suppression right now.                          |
| 9  | Q | All right.  How about back in the year                             |
| 10 |   | 2000/2001, what was your role back then?                           |
| 11 | A | At that time I was the administrative officer                      |
| 12 |   | for the Brookline Fire Department.                                 |
| 13 | Q | And what is the -- you were a fire captain                         |
| 14 |   | back at that time; is that right?                                  |
| 15 | A | Yes, sir.                                                          |
| 16 | Q | What was the administrative officer?                               |
| 17 | A | Best explained as the complaint department.                        |
| 18 |   | And I say that because I dealt with all                            |
| 19 |   | aspects of the job.  I worked directly for                         |
| 20 |   | the chief of the department and was kind                           |
| 21 |   | of -- I guess you could call me the liaison                        |
| 22 |   | with all of the town agencies on multiple                          |
| 23 |   | issues.  I was also the medical officer.                           |
| 24 | Q | Okay.  What years were you assigned the duty                       |

| | | |
|---|---|---|
| 1 | A | I believe because I was at the site the day |
| 2 | | of the incident and dealt with the |
| 3 | | individuals that were injured at that time. |
| 4 | Q | Okay. The chief of the department's name |
| 5 | | right now is what? |
| 6 | A | Chief John Green. |
| 7 | Q | Was Chief Green also the fire chief in the |
| 8 | | year 2000/2001? |
| 9 | A | No, he was not. |
| 10 | Q | Okay. When did Chief Green take over? |
| 11 | A | Approximately 18 months ago. I want to say |
| 12 | | '04, July of '04. |
| 13 | Q | Okay. At the time of the incident involved |
| 14 | | in this case, which is -- I guess it's 2002. |
| 15 | | I've been saying 2001. It was 2002 -- |
| 16 | | January 2002, who was the fire chief? |
| 17 | A | Chief John Spillane. |
| 18 | Q | Can you spell that for us? |
| 19 | A | Last name is spelled Spillane, |
| 20 | | S-P-I-L-L-A-N-E. |
| 21 | Q | And do you know when Chief Spillane -- well, |
| 22 | | strike that. |
| 23 | | Did Chief Spillane retire? |
| 24 | A | Yes, he did. |

```
 1              contacted and told to respond to Parsons
 2              Field to be standby.
 3    A         Okay.
 4    Q         Do you know whose idea it was in the fire
 5              department that this particular fire company
 6              was to go to Parsons Field on a standby
 7              basis?
 8    A         I believe that was decided at the meeting the
 9              day before.
10    Q         Okay.
11    A         I think I'm getting confused here so let
12              me --
13    Q         Sure.
14    A         The chief went to a meeting some time on
15              Friday.  Now, I wasn't told where he was
16              going so I don't know where.  After the fact
17              it turns out that he went to Northeastern.
18              The next day my understanding is that the
19              deputy chief on duty was called by the chief
20              of department and told to have ladder company
21              two and engine company one at the field at a
22              certain time.
23    Q         Okay.
24    A         Okay?  So that -- hopefully I'm answering
```

```
 1            Engine one was to hitch up a hydrant
 2   at, I believe, Newell Road, charge the
 3   hydrant so there was water to the pump.
 4   Prior to, you know, the helicopters coming in
 5   everything had to be set in place.  When
 6   ladder two came down, they were supposed
 7   to -- I mean, I heard from Captain Babcock
 8   that he was told that they were going to go
 9   down the side along the field, but there were
10   cars and everything blocking.  So they parked
11   right inside the driveway right by the --
12   I'll call it home plate area at Parsons
13   Field.  So that's what happened there.
14            When Chief Spillane got there, at
15   some point in time he said have them set up
16   their rescue tools along the field to the
17   right of the first base dugout.
18 Q  Have who?
19 A  Ladder two.  I'm sorry.  Ladder two company
20   and put a tarp down to protect the new field.
21   When you put these -- you know, the jaws and
22   the power equipment because they have
23   hydraulic fluids and things like that in
24   them.
```

```
 1  Q   Did you hear this discussion or -- I guess it
 2      would be an order from Chief Spillane?
 3  A   I was given it to give to Captain Babcock.
 4  Q   Okay.  So Chief Spillane told you --
 5  A   Yes.
 6  Q   -- have engine -- I'm sorry, ladder two take
 7      out their emergency equipment --
 8  A   And place it at that --
 9  Q   -- and place it --
10  A   -- location.
11  Q   All right.  What was the purpose of that?
12          What was the purpose of -- if you
13      know, the purpose of that order from Chief
14      Spillane?
15  A   I'm going to assume, which is probably not a
16      good thing, but to have things readily
17      available rather than going to look for them
18      if something went wrong.  More of a
19      precautionary setup.
20  Q   All right.  Just so that we're clear on it,
21      the injured firefighters in this case, they
22      were all members of ladder two?
23  A   All assigned to ladder company two on that
24      day.
```

```
 1   Q    So the same female secret service agent?
 2   A    I do -- I believe that -- that -- you know, I
 3        mean, whether that happened simultaneously or
 4        whatever.  I know I went out to the field to
 5        the chief warrant officer.
 6   Q    Okay.  All right.  And you I think testified
 7        before her name was O'Grady?
 8   A    I still kept that in my mind that that's the
 9        name, yes.
10   Q    Okay.  All right.  After you walked down to
11        where ladder two was and you told them to set
12        up their specialized equipment and where to
13        set it up, what did you do next?
14   A    At that point in time, it was also -- I think
15        they were going to take refuge behind the
16        dugout.  So they were near their tools where
17        they were going to have all their equipment,
18        you know, right there.
19   Q    Okay.  Well, let me ask this for a second.
20             You said you believe they were going
21        to take refuge behind the dugout.  Did
22        somebody discuss standing behind the dugout?
23   A    Yes.  It was -- when I talked to Captain
24        Babcock, it was you should probably set up --
```

```
 1        once you set up the tools, you should
 2        probably stage behind that dugout.
 3   Q    Okay.  You recommended that he stage behind
 4        the dugout?
 5   A    Correct.  I --
 6   Q    That wasn't --
 7   A    -- believe that -- I believe that I was part
 8        of that conversation.
 9   Q    Okay.  That wasn't a recommendation from
10        Chief Spillane?
11   A    Not that I know of.
12   Q    Why did you recommend they stay out behind
13        the dugout?
14   A    Because of the dugout being a protective
15        barrier from the field.
16   Q    Okay.  Protective barrier from what, sir?
17        What were you anticipating?
18   A    Anticipating wind from the helicopters coming
19        in.
20   Q    At that time, sir, did you know where the
21        helicopters were supposed to land?
22   A    No.  As I said earlier, I do not know.
23   Q    Okay.  Did Captain Babcock know were the
24        helicopters were supposed to land?
```

```
 1              to land in the ball -- the diamond area.
 2     Q        Okay.  Were you --
 3     A        I had to turn away.
 4     Q        Were you watching the helicopter approach?
 5     A        I had to turn away because of the amount of
 6              dust and stuff coming at -- it was like
 7              little BBs hitting you.  So I was -- again, I
 8              had to turn and cover my eyes this way away
 9              so I turned to my left --
10     Q        Okay.
11     A        -- again, facing say the corner of this
12              building.
13     Q        Was the agent still with you at the time?
14     A        Yes, she was.
15     Q        Okay.  Then what happened?
16     A        There was a lull -- what I call a lull in the
17              air and everything, and as I turned like to
18              my right, I could see the building pushing
19              down on the firefighters and actually them in
20              a defensive position like this on the
21              ground --
22     Q        Okay.
23     A        -- going down.
24     Q        At that point, sir, were you able to tell
```

```
 1            where that helicopter was?
 2     A      To my recollection, it was in the diamond
 3            area right here.
 4     Q      So inside the base path?
 5     A      In the -- in the baseball field.  In this
 6            area here.  Again, I mean --
 7     Q      What I'm trying to figure out is is it in the
 8            shallow outfield?
 9                   Is it --
10     A      No.  I think it would be in the infield area,
11            right in this area, but closer to the other
12            dugout on third base.
13     Q      So -- okay.  So beyond second base closer
14            to --
15     A      Right.
16     Q      Could you -- okay.  You're circling a general
17            area.  Could you --
18     A      I'm trying to envision it but again,
19            everything going on, alls I know is it was in
20            this general area right here.
21     Q      Okay.  Can you --
22     A      It could have been the shortstop area.  Let's
23            call it that way.
24     Q      The shortstop area between --
```

```
1    A    Correct.
2    Q    -- second and third base?
3    A    Yeah.
4    Q    Whether it was shallow or further out you
5         can't say?
6    A    I just don't recall exactly where it was.
7         But I mean, I would be pretty good about
8         saying it would be between shallow outfield
9         and the infield grass.
10   Q    Okay.
11   A    I think I'm pretty good on that.
12   Q    All right, sir.  Okay.  So that's where the
13        helicopter was.  You saw the building moving
14        and the firefighters in the defensive
15        position?
16   A    I saw the building coming down on top of the
17        firefighters.
18   Q    Okay.  Was it in the air?  Was it falling
19        over them?
20   A    At the time I saw it, I can still tell you
21        they were like this.  They were in this
22        position with the building right there
23        pushing them down.
24   Q    Okay.  So it was on top --
```

```
1    A    Pushing --
2              THE STENOGRAPHER:  I didn't get the
3         question.
4    Q    The question was so it was on top of them and
5         the answer was?
6    A    It was in the air on top of them, and they
7         were like this in a defensive position
8         actually buckled down.
9    Q    Okay.  So what you're saying is they were
10        bending over with their hands raised trying
11        to hold the building off?
12   A    That -- that's my impression of what went on,
13        yes.
14   Q    Okay.  All right.  What happened next?
15   A    I immediately ran over to where they were.
16        There were several people along here that ran
17        over at the same time.  I had a radio and I
18        called to strike the box immediately for
19        Parsons Field.
20   Q    What does strike the box mean?
21   A    That means send a full assignment for a box
22        alarm which was three engine companies and
23        two ladder companies.  Okay?  And that was to
24        get manpower in.
```