# ATTACHMENT M

