ATTACHMENT N

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, JOSEPH CANNEY,

THOMAS GREGORIO, JOHN KELLEY

and YVONNE KELLEY

     Plaintiffs

v.        CA No. 04-11413-EFH

UNITED STATES OF AMERICA

and LEDGEWOOD CONSTRUCTION

COMPANY, INC.

     Defendants

NORTHEASTERN UNIVERSITY and SPLIT

BOULDER CONSTRUCTION INC.

     Defendants/Third-Party Plaintiffs

v.

PEDA, INC., and SASAKI ASSOCIATES, INC.

     Third-Party Defendants


 30(b)(6) DEPOSITION of NORTHEASTERN UNIVERSITY

JOHN P. MALONE, taken on behalf of Sasaki Assoc.

  Friday, October 27, 2006 - 10:19 a.m.

     Donovan Hatem LLP

  Two Seaport Lane, Boston, Massachusetts

----- Reporter:  Jill K. Coletti, RMR/CRR -----

John P. Malone

On Behalf of Sasaki Associates

10/27/2006

2

1    APPEARANCES:

2

3    Esdaile, Barrett & Esdaile

4        Kathryn E. Hand, Esq.

5        75 Federal Street

6        Boston, Massachusetts 02110

7        (617) 482-0333  Fax:  (617) 426-2978

8        on behalf of plaintiffs Canney, Gregorio

9        and John and Yvonne Kelley

10

11   US Department of Justice

12       Matthew A. Connelly, Esq.

13       Civil Division, Torts Branch

14       Aviation & Admiralty Section

15       PO Box 14271

16       Washington, D.C. 20044-4271

17       (202) 616-4040  Fax:  (202) 616-4159

18       on behalf of the United States of America

19

20

21

22

23

24

John P. Malone                                                    10/27/2006
On Behalf of Sasaki Associates

3

1    (Appearances continued)

2

3    Donovan Hatem LLP

4        Deborah S. Russo, Esq.

5        Two Seaport Lane

6        Boston, Massachusetts 02210

7        (617) 406-4500  Fax:  (617) 406-4501

8        on behalf of the Sasaki Associates, Inc.

9

10   Nelson, Kinder, Mosseau & Saturley, P.C.

11       Gerald F. Lucey, Esq.

12       45 Milk Street, 5th Floor

13       Boston, Massachusetts 02109

14       (617) 778-7500  Fax:  (617) 778-7501

15       on behalf of Northeastern University

16

17   Casner & Edwards, LLP

18       Matthew L. Lunenfeld, Esq.

19       303 Congress Street

20       Boston, Massachusetts 02210

21       (617) 426-5900  Fax:  (617) 426-8810

22       on behalf of Ledgewood Construction

23

24

John P. Malone                                              10/27/2006
On Behalf of Sasaki Associates

4

1   Town of Brookline

2       Joslin Murphy, Esq.

3       Office of Town Counsel

4       333 Washington Street

5       Brookline, Massachusetts 02146

6       (617) 730-2190  Fax:  (617) 730-2054

7       on behalf of the Town of Brookline

8

9   Also present:  Brian J. Burns, Dir. of Risk Management

10              Assistant University Counsel

11              Northeastern University

12

13

14

15

16

17

18

19

20

21

22

23

24

5

1              S T I P U L A T I O N S

2          It was stipulated and agreed by and

3      between counsel for the respective parties

4      that the witness will read and sign the

5      deposition under the pains and penalties of

6      perjury within 30 days of receipt of the

7      transcript.

8          It was further stipulated and agreed

9      that all objections, except as to the form

10     of the question, including motions to

11     strike, shall be reserved until the time of

12     trial.

13

14          (Exhibit No. 70 marked for

15     identification.)

16

17          JOHN P. MALONE, a witness having been

18     duly sworn, on oath deposes and says as

19     follows:

20

21          EXAMINATION

22     BY MS. RUSSO:

23     Q   **Could you state your name for the record,**

24        **sir.**

John P. Malone                                                    10/27/2006

On Behalf of Sasaki Associates

48

1    listed in the notice of deposition.  There

2    was one made with respect to No. 5.

3        I'm going to ask the court reporter

4    to read that comment, and my question to

5    you, sir, will be, Do you agree with that

6    comment?

7        Okay?  Do you understand where my

8    question is going?

9    A    Yes.

10       Could you say it one more time,

11   please?

12   Q    Okay.

13       I'm going to ask the court reporter

14   to read back one of Mr. Lucey's comments.

15   A    Okay.

16   Q    And my question is going to be, Do you agree

17   with it?

18       MR. LUCEY:  Give me a chance to

19   object before you answer.

20       MR. CONNELLY:  Okay.  Are we set?

21       THE REPORTER:  "And with respect to

22   No. 5, you may ask the witness about any

23   observations he may have made, but the fact

24   is that if one were to look at the

John P. Malone                                          10/27/2006
On Behalf of Sasaki Associates

49

1    structure, there would be no reason to

2    question the safety or soundness of the

3    dugout."

4    BY MR. CONNELLY:

5    Q    And just to be specific for the sake of

6         Mr. Lucey's objection, what I'm asking you

7         is beginning with if one were to look at

8         this structure, there would be no reason to

9         question the safety or soundness of the

10        dugout.

11             That's the comment I'm asking if you

12        agree with.

13   A    I agree with that.

14   Q    Okay.

15        MR. CONNELLY:  Gerry, is he here for

16   No. 2 or not?  I forget what was said about

17   No. 2.

18        MR. LUCEY:  To the extent he knows

19   anything about it, yes.  He was inquired

20   about it previously at some length in the

21   other depositions.

22        MR. CONNELLY:  Okay.

23   Q    Without digging too deeply into what's been

24        gone over before, let me ask a couple of