# ATTACHMENT O

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, JOSEPH CANNEY,

THOMAS GREGORIO, JOHN KELLEY

and YVONNE KELLEY

    Plaintiffs

v.        CA No. 04-11413-EFH

UNITED STATES OF AMERICA

and LEDGEWOOD CONSTRUCTION

COMPANY, INC.

    Defendants

NORTHEASTERN UNIVERSITY and SPLIT

BOULDER CONSTRUCTION INC.

    Defendants/Third-Party Plaintiffs

v.

PEDA, INC., and SASAKI ASSOCIATES, INC.

    Third-Party Defendants


30(b)(6) DEPOSITION of NORTHEASTERN UNIVERSITY

JOHN P. MALONE, taken on behalf of plaintiffs

Friday, October 27, 2006 - 12:31 p.m.

    Donovan Hatem LLP

Two Seaport Lane, Boston, Massachusetts

----- Reporter: Jill K. Coletti, RMR/CRR -----

2

1  APPEARANCES:

2

3  Esdaile, Barrett & Esdaile

4     Kathryn E. Hand, Esq.

5     75 Federal Street

6     Boston, Massachusetts 02110

7     (617) 482-0333  Fax: (617) 426-2978

8     on behalf of plaintiffs Canney, Gregorio

9     and John and Yvonne Kelley

10

11 US Department of Justice

12    Matthew A. Connelly, Esq.

13    Civil Division, Torts Branch

14    Aviation & Admiralty Section

15    PO Box 14271

16    Washington, D.C. 20044-4271

17    (202) 616-4040  Fax: (202) 616-4159

18    on behalf of the United States of America

19

20

21

22

23

24

3

| | |
|---|---|
| 1 | (Appearances continued) |
| 2 | |
| 3 | Donovan Hatem LLP |
| 4 | Deborah S. Russo, Esq. |
| 5 | Two Seaport Lane |
| 6 | Boston, Massachusetts 02210 |
| 7 | (617) 406-4500  Fax: (617) 406-4501 |
| 8 | on behalf of the Sasaki Associates, Inc. |
| 9 | |
| 10 | Nelson, Kinder, Mosseau & Saturley, P.C. |
| 11 | Gerald F. Lucey, Esq. |
| 12 | 45 Milk Street, 5th Floor |
| 13 | Boston, Massachusetts 02109 |
| 14 | (617) 778-7500  Fax: (617) 778-7501 |
| 15 | on behalf of Northeastern University |
| 16 | |
| 17 | Casner & Edwards, LLP |
| 18 | Matthew L. Lunenfeld |
| 19 | 303 Congress Street |
| 20 | Boston, Massachusetts 02210 |
| 21 | (617) 426-5900  Fax: (617) 426-8810 |
| 22 | on behalf of Ledgewood Construction |
| 23 | |
| 24 | |

John P. Malone  10/27/2006
On Behalf of the Plantiffs

4

| | |
|---|---|
| 1 | Town of Brookline |
| 2 | Joslin Murphy, Esq. |
| 3 | Office of Town Counsel |
| 4 | 333 Washington Street |
| 5 | Brookline, Massachusetts 02146 |
| 6 | (617) 730-2190  Fax:  (617) 730-2054 |
| 7 | on behalf of the Town of Brookline |
| 8 | |
| 9 | Also present:  Brian J. Burns, Dir. of Risk |
| 10 | Assistant University Counsel |
| 11 | Northeastern University |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

John P. Malone  10/27/2006
On Behalf of the Plantiffs

5

1   STIPULATIONS

2   It was stipulated and agreed by and

3   between counsel for the respective parties

4   that the witness will read and sign the

5   deposition under the pains and penalties of

6   perjury within 30 days of receipt of the

7   transcript.

8   It was further stipulated and agreed

9   that all objections, except as to the form

10  of the question, including motions to

11  strike, shall be reserved until the time of

12  trial.

13

14  JOHN P. MALONE, a witness having been

15  duly sworn, on oath deposes and says as

16  follows:

17

18  EXAMINATION

19  BY MS. HAND:

20  Q   Mr. Malone, again, my name is Kathryn Hand.

21      I'm here on behalf of the plaintiffs except

22      for Sandra Babcock, and I'm going to be

23      asking you some questions in your capacity

24      as the designated representative from

16

1   Northeastern's knowledge, you don't know
2   anything about the steps that went into
3   that?
4  A  No, I do not.
5  Q  Okay.
6      Does Northeastern have a position as
7   to whose responsibility it was to ensure
8   that the dugout structure was safe as it was
9   used on the evening of January 5, 2002?
10     MS. RUSSO: Objection.
11     MR. CONNELLY: Objection.
12     MR. LUCEY: Objection.
13     MR. LUNENFELD: Objection.
14 A  Could you please read the question again?
15     (Record read as requested.)
16     MR. CONNELLY: Objection.
17     MR. LUNENFELD: Objection.
18     MS. RUSSO: Objection.
19     MR. LUCEY: Objection.
20 A  Nothing indicated that the dugouts were
21  unsafe on the eve of when the helicopters
22  were landing.
23 Q  Understanding that that's Northeastern's
24  position, is there -- from Northeastern's