# ATTACHMENT P

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 04-CV-11413-EFH

---

FREDERICK BABCOCK, JOSEPH CANNEY, )
THOMAS GREGORIO, JOHN KELLEY and )
YVONNE KELLEY, )
    Plaintiffs )
 )
v. )
 )
UNITED STATES OF AMERICA, )
NORTHEASTERN UNIVERSITY, )
SASAKI ASSOCIATES, INC., )
LEDGEWOOD CONSTRUCTION COMPANY, INC., and )
SPLIT BOULDER CONSTRUCTION, INC., )
    Defendants )

---

 )
NORTHEASTERN UNIVERSITY, )
    Defendant, Third-Party Plaintiff )
 )
v. )
 )
PEDA, INC., )
    Third-Party Defendant )

---

DEPOSITION OF: FREDERICK BABCOCK

ESDAILE, BARRETT & ESDAILE

75 FEDERAL STREET

BOSTON, MA   02110

June 16, 2005

Commenced at 10:23 A.M.

**DUNN & GOUDREAU COURT REPORTING SERVICE, INC.**
One State Street   Boston, MA   02109
**(617) 742-6900**

A P P E A R A N C E S

ESDAILE, BARRETT & ESDAILE
(By Kathryn E. Hand, Esquire)
75 Federal Street
Boston, MA  02110
On behalf of the Plaintiffs

US DEPARTMENT OF JUSTICE
(By Ashley E. Dempsey, Esquire)
Torts Branch, Civil Division
1425 New York Avenue, NW
Suite 10100
Washington, DC  20044-4271
On behalf of the Defendant United States of America

NELSON, KINDER, MOSSEAU & SATURLEY, PC
(By Gerald F. Lucey, Esquire)
45 Milk Street, 7th Floor
Boston, MA  02109
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

Brian J. Burns, Esquire
Assistant University Counsel
Director of Risk Management
122 Saint Stephen Street
Northeastern University
Boston, MA  02115-5000
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

CASNER & EDWARDS LLP
(By Christopher Maffucci, Esquire)
303 Congress Street
Boston, MA  02210
On behalf of the Defendant Ledgewood Construction Co., Inc.

MASI & BRUNO
(By John H. Bruno, II, Esquire)
124 Long Pond Road, Unit 11
Plymouth, MA  02360
On behalf of the Defendant Split Boulder Construction, Inc.


DONOVAN HATEM LLP
(By Brian C. Newberry, Esquire)
Word Trade Center East
Two Seaport Lane
Boston, MA  02210
On behalf of the Third-Party Defendant PEDA, Inc.


Jeffrey A. Gorlick, Esquire
One Longfellow Place
Suite 3409
Boston, MA  02114
On behalf of Sandra Babcock


Joslin Ham Murphy, Esquire
Town of Brookline
333 Washington Street
Brookline, MA  02445
On behalf of Town of Brookline

Also Present:
Jason Mahoney

I N D E X

| WITNESS:<br>FREDERICK BABCOCK | DIRECT | CROSS |
|---|---|---|
| (By Mr. Bruno) | 5 | |
| (By Ms. Dempsey) | | 74, 185, 188 |
| (By Mr. Lucey) | | 120, 186 |
| (By Mr. Maffucci) | | 146 |
| (By Mr. Newberry) | | 184 |

E X H I B I T S

| No. | Description | Page |
|---|---|---|
| 1 | Schematic Diagram of Parsons Field | 50 |
| 2 | Brookline Fire Department Form 2 | 103 |
| 3 | Drawing | 113 |

```
 1
 2                    S T I P U L A T I O N S
 3        It is hereby stipulated and agreed by and between
 4   counsel for the respective parties that the sealing and
 5   filing of the deposition in court are waived; that the
 6   witness shall read and sign the deposition transcript under
 7   the pains and penalties of perjury, within thirty (30) days
 8   of receipt thereof.
 9        It is further stipulated and agreed that all
10   objections, except as to the form of the question, and all
11   motions to strike, shall be reserved to the time of trial.
12
13                           - - - - -
14
15                  FREDERICK BABCOCK
16        having been duly sworn, was deposed and testified
17   as follows:
18   DIRECT EXAMINATION BY MR. BRUNO:
19   Q    Good morning, Mr. Babcock.  My name is John Bruno.  I
20        represent one of the defendants in this case, Split
21        Boulder Construction.
22             Would you start, please, by telling us your full
23        name?
24                  MS. HAND:  I'm sorry.  John, can I just
```

8

| | | |
|---|---|---|
| 1 | A | I was six years in the 26th Division of the National |
| 2 | | Guard. |
| 3 | Q | What years were that? |
| 4 | A | From '65, I think, until '72.  I'm not positive on |
| 5 | | that. |
| 6 | Q | What was your rank when you were discharged? |
| 7 | A | I was a Spec 5. |
| 8 | Q | Did you have a particular specialty while in the |
| 9 | | Service? |
| 10 | A | I was in the Division Surgeon's Office in the Medical |
| 11 | | Unit. |
| 12 | Q | Was there was an MOS attached to that? |
| 13 | A | I can't remember what that was.  No.  It was forty |
| 14 | | years ago. |
| 15 | Q | Okay.  Can you tell me what you actually did in the |
| 16 | | Division Service Office?  What was your |
| 17 | | responsibility? |
| 18 | A | I was the assistant to the division surgeon.  In other |
| 19 | | words, the man who was in charge of everything in the |
| 20 | | division medically, I was his NCO. |
| 21 | Q | Was that an administrative position or an actual |
| 22 | | medical job? |
| 23 | A | Administrative. |
| 24 | Q | When did you start with the Brookline Fire Department? |

**DUNN & GOUDREAU**

```
 1  A     March 31, 1969.
 2  Q     And you came in as a firefighter?
 3  A     Correct.
 4  Q     Was your service continuous from March 31, 1969 until
 5        you retired in March of 2005?
 6  A     Yes, it was, sir.
 7  Q     No breaks in service at all?
 8  A     No, sir.
 9  Q     At some point, you were promoted to captain?
10  A     I was first promoted to lieutenant in 1974, I believe
11        it was.  I forget the exact date.  Then, I was
12        promoted to captain in 1987, and that's the rank that
13        I held when I went out.  When I went out, I was the
14        senior captain on the fire department.
15  Q     Is a senior captain a specific rank in the fire
16        department or is it just --
17  A     No.  I was in charge of all of Station 1 in the
18        Village on the company that I was on, Ladder 2 and
19        Engine 1.  I was in charge of all four groups.  It was
20        my responsibility to run that station.
21  Q     Run that station?
22  A     Yes, sir.
23  Q     Were there other captains in that station that you're
24        referring to?
```

**DUNN & GOUDREAU**