# ATTACHMENT Q

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV11413-EFH          Rule 30 Deposition
-----------------------------------)
FREDERICK BABCOCK, JOSEPH CANNEY,  )
THOMAS GREGORIO, JOHN KELLEY and   )
YVONNE KELLEY,                     )
              Plaintiffs           )
                                   )
vs.                                )
                                   )
UNITED STATES OF AMERICA,          )
NORTHEASTERN UNIVERSITY,           )
LEDGEWOOD CONSTRUCTION COMPANY,    )
INC., SPLIT BOULDER CONSTRUCTION,  )
INC., and SASAKI ASSOCIATES,       )
INC.,                              )
              Defendants           )
-----------------------------------)
```

    DEPOSITION OF JOSEPH CANNEY, taken on behalf of the Defendant, United States of America, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, before Lynn L. Lake, a Certified Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of ESDAILE, BARRETT & ESDAILE, 75 FEDERAL STREET, BOSTON, MA, commencing at 10:11 a.m. on January 10, 2007, pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

                    * * * * *
                  Goudreau & Grossi
            Court Reporting Service, Inc.
                 63 Winthrop Street
                 Taunton, MA 02780
                  (508) 823-4659

2

```
 1   APPEARANCES:
     ASHLEY E. DEMPSEY, ESQUIRE
 2   US DEPARTMENT OF JUSTICE
     TORTS BRANCH, CIVIL DIVISION
 3   P.O. BOX 14271
     WASHINGTON, D.C. 20044
 4   TELEPHONE NO. 202-616-4024
     FOR:   UNITED STATES OF AMERICA
 5
     RHONDA T. MALONEY, ESQUIRE
 6   ESDAILE, BARRETT & ESDAILE
     75 FEDERAL STREET
 7   BOSTON, MA 02110-1904
     TELEPHONE NO.  617 482-0333
 8   FOR:   FREDERICK BABCOCK, JOSEPH CANNEY,
     JOHN KELLEY and YVONNE KELLEY
 9
     JOHN H. BRUNO, II, ESQUIRE
10   MASI & BRUNO
     124 LONG POND ROAD
11   PLYMOUTH, MA 02360
     TELEPHONE NO.  508 747-5277
12   FOR:   SPLIT BOULDER CONSTRUCTION, INC.

13   GERALD F. LUCEY, ESQUIRE
     NELSON, KINDER MOSSEAU & SATURLEY, PC
14   45 MILK STREET, 7th FLOOR
     BOSTON, MA 02109
15   TELEPHONE NO.  617 778-7500
     FOR:   NORTHEASTERN UNIVERSITY
16
     CHRISTOPHER P. MAFFUCCI, ESQUIRE
17   CASNER & EDWARDS, LLP
     303 CONGRESS STREET
18   BOSTON, MA 02210
     TELEPHONE NO. 617 426-5900
19   FOR:   LEDGEWOOD CONSTRUCTION COMPANY, INC.

20   ALBERTO G. ROSSI, ESQUIRE
     DONOVAN HATEM, LLP
21   WORLD TRADE CENTER EAST
     TWO SEAPORT LANE
22   BOSTON, MA 02210
     TELEPHONE NO. 617 406-4621
23   FOR:   SASAKI ASSOCIATES, INC., PEDA, INC.

24   ALSO PRESENT:   BRIAN J. BURNS, NORTHEASTERN
     UNIVERSITY
```

```
 1                        I N D E X

 2   WITNESS                                            PAGE

 3
     JOSEPH W. CANNEY
 4       DIRECT EXAMINATION BY MS. DEMPSEY               5
         CROSS-EXAMINATION BY MR. LUCEY                 67
 5       CROSS-EXAMINATION BY MR. MAFFUCCI              95
         CROSS-EXAMINATION BY MR. BRUNO                101
 6       CROSS-EXAMINATION BY MR. ROSSI                102
         REDIRECT EXAMINATION BY MS. DEMPSEY           103
 7       RECROSS EXAMINATION BY MR. LUCEY              107
         FURTHER REDIRECT EXAMINATION BY               111
 8       MS. DEMPSEY

 9                       E X H I B I T S

10   NO.   DESCRIPTION                                 PAGE

11

12   92    LAYOUT PLAN                                  63


14   REPORTER'S NOTE:

15       (EXHIBIT RETAINED BY MS. DEMPSEY)

16

17

18

19

20

21

22

23

24
```

4

<pre>
 1                S T I P U L A T I O N S
 2
 3         IT IS HEREBY STIPULATED and agreed by
 4   and between counsel for the respective parties
 5   that, the witness will read and sign the
 6   deposition transcript under the pains and
 7   penalties of perjury, that the reading and
 8   signing is deemed waived if not accomplished
 9   within 30 days of transcript delivery; and the
10   sealing, filing, and certification of the
11   deposition transcript are waived.
12
13         It is further stipulated and agreed that
14   all objections, except objections to the form
15   of the questions and Motions to Strike, will
16   be reserved until the time of trial or
17   pretrial hearing.
18
19
20
21
22
23
24
</pre>

```
 1              (COMMENCED AT 10:11 a.m.)
 2
 3                  JOSEPH W. CANNEY
 4
 5         Having been satisfactorily identified
 6    by the production of his driver's license, and
 7    duly sworn by the Notary Public, deposes and
 8    testifies as follows:
 9
10         DIRECT EXAMINATION BY MS. DEMPSEY
11              MS. DEMPSEY:  Good morning,
12    Mr. Canney.
13 Q. Could you please state and spell your name for
14    the record.
15 A. Joseph W. Canney, C-a-n-n-e-y.
16 Q. Have you ever used any other names?
17 A. No.
18              MS. DEMPSEY:  I'm sure your
19    attorney went over the sort of ground rules
20    for the deposition with you a little bit, but
21    I'm just going to go over a couple of things
22    with you that are important to keep in mind.
23    The first one is that the court reporter here
24    is typing down everything that is being said
```

1   A.   No.
2   Q.   Did you take any vocational training or course
3        work?
4             MS. DEMPSEY:  And we'll get into
5        your training at the Brookline Fire Department
6        later, but this is just sort of a general
7        vocational training or course work.
8   A.   No.
9   Q.   Are you a pilot?
10  A.   No.
11  Q.   Have you ever taken any pilot training?
12  A.   No.
13  Q.   Have you ever been in the military?
14  A.   No.
15  Q.   Are you presently employed by the Brookline
16       Fire Department?
17  A.   I am.
18  Q.   When were you hired by the Brookline Fire
19       Department?
20  A.   November of 1983.
21  Q.   Were you employed prior -- anywhere prior to
22       that?
23  A.   Yes.
24  Q.   Can you tell us about your employment history