# ATTACHMENT R

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 04-CV-11413-EFH

---

FREDERICK BABCOCK, JOSEPH CANNEY, )
THOMAS GREGORIO, JOHN KELLEY and )
YVONNE KELLEY, )
    Plaintiffs )
)
v. )
)
UNITED STATES OF AMERICA, )
NORTHEASTERN UNIVERSITY, )
SASAKI ASSOCIATES, INC., )
LEDGEWOOD CONSTRUCTION COMPANY, INC., and )
SPLIT BOULDER CONSTRUCTION, INC., )
    Defendants )

---

)
NORTHEASTERN UNIVERSITY, )
    Defendant, Third-Party Plaintiff )
)
v. )
)
PEDA, INC., )
    Third-Party Defendant )

---

DEPOSITION OF: JOHN KELLEY

ESDAILE, BARRETT & ESDAILE

75 FEDERAL STREET

BOSTON, MA  02110

June 17, 2005

Commenced at 2:25 P.M.

**DUNN & GOUDREAU COURT REPORTING SERVICE, INC.**
**One State Street   Boston, MA  02109**
**(617) 742-6900**

A P P E A R A N C E S

ESDAILE, BARRETT & ESDAILE
(By Kathryn E. Hand, Esquire)
75 Federal Street
Boston, MA  02110
On behalf of the Plaintiffs


US DEPARTMENT OF JUSTICE
(By Ashley E. Dempsey, Esquire)
Torts Branch, Civil Division
1425 New York Ave., NW
Suite 10100
Washington, DC  20044-4271
On behalf of the Defendant United States of America


NELSON, KINDER, MOSSEAU & SATURLEY, PC
(By Gerald F. Lucey, Esquire)
45 Milk Street, 7th Floor
Boston, MA  02109
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

Brian J. Burns, Esquire
Assistant University Counsel
Director of Risk Management
122 Saint Stephen Street
Northeastern University
Boston, MA  02115-5000
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

CASNER & EDWARDS LLP
(By Christopher Maffucci, Esquire)
303 Congress Street
Boston, MA  02210
On behalf of the Defendant Ledgewood Construction Co., Inc.

3

MASI & BRUNO
(By John H. Bruno, II, Esquire)
124 Long Pond Road, Unit 11
Plymouth, MA  02360
On behalf of the Defendant Split Boulder Construction, Inc.


DONOVAN HATEM LLP
(By Brian C. Newberry, Esquire)
Word Trade Center East
Two Seaport Lane
Boston, MA  02210
On behalf of the Third-Party Defendant PEDA, Inc.

4

I N D E X

| WITNESS: | DIRECT | CROSS |
|---|---|---|
| JOHN KELLEY | | |
| (By Ms. Dempsey) | 6 | -- |

E X H I B I T S

| No. | Description | Page |
|---|---|---|
| 5 | Copy of notes | 10 |
| 6 | Schematic Diagram of Parsons Field | 70 |

**DUNN & GOUDREAU**

5

S T I P U L A T I O N S

It is hereby stipulated and agreed by and between counsel for the respective parties that the sealing and filing of the deposition in court are waived; that the witness shall read and sign the deposition transcript under the pains and penalties of perjury, within thirty (30) days of receipt thereof.

It is further stipulated and agreed that all objections, except as to the form of the question, and all motions to strike, shall be reserved to the time of trial.

- - - - -

MS. HAND: Before the deposition, I spoke with Mr. Kelley, who asked me to make a correction to his Answers to Interrogatories from the Defendant, PEDA, Inc. At Page 7, Paragraph 4 it reads "In November, 2004, I've had a stroke" and it should read "In November, 2003, I've had a stroke." I'll make an amendment, but I wanted to make everyone aware of that before we started.

- - - - -

**DUNN & GOUDREAU**

6

1           JOHN KELLEY
2           having been duly sworn, was deposed and testified
3   as follows:
4   DIRECT EXAMINATION BY MS. DEMPSEY:
5   Q    Good afternoon, Mr. Kelley. Could you please state
6        and spell your name for the record?
7   A    John James Kelley, Jr.  J-O-H-N, J-A-M-E-S,
8        K-E-L-L-E-Y, J-R.
9   Q    Have you ever used any other names?
10  A    Well, not really. But sometimes it says "John J.
11       Kelley," sometimes "John Kelley," sometimes the "Jr."
12       is omitted. I've never changed my name.
13            MR. BRUNO: Mr. Kelley, can I ask you to
14       talk a little bit louder? I can't quite hear you.
15            THE WITNESS: I'm sorry.
16            MR. BRUNO: Thank you.
17  Q    Have you had your deposition taken before?
18  A    No.
19  Q    Everything that is being said in this room is being
20       transcribed by the court reporter. Because she's
21       trying to take down everything that we're saying, it
22       is important that only one of us speak at a time.
23       Sometimes in everyday conversation, we anticipate what
24       the other person is going to say and we jump in with

**DUNN & GOUDREAU**

```
 1   Q    Where were you employed as a firefighter?
 2   A    The Town of Brookline.
 3   Q    When did you first become employed with the Town of
 4        Brookline as a firefighter?
 5   A    I think it was January 6, 1976.
 6   Q    Did you have to take any tests or pass any training
 7        courses to become hired as a firefighter?
 8   A    There was an entrance test and there was a physical
 9        fitness test.
10   Q    So, you were working as a firefighter and going to
11        college at the same time for a couple of years there?
12   A    Yes.
13   Q    Did you have any other jobs, at that time?
14   A    I really can't remember.  Off and on, I did work at
15        Star Market as a stocker.
16   Q    Is that a grocery store?
17   A    Yes.  That was possibly for five years, but I don't
18        really recall the dates.
19   Q    It would have been in the '70s, though?
20   A    '70s, early '80s, yes.
21   Q    Do you have any professional licenses?
22   A    No.
23   Q    Are you a pilot?
24   A    No.
```

**DUNN & GOUDREAU**