# ATTACHMENT S

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 04-CV-11413-EFH

---

FREDERICK BABCOCK, JOSEPH CANNEY,         )
THOMAS GREGORIO, JOHN KELLEY and          )
YVONNE KELLEY,                            )
    Plaintiffs                            )
                                          )
v.                                        )
                                          )
UNITED STATES OF AMERICA,                 )
NORTHEASTERN UNIVERSITY,                  )
SASAKI ASSOCIATES, INC.,                  )
LEDGEWOOD CONSTRUCTION COMPANY, INC., and )
SPLIT BOULDER CONSTRUCTION, INC.,         )
    Defendants                            )

---

                                          )
NORTHEASTERN UNIVERSITY,                  )
    Defendant, Third-Party Plaintiff      )
                                          )
v.                                        )
                                          )
PEDA, INC.,                               )
    Third-Party Defendant                 )

---

DEPOSITION OF: THOMAS GREGORIO

ESDAILE, BARRETT & ESDAILE

75 FEDERAL STREET

BOSTON, MA  02110

June 17, 2005

Commenced at 10:11 A.M.

**DUNN & GOUDREAU COURT REPORTING SERVICE, INC.**
**One State Street   Boston, MA  02109**
**(617) 742-6900**

A P P E A R A N C E S

ESDAILE, BARRETT & ESDAILE
(By Kathryn E. Hand, Esquire)
75 Federal Street
Boston, MA  02110
On behalf of the Plaintiffs

US DEPARTMENT OF JUSTICE
(By Ashley E. Dempsey, Esquire)
Torts Branch, Civil Division
1425 New York Avenue, NW
Suite 10100
Washington, DC  20044-4271
On behalf of the Defendant United States of America

NELSON, KINDER, MOSSEAU & SATURLEY, PC
(By Gerald F. Lucey, Esquire)
45 Milk Street, 7th Floor
Boston, MA  02109
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

Brian J. Burns, Esquire
Assistant University Counsel
Director of Risk Management
122 Saint Stephen Street
Northeastern University
Boston, MA  02115-5000
On behalf of the Defendant/Third-Party Plaintiff
Northeastern University

CASNER & EDWARDS LLP
(By Christopher Maffucci, Esquire)
303 Congress Street
Boston, MA  02210
On behalf of the Defendant Ledgewood Construction Co., Inc.

3

MASI & BRUNO
(By John H. Bruno, II, Esquire)
124 Long Pond Road, Unit 11
Plymouth, MA  02360
On behalf of the Defendant Split Boulder Construction, Inc.


DONOVAN HATEM LLP
(By Brian C. Newberry, Esquire)
Word Trade Center East
Two Seaport Lane
Boston, MA  02210
On behalf of the Third-Party Defendant PEDA, Inc.

**DUNN & GOUDREAU**

4

I N D E X

| WITNESS:<br>THOMAS GREGORIO | DIRECT | CROSS | REDIRECT |
|---|---|---|---|
| (By Ms. Dempsey) | 6 | | 124 |
| (By Mr. Maffucci) | | 69 | |
| (By Mr. Newberry) | | 86 | |
| (By Mr. Bruno) | | 87 | |
| (By Mr. Lucey) | | 106 | |

E X H I B I T S

| No. | Description | Page |
|---|---|---|
| 4 | Schematic Diagram of Parsons Field | 80 |

**DUNN & GOUDREAU**

5

STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties that the sealing and filing of the deposition in court are waived; that the witness shall read and sign the deposition transcript under the pains and penalties of perjury, within thirty (30) days of receipt thereof.

It is further stipulated and agreed that all objections, except as to the form of the question, and all motions to strike, shall be reserved to the time of trial.

- - - -

MR. BRUNO: Are we going to have the same objections for all depositions?

MS. HAND: That's fine.

MR. LUCEY: Usual stipulations, plus an objection for one is an objection for all.

- - - - -

THOMAS GREGORIO

having been duly sworn, was deposed and testified as follows:

**DUNN & GOUDREAU**

10

| | | |
|---|---|---|
| 1 | | Alicia lives in Marina del Rey. |
| 2 | Q | Can you give us a brief sketch of your educational |
| 3 | | background, please? |
| 4 | A | I went to Newton North and graduated 12 years. |
| 5 | Q | High school diploma that is? |
| 6 | A | Yes. |
| 7 | Q | Any additional schooling? |
| 8 | A | No. |
| 9 | Q | I understand you're employed at the Brookline Fire |
| 10 | | Department? |
| 11 | A | Yes, I am. |
| 12 | Q | When did you begin working there? |
| 13 | A | January 6th of '75. |
| 14 | Q | You are employed as a firefighter? |
| 15 | A | Yes. |
| 16 | Q | Have you always been a firefighter since your |
| 17 | | employment began in 1975? |
| 18 | A | Yes. |
| 19 | Q | Any breaks?  Did you cease your employment and go |
| 20 | | pursue something else and come back or have you been |
| 21 | | continuously with the Brookline Fire Department? |
| 22 | A | Continuously. |
| 23 | Q | What did you do before joining the fire department, as |
| 24 | | far as work is concerned? |

**DUNN & GOUDREAU**