ATTACHMENT T

# SPLIT BOULDER
## CONSTRUCTION, INC.
### ENGINEERING and CONSTRUCTION



May 30, 2001

Mr. Joe Trainor
Ledgewood Construction, Inc.
Address
Town, Ma zip code

Re: Parsons Field – Relocation of
dugouts

Dear Mr. Trainor:

Presented herein below is our proposal to provide labor and material for the above referenced project.

1. Remove 6" to 12" of existing wood paneling at bottom of interior walls.
2. Remove existing anchor bolts.
3. Install new lifting beams to dugout.
4. Install wood blocking and temporary shores for supporting existing dugout beams in appropriate location.
5. Set-up lifting rigs to be attached to excavator. (Excavator supplies by other.)
6. Supervise lifting of dugout and placing of dugout in new location. (Location determined by other.)
7. Removal of all wood blocking.
8. Install new anchor bolts and existing wood paneling.

Our price to perform the work listed above is **$4,523.00**. A deposit of **$1,500.00** is due at acceptance of proposal. Remaining due at time of completion.

Invoices are due and payable net 15 days from receipt.

This quote is valid for four weeks from today's date.

_____        _____        _____
Accepted                       Title                          Date

We are prepared to commence the work immediately upon receipt of your notice to proceed.

If there are any questions concerning the above, please do not hesitate to call.

Very truly yours,


P. Scott Donahue


PHONE NO. 1-781-340-5300        5 SPLIT BOULDER RD.        FAX NO. 1-781-340-6222
                                ROCKLAND MA 02370