UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FREDERICK BABCOCK, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No.  1:04-CV-11413-EFH |
| | ) | |
| v. | ) | consolidated with |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | 1:04-CV-12003-EFH |
| **et al;** | ) | 1:04-CV-12647-EFH |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been sent via overnight delivery service to be manually filed with the Court and are available in paper form only:

(1)   Attachment A to United States of America's Motion for Summary Judgment.

Dated: January 30, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        MICHAEL J. SULLIVAN
        United States Attorney

        BARBARA HEALY SMITH
        Assistant United States Attorney

    /s/ Matthew A. Connelly
MATTHEW A. CONNELLY
ASHLEY E. DEMPSEY
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4040 (Connelly)
(202) 616-4024 (Dempsey)
(202) 616-4159 (fax)

Attorneys for the
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing document were sent via an overnight delivery service, this 30th day of January 2007, addressed to the following counsel of record:

| | |
|---|---|
| Michael E. Mone, Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA  02110 | John H. Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road, Unit 11<br>Plymouth, MA  02360 |
| Joslin Murphy, Esq.<br>Associate Town Counsel<br>333 Washington Street<br>Brookline, MA  02445-6863 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, PC<br>45 Milk Street, 5th Floor<br>Boston, MA  02109 |
| David J. Hatem, Esq.<br>Deborah S. Russo, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 | Terrence J. Hamilton, Esq.<br>Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210 |
| Jeffrey A. Gorlick, Esq.<br>Law Offices of Jeffrey A. Gorlick<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114 | Brian C. Newberry, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 |

   /s/ Matthew A. Connelly
MATTHEW A. CONNELLY