UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants<br><br>NORTHEASTERN UNIVERSITY,<br>    Defendant, Third-Party Plaintiff<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendant, Third-Party Plaintiff,<br><br>v.<br><br>SASAKI ASSOCIATES, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |

1

**PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(f) FOR CONTINUANCE ON DEADLINE FOR FILING OPPOSITION TO DEFENDANT, UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

(ASSENTED TO by PEDA, INC., SPLIT BOULDER CONSTRUCTION, INC., SANDRA BABCOCK, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and the TOWN OF BROOKLINE)

NOW COME the plaintiffs in the above-entitled action and hereby move this Honorable Court for a continuance on the deadline for filing its Opposition to Defendant, United States of America's Motion for Summary Judgment, which was filed on or about January 30, 2007. The Court has specific authority to grant such continuance pursuant to Federal Rule of Civil Procedure 56(f) where, as here, the party opposing a Motion for Summary Judgment is unable to present all facts essential to its opposition, as discovery is still ongoing and several depositions of key witnesses are currently scheduled but have not yet taken place.

The current deadline within which the parties must complete depositions is March 15, 2007. The plaintiffs pray that they be given sufficient time after completion of discovery to file their Opposition to Defendant, United States of America's Motion for Summary Judgment.

In support of their Motion, the plaintiffs incorporate herein their Memorandum in Support of Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 56(f) for Continuance on Deadline for Filing Opposition to Defendant, United States of America's Motion for Summary Judgment.

In accordance with Local Rule 7.1(a)(2), plaintiffs' counsel has conferred with counsel for the other parties to this litigation in an attempt to resolve or narrow the issues raised by this Motion.

WHEREFORE, the plaintiffs respectfully request that the time for filing their Opposition to Defendant, United States of America's Motion for Summary Judgment be continued until a reasonable time after completion of discovery, which is currently scheduled for March 15, 2007.

WHEREFORE, the undersigned parties assent to this request.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>By their attorney, | Defendant,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>By its attorney, |
| /s/ Rhonda T. Maloney<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA 02110-1904<br>(617) 482-0333 | /s/ Christopher P. Maffucci<br>Christopher P. Maffucci, BBO #645972<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900 |
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorney, | Defendant, Third Party Plaintiff,<br>SPLIT BOULDER CONSTRUCTION, INC<br>By its attorney, |
| /s/ Joslin H. Murphy<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA 02445<br>(617) 730-2190 | /s/ John H. Bruno, II<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 |

The Consolidated Plaintiff,
SANDRA BABCOCK,
By her attorney,

/s/ Jeffrey A. Gorlick
Jeffrey A. Gorlick, BBO #203890
LAW OFFICES OF JEFFREY A. GORLICK
One Longfellow Place, Suite 3409
Boston, MA  02114
(617) 227-8383

Defendant/Third-Party Plaintiff
NORTHEASTERN UNIVERSITY,
By its attorney,

/s/ Gerald F. Lucey
Gerald F. Lucey, BBO#306860
NELSON KINDER MOSSEAU & SATURLEY, PC
45 Milk Street, 7th Floor
Boston, MA  02109
(617) 778-7500

Dated:  February 7, 2007

Third-Party Defendant, Defendant in Crosscl.
PEDA, INC.
By its attorney,

/s/ Brian C. Newberry
Brian C. Newberry, BBO #635498
DONOVAN HATEM, LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500

## CERTIFICATE OF SERVICE

    I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 56(f) for Continuance on Deadline for Filing Opposition to Defendant United States of America's Motion for Summary Judgment and Memorandum in Support of Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 56(f) for Continuance on Deadline for Filing Opposition to Defendant United States of America's Motion for Summary Judgment by mailing a copy thereof, first class, postage prepaid, to:

Brian C. Newberry, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor, 45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Alberto G. Rossi, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA  02210


                                                   /s/ Rhonda T. Maloney
                                                 Rhonda T. Maloney

DATED:     February 7, 2007