*EXHIBIT 1*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br>     Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC., <br>     Defendants <br><br> NORTHEASTERN UNIVERSITY, <br>     Defendant, Third-Party Plaintiff <br><br> v. <br><br> PEDA, INC., <br>     Third-Party Defendant/Defendant In Crossclaim <br><br> SPLIT BOULDER CONSTRUCTION, INC., <br>     Defendant, Third-Party Plaintiff, <br><br> v. <br><br> SASAKI ASSOCIATES, INC., <br>     Third-Party Defendant/Defendant In Crossclaim | C.A. NO. 04CV11413-EFH <br><br> *consolidated with* <br><br> C.A. NO. 04CV12647-EFH <br><br> *and* <br><br> C.A. NO. 04CV12003-EFH |

### AFFIDAVIT OF RHONDA T. MALONEY

I, Rhonda T. Maloney, on oath depose as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. I represent the plaintiffs Frederick Babcock, Thomas Gregorio, John Kelley, Yvonne Kelly and Joseph Canney in this action. The information contained in this Affidavit reflects attempts by the parties in this case to depose federal government witnesses.

3. On or about August 25, 2005, plaintiffs filed a Notice of Taking Deposition of the Defendant, United States of America by Ernest Silva, scheduled for October 13, 2005. This deposition has not yet taken place.

4. On or about June 27, 2006, plaintiffs filed a Notice of Taking Deposition of the Defendant, United States of America by Kerry O'Grady, scheduled for August 2, 2006. This deposition has not yet taken place.

5. On or about June 27, 2006, plaintiffs filed a Notice of Taking Deposition of Ernest Silva, scheduled for July 13, 2006. This deposition has not yet taken place.

6. On or about October 3, 2006, defendant Sasaki Associates, Inc. filed a Notice of Taking Deposition of the Defendant, United States of America pursuant to Rule 30(b)(6) by the person most knowledgeable about eight (8) areas of inquiry, including the decision-making process concerning landing military helicopters at Parsons Field, prior incidents and prior inspections of Parsons Field. The deposition was originally scheduled for October 24, 2006.

7. On or about October 25, 2006, the United States of America produced Special Agent Kenneth Jenkins of the Secret Service to testify as to certain areas contained within the 30(b)(6) Deposition Notice. At the conclusion of that deposition, it was stated on the record that the United States would produce further personnel to testify as to the eight areas of inquiry: Attorney Matthew Connelly, attorney for the United States: "[I]t is my intention at this point in time to have someone address Topics 1 through 8 from the Marine Corps....It may take several someones."

8. The Defendant United States has since indicated that it intends to produce Major Clay Stackhouse as the 30(b)(6) designee. Major Stackhouse has yet to be produced. The United States has informed the plaintiffs that Major Stackhouse is believed to have been on deployment in Iraq and was expected to return to the United States in January, 2007. To date, no dates for the deposition of Major Stackhouse have been provided by the United States.

9. On or about December 14, 2006, the Defendant, Northeastern University, filed a Notice of Deposition of the Defendant, United States of America pursuant to Rule 30(b)(6) to testify as to certain areas including operational characteristics of Chinook CH-47D helicopters, characteristics and calculations concerning velocities of downdrafts and site condition requirements for safe landing of Chinook CH-47D

helicopters. The deposition was originally scheduled for January 2, 2007. To date, the United States has not produced a witness to testify pursuant to this Notice.

10. On December 14, 2006, the Defendant Northeastern University filed a Notice of Taking Deposition of CWO5 George H. Seagle, scheduled for January 3, 2007. This deposition has not yet taken place.

11. On or about December 27, 2006, plaintiffs filed a Notice of Taking Deposition of Major Clay Stackhouse, scheduled for January 12, 2007. This deposition has not yet taken place.

12. On or about January 12, 2007, plaintiffs filed a Notice of Taking Deposition for Ernest Silva, scheduled for February 14, 2007. This deposition is currently re-scheduled for February 27, 2007.

13. On or about January 12, 2007, plaintiffs filed Notice of Taking Deposition for Kim Kimball, scheduled for February 14, 2007. Due to the conflict of one party's counsel, this deposition has not yet taken place.

14. On or about January 12, 2007, plaintiffs filed a Notice of Taking Deposition of CWO George H. Seagle, scheduled for February 16, 2007. The United States has indicated that CWO Seagle is retired from government employ and that it will not voluntarily produce him for deposition. The United States has also declined to voluntarily produce Mr. Seagle's last known address so that the plaintiff can serve a deposition subpoena, citing Privacy Act restrictions. A Motion for Court Order for the United States to release Mr. Seagle's last known address is currently pending before this Court.

15. On or about January 12, 2007, plaintiffs filed a Re-Notice of Taking Deposition of the United States of America by Kerry O'Grady, scheduled for February 16, 2007. The United States has agreed to produce Agent O'Grady in Washington, DC. The parties are currently attempting to coordinate the scheduling of this deposition, if possible, with the depositions of Major Clay Stackhouse and/or CWO George H. Seagle in Washington, DC.

16. On or about February 5, 2007, plaintiffs filed a Re-Notice of Taking Deposition of Ernest Silva. This deposition is currently scheduled to take place on February 27, 2007.

Signed under the pains and penalties of perjury this 7th day of February, 2007.

_____
Rhonda T. Maloney