## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FREDERICK BABCOCK, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No.  1:04-CV-11413-EFH |
| | ) | |
| v. | ) | consolidated with |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | 1:04-CV-12003-EFH |
| **et al.,** | ) | 1:04-CV-12647-EFH |
| | ) | |
| Defendants. | ) | |
| | ) | |

### UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFFS' MOTION FOR COURT ORDER FOR THE UNITED STATES TO DISCLOSE THE LAST KNOWN ADDRESS OF CW05 GEORGE H. SEAGLE (RETIRED)

The Plaintiffs seek the last known address of CWO5 George H. Seagle, a retired member of the armed forces.  The undersigned counsel has been informed that the United States Marine Corps has a home address for Mr. Seagle; however, this information is contained in a system of records as defined by 5 U.S.C. § 552a(a)(5) and is, therefore, protected by the Privacy Act, 5 U.S.C. § 552a.  The United States acknowledges that the requested information would ordinarily be discoverable.  Nevertheless, under the Privacy Act, the United States cannot release this information of its own volition.  5 U.S.C. § 552a(b).  This Court, however, has the power to provide the relief requested by the Plaintiffs.  5 U.S.C. § 552a(b)(11); *see also Weahkee v. Norton*, 621 F.2d 1080, 1082 (10th Cir. 1980).  If this Court does order the production of this information, the United States respectfully requests that it also limit the use of the information to purposes

relating to this litigation only.  Furthermore, any party that receives this information from the United States should be directed to destroy the information at the conclusion of the litigation.  The Plaintiffs concur with these two recommendations.  Dkt. No. 99, Plaintiffs' Motion for Court Order, p. 4.

Dated: February 8, 2007

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    MICHAEL J. SULLIVAN
    United States Attorney

    BARBARA HEALY SMITH
    Assistant United States Attorney


    /s/ Matthew A. Connelly
    MATTHEW A. CONNELLY
    ASHLEY E. DEMPSEY
    Trial Attorneys
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 14271
    Washington, DC  20044-4271
    (202) 616-4040 (Connelly)
    (202) 616-4024 (Dempsey)
    (202) 616-4159 (fax)

    Attorneys for the
    United States of America

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing document were placed in the United States Mail, this 8th day of February 2007, addressed to the following counsel of record:

Michael E. Mone, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA  02360

Joslin Murphy, Esq.
Associate Town Counsel
333 Washington Street
Brookline, MA  02445-6863

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 5th Floor
Boston, MA  02109

David J. Hatem, Esq.
Deborah S. Russo, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

Terrence J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210

Jeffrey A. Gorlick, Esq.
Law Offices of Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, MA  02114

Brian C. Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

 /s/ Matthew A. Connelly
MATTHEW A. CONNELLY