UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br>NORTHEASTERN UNIVERSITY,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants<br><br>NORTHEASTERN UNIVERSITY,<br>    Defendant, Third-Party Plaintiff<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendant, Third-Party Plaintiff,<br><br>v.<br><br>SASAKI ASSOCIATES, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |

**JOINT MOTION OF PLAINTIFFS, TOWN OF BROOKLINE,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION CO., INC.,
SPLIT BOULDER CONSTRUCTION, INC.
and PEDA, INC. TO STRIKE AND SUBSTITUTE**

NOW COME the plaintiffs Frederick Babcock, Thomas Gregorio, John Kelley, Yvonne Kelley, Joseph Canney and Sandra Babcock, and the defendants Northeastern University, Ledgewood Construction Co., Inc., Split Boulder Construction, Inc., PEDA, Inc. and the Town of Brookline in the above-entitled action and move to strike the title,

Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 56(f) for Continuance on Deadline for Filing Opposition to Defendant, United States of America's Motion for Summary Judgment (Assented to by PEDA, Inc., Split Boulder Construction, Inc., Sandra Babcock, Northeastern university, Ledgewood Construction Company, Inc. and the Town of Brookline

and substitute the title as:

Joint Motion of the Plaintiffs, Town of Brookline, Northeastern University, Ledgewood Construction Co., Inc. Split Boulder Construction, Inc., and PEDA, Inc. Pursuant to Federal Rule of Civil  Procedure 56(f) for Continuance on Deadline for Filing Opposition to Defendant, United States of America's Motion for Summary Judgment

The aforementioned parties further move to strike references to "the plaintiffs" within the body of said Motion and substitute "the plaintiffs, Town of Brookline, Northeastern University, Ledgewood Construction Co., Inc., Split Boulder Construction, Inc. and PEDA, Inc." therein.

As grounds therefor, the parties state that each of them wishes to join in said Motion substantively, as opposed to assenting to the plaintiffs' motion only.

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs, | Defendant, |
| FREDERICK, BABCOCK, JOSEPH | LEDGEWOOD CONSTRUCTION |
| CANNEY, THOMAS GREGORIO, | COMPANY, INC., |
| JOHN KELLEY and YVONNE KELLEY, | By its attorney, |
| By their attorney, | |

| | |
|---|---|
| /s/Rhonda T. Maloney<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA  02110-1904<br>(617) 482-0333<br><br>The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorney,<br><br>/s/Joslin H. Murphy<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 | /s/ Christopher P. Maffucci<br>Christopher P. Maffucci, BBO #645972<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA  02210<br>(617) 426-5900<br><br>Defendant,Third Party Plaintiff,<br>SPLIT BOULDER  CONSTRUCTION, INC.<br>By its attorney,<br><br>/s/John H. Bruno, II<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA  02360<br>(508) 747-5277 |

| | |
|---|---|
| The Consolidated Plaintiff,<br>SANDRA BABCOCK,<br>By her attorney, | Third-Party Defendant, Defendant in Crossclaim<br>PEDA, INC.<br>By its attorney, |
| /s/Jeffrey A. Gorlick<br>Jeffrey A. Gorlick, BBO #203890<br>LAW OFFICES OF JEFFREY A. GORLICK<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114<br>(617) 227-8383 | /s/ Brian C. Newberry<br>Brian C. Newberry, BBO #635498<br>DONOVAN HATEM, LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

Defendant/Third-Party Plaintiff
NORTHEASTERN UNIVERSITY,
By its attorney,

/s/Gerald F. Lucey
Gerald F. Lucey, BBO#306860
NELSON KINDER MOSSEAU & SATURLEY, PC
45 Milk Street, 7th Floor
Boston, MA  02109
(617) 778-7500

Dated: 2/9/07