UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants<br><br>NORTHEASTERN UNIVERSITY,<br>    Defendant, Third-Party Plaintiff<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendant, Third-Party Plaintiff,<br><br>v.<br><br>SASAKI ASSOCIATES, INC.,<br>    Third-Party Defendant/Defendant<br>    In Crossclaim | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |

**JOINT MOTION OF ALL PARTIES TO EXTEND TIME WITHIN
WHICH TO FILE OPPOSITIONS TO DEFENDANT
<u>UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT</u>**

1

NOW COME all parties in the above-entitled action and hereby move that the time within which to file Oppositions to Defendant, United States of America, be extended up to and including February 27, 2007.

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>By their attorney, | Defendant,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC.,<br>By its attorney, |
| /s/ Rhonda T. Maloney<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA 02110-1904<br>(617) 482-0333 | /s/ Christopher P. Maffucci<br>Christopher P. Maffucci, BBO #645972<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900 |
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorney, | Defendant, Third Party Plaintiff,<br>SPLIT BOULDER CONSTRUCTION, INC<br>By its attorney, |
| /s/ Joslin H. Murphy<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA 02445<br>(617) 730-2190 | /s/ John H. Bruno, II<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 |

The Consolidated Plaintiff,
SANDRA BABCOCK,
By her attorney,

/s/ Jeffrey A. Gorlick
Jeffrey A. Gorlick, BBO #203890
LAW OFFICES OF JEFFREY A. GORLICK
One Longfellow Place, Suite 3409
Boston, MA 02114
(617) 227-8383

Defendant/Third-Party Plaintiff
NORTHEASTERN UNIVERSITY,
By its attorney,

/s/ Gerald F. Lucey
Gerald F. Lucey, BBO#306860
NELSON KINDER MOSSEAU & SATURLEY, PC
45 Milk Street, 7th Floor
Boston, MA 02109
(617) 778-7500

Third Party Defendant/Defendant
 In Crossclaim
SASAKI ASSOCIATES, INC.
By its Attorney,

/s/ Alberto G. Rossi
Alberto G. Rossi, BBO#657246
DONOVAN HATEM, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: February 12, 2007

Third-Party Defendant, Defendant in Crossclaim
PEDA, INC.
By its attorney,

/s/ Brian C. Newberry
Brian C. Newberry, BBO #635498
DONOVAN HATEM, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Defendant
UNITED STATES OF AMERICA,
By its Attorney

/s/ Matthew A. Connelly
Matthew A. Connelly
US DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044
(202) 616-4024

## CERTIFICATE OF SERVICE

I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached Joint Motion of All Parties to Extend Time Within Which to File Oppositions to Defendant United States of America's Motion for Summary Judgment, by mailing a copy thereof, first class, postage prepaid, to:

Brian C. Newberry, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor, 45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Alberto G. Rossi, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

/s/ Rhonda T. Maloney
Rhonda T. Maloney

DATED:    February 12, 2007