UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREDERICK BABCOCK, ET AL.,
                            Plaintiffs

                                                        CIVIL ACTION NO.:
                    v.                                     04-11413-EFH

UNITED STATES OF AMERICA, ET AL.,
                            Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


# **O R D E R**

February 13, 2007

HARRINGTON, S.D.J.

   The Court grants Plaintiffs' Motion for Court Order for the United States to Disclose the

Last Known Address of CWO5 George H. Seagle (Retired).  The Court further orders that the

use of this information is limited to purposes relating to this litigation only and any party who

receives this information from the United States is directed to destroy such information at the

conclusion of the litigation.

   SO ORDERED.


                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge