**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY <br><br>    Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>    Defendants,<br><br>NORTHEASTERN UNIVERSITY, and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants/Third Party Plaintiffs,<br>v.<br>PEDA, INC., and SASAKI ASSOCIATES, INC.,<br>    Third Party Defendants.<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendant, Third-Party Plaintiff,<br>v.<br>SASAKI ASSOCIATES, INC.,<br>    Third-Party Defendant/Defendant In Crossclaim. | Consolidated C.A. No.:<br>04-CV-11413-EFH |

**SASAKI ASSOCIATES, INC.'S MOTION IN OPPOSITION**
**TO USA'S MOTION FOR SUMMARY JUDGMENT**

NOW comes Sasaki Associates, Inc. ("Sasaki), pursuant to Fed. R. Civ. P. 56, in opposition to the United States of America's ("USA") motion for summary judgment against Sasaki in the above-captioned matter. Sasaki respectfully requests that this Court deny the USA's motion against Sasaki because there are at least two genuine issues of material fact in dispute: (1) whether it was reasonably foreseeable that rotor wash from a Chinook-47D helicopter would dislodge a wooden baseball dugout from its foundation during a Presidential rehearsal landing on Northeastern University's Parsons Field resulting in injuries to bystanders;

and (2) whether the dislodged wooden baseball dugout was constructed defectively, as alleged by the USA in its motion.

Further, Sasaki objects, pursuant to Fed. R. Civ. P. 56(f), to the USA's motion as premature because discovery is still ongoing. In support thereof, Sasaki incorporates, and relies upon as part of its opposition, the arguments raised in the respective motions filed by Northeastern University, the Plaintiffs, and Ledgewood Construction Company, Inc. pursuant to Fed. R. Civ. P. 56(f). See Docket Nos. 100, 102, 105. Notwithstanding Sasaki's Fed. R. Civ. P. 56(f) objection, Sasaki believes that the Court has sufficient evidence before it to deny the USA's motion for summary judgment against Sasaki. Nevertheless, should the Court decide to issue an Order, pursuant to Fed. R. Civ. P. 56(f), continuing the deadline for filing an opposition to the USA's motion for summary judgment, Sasaki respectfully requests that it be allowed to supplement and/or modify the arguments raised in this Motion.

In support of its Motion in Opposition to the USA's motion for summary judgment, Sasaki relies upon all pleadings and records filed with the Court in this action and the following documents filed concurrently herewith:

1. Sasaki Associates, Inc.'s Memorandum of Law In Opposition To USA's Motion for Summary Judgment; and
2. Affidavit of Alberto G. Rossi; and Exhibits thereto.

**WHEREFORE**, Sasaki respectfully requests that this Honorable Court DENY the USA's motion for summary judgment based upon the genuine issues of material fact in dispute or, in the alternative, pursuant to Fed. R. Civ. P. 56(f), continue the deadline for filing an opposition to the USA's motion for summary judgment, and allow Sasaki to supplement and/or modify the arguments raised in this Motion at the close of discovery.

|  | Third-Party Defendant,<br>SASAKI ASSOCIATES, INC.<br>By its attorneys,<br><br>/s/  Deborah S. Russo<br>David J. Hatem, PC, BBO #225700<br>Deborah S. Russo, BBO #434610<br>Alberto G. Rossi, BB0 #657246<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |
|---|---|

Date:  February 14,  2007

## CERTIFICATE OF SERVICE

I, Alberto G. Rossi, hereby certify that on this 14th day of February, 2007, I served a copy of *Sasaki Associates, Inc.'s Motion In Opposition to USA's Motion for Summary Judgment* via the CM/ECF system of the U.S. District Court for the District of Massachusetts and by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| John H. Bruno II, Esq.<br>Masi & Bruno<br>124 Long Pond Road<br>Unit 11<br>Plymouth, MA 02360 | Joslin Murphy, Esq.<br>Associate Town Counsel<br>Town of Brookline<br>333 Washington Street<br>Brookline, MA 02445 |
| Michael E. Mone, Esq.<br>Rhonda T. Maloney, Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA 02110 | Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |
| Jeffrey A. Gorlick, Esq.<br>One Longfellow Place, Suite 3409<br>Boston, MA 02114 | Warren D. Hutchison, Esq.<br>Brian Newberry, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210 |
| Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>45 Milk Street<br>Boston, MA 02109 | |
| Matthew A. Connelly, Esq.<br>Torts Branch, Civil Division<br>U.S. Dept. of Justice,<br>P.O. Box 14271<br>Washington, DC 20044 | |

/s/ Alberto G. Rossi
Alberto G. Rossi

01067617

5