# EXHIBIT C

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, JOSEPH CANNEY,

THOMAS GREGORIO, JOHN KELLEY

and YVONNE KELLEY

    Plaintiffs

v.          CA No. 04-11413-EFH

UNITED STATES OF AMERICA

and LEDGEWOOD CONSTRUCTION

COMPANY, INC.

    Defendants

**CERTIFIED ORIGINAL
LEGALINK BOSTON**

NORTHEASTERN UNIVERSITY and SPLIT

BOULDER CONSTRUCTION INC.,

    Defendants/Third-Party Plaintiffs

v.

PEDA, INC., and SASAKI ASSOCIATES, INC.

    Third-Party Defendants


DEPOSITION of JOSEPH P. TRAINOR

Monday , October 23, 2006 - 10:08 a.m.

    Donovan Hatem LLP

Two Seaport Lane, Boston, Massachusetts

----- Reporter: Jill K. Coletti, RMR/CRR -----

1   APPEARANCES:

2

3   Esdaile, Barrett & Esdaile

4     Kathryn E. Hand, Esq.

5     75 Federal Street

6     Boston, Massachusetts 02110

7     (617) 482-0333  Fax: (617) 426-2978

8     on behalf of plaintiffs Canney, Gregorio

9     and John and Yvonne Kelley

10

11  US Department of Justice

12    Matthew A. Connelly, Esq.

13    Civil Division, Torts Branch

14    Aviation & Admiralty Section

15    PO Box 14271

16    Washington, D.C. 20044-4271

17    (202) 616-4040  Fax: (202) 616-4159

18    on behalf of the United States of America

19

20

21

22

23

24

1   the dugout relocation?
2   A   Just constructing the concrete slab and with
3   the CMU blocks around the perimeter.
4   Q   And those were matters that you did discuss
5   with Mr. Boulter?
6   A   Yes.
7   Q   Okay.
8       Can you tell me in as much detail as
9   possible what your discussions with
10  Mr. Boulter on that fabrication of the
11  concrete pads and the placement of the CMU
12  blocks were?
13  A   Just that we were going to, you know,
14  construct a new slab at a particular point
15  and remove the existing dugouts and put them
16  back on the -- put them on the proposed new
17  foundations and the slab, and that's the
18  extent of it.
19      There was no talk about how we were
20  going to do it and how thick I believe the
21  slabs might be or anything of that nature.
22  Q   And did Mr. Boulter approve the pad and CMU
23  block foundation?
24  A   Yes.  He didn't disapprove.  We finally

1  derived as to what we were going to do and
2  how we were going to do it, and that was
3  accepted as being okay.
4  Q  All right.  Thank you.
5
6         FURTHER EXAMINATION
7  BY MR. LUCEY:
8  Q  Just so that I'm clear, the question was did
9     Mr. Boulter approve of the method of
10    constructing the foundation for the dugouts
11    that were to be relocated, and I'm very
12    unclear as to your testimony.
13        What were the nature and what was the
14    extent of any discussions that you had with
15    Mr. Boulter with respect to relocation of
16    the dugouts?
17 A  Just as I said, we decided -- we decided --
18    I can't remember exactly -- it was not --
19    Mr. Boulter's decision to put the structure
20    on a pad as opposed to constructing a
21    dugout.
22 Q  I'm sorry, could you repeat that?
23 A  Yes.  It was Mr. Boulter's decision to
24    construct a pad with the CMU block as

83

1    opposed to reconstructing a dugout the way
2    it was -- the way the existing dugout sat on
3    it.
4    Q   Did he tell you that the new dugouts or the
5        relocated dugouts were going to be on grade
6        as opposed to below grade?
7    A   Yes.
8    Q   And is that what you mean when you say that
9        he decided that they were going to be on a
10       pad?
11   A   Yes.
12   Q   Okay.
13           As best as you can recall as we sit
14       here today, what words were spoken by you
15       and what words were spoken by Mr. Boulter
16       when you and he were talking about
17       relocating the dugouts and putting them on
18       grade as opposed to below grade, if you
19       remember?
20   A   I don't remember, to be honest with you.
21   Q   Can you remember the gist of the
22       conversation?
23   A   To the best of my knowledge, it involved
24       expediting.  It was probably going to be

84

1   quicker to put them on a concrete slab, et
2   cetera, as opposed to digging a hole and
3   creating a dugout.
4       And I felt if that was the way it was
5   going to go, there was no problem with that
6   at all. It's been done before, the method
7   we used to secure the existing dugouts on
8   the new foundation.
9   Q   So what Mr. Boulter told you was that the
10      university wanted the dugouts to be on grade
11      and not to be sunken, correct?
12  A   Yes, yes.
13  Q   And is that what you meant when you told
14      Ms. Hand that he decided that they would be
15      on a pad?
16  A   Yes.
17  Q   Is it fair to say that he did not make any
18      decision with respect to the manner, methods
19      or means of constructing the foundation for
20      the dugouts that were to be relocated?
21  A   That's correct.
22  Q   Thank you.
23      MR. CONNELLY: Did you have some?
24      MS. RUSSO: No.