# EXHIBIT D

VOLUME:  I
PAGES:  1 - 140
EXHIBITS:  73 - 82

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
FREDERICK BABCOCK, JOSEPH CANNEY,
THOMAS GREGORIO, JOHN KELLEY and
YVONNE KELLEY,

          Plaintiff

vs

UNITED STATES OF AMERICA, and
LEDGEWOOD CONSTRUCTION COMPANY,
INC.,

          Defendants
                              Consolidated
                              C.A. No.
                              04-CV-11413-EFH

NORTHEASTERN UNIVERSITY, and
SPLIT BOULDER CONSTRUCTION,
INC.,

          Defendants/Third-Party
          Plaintiffs

vs

PEDA, INC., and SASAKI ASSOCIATES,
INC.,

          Third-Party Defendants
------------------------------------x

-------------------------------------
BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE STREET, BOSTON, MA 02109
TEL:  617.723.7321 / FAX:  617.723.7322
www.bramanti-lyons.com

1          DEPOSITION OF PAUL S. DONAHUE, taken on
behalf of the Third-Party Defendant Sasaki
2    Associates, Inc., pursuant to the applicable
provisions of the Federal Rules of Civil
3    Procedure, before James A. Lyons, CSR No.
117993, a Registered Diplomate Reporter,
4    Certified Realtime Reporter and Notary Public in
and for the Commonwealth of Massachusetts, at
5    the offices of Donovan Hatem, LLP, Two Seaport
Lane, Boston, Massachusetts, on Wednesday,
6    November 1, 2006, commencing at 10:05 a.m.

7    APPEARANCES:

8     Kathryn E. Hand, Esq.
      Esdaile, Barrett & Esdaile
9     75 Federal Street
      Boston, Massachusetts 02110-1904
10    Attorney for the Plaintiffs

11    Matthew A. Connelly, Esq.
      U.S. Department of Justice
12    Civil Division, Torts Branch
      Aviation & Admiralty Section
13    P.O. Box 14271
      Washington, D.C.  20044-4271
14    Attorney for the Defendant,
      United States of America
15
      Christopher Maffucci, Esq.
16    Casner & Edwards, LLP
      303 Congress Street
17    Boston, Massachusetts 02210
      Attorney for the Defendant,
18    Ledgewood Construction Company, Inc.

19    Gerald F. Lucey, Esq.
      Nelson, Kinder, Mosseau & Saturley, P.C.
20    45 Milk Street, 7th Floor
      Boston, Massachusetts 02109
21    - and -
      Deanna P. Jantzen, Esq.
22    Northeastern University
      115 Churchill Hall
23    Boston, Massachusetts 02115-5000
      Attorneys for the Defendant/Third-Party
24    Plaintiff, Northeastern University

**DEPOSITION OF PAUL S. DONAHUE**

3

1          APPEARANCES, Cont'd:

2          John H. Bruno, II, Esq.
           Masi & Bruno
3          124 Long Pond Road
           Plymouth, Massachusetts 02360
4          Attorney for the Defendant/Third-Party
           Plaintiff, Split Boulder Construction, Inc.
5

6          Alberto G. Rossi, Esq.
           Donovan Hatem, LLP
7          Two Seaport Lane, 8th Floor
           Boston, Massachusetts 02210
8          Attorney for the Third-Party Defendant,
           Sasaki Associates, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**DEPOSITION OF PAUL S. DONAHUE**

1                         I N D E X

2       Deposition of:                                Page

3       PAUL S. DONAHUE

4               Examination by Mr. Rossi             5
                Examination by Ms. Hand             37
5               Examination by Mr. Lucey      53, 121, 135
                Examination by Mr. Maffucci       93, 132
6               Examination by Mr. Connelly       99, 136

7

8       Exhibits                                      Page

9       No. 73    Re-Notice of Deposition of         5
                   Split Boulder Construction,
10                 Inc.

11      No. 74    Photograph                         75

12      No. 75    Photograph                         76

13      No. 76    Photograph                         79

14      No. 77    Photograph                         81

15      No. 78    Photograph                         81

16      No. 79    Photograph                         82

17      No. 80    3 pages of photographs            85

18      No. 81    Diagram of anchor bolts           92

19      No. 82    Wedge anchor bolt                 125

20

21

22

23

24

**DEPOSITION OF PAUL S. DONAHUE**

```
 1   A.    No.

 2   Q.    (BY MR. LUCEY)  You don't know, one way or the

 3         other?

 4   A.    No.

 5   Q.    But you would agree that that's part of the work

 6         that Split Boulder was hired by Ledgewood to

 7         perform?

 8   A.    Yes.

 9             MR. LUCEY:  Thank you.  That's all I

10         have.

11             MR. MAFFUCCI:  I just have a few

12         questions, unless Kathryn, do you have any that

13         you want to ask?

14             MS. HAND:  No.

15

16         EXAMINATION BY MR. MAFFUCCI:

17   Q.    Mr. Donahue, if you don't mind, I'm going to

18         stay down here.

19             Can you take a look at Exhibit 75?

20         That's a photograph?

21             MR. LUCEY:  Let me give it to you.  There

22         you go.

23   A.    Okay.

24   Q.    (BY MR. MAFFUCCI)  Is it fair to say, looking at
```

**DEPOSITION OF PAUL S. DONAHUE**

|     |     |                                                           |
| --- | --- | --------------------------------------------------------- |
| 1   |     | that photograph, sir, that the foundation or              |
| 2   |     | concrete pad prepared by Ledgewood Construction           |
| 3   |     | for the dugouts consisted of a concrete pad and           |
| 4   |     | two courses of concrete block along three sides           |
| 5   |     | of the perimeter?                                         |
| 6   | A.  | Yes.                                                      |
| 7   | Q.  | Now, concrete blocks are sometimes referred to            |
| 8   |     | as CMUs, is that correct?                                 |
| 9   | A.  | Yes.                                                      |
| 10  | Q.  | And what does that stand for, do you know?                |
| 11  | A.  | Concrete masonry unit.                                    |
| 12  | Q.  | Are they standard sized?                                  |
| 13  | A.  | Yes.                                                      |
| 14  | Q.  | Do you know what the dimensions, roughly, are of          |
| 15  |     | the CMU?                                                  |
| 16  | A.  | 8 x 16 x 8.                                               |
| 17  | Q.  | And there are two courses in that photograph              |
| 18  |     | that you're looking at, Exhibit 75, correct?             |
| 19  | A.  | Yes.                                                      |
| 20  | Q.  | Now, sir, if you could put that exhibit down and          |
| 21  |     | pick up Exhibit 80.                                       |
| 22  | A.  | Yes, I've got it.                                         |
| 23  | Q.  | It's the three-page document, sir.                        |
| 24  | A.  | Okay.                                                     |

**DEPOSITION OF PAUL S. DONAHUE**