# EXHIBIT E

BROOKLINE POLICE RECORDS DIV.

EXHIBIT NO. 95
DMB| M.H.

JAN 17 '02
ENTERED IN COMPUTER

# BROOKLINE POLICE DEPARTMENT
# BROOKLINE, MASSACHUSETTS

**CASE OF:** Northeastern University

**DATE:** 01-05-2002, Saturday

**ADDRESS:** 186 Kent Street, Brookline MA

**TIME:** Approximately 1710 hours

**NATURE OF CASE:** Structural Accident

**OFFICERS ASSIGNED:** Ptl. M. Hunter # 176

**CASE #: 2002 - 0087**

Sir,

On the above date and time, there was a scheduled military exercise at the Northeastern University Athletic Facility. The purpose of the exercise was to land helicopters on the playing field. During this exercise a wooden shelter was uplifted from its foundation and when it landed it caused injury to four firefighters who were in attendance of this exercise.

Northeastern University's Athletic Facility is a 241,703 square foot parcel located at 186 Kent Street. The parcel is primarily covered with a special rubberized turf that is used for baseball, football and field hockey events. There are viewing stands on the north side of the field, locker room facilities on the east side and a scoreboard on the west side. The wooden shelter that was uplifted is located near the locker room building.

Two helicopters landed on the field during this exercise, the wooden shelter was uplifted during the landing of the first helicopter. When the wooden shelter came to a rest it was upon four firefighters, each were struck and pinned beneath the structure causing the need for extraction with airbags. Each injured firefighter is assigned to Brookline Ladder Two, their names and injuries follow; Captain Babcock, 57 yrs, hip, leg and back injuries, transported to Brigham and Woman's Hospital.

Firefighter Gregorio, 55 yrs, back and leg injuries, transported to Beth Israel Hospital.

Firefighter Kelly, John, 50 yrs, back and leg injuries, transported to Beth Israel Hospital.

Firefighter Canney, 43 yrs, back and leg injuries, transported to the Brigham and Woman's Hospital.

The wooden shelter that was uplifted is designed for use as a baseball dugout, but it is also used for ticket sales. This structure has a cinder block foundation that is 40' 4.5" x 8' 1", each block is concrete with a standard size of 8"x 16". The foundation is two blocks high (16") from the concrete floor pad. The shelter has an open front with three 4' x 4' post that are 8' 2" long for support. The roof is at a slant that is 7' high at the front and 5' 9" at the rear. The rear is 40' long by 5'9" high with a ticket selling window that has an opening of 7' 8.5" x 2' 7". The ticket window has two wooden doors that are attached with three hinges on each side. The sides have a base length of 7' 11" with

height lengths that vary because of the roof slant, they are 7' on the front side and 5' 9 " at the rear. The asphalt roof is singled layered and is nailed upon ¾ " plywood. The roof is supported by 36 2" x 8 " joist that are spread 16 " on center. The exterior siding is wooden clapboard with 4" exposure that is on sheathing. The interior is constructed of T 11 sheathing. The sill base plate is made of 2" x 4 " construction that were three high stacked upon each other. The expansion lag bolts that were used to attach the dugout to the cinder block foundation were ¾ " diameter by 8" long, there were eight lag bolts used.

   Several superior officers from multiple Agencies supervised this exercise. This officer acted under the direct direction of Sergeant Harrington and he is who photographed this accident scene. I took measurements of this accident with the assistance of Detective McNeilly, Patrolman Ferris and Patrolman Emmerso. John Malone was present during the measurements and evidence gathering; he works for Northeastern University as the head of Grounds and Maintenance.

                                       Respectfully submitted,