# EXHIBIT G

| TECHNICAL MANUAL | HEADQUARTERS |
|---|---|
| | DEPARTMENT OF THE ARMY |
| | WASHINGTON, D.C., 31 JANUARY 2003 |

## OPERATOR'S MANUAL
## FOR
## ARMY MODEL CH-47D HELICOPTER

---

**REPORTING ERRORS AND RECOMMENDING IMPROVEMENTS**

You can help improve this manual. If you find any mistakes or if you know of a way to improve the procedures, please let us know. Mail your letter or DA Form 2028 (Recommended Changes to Publications and Blank Forms) located in the back of this manual directly to: Commander, US Army Aviation and Missile Command, ATTN: AMSAM-MMC-MA-NP, Redstone Arsenal, AL 35898-5230. You may also submit your recommended changes by E-Mail directly to 2028@redstone.army.mil or by fax (256) 842-6546/DSN 788-6546. A reply will be furnished directly to you. Instruction for sending an electronic 2028 may be found at the back of this manual immediately preceding the hard copy 2028.

---

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited.

**Chapter/Section**                                                                                      Page

CHAPTER 1 INTRODUCTION  ..................................................................................  1-1-1
    SECTION I. INTRODUCTION  ...........................................................................  1-1-1
CHAPTER 2 AIRCRAFT AND SYSTEMS DESCRIPTION AND OPERATION  .....................  2-1-1
    SECTION I. HELICOPTER  ..............................................................................  2-1-1
    SECTION II. EMERGENCY EQUIPMENT  ...........................................................  2-2-1
    SECTION III. ENGINES AND RELATED SYSTEMS  ..............................................  2-3-1
    SECTION IV. FUEL SYSTEM  ...........................................................................  2-4-1
    SECTION V. FLIGHT CONTROLS  .....................................................................  2-5-1
    SECTION VI. HYDRAULIC SYSTEMS  ...............................................................  2-6-1
    SECTION VII. POWER TRAIN SYSTEM  .............................................................  2-7-1
    SECTION VIII. ROTOR SYSTEM  ......................................................................  2-8-1
    SECTION IX. UTILITY SYSTEMS  .....................................................................  2-9-1
    SECTION X. HEATING, VENTILATION, COOLING, AND ENVIRONMENTAL CONTROL SYSTEMS  2-10-1
    SECTION XI. ELECTRICAL POWER SUPPLY AND DISTRIBUTION SYSTEMS  ..............  2-11-1
    SECTION XII. AUXILIARY POWER UNIT  ...........................................................  2-12-1
    SECTION XIII. LIGHTING  ................................................................................  2-13-1
    SECTION XIV. FLIGHT INSTRUMENTS  .............................................................  2-14-1
    SECTION XV. SERVICING, PARKING, AND MOORING  .........................................  2-15-1
CHAPTER 3 AVIONICS  .......................................................................................  3-1-1
    SECTION I. GENERAL  ...................................................................................  3-1-1
    SECTION II. COMMUNICATIONS  .....................................................................  3-2-1
    SECTION III. NAVIGATION EQUIPMENT  ...........................................................  3-3-1
    SECTION IV. TRANSPONDERS  ......................................................................  3-4-1

# CHAPTER 2
# AIRCRAFT AND SYSTEMS DESCRIPTION AND OPERATION

## SECTION I. HELICOPTER

**2-1-1. General.**

The CH-47D (fig. FO-1, 2-1-1 and 2-1-2) is a twin-turbine engine, tandem rotor helicopter designed for transportation of cargo, troops, and weapons during day, night, visual, and instrument conditions. (Unless otherwise noted, numbers refer to fig. FO-1.) The helicopter is powered by two T55-L-712 or T55-GA-714A shaft-turbine engines (18) on the aft fuselage. The engines simultaneously drive two tandem three-bladed counterrotating rotors (13 and 19) through engine transmissions (25), a combining transmission (16), drive shafting (14), and reduction transmissions (12 and 23). The forward transmission is on the forward pylon above the cockpit (1). The aft transmission, the combining transmission, and drive shafting are in the aft cabin section and aft pylon sections (3 and 4). Drive shafting from the combining transmission to the forward transmission is housed in a tunnel along top of the fuselage. When rotors are stationary, a gas-turbine auxiliary power unit (22) drives a generator and hydraulic pump to furnish hydraulic and electrical power. Fuel is carried in pods on each side of the fuselage. The helicopter is equipped with four non-retractable landing gear. An entrance door (15) is at the forward right side of the cargo compartment (2). At the rear of the cargo compartment is a hydraulically powered loading ramp (26). The pilots seat (9) and controls are at the right side of the cockpit; the copilot's seat (40) and controls are on the left side. See figure 2-1-3 for typical cockpit and controls.

**2-1-2. Gross Weight.**

The maximum gross weight of the CH-47D is 50,000 pounds. Chapters 5 and 6 provide additional weight information.

**2-1-3. Landing Gear System.**

The landing gear system consists of four non-retractable landing gears mounted on the fuselage pods. The forward landing gears are a fixed-cantilever type and have twin wheels. The aft landing gears are of the single-wheel, full-swivel (360°) type which can be power centered and locked in trailed position. In addition, the aft right landing gear can be steered from the cockpit by using the steering control knob on the console. Each landing gear has an individual air-oil shock strut and is equipped with tube-type tires.

**2-1-4. Landing Gear Proximity Switches.**

a. Two proximity switches are installed, one on each aft landing gear. Each switch is activated when its associated shock strut is compressed during touchdown. The switches improve ground handling by reducing pitch axis gain of the AFCS, by canceling the longitudinal Control Position Transducer (CPT), therefore longitudinal stick input, to the Differential Airspeed Hold (DASH) actuators, and by driving both longitudinal cyclic trim (LCT) actuators to the ground position. In addition to the above functions, the switch on the right aft landing gear, when activated, disables the flare dispenser to prevent accidental flare release, and enables the hold function of mode 4 transponder codes.

b. On helicopters equipped with GROUND CONTACT indicating lights, activation of the proximity switches when the associated shock strut is compressed will cause the associated GROUND CONTACT indicating light on the MAINTENANCE PANEL to illuminate.

| CAUTION |
|---|

**Should either or both GROUND CONTACT indicating lights remain illuminated after lift-off to hover, the illuminated system(s) DASH will not function properly in forward flight. If both GROUND CONTACT indicating lights remain illuminated after lift-off, the AUTO function of both cyclic trim systems will be inoperative and both LCT actuators will remain in the GND position.**

c. Aft landing gear proximity switches are not actuated in a water landing. As a result, DASH actuators will respond to longitudinal stick motion, producing an apparent increase in control sensitivity. Cyclic motion of $\pm 3/4$ inch from neutral, if held, will drive DASH actuators hard over. If longitudinal cyclic movement is required for taxiing, set the AFCS SYSTEM SEL switch to OFF.

**2-1-5. Steering and Swivel Lock System.**

The steering and swivel lock system consists of the power steering control box with the STEERING CONTROL panel on the center console, utility system pressure control module, power steering actuator, power steering module, swivel lock actuating cylinder, and the PWR STEER master caution capsule. The STEERING CONTROL panel consists of a three position SWIVEL switch and a steering control knob. The SWIVEL switch controls operation of power steering and swivel locks.



Figure 2-1-1. Principal Dimensions Diagram