# EXHIBIT H

```
 1                              VOL. I

 2                              PAGES 1-86

 3                              EXHIBITS 124

 4        UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
 5
                                No. 04CV-11413-EFH
 6

 7     FREDERICK BABCOCK, et al,  )
                 Plaintiffs,      )
 8                                )
                      vs          )
 9                                )
       UNITED STATES OF AMERICA,  )
10     et al,                     )
                 Defendants.      )
11

12

13

14

15              DEPOSITION of PATRICK G. FLAHERTY,

16     taken on behalf of the plaintiffs, pursuant to

17     the applicable provisions of the Federal Rules

18     of Civil Procedure, before Katherine

19     Henry-Sexton, a Notary Public in and for the

20     Commonwealth of Massachusetts, at the offices of

21     the United States Attorney General, Federal

22     Courthouse, One Courthouse Way, Boston,

23     Massachusetts, on Tuesday, January 23, 2007,

24     commencing at 11:50 a.m.
```

```
                              VOL. I

                              PAGES 1-86

                              EXHIBITS 124

        UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

                              No. 04CV-11413-EFH


   FREDERICK BABCOCK, et al,  )
           Plaintiffs,        )
                              )
                   vs         )
                              )
   UNITED STATES OF AMERICA,  )
   et al,                     )
           Defendants.        )
```

DEPOSITION of PATRICK G. FLAHERTY, taken on behalf of the plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Katherine Henry-Sexton, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of the United States Attorney General, Federal Courthouse, One Courthouse Way, Boston, Massachusetts, on Tuesday, January 23, 2007, commencing at 11:50 a.m.

MAHANEY REPORTING SERVICES
(617) 542-4207

```
 1     APPEARANCES:

 2              Esdaile, Barrett and Esdaile, (by
       Michael E. Mone, Esq.), 75 Federal Street,
 3     Boston, Massachusetts 02110-1904, for the
       plaintiffs.
 4
                United States Department of
 5     Justice, (by Matthew A. Connelly, Esq.), Torts
       Branch, Civil Division, P.O. Box 14271,
 6     Washington, DC  20044-4271.

 7              Nelson, Kinder, Mosseau and
       Saturley, PC, (by Gerald F. Lucey, Esq.), 45
 8     Milk Street, Fifth Floor, Boston, Massachusetts
       02109, for the defendant, Northeastern
 9     University.

10              Masi and Bruno, (by John H. Bruno,
       Esq.), 124 Long Pond Road, Unit 11, Plymouth,
11     Massachusetts 02360, for the defendant, Split
       Boulder Construction.
12
                Casner and Edwards, LLP, (by
13     Christopher Maffucci, Esq.), 303 Congress
       Street, Boston, Massachusetts 02110, for the
14     defendant, Ledgewood Construction.

15              Donovan Hatem, LLP, (by Alberto G.
       Rossi, Esq.), Two Seaport Lane, Boston,
16     Massachusetts 02110, for the defendant, Sasaki
       Associates.
17
                Town of Brookline, Office of Town
18     Council, (by Joslin Murphy, Atty.), 333
       Washington Street, Brookline, Massachusetts
19     02146.

20
       Also Present:  Brian Burns, Esq.
21                    Northeastern University

22

23

24
```

1  House liaison officer, the fellow you already
2  mentioned, was Major Lovejoy, and the
3  presidential helicopter pilot was Major Edward
4  Spicknall. And those are both Marine pilots, I
5  take it?
6      A.   That's correct.
7      Q.   Do you recall anyone other than Major
8  Lovejoy and possibly Major Spicknall
9  participating in the briefing at the staging
10 area?
11     A.   I don't recall anybody by name, but
12 there were several people there.
13     Q.   Anyone else who spoke and gave you any
14 information about the landing zone in
15 particular?
16     A.   No.
17     Q.   Did anyone other than Major Lovejoy
18 provide information about the landing zone?
19     A.   I can't recall.
20     Q.   Did he provide information about the
21 landing zone?
22     A.   Yes, he did.
23     Q.   Mr. Cooper Hastings who was here
24 earlier thought that the staging area might have

```
 1   been Norwood Airport.  Does that help you at all
 2   as to where it might have been?
 3        A.   The staging area?
 4        Q.   Yeah.
 5        A.   To the best of my recollection, it was
 6   at Pease, New Hampshire.
 7        Q.   That's in Portsmouth, New Hampshire?
 8        A.   That's correct.
 9        Q.   And prior to the time that you had the
10   briefing, wherever it occurred, did you know how
11   many aircraft from the Connecticut Army Guard
12   were going to participate?
13        A.   I do know that they requested four,
14   and we brought four, and that's as far as I knew
15   prior to the briefing.
16        Q.   As part of the briefing did you
17   understand that there was going to be two
18   flights of aircraft into the landing zone?
19        A.   Prior to the briefing --
20        Q.   Prior to the briefing.
21        A.   Prior to the briefing I had no
22   knowledge of any sequence or details.
23        Q.   At the briefing did you learn that
24   there would be two flights of aircraft into
```

1   Parsons Field?

2   A.   Honestly, I can't recall.  I can't

3   recall the details of the mission other than the

4   location.

5   Q.   At some point did you plan that you

6   would be riding as one of the two pilots on the

7   first aircraft or first helicopter to land?

8   A.   Repeat that please?

9   Q.   Sure.  At some point prior to the

10  landing how was it determined that your

11  helicopter was going to be the first to land?

12  A.   That is actually confirmed at the

13  briefing prior to anybody going anywhere.

14  Q.   So at some point you knew that the

15  helicopter in which you and Mr. Hastings were

16  the pilots would be the first helicopter to

17  land; is that correct?

18  A.   Yes.

19  Q.   What did you learn about Parsons Field

20  at that briefing?

21  A.   Well, we learned where its geographic

22  location was and learned about - had kind of a

23  block diagram of what the makeup of the - what

24  the field would look like.

```
 1        Q.   I take it when you say its geographic
 2   location, were you given GPS coordinates for it?
 3        A.   Yeah.  It's kind of a misnomer, but we
 4   were given an exact latitude and longitude for
 5   it.
 6        Q.   Okay.  And there was some type of a
 7   diagram of the field; is that correct?
 8        A.   I believe so.
 9        Q.   And was the diagram on paper or on a
10   blackboard, or how was it shown to you?
11        A.   It was on paper, and I believe there
12   was kind of an overhead projection type of
13   thing.  I'm not sure exactly what they used.
14        Q.   The diagram itself may have been on
15   paper, but they projected it on an overhead
16   projector?
17        A.   That's correct.
18        Q.   Was it a hand drawn diagram?
19        A.   I don't believe so.
20        Q.   Was it an aerial photo?
21        A.   I don't recall seeing an aerial photo.
22        Q.   With regard to Parsons Field, as far
23   as your memory is concerned, what did that
24   diagram show?
```

```
 1        A.    Basically showed a future ballfield
 2  adjacent to a baseball field.
 3        Q.    Did it show any structures?
 4        A.    I don't recall if it did or not.
 5        Q.    When did you first learn that there
 6  were dugouts on the field?
 7        A.    I believe - I can't recall whether
 8  they were on the diagram or not.  So that could
 9  have been the first time, but certainly upon
10  approaching the landing zone.
11        Q.    Could you see them?
12        A.    Yeah.
13        Q.    What other structures could you see
14  when you approached the landing zone?
15        A.    Well, I remember some buildings
16  particularly to the south side, some bleachers,
17  seemed to be pretty much surrounded by other
18  buildings.
19        Q.    You mean the field itself?
20        A.    Yes.
21        Q.    And on the field itself you saw
22  bleachers; is that correct?
23        A.    I think there were bleachers.  There
24  were some as we approached from the north to the
```

```
 1   south.  I remember seeing some on the west side
 2   as we approached, which would make that, I
 3   believe, the north side of the field.
 4        Q.   Were these on the north side of the
 5   football field?
 6        A.   Yes.  Then I believe there may have
 7   been some on the east side.  I remember seeing
 8   something to that effect, but I can't be
 9   positive.
10        Q.   When you were briefed about the site,
11   I take it from the point of view of a safe
12   landing you want to know what obstructions there
13   are; is that correct?
14        A.   Yes.
15        Q.   You want to know, for instance,
16   whether there are light poles, right?
17        A.   Yes.
18        Q.   You want to know whether there are
19   wires in the area, correct?
20        A.   Yes.
21        Q.   Tall buildings?
22        A.   Yes.
23        Q.   These are all information you need to
24   know so you can determine whether you can make a
```

1  safe landing; is that correct?

2  A. Yes.

3  Q. Now, was anything said at the briefing

4  about the dugout structures? Were they

5  described in any fashion?

6  A. I don't recall.

7  Q. My understanding from what you just

8  said - you're not sure whether the dugouts were

9  actually raised at the briefing or whether or

10 not you learned about them when you first over

11 flew the field; is that correct?

12 A. That's correct. I can't recall one

13 way or the another if they were mentioned at

14 that briefing.

15 Q. At the briefing were you told where to

16 land the helicopters, or were you asked where do

17 you want to land them?

18 A. I can't recall whether we were told

19 where to land exactly. I really can't recall

20 whether they told us or we told them.

21 Q. So either they selected the site or

22 they asked you and you selected it?

23 A. Typically it's - you know, for this

24 particular one I can't remember if they told us

1   exactly where our final location would be.
2       Q.   Did they have a diagram that, for
3   instance, showed where the helicopters would
4   sit?
5       A.   I believe so, just in general.  And I
6   can't recall exactly where those figures would
7   have been on that diagram.
8       Q.   Did you know prior to the time that
9   you started the mission to Parsons Field that at
10  least it was intended that your helicopter would
11  land in the vicinity of second base?
12      A.   Say that again?
13      Q.   After the briefing and prior to the
14  time you took off for Parsons Field, did you
15  have an understanding that the intention was to
16  land your helicopter, the first helicopter, in
17  the vicinity of second base?
18      A.   I do believe that it was our intention
19  to land on the baseball field side of Parsons
20  Field.  I wouldn't necessarily characterize it
21  exactly as second base, but to the clear side on
22  the baseball field side.
23      Q.   Do I understand correctly - you don't
24  have any memory at the briefing of anyone saying

```
 1    anything to you particularly about the dugout
 2    structures; is that correct?
 3        A.    I don't have any memory of that.
 4        Q.    Have you ever as part of your duties
 5    and experience as a helicopter pilot done
 6    landing site inspections prior to bringing a
 7    helicopter in to determine the suitability of an
 8    area for landing a helicopter?
 9        A.    Yes.
10        Q.    And I take it that a number of factors
11    would go into determining whether or not a site
12    was suitable?
13        A.    Yes.
14        Q.    And among those factors would be
15    obstructions, correct?
16        A.    Yes.
17        Q.    How big the site was, correct?
18        A.    Yes.
19        Q.    What kind of an approach you could
20    make to it?
21        A.    Yes.
22        Q.    And would it be fair to say that one
23    of the things you would want to consider, for
24    instance, in dealing with landing a Chinook
```

1  helicopter would be the effect of the rotor wash
2  on the environment around where you were going
3  to land the helicopter?
4      A.   Yes.
5      Q.   And would it be fair to say - Chief
6  Warrant Officer Hastings pointed out to me that
7  what we have is a generic Chinook sitting in
8  front of you in this model.  Would it be fair to
9  say with regard to a Chinook it produces
10 significant rotor wash?
11          MR. CONNELLY:  Objection.  Go ahead.
12     A.   Yeah, I guess significant is a
13 relative term, but it produces rotor wash.
14     Q.   It is a double rotor, heavy lift
15 capacity helicopter; is that correct?
16          MR. CONNELLY:  Objection.  Go ahead.
17     A.   Yes, it's a tandem rotor heavy lift
18 helicopter.
19     Q.   And it has the capacity at least of
20 producing significant rotor wash, doesn't it?
21          MR. CONNELLY:  Objection.
22     A.   Yes, it does.
23     Q.   So in determining the suitability of a
24 landing site for a Chinook, if you were doing

```
 1        the site inspection, one of the things you would
 2        want to consider would be the effect of the
 3        potential rotor wash on the surrounding
 4        environment where you're going to land; is that
 5        right?
 6             A.    Yes.
 7             Q.    So you would be concerned about, for
 8        instance, whether there were loose objects in
 9        the area, correct?
10             A.    Yes.
11             Q.    You would be concerned as to whether
12        or not if you had such things as trash barrels
13        and things like that, that would be something
14        you'd be concerned about, correct?
15             A.    Yes.
16             Q.    The rotor wash in one of these
17        Chinooks could pick a trash barrel up and throw
18        it some distance, couldn't it?
19                  MR. CONNELLY:   Objection.
20             A.    Could blow it over.
21             Q.    And keep it moving too?
22                  MR. CONNELLY:   Objection.
23             Q.    Isn't that true?
24             A.    Possibly.
```

```
 1        Q.    And you'd want to also consider
 2   whether or not you were landing in proximity to
 3   any buildings; is that correct?
 4        A.    Yes.
 5        Q.    And you'd want to consider that for a
 6   number of reasons; isn't that right?
 7        A.    Yes.
 8        Q.    Because you'd want to make sure that
 9   you would have clearance for the rotors where
10   you landed; is that correct?
11        A.    Most certainly.
12        Q.    And you'd also want to make sure that
13   you were not going to affect any structures with
14   your rotor wash; is that correct?
15              MR. CONNELLY:  Objection.
16        A.    Sure.
17        Q.    Just to put it in a simple fashion -
18   if you were landing this helicopter at a college
19   graduation and had some tents set up, you'd want
20   to know whether or not it would have an effect
21   on the tents if you were landing near them,
22   right?
23        A.    Yes.
24        Q.    So one of the things you would
```

```
 1   consider in a prudent investigation of the site
 2   would be whether or not any of the structures
 3   nearby might be affected by the rotor wash; is
 4   that right?
 5        A.   Yes, based on proximity, yes.
 6        Q.   Did you ever see the dugouts at
 7   Parsons Field other than from the air prior to
 8   the time you landed?
 9        A.   No.
10        Q.   You had never been at Parsons Field, I
11   take it, prior to this event?
12        A.   That's correct.
13        Q.   Did you have an opportunity to go and
14   inspect the dugouts after the event?
15        A.   No.
16        Q.   So you didn't have a chance to look at
17   the one that blew over or the other one; is that
18   right?
19        A.   That's correct.
20        Q.   When you observed them from the air,
21   did you observe them - when you looked at them,
22   could you tell it was a dugout?
23        A.   Yeah.
24        Q.   Is it fair to say that what you were
```

1   looking at was an open shed-like structure with
2   a slanted roof?
3       A.    Yes.
4       Q.    And the open area of the dugout, of
5   the two dugouts, were actually pointed or facing
6   in the direction where the helicopter was going
7   to land; is that correct?
8       A.    Yes.
9       Q.    And if you had done the site
10  inspection at Parsons Field prior to the arrival
11  of the Chinooks and prior to the briefing, what
12  would you have wanted to determine about those
13  dugouts when you saw them in close proximity to
14  where you were going to land?
15              MR. CONNELLY:   Objection.  Go ahead.
16      Q.    What would you have wanted to know?
17              MR. CONNELLY:   Same objection.
18      A.    Without actually being in that
19  position and having to do it, it's tough to say.
20  Hindsight being what it is, I can't really say
21  without actually going out to do it.
22      Q.    Would you agree with me that the
23  configuration of the dugouts - that is, the open
24  shed-like structure facing towards where the

26

```
 1    helicopters were going to land - that, if you
 2    will, that design could have had the effect of
 3    capturing the rotor wash?
 4           MR. CONNELLY: Objection.
 5       A.    I mean, I'm sure it could, but I'm not
 6    so sure it would have been a big concern of
 7    mine.  I'm not sure.
 8       Q.    You're not sure because you weren't
 9    there?
10       A.    That's correct.
11       Q.    You know somebody was there before?
12       A.    Yes.
13       Q.    Do you know when you were getting the
14    briefing whether you were talking to someone who
15    had actually been there or someone who had
16    learned information from someone who had been
17    there?  In other words, do you know whether
18    Lovejoy had been there or not?
19       A.    I can't recall whether he had been
20    there or not.
21       Q.    Who was Major Stackhouse?  Do you know
22    who he was?
23       A.    Boy, that sounds familiar.
24       Q.    But you don't know whether he was one
```

```
 1        Q.    Now, you testified earlier that for
 2   landing within the vicinity of a building you
 3   recall it as a hundred feet zone or error or
 4   zone of caution, something like that - is that
 5   fair to say?
 6        A.    Yeah.  As a guideline you try to give
 7   yourself as much of a clearance as you can.
 8        Q.    I understand, thank you.  Is there any
 9   similar guideline for landing a helicopter next
10   to another aircraft or helicopter?
11        A.    Well, you know, I don't know of any
12   other specific guideline for that.
13        Q.    Is there any concern that a helicopter
14   such as the CH-47 landing next to another
15   similar type of aircraft, that it could blow it
16   over or damage it in any way?
17        A.    Say that again?
18              (Question read.)
19        A.    I don't know of anything that - I
20   don't think one Chinook is going to blow another
21   one over, that's for certain.  It weighs about
22   30,000 full fuel so --
23        Q.    Any kind of damage to it other than
24   colliding with it?
```