# EXHIBIT J

1

<u>VOL. I</u>

<u>PAGES 1-106</u>

<u>EXHIBITS 120-123</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV-11413-EFH

FREDERICK BABCOCK, et al,    )
      Plaintiffs,              )
                            )
             vs                )
                            )
UNITED STATES OF AMERICA,    )
et al,                       )
      Defendants.             )

DEPOSITION of COOPER HASTINGS, taken on behalf of the plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Katherine Henry-Sexton, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of the United States Attorney General, Federal Courthouse, One Courthouse Way, Boston, Massachusetts, on Tuesday, January 23, 2007, commencing at 9:20 a.m.

MAHANEY REPORTING SERVICES
(617) 542-4207

1  Q.   And where were Sergeant Greenwald and
2  Michael Phillips in the helicopter, if you know?
3  A.   They were flight engineers, so they
4  would have been in the back.
5  Q.   Do they monitor equipment in the back?
6  A.   Yes.
7  Q.   I take it they have equipment where
8  they can monitor the engine and other functions
9  of the helicopter?
10 A.   Some systems, right.
11 Q.   You say you believe there was a Marine
12 helicopter pilot on your flight?
13 A.   Yes.
14 Q.   Was he flying the jump seat?
15 A.   Yes.
16 Q.   Just so I understand where you were on
17 in the helicopter, you were actually flying the
18 helicopter; is that correct?
19 A.   I was in the front at one of the two
20 pilot stations.  I don't remember which one.  I
21 don't remember if I was on the controls or not.
22 Q.   So you don't remember whether you were
23 in the right seat or left seat?
24 A.   Correct.

```
 1            MR. CONNELLY:  The general rule is
 2   if you need to stop for a break, let us know.
 3   The only thing is if there's a question pending,
 4   we generally can't leave the room.
 5       Q.    Is it fair to say that in the safe
 6   operation of a helicopter, including its
 7   take-off and landings, you as a helicopter pilot
 8   have to be concerned with such things as
 9   obstructions?
10       A.    Yes.
11       Q.    And is it also fair to say in take-off
12   and landings you have to be concerned with what
13   the effect on the environment you're landing
14   into or taking off from that will be affected by
15   the rotor wash; is that correct?
16       A.    Yes, that's correct.
17       Q.    What is rotor wash?
18       A.    It's the wind that's the byproduct of
19   the production of the lift.
20            MR. LUCEY:  The production of what?
21            THE WITNESS:  Lift.
22       Q.    I take it that from a layman's point
23   of view that that's how a helicopter works; is
24   that correct?  These rotors produce lift that
```

1   allow the helicopter to fly; is that correct?

2        A.   Correct.

3        Q.   And then by changing the direction of

4   the rotors you can fly forward, backwards,

5   whatever; is that correct?

6        A.   That's correct.

7        Q.   With regard to the Chinook, is it fair

8   to say that if you were to compare it to the

9   UHE, the other military helicopter you are

10  familiar with, that the rotor wash produced by

11  the Chinook is greater than the UHE?

12       A.   Yes.

13       Q.   And is that a product of the twin

14  rotor system or the size of the rotors?

15       A.   Both.

16       Q.   So it's both the size of the rotors

17  and the fact that you have, as opposed to a UHE

18  which has a main rotor and a tail rotor, you

19  have essentially in the Chinook two main rotors;

20  is that correct?

21       A.   Yes.

22       Q.   And what is the direction of the rotor

23  wash when you're taking off or landing in a

24  helicopter?

```
1        Q.    Any wires strung between objects?
2        A.    Very important.
3        Q.    If you're landing on a football field,
4   you might want to know where the goal posts are?
5        A.    Yes.
6        Q.    Anything that might interfere with the
7   helicopters or the rotors, correct?
8        A.    Correct.
9        Q.    And then you told us you looked for
10  objects that could be affected by the rotor
11  wash?
12       A.    Correct.
13       Q.    And I take the rotor wash could affect
14  not only loose objects - is that correct - but
15  objects that could be moved by the rotor wash
16  because of their size; is that correct?
17             MR. CONNELLY:  Objection.
18       A.    That's an awfully general, awful vague
19  question.
20       Q.    Let me try to be more specific.  You
21  certainly would look for loose objects that
22  could be thrown up, correct?
23       A.    Yes.
24       Q.    Such as what?
```

1    A.    Garbage cans, maybe a very small
2  section of bleachers, stacks of stuff,
3  landfills, construction equipment - that doesn't
4  work well.
5    Q.    You mean like stacks of Plywood?
6    A.    Yes.
7    Q.    Because the rotor wash on this
8  helicopter has sufficient force it could pick up
9  a piece of Plywood, couldn't it?
10   A.    Yes.
11   Q.    What else would you look for?
12   A.    That pretty much covers it.
13   Q.    Do you have a process at the
14  Connecticut National Guard where, for instance,
15  you actually have people who, if you will,
16  police the ramp?  In other words, they walk
17  around the ramp and make sure there's nothing
18  lying around?
19   A.    Yes.
20   Q.    You don't want such things as
21  toolboxes, wrenches, things like that, lying
22  around on the ramp, right?
23   A.    Correct.
24   Q.    Because anything like that could be

```
 1    picked up and moved?
 2       A.    Potentially.
 3       Q.    Because it's fair to say that the
 4    rotor wash in this Chinook helicopter, you would
 5    agree, is quite powerful, isn't it?
 6       A.    Yes.
 7       Q.    I take it that if you were going to be
 8    landing in close proximity to a building, you'd
 9    want to look at the building to see whether it
10    would have any effect on the safety of the
11    landing; is that correct?
12             MR. CONNELLY:  Objection.  You can
13    answer if you can.
14       A.    I would expect that a building would
15    withstand the rotor washes of a Chinook.
16       Q.    Did you ever actually see the dugout
17    that got thrown over in this case?
18       A.    No.
19       Q.    Let me ask you to assume the fact that
20    the dugout was a wooden structure.  It was
21    approximately 40 feet long, and it had an open
22    roof facing the area in which the helicopter was
23    going to land.  Would you agree with me that an
24    open roof at least or an open shed-like facility
```

1  A. I believe there were. It's a baseball field.

2  Q. How did that affect the approach that the Chinook 47Ds made to land at Parsons Field?

3  A. I have no idea.

4  Q. Did that require a higher approach and a steeper landing?

5  A. It's possible, but not necessarily.

6  Q. As we sit here do you have a memory one way or the other?

7  A. I do not.

8  Q. Are you aware of any publication which lists the items that are to be checked in a landing zone in order for it to be considered an appropriate safe landing zone?

9  MR. CONNELLY: Objection. Go ahead.

10  A. It's possible that there's an Army manual out there, but it would be more - it would not address specifically landing in urban environments.

11  Q. Are you aware of any such publication?

12  A. I couldn't give you a number off the top of my head.

13  Q. As we sit here today are you aware of

```
1     any helicopter landing during which or as a
2     result of which any sort of building or
3     structure was blown over?
4          A.   Any ever?
5          Q.   Yes.
6          A.   Yes.  I blew a tent over in Germany
7     one time.
8          Q.   How large a tent?
9          A.   GP medium.
10         Q.   Can you give me the approximate
11    dimensions of that type of tent?
12         A.   20 by 30.
13         Q.   Were people in that tent when you blew
14    it over?
15         A.   I don't know the answer to that.
16         Q.   Was anyone injured?
17         A.   I don't believe so.
18         Q.   Is that the only instance that you're
19    aware of?
20         A.   That I can think of, yes.
21         Q.   Do you know a Major Christopher
22    Lovejoy?
23         A.   No.
24         Q.   Did you have any conversation with
```

```
 1        Q.    One of the statements given in
 2   connection with this accident indicates that the
 3   gross weight of the Chinook 47D that you were
 4   piloting was 28,000 pounds.  Does that sound
 5   right?
 6        A.    Yes.
 7        Q.    Is that significant in any way in
 8   terms of figuring out what caused this accident
 9   or what forces were generated by the Chinook?
10              MR. CONNELLY:  Objection.
11        A.    No.  The max gross weight of the
12   Chinook is 50,000, so gross weight of 28,000
13   would cause it to produce less rotor wash.
14        Q.    At any point in your landing or
15   take-off on January 5, 2002, did you cause the
16   helicopter to do what might be described as a
17   prolonged hover?
18              MR. CONNELLY:  Objection.
19        A.    Not that I recall.
20        Q.    Would that have caused greater wind
21   forces than a landing or take-off in which there
22   was no prolonged hover?
23              MR. CONNELLY:  Objection.
24        A.    No.
```