# EXHIBIT N



10 January 2002

From: Major Joseph Kringler
To:   Major Robert Skankey

SUBJ: NARRATIVE OF NIGHTHAWK 3 APPROACH AND LANDING INTO THE LANDING ZONE ON 5 JANUARY 2002.

I was the jump seat pilot on Nighthawk 3 that was leading a flight of two Army CH-47 aircraft during the rehearsal flight on 05 January 2002. I am not sure of the exact time of our arrival at the zone, but is was before EENT. We proceeded to the zone at 1000 feet and approximately 130 knots on a Southerly heading. We got a visual on the zone at about ¼ to ½ a mile out and set up for landing. As we approached the zone in became apparent that a steep approach was going to be required to get into the zone, so the PAC decelerated the aircraft, approach the zone, and then started his decent. The decent into the zone was slow and controlled and started from a hover at about 75 to 100 ft. The PAC slowly descended into the zone and landed in the outfield of the baseball field. Location in the zone was in the southwest portion facing generally to the south. We were briefed to land in the vicinity of second base; we actually landed about 50 feet further to the west. (Away from the dugout.) At this time, I was unaware of any problem in the zone. (The Army aircraft are not capable of listening on "S".) Nighthawk 4 was having trouble getting in the zone as briefed, so I instructed the PAC to lift into a hover and turn to the east and position the aircraft as directed in the flight brief. My reasoning was to see if we were in fact going to be able to get both CH-47's in the zone. When we repositioned, now facing to the east, I noticed "something" going on at the end of the zone. At this point I exited the aircraft to talk with the WHLO. We I approached him, I noticed the damage that had occurred. By the time that I arrived, the dugout had been lifted off of the injured individuals and first aid was being rendered. We delayed our take off out of the zone until all of the injured individuals were evacuated from the zone. Our take off was a maximum power vertical climb to 125 feet AGL in effort to minimize the potential for further damage. We then proceeded to Logon Airport, immediately followed by our return flight to Nighthawk base.