# EXHIBIT O

BROOKLINE POLICE DEPARTMENT
Brookline, Massachusetts

SUPPLEMENTAL REPORT

JAN 17 '02
ENTERED IN
COMPUTER

Exhibit: 55
Witness: Brown
Date: 4-25-04

CASE OF: NORTHEASTERN UNIVERSITY    DATE: January 5, 02

ADDRESS: Parson's Field               TIME: 1710 hrs.
         186 Kent Street
TOWN:    Brookline, MA                CASE NO.: 02-00000087

NATURE OF CASE: Structural Accident   INVEST: Det. Barry S. McNeilly

Sir,

I respectfully report that this officer was present at the training site for President Bush's upcoming visit at the time of the accident. However, this officer did not witness the accident. After the injured were cleared of the area, Chief O'Leary approached this officer and requested that I assist Traffic Officer Michael Hunter in measuring, documenting and analyzing the accident scene. Photographs of the scene were taken by Sgt. P. Harrington. Officer Hunter and I were assisted in taking measurements by Off. T. Ferris and this was done in the presence of Jack Malone who is in charge of Building and Grounds for Northeastern University.

On Monday Chief O'Leary requested that I review Off. Hunter's report regarding the accident scene and requested that I make out a supplemental report regarding any key areas that I felt should be included.

In conversation with Dan Connolly who is in charge of Parson's Field and is permanently assigned at that location we learned that the wooden part of the dugout structure was originally located in a different area of the field. This structure was built in 1992. The structure was relocated on to a new foundation which is the present accident location just this past summer (2001). To relocate the structure a new foundation was made consisting of 8"x 16" hollow concrete blocks which had the cells filled in with mortar after the blocks were laid at least 2 rows high (unknown if courses go below grade level). Also a flat concrete pad was poured that runs the entire length of the structure and serves as the floor to the dugout. It appears that whoever did the block work also put in ¾" diameter (approximate) threaded anchor bolts sticking out of the top of the foundation in cells of the blocks at various distances along the foundation. Then the cells were filled with mortar. The purpose for this would be for these bolts to stick through the sill of the wooden structure and in turn a washer and appropriate size nut would be threaded onto the bolt and tightened down onto the sill. Thus the wooden structure to be built or in this case the structure which was being reused would have been properly fastened to the foundation. This would be in conformity with standard practices.

7

For unknown reasons to this officer these anchor bolts were sawed off flush with the top of the foundation prior to the installation of the wooden dugout structure. These are the bolts that at first glance by numerous people at the accident scene, assumed had sheared off due to the high wind velocity created by the helicopter. This officer can think of two reasons why these bolts had been cut. Either it was determined that the bolts were not long enough (not enough of the threaded rod exposed above the foundation) that they would not be able to go through the 3 2" x 4"s that comprised the sill (very unusual to have the sill 3 layers thick), or as an afterthought those who were doing the construction realized that it would be too hard to predrilled holes going through the triple layered sill and then lifting the structure by a crane and lining up exactly all predrilled holes that should be less than an inch in diameter. Thus it appears that they chose to take the reverse option and place the structure down on top of the new foundation, drill through the sill (3 layers of 2 x 4s) and then drill a hole into the foundation with masonry bits. Then they used 8 " expansion anchor bolts that are designed to be installed into concrete, brick or mortar. When the nut is tighten on the bolt, the bottom of the bolt is designed with an outer sleeve which expands against as in this case mortar and tightens up allowing the bolt to be held by friction in the hole. This appears to have been a legitimate means to anchor the structure but unfortunately this officer found 2 problems with the way it was done. First these bolts did not allow for enough anchoring into the foundation, as at the most any of these anchors went into the foundation was approximately 1 ½" and secondly the majority of the bolts were drilled into the cells that were filled with mortar and in inspection it can be seen that not all the cells were filled exactly flush with the top of the blocks thus giving the bottom of these bolts less gripping area into the foundation than the 1 ½".

It should also be noted that the 3 wooden 4"x 4" columns that help support the front of the structure were placed on the concrete pad on top of a metal base plates. These metal plates are designed to keep the wooden columns slightly off the concrete pad to prevent the ends from sitting in water that might pool on the pad and promote rotting of the wood. This practice is often seen on wooden decks. In the case of the dugout structure these metal base plates were not secured to the concrete pad by any type of fasteners thus allowing the bottom of the columns to have vertical and horizontal movement.

In final analysis as to why the structure failed to maintain its proper position on its foundation comes down to 2 areas. The fact that the 3 columns in the front of the structure were not anchored properly and the fact that the means chosen to fasten the sill of the wooden structure to its foundation was inadequate.

Respectfully submitted,

Det. Barry S. McNeilly

8