# EXHIBIT P

PAGES: 1 - 127

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 04-CV-11413-EFH

**FREDERICK BABCOCK, ET AL**

vs.

**UNITED STATES OF AMERICA, ET AL**
vs.

**SASAKI ASSOCIATES, INC.**

**DEPOSITION OF BARRY McNEILLY,** taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure on behalf of the Defendant, United States of America, before Dawn M. Baker, CSR, RPR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of the Town of Brookline Town Hall, 333 Washington Street, Brookline, Massachusetts, on **Thursday, January 11, 2007,** commencing at 2:04 p.m., pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

GOUDREAU & GROSSI COURT REPORTING
(508) 823-4659

```
 1        APPEARANCES:

 2


 3        Esdaile, Barrett & Esdaile
              75 Federal Street
 4            Boston, Massachusetts  02110-1904
              (By Rhonda Maloney, Esquire)
 5            (By Michael E. Mone, Esquire
              Representing the Plaintiffs, with the
 6            exception of Sandra Babcock.


 7


 8        U.S. Department of Justice
              Civil Division, Torts Branch
 9            P.O. Box 14271
              Washington, DC  20044-4271
10            (By Matthew A. Connelly, Esquire)
              Representing the Defendant, United
11            States of America.


12


13        Nelson, Kinder, Mosseau & Saturley, PC
              45 Milk Street
14            Boston, Massachusetts  02109
              (By Gerald F. Lucey, Esquire)
15            Representing the Defendant, Northeastern
              University.

16


17

          Casner & Edwards, LLP
18            303 Congress Street
              Boston, Massachusetts  02210
19            (By Christopher Maffucci, Esquire)
              Representing the Defendant, Ledgewood
20            Construction Company, Inc.

21


22


23


24
```

```
 1    APPEARANCES CONTINUED:

 2


 3    Masi & Bruno
          124 Long Pond Road, Unit 11
 4        Plymouth, Massachusetts  02360
          (By John H. Bruno, II, Esquire)
 5        Representing the Defendant, Split
          Boulder Construction, Inc.
 6


 7


 8    Donovan Hatem, LLP
          World Trade Center East
 9        Two Seaport Lane
          (By Brian C. Newberry, Esquire)
10        Representing the Defendant, PEDA, Inc.

11


12    Donovan Hatem, LLP
          World Trade Center East
13        Two Seaport Lane
          Boston, Massachusetts  02210
14        (By Alberto G. Rossi, Esquire)
          Representing the Third-Party Defendant,
15        Sasaki Associates, Inc.

16
      Joslin Murphy, Esquire
17        Office of Town Counsel
          Town of Brookline
18        333 Washington Street
          Brookline, Massachusetts  02445
19        Representing the Plaintiff, Town of
          Brookline, and the Deponent.
20


21


22    Also Present:   Brian J. Burns, Esquire
                      Northeastern University
23


24
                      *  *  *  *  *
```

```
 1            terms of additional investigation?
 2      A     To the best of my knowledge, no.
 3      Q     So just so I have a clear understanding, on
 4            the day of the accident, you and Officer
 5            Hunter and another patrolman were doing
 6            measurements and observations, and there was
 7            a police sergeant there that was taking
 8            photographs, and then you cleared the scene,
 9            and then on Monday the chief asked you to do
10            a supplemental report.
11                  Did you do anything else in your
12            investigation?
13      A     To the best of my knowledge, no.
14      Q     Were there ever any measurements taken of the
15            depth of any holes that you found in the
16            mortar on this site?
17      A     I don't believe so because I think if I
18            had -- Officer Hunter wouldn't have, and if I
19            had, I think I would have noted it because I
20            do remember they varied.  Some were straight
21            holes.  Some were spalled.  And then, like I
22            said, some of the cells varied as far as
23            whether they came up even with the sides of
24            the concrete block.  I am saying I don't
```

|    |   |                                                                          |
|----|---|--------------------------------------------------------------------------|
| 1  |   | recall measuring any of those holes, and I                               |
| 2  |   | can certainly say Officer Hunter probably                                |
| 3  |   | didn't do it.                                                            |
| 4  | Q | Did Northeastern participate in the                                      |
| 5  |   | investigation with the Brookline Police in                               |
| 6  |   | any -- to any extent?                                                    |
| 7  | A | No, they did not.                                                        |
| 8  | Q | Was Northeastern or any representative of                                |
| 9  |   | Northeastern even present while you and                                  |
| 10 |   | Officer Hunter were doing your investigation?                            |
| 11 | A | Dan Connolly was there and so wasn't, I                                  |
| 12 |   | believe, Jack Malone, I believe.  He was                                 |
| 13 |   | there.                                                                   |
| 14 | Q | You noted that you had some field notes that                             |
| 15 |   | you had preserved for a period of time but                               |
| 16 |   | that they were destroyed or thrown away                                  |
| 17 |   | recently or at some point in time after this                             |
| 18 |   | incident?                                                                |
| 19 | A | Yeah.  They were probably disposed about two                             |
| 20 |   | years ago anyways, maybe three.                                          |
| 21 | Q | So this being January of '07, in '03 or '04                              |
| 22 |   | perhaps?                                                                 |
| 23 | A | I want to say -- let's go with your -- the                               |
| 24 |   | '04.                                                                     |

```
 1              recessed.
 2    Q         Okay.  That would be countersinking, right?
 3    A         Countersinking, yeah.  I don't recall.  I
 4              couldn't tell you what it looked like.
 5    Q         Okay.  So you don't know if these -- if this
 6              sill had countersunk -- that somebody had
 7              countersunk the anchor bolts before --
 8    A         That's correct.
 9    Q         You don't know if someone had countersunk the
10              anchor bolts on the sill?
11    A         And I said that's correct.
12    Q         And then -- and the other question is, there
13              is a photograph in that group of exhibits
14              here that seems to show the dugout tipped up
15              on its side with a couple of bolts sticking
16              out of it?
17    A         Correct.
18    Q         All right.  Do you know if those bolts in the
19              picture had actually shifted back up into the
20              structure itself?
21    A         I don't.  I know -- I understand the
22              question.  I don't.
23    Q         Okay.  Just so I make it clear, it appears
24              that they extend off of the bottom of the
```