# EXHIBIT Q

```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV11413-EFH              Rule 30 Deposition

----------------------------------------)
FREDERICK BABCOCK, JOSEPH CANNEY,       )
THOMAS GREGORIO, JOHN KELLEY and        )
YVONNE KELLEY,                          )
                Plaintiffs              )
                                        )
vs.                                     )
                                        )
UNITED STATES OF AMERICA,               )
NORTHEASTERN UNIVERSITY,                )
LEDGEWOOD CONSTRUCTION COMPANY,         )
INC., SPLIT BOULDER CONSTRUCTION,       )
INC., and SASAKI ASSOCIATES,            )
INC.,                                   )
                Defendants              )
----------------------------------------)
```

   DEPOSITION OF JOSEPH CANNEY, taken on behalf of the Defendant, United States of America, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, before Lynn L. Lake, a Certified Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of ESDAILE, BARRETT & ESDAILE, 75 FEDERAL STREET, BOSTON, MA, commencing at 10:11 a.m. on January 10, 2007, pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

\* \* \* \* \*

Goudreau & Grossi
Court Reporting Service, Inc.
63 Winthrop Street
Taunton, MA 02780
(508) 823-4659

COPY

| | | |
|---|---|---|
| 1 | Q. | What did you think about what he told you? |
| 2 | A. | That they were going to land a helicopter in |
| 3 | | Northeastern field? Um, what did I think |
| 4 | | personally? |
| 5 | Q. | Yes. |
| 6 | A. | That you would have to be an idiot to have to |
| 7 | | land a helicopter in that field. |
| 8 | Q. | Why did you think that? |
| 9 | A. | It's a very tight residential neighborhood, |
| 10 | | remarkably tight residential neighborhood with |
| 11 | | very little margin of error. |
| 12 | Q. | Did you express that concern to |
| 13 | | Captain Babcock or anyone else at that time? |
| 14 | A. | I know I expressed that concern. I'm not |
| 15 | | quite sure to who. |
| 16 | Q. | Did anyone else, any of the other |
| 17 | | firefighters, say anything about what they |
| 18 | | thought about going to Parsons Field? |
| 19 | A. | Not to my best recollection. |
| 20 | Q. | What did you do after that initial |
| 21 | | notification by Captain Babcock? |
| 22 | A. | Nothing. |
| 23 | Q. | Just were in the firehouse? |
| 24 | A. | Correct. |