# EXHIBIT R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br><br>    Defendants,<br><br>NORTHEASTERN UNIVERSITY, and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants/Third Party Plaintiffs,<br><br>v.<br><br>PEDA, INC., and SASAKI ASSOCIATES, INC.<br><br>    Third Party Defendants. | Consolidated C.A. No.:<br>04-CV-11413-EFH |

## NOTICE OF DEPOSITION OF THE UNITED STATES OF AMERICA

Please take notice that, pursuant to Rule 30(b)(6) of the Massachusetts Rules of Civil Procedure, the third party defendant Sasaki Associates, Inc., by its attorneys will take the deposition upon oral examination of the United States of America, before a notary public or other officer authorized by law to administer an oath, at **the offices of Donovan Hatem LLP, Two Seaport Lane, Boston, Massachusetts**, commencing at **10:00 a.m. on Tuesday, October 24, 2006**. The United States of America is required, pursuant to Rule 30(b)(6), to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf with respect to the following matters:

01036867

1. All aspects involving the decision-making process regarding the choice of Northeastern University's Parsons Field as the landing site for the President of the United States, with the exception of any decision-making that might involve national security;

2. All aspects involving the decision-making process regarding the choice of helicopter to use at Northeastern University Parsons Field;

3. All aspects involving the decision-making process regarding the positioning of the helicopter during the landing drill;

4. All aspects involving the decision-making process regarding any alternative methods of transportation considered for the President of the United States, with the exception of any decision-making that might involve national security;

5. Any information regarding the President's itinerary on the date he was to arrive at Northeastern University, with the exception of any information that might involve national security;

6. Any information regarding prior incidents involving physical injury to ground crews during test landings and live landings;

7. Any information regarding any prior site inspections of Northeastern University's Parsons Field by the United States or any of its agents regarding the suitability of the field as a potential landing site, any alternative sites proposed and the extent to which any inspection included the dugouts, with the exception of any decision-making that might involve national security;

8. Any information regarding whether the President of the United States actually landed at Northeastern University's Parsons Field following the incident leading to this lawsuit and the United States' involvement in the removal of the dugouts and whether optional venues were considered after the incident.

By the terms of Rule 30(b)(6), the person so designated shall testify as to matters known or reasonably available to the United States of America.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Counsel for all parties are invited to attend and examine.

01036867

                Respectfully submitted,
                SASAKI ASSOCIATES, INC.
                By its attorneys,

                */s/ Deborah S. Russo*
                David J. Hatem, PC, BBO #225700
                Deborah S. Russo, BBO #434610
                Alberto G. Rossi, BB0 #657246
                DONOVAN HATEM LLP
                Two Seaport Lane
                Boston, MA  02210
                (617) 406-4500

Dated: October 3, 2006

01036867

## CERTIFICATE OF SERVICE

I, Deborah S. Russo certify that on this 2nd day of October, 2006, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Kathryn E. Hand, Esq.<br>Michael E. Mone, Sr., Esq.<br>Esdaile, Barrett & Esdaile<br>75 Federal Street<br>Boston, MA  02110 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>5th Floor<br>45 Milk Street<br>Boston, MA  02109 |
| Jeffrey A. Gorlick, Esq.<br>Law Offices of Jeffrey A. Gorlick<br>Suite 3409<br>One Longfellow Place<br>Boston, MA  02114 | Terrance J. Hamilton, Esq.<br>Christopher P. Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210 |
| Matthew A. Connelly, Esq.<br>US Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC  20044 | John Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA  02360 |
| Joslin Ham Murphy, Esq.<br>Town of Brookline<br>333 Washington Street<br>Brookline, MA  02445 | Brian C. Newberry, Esq.<br>Donovan Hatem LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA  02210 |

Deborah S. Russo

01036867