# EXHIBIT T

Kenneth T. Jenkins, Jr.

10/25/2006

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERICK BABCOCK, JOSEPH CANNEY,

THOMAS GREGORIO, JOHN KELLEY

and YVONNE KELLEY

    Plaintiffs

v.        CA No. 04-11413-EFH

UNITED STATES OF AMERICA

and LEDGEWOOD CONSTRUCTION

COMPANY, INC.

    Defendants

NORTHEASTERN UNIVERSITY and SPLIT

BOULDER CONSTRUCTION INC.,

    Defendants/Third-Party Plaintiffs

v.

PEDA, INC., and SASAKI ASSOCIATES, INC.

    Third-Party Defendants

DEPOSITION of KENNETH T. JENKINS, JR.

Wednesday, October 25, 2006 - 10:08 a.m.

    Donovan Hatem LLP

Two Seaport Lane, Boston, Massachusetts

----- Reporter: Jill K. Coletti, RMR/CRR -----

CERTIFIED ORIGINAL
LEGALINK BOSTON

2

1    APPEARANCES:

2

3    Esdaile, Barrett & Esdaile

4        Kathryn E. Hand, Esq.

5        75 Federal Street

6        Boston, Massachusetts 02110

7        (617) 482-0333  Fax:  (617) 426-2978

8        on behalf of plaintiffs Canney, Gregorio

9        and John and Yvonne Kelley and Frederick

10       Babcock

11

12   US Department of Justice

13       Matthew A. Connelly, Esq.

14       Civil Division, Torts Branch

15       Aviation & Admiralty Section

16       PO Box 14271

17       Washington, D.C. 20044-4271

18       (202) 616-4040  Fax:  (202) 616-4159

19       on behalf of the United States of America

20

21

22

23

24

3

1     (Appearances continued)

2

3     United States Secret Service

4         Liza M. Murphy, Esq.

5         950 H Street, N.W.

6         Washington, D.C. 20223

7         (202) 406-5771  Fax:  (202) 406-6544

8         on behalf of the United States Secret

9         Service

10

11     Donovan Hatem LLP

12         Alberto G. Rossi, Esq.

13         Two Seaport Lane

14         Boston, Massachusetts 02210

15         (617) 406-4500  Fax:  (617) 406-4501

16         on behalf of the Sasaki Associates, Inc.

17

18     Nelson, Kinder, Mosseau & Saturley, P.C.

19         Gerald F. Lucey, Esq.

20         45 Milk Street, 5th Floor

21         Boston, Massachusetts 02109

22         (617) 778-7500  Fax:  (617) 778-7501

23         on behalf of Northeastern University

24

Kenneth T. Jenkins, Jr.                                                    10/25/2006

9

1      today?

2    A   Yes, sir.

3    Q   **What is your current job title?**

4    A   Assistant Special Agent in charge for the

5        Boston Field Office.

6    Q   **Okay, Ken.**

7        **If there is any question today that**

8    **you do not understand or you would like me**

9    **to repeat, please state that you would like**

10   **me to repeat it.  I'm not here to try to**

11   **trick you into any answers.**

12       **Please don't answer before I finish**

13   **asking my question, because the court**

14   **reporter is trying to take down each word,**

15   **and if we're both speaking, it will be hard**

16   **for her to do so.**

17       **And also please feel free to ask for**

18   **a break if you need one at any time.**

19       **Is there any reason that you're aware**

20   **of today that will affect or impair your**

21   **answers?**

22   A   Just the situations regarding national

23       security that I can't divulge.

24   Q   **Okay.**

Kenneth T. Jenkins, Jr.

10

1      MR. CONNELLY:  Mr. Rossi wants to

2   know is there any physical impairment that

3   prevents you or are you taking any

4   medication that would prevent that?

5      THE WITNESS:  Oh.

6   A   No, no.

7      MR. ROSSI:  Mr. Connelly, did you

8   want to speak on behalf of Ken as to the

9   topics he will be testifying as to?

10      MR. CONNELLY:  Well, on behalf of the

11   United States, Mr. Jenkins has been

12   designated for Topic No. 1, Topic No. 4,

13   Topic Nos. 5, 7 and 8.

14      So 1, 4, 5, 7 and 8.

15      MR. ROSSI:  And for the record those

16   are the topics listed in the Renotice of

17   Deposition of the United States of America

18   on Wednesday, October 25, 2006, which is

19   day.

20      MR. CONNELLY:  Albie, I didn't

21   receive a copy, so I assume that the topics

22   that you listed in the renotice are the same

23   that were in the original notice, with the

24   exception of --

Kenneth T. Jenkins, Jr.

11

1      MR. ROSSI:  With the exception of

2  No. 6.

3      MR. CONNELLY:  -- 6, which was

4  rewritten to limit the scope.

5      MR. ROSSI:  Yes.

6      MR. CONNELLY:  Okay.

7      MR. ROSSI:  I'll like to mark that as

8  Deposition No. 68.

9      (Exhibit No. 68 marked for

10  identification.)

11  BY MR. ROSSI:

12  Q   Okay.

13      Ken, just to set some ground rules as

14  to definitions of when I'm speaking what I'm

15  speaking about.  When I'm speaking about

16  "Parsons Field," I'm talking about the

17  athletic field owned by Northeastern

18  University in Brookline, Massachusetts.

19      When I say "the incident," "the date

20  of the incident," I'm speaking about

21  January 5, 2002.

22      Do you understand that?

23  A   Yes, sir.

24  Q   Okay.

127

1    A    Could you repeat one more time, sir?

2          MR. LUCEY:  Can you read the question

3    back?

4          (Record read as requested.)

5    A    Our protective mission is to make sure the

6    safety of the President of the United States

7    is -- to make sure he's safe on the day of

8    the visit.

9          MR. LUCEY:  Thank you.  That's all I

10   have.

11         MR. CONNELLY:  Thank you.

12         Mr. Rossi?

13         MR. ROSSI:  Albie Rossi, for the

14   record.

15         Matt Connelly and I -- correct me if

16   I'm wrong, Matt -- agreed that personnel

17   from -- the person designated from HMX-1

18   will be testifying as to Topics No. 1 and

19   No. 7 on the renotice of deposition of the

20   United States of America marked as

21   Exhibit 68?

22         MR. CONNELLY:  Yes.  We'll present

23   someone --

24         Assuming I still have someone in the

128

1       employ at the federal government at the time

2       of the deposition, we will present someone

3       from the Marine Corps to address those

4       topic.

5              MR. ROSSI:  Okay.

6              MS. HAND:  May I ask a question?

7              My question is whether the person

8       designated from the Marine Corps or from

9       HMX-1 will address all topics of the notice

10      from the perspective of his or her agents.

11             MR. CONNELLY:  Kathryn, with the

12      caveat that I always have to figure out what

13      any witness knows, that it is my intention

14      at this point in time to have someone

15      address Topics 1 through 8 from the Marine

16      Corps.

17             MS. HAND:  Thank you.

18             MR. CONNELLY:  It may take several

19      someones.

20             Any other questions?

21      MS. MURPHY:  No.

22      Thank you, Agent Jenkins.

23             THE WITNESS:  Thank you.

24             It was a pleasure meeting you all.