# EXHIBIT U



**United States Department of Justice**
**Civil Division, Torts Branch**

MAConnelly                                    *Post Office Box 14271*
Telephone: 202/616-4100                       *Washington, DC  20044-4271*
Facsimile:  202/616-4159

---

*Writer's Direct Dial: 202/616-4040*

November 9, 2006

All Counsel via fax
(service list attached)

Re:  Frederick Babcock, et al. v. United States of America, et al.
    USDC D. of Mass. Case No. 01:04-CV-11413- EFH
    DJ No. 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

Dear Counsel:

    Please be advised that the only current federal employee with direct knowledge of the site selection process from the perspective of HMX-1 is Lt. Col. Clay Stackhouse. Unfortunately, Lt. Col. Stackhouse is currently serving on active duty in a combat zone. He is expected to return to the United States in January.  We will be pleased to produce him for a deposition in response to Sasaki's 30(b)(6) notice after his return.

Sincerely,

Matthew A. Connelly
Trial Attorney