## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
FREDERICK BABCOCK, JOSEPH            )
CANNEY, THOMAS GREGORIO, JOHN        )
KELLEY and YVONNE KELLEY             )
                                     )
        Plaintiffs,                  )
v.                                   )
UNITED STATES OF AMERICA,            )
and LEDGEWOOD CONSTRUCTION           )
COMPANY, INC.                        )   Consolidated C.A. No.:
        Defendants,                  )   04-CV-11413-EFH
                                     )
NORTHEASTERN UNIVERSITY, and         )
SPLIT BOULDER CONSTRUCTION,          )
INC.,                                )
        Defendants/Third Party Plaintiffs, )
v.                                   )
PEDA, INC., and SASAKI ASSOCIATES, INC., )
        Third Party Defendants.      )
                                     )
SPLIT BOULDER CONSTRUCTION, INC.,    )
        Defendant, Third-Party Plaintiff, )
v.                                   )
SASAKI ASSOCIATES, INC.,             )
        Third-Party Defendant/Defendant )
        In Crossclaim.               )
_____)

### AFFIDAVIT OF ALBERTO G. ROSSI

I, Alberto G. Rossi, upon personal knowledge, do hereby depose and state the following

facts under oath:

1.      I am over the age of 18 years old.

2.      I am one of the attorneys for the defendant, Sasaki Associates, Inc. ("Sasaki") in

the above-captioned matter.

3.      The Exhibits listed below, which are attached to Sasaki's Motion in Opposition to

USA's Motion for Summary Judgment, are true and accurate copies of the originals.

Exhibit A:      Deposition of Paul Scott Donahue on May 25, 2006, excerpts.

Exhibit B:      Deposition of David A. Donahue, excerpts.

Exhibit C:      Deposition of Joseph P. Trainer, excerpts.

Exhibit D:      Deposition of Paul Scott Donahue on November 1, 2006, excerpts.

Exhibit E:      Report of Officer Michael Hunter, marked as Exhibit 95 at the Deposition of Officer Michael Hunter.

Exhibit F:      Pictures of Baseball Dugouts produced by Sasaki Associates, Inc. in its Fed. R. Civ. P. 26(a)(1) mandatory disclosures

Exhibit G:      Operator's Manual for Army Ch-47D Helicopter, dated January 31, 2003, produced by the United States of America in Response to Northeastern University's First Request for Production of Documents and Other Tangible Things, excerpts.

Exhibit H:      Deposition of Major Patrick Flaherty, excerpts.

Exhibit I:      Deposition Exhibit 48 marked at the Deposition of Captain O'Reilly.

Exhibit J:      Deposition of Cooper Hastings, at 79:1-13

Exhibit K:      Defendant United States of America's Answers and Objection to Plaintiffs' Interrogatories To Be Answered By The United States of America.

Exhibit L:      Northeastern University's Answers to Third-Party Defendant Sasaki Associates, Inc.'s.

Exhibit M:      United States of America's Response to Ledgewood Construction Company, Inc.'s First Set of Interrogatories to the United States of America.

Exhibit N:      Deposition Exhibit 121 marked at the Deposition of Cooper Hastings.

Exhibit O:      Supplemental Report of Detective Barry McNeilly.

Exhibit P:      Deposition of Detective McNeilly, excerpts

Exhibit Q:      Deposition of Joseph Canney, excerpts.

Exhibit R:     Notice of Deposition of the United States of America.

Exhibit S:     Re-Notice of the Deposition of The United States of America.

Exhibit T:     Deposition of Agent Kenneth Jenkins, excerpts.

Exhibit U:     Letter from Attorney Matthew Connelly to all Counsel
               dated November 9, 2006.

Exhibit V:     The United States's Response To Third-Party Defendant
               Sasaki Associates, Inc.'s First Set of Interrogatories.

Signed under the pains and penalties of perjury this 14th day of February, 2007.

/s/ Alberto G. Rossi
Alberto G. Rossi

01069095

3

## CERTIFICATE OF SERVICE

I, Alberto G. Rossi, hereby certify that on this 14th day of February, 2007, I served a copy

of *Affidavit of Alberto G. Rossi* via the CM/ECF system of the U.S. District Court for the

District of Massachusetts and by first-class mail, postage prepaid, to the following:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360

Michael E. Mone, Esq.
Rhonda T. Maloney, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Jeffrey A. Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Dept. of Justice,
P.O. Box 14271
Washington, DC 20044

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

/s/ Alberto G. Rossi
Alberto G. Rossi

01067617

4