**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY<br><br>      Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, and LEDGEWOOD CONSTRUCTION COMPANY, INC.<br>      Defendants,<br><br>NORTHEASTERN UNIVERSITY, and SPLIT BOULDER CONSTRUCTION, INC.,<br>      Defendants/Third Party Plaintiffs,<br>v.<br>PEDA, INC., and SASAKI ASSOCIATES, INC.,<br>      Third Party Defendants.<br><br>SPLIT BOULDER CONSTRUCTION, INC.,<br>      Defendant, Third-Party Plaintiff,<br>v.<br>SASAKI ASSOCIATES, INC.,<br>      Third-Party Defendant/Defendant In Crossclaim. | Consolidated C.A. No.:<br>04-CV-11413-EFH |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Exhibit listed below has been sent via first class mail to be manually filed with the Court as it exceeded the CM/ECF system's two megabyte capacity:

1. **Exhibit F** to Sasaki Associates, Inc.'s Motion in Opposition to the USA Motion for Summary Judgment.

|  | Third-Party Defendant,<br>SASAKI ASSOCIATES, INC.<br>By its attorneys,<br><br>/s/  Deborah S. Russo<br>David J. Hatem, PC, BBO #225700<br>Deborah S. Russo, BBO #434610<br>Alberto G. Rossi, BB0 #657246<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |
|---|---|

Date:  February 14,  2007

## **CERTIFICATE OF SERVICE**

I, Alberto G. Rossi, hereby certify that on this 14th day of February, 2007, I served a copy of the foregoing *Notice of Manual Filing With Clerk's Office* by first-class mail, postage prepaid, to the following:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360

Michael E. Mone, Esq.
Rhonda T. Maloney, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Jeffrey A. Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Dept. of Justice,
P.O. Box 14271
Washington, DC 20044

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

/s/ Alberto G. Rossi
Alberto G. Rossi