UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREDERICK BABCOCK, ET AL.,
                Plaintiffs

                              CIVIL ACTION NO.:
v.                           04-11413-EFH

UNITED STATES OF AMERICA, ET AL.,
                Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

February 22, 2007

HARRINGTON, S.D.J.

Upon review of the records in this case, the Court rules as follows:

1.    The Court grants Plaintiffs' Motion for Continuance on Deadline for Filing Opposition to Defendant, United States of America's Motion for Summary Judgment;

2.    The Court grants Defendant Northeastern University's Motion for Continuance on Deadline for Filing Opposition to Defendant, United States of America's Motion for Summary Judgment; and

3.    The Court grants Defendant Ledgewood Construction Company, Inc.'s Motion to Extend Deadline for Filing Opposition to Defendant United States of America's Motion for Summary Judgment

Memoranda in opposition to Defendant United States of America's Motion for Summary Judgment are to be filed on or before May 1, 2007.

SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge