UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |
| NORTHEASTERN UNIVERSITY,<br>    Defendant, Third-Party Plaintiff<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant, Defendant<br>    In Crossclaim | |
| SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendant, Third-Party Plaintiff,<br><br>v.<br><br>SASAKI ASSOCIATES, INC.,<br>    Third-Party Defendant, Defendant<br>    In Crossclaim | |

**JOINT MOTION OF THE PARTIES, FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY, YVONNE KELLEY, TOWN OF BROOKLINE, SANDRA BABCOCK, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., SPLIT BOULDER CONSTRUCTION, INC., SASAKI ASSOCIATES, INC., AND PEDA, INC. TO EXTEND DEADLINES**

The United States of America does not oppose this Motion. See Exhibit "A" attached.

The undersigned parties to the above-captioned matter, through their counsel and, pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Honorable Court for leave to extend deadlines as follows:

1. Fact Discovery, including depositions, shall be completed by June 1, 2007;

2. Oppositions to Defendant, United States of America's Motion for Summary Judgment due June 1, 2007;

3. Expert Discovery, including depositions, shall be completed by September 1, 2007, with the expert reports being provided by the plaintiffs by June 30, 2007 and expert reports being provided by the defendants by August 1, 2007;

4. Final Pre-Trial Conference scheduled to a date following the September 1, 2007 expert discovery deadline.

5. This extension is to permit the continued taking of depositions already noticed and does not extend the time within which to propound Interrogatories and Rule 34 Requests or notice new depositions.

In support of this Motion, the undersigned parties state they have continued to engage in substantial written and oral discovery, including the following depositions in the last three months:

1. Joseph Canney on January 10, 2007;
2. Yvonne Kelley on January 10, 2007;
3. Detective Barry McNeilly on January 11, 2007;
4. Officer Michael Hunter on January 11, 2007;
5. Frank Zecha of the Brookline Retirement Board on January 16, 2007;
6. CW4 Cooper Hastings on January 23, 2007;
7. Major Patrick G. Flaherty on January 23, 2007;
8. Robert T. Moran of the Brookline Retirement Board on February 8, 2007;
9. Leslea Noble of the Brookline Retirement Board on February 8, 2007;
10. Thomas Keady on February 27, 2007;
11. Ernest Silva on February 27, 2007;
12. SA Kerry O'Grady on March 5, 2007;

2

    13.    CWO5 George H. Seagle on March 5, 2007;
    14.    Kim Kimball on March 15, 2007;
    15.    Brad McCord on March 21, 2007; and
    16.    William Sasser on April 5, 2007.

Despite the aggressive and good faith effort by the parties, the following depositions were noticed within the discovery period but, due to conflicts with the nine (9) parties' counsel and each of the witnesses, have not yet taken place:

    1.    Deputy Fire Chief Moran, scheduled for April 27, 2007;
    2.    Lt. Col. Clay Stackhouse, scheduled for April 30, 2007;
    3.    Northeastern University representative Mark Boulter;
    4.    Northeastern University representative Thomas Keady, continuation;
    5.    Federal employee Brian Montgomery, scheduled for May 15, 2007; and
    6.    Federal employee Michael Heath, scheduled for May 15, 2007.

Of particular note, the testimony of Lt. Col. Clay Stackhouse is expected to be of critical importance to the preparation of this case. He has been designated by the United States as the person with knowledge of 8 particular areas of inquiry concerning the helicopter landing which is the subject of this litigation, and he was the HMX-1 representative in charge of inspecting Parsons Field for its suitability as a helicopter landing site prior to the accident. His testimony is not only crucial to proper trial preparation, but excerpts from his transcript are expected to be relied upon by the parties in their oppositions to the United States' Motion for Summary Judgment. He has previously been unavailable as he was deployed in Iraq, but is now back in the United States and available to be deposed.

Further, the parties state that two of the witnesses, Federal employees, Brian Montgomery and Michael Heath, were only recently identified by the United States. The identity of Michael Heath was disclosed on February 26, 2007, and the identity of Brian Montgomery as a person on behalf of the White House with knowledge of the choice of Parsons

Field as a potential landing site was not disclosed to the plaintiffs until the deposition of Kim Kimball on March 15, 2007.

The parties respectfully request that they be afforded time to properly conduct the remaining depositions in April and May, 2007; that the parties' Opposition to Defendant, United States' Motion for Summary Judgment be due on or after June 1, 2007, with additional dates adjusted per the Court's discretion and/or the schedule set forth above.

The parties further state that prior motions for extensions of discovery deadline were filed on April 26, 2006, September 26, 2006, January 9, 2007, and allowed.

WHEREFORE, the undersigned parties jointly request that this Honorable Court allow this motion and enter an order establishing the discovery deadlines as requested.

| Plaintiffs, | Defendant, |
|---|---|
| FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, By their attorneys, | LEDGEWOOD CONSTRUCTION COMPANY, INC., By its attorneys, |
| /s/ Rhonda T. Maloney_____ | /s/ Christopher Maffucci_____ |
| Michael E. Mone, BBO Q#351680 | Christopher Maffucci, BBO #645972 |
| Rhonda T. Maloney, BBO #549519 | Terence J. Hamilton, BBO #218980 |
| ESDAILE, BARRETT & ESDAILE | CASNER & EDWARDS, LLC |
| 75 Federal Street | 303 Congress Street |
| Boston, MA  02110-1904 | Boston, MA  02210 |
| (617) 482-0333 | (617) 426-5900 |

| | |
|---|---|
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorneys, | Defendant,<br>SASAKI ASSOCIATES, INC.,<br>By its attorneys, |
| /s/ Joslin H. Murphy_____<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 | /s/ Alberto G. Rossi_____<br>Alberto G. Rossi, BBO #657246<br>DONOVAN HATEM, LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |
| Defendant/Third Party Plaintiff,<br>SPLIT BOULDER<br>CONSTRUCTION, INC.<br><br>By its attorneys, | Defendant/Third Party Plaintiff,<br>NORTHEASTERN UNIVERSITY,<br><br>By its attorneys, |
| /s/ John H. Bruno_____<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 | /s/ Gerald F. Lucey_____<br>Gerald F. Lucey, BBO #306860<br>NELSON KINDER MOSSEAU &<br>SATURLEY, PC<br>45 Milk Street, 7th Floor<br>Boston, MA  02109<br>(617) 778-7500 |
| The Consolidated Plaintiff,<br>SANDRA BABCOCK,<br>By her attorneys, | Defendant,<br>PEDA, INC.<br>By its attorneys, |
| /s/ Jeffrey A. Gorlick_____<br>Jeffrey A. Gorlick, BBO #203890<br>LAW OFFICES OF JEFFREY A. GORLICK<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114<br>(617) 227-8383 | /s/ Brian C. Newberry_____<br>Brian C. Newberry, BBO #635498<br>DONOVAN HATEM, LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

Dated: April 12, 2007

## CERTIFICATE OF SERVICE

    I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached document by mailing a copy thereof, first class, postage prepaid, to:

| | |
|---|---|
| Brian C. Newberry, Esq.<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>7th Floor, 45 Milk Street<br>Boston, MA 02109 |
| Joslin Ham Murphy, Esq.<br>Town of Brookline<br>Town Hall<br>333 Washington Street<br>Brookline, MA 02445 | Matthew A. Connelly, Esq.<br>US Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC 20044 |
| John H. Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | Terrance J. Hamilton, Esq.<br>Christopher P. Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |
| Jeffrey A. Gorlick, Esq.<br>Law Office of Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114 | Alberto G. Rossi, Esq.<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210 |

                                            /s/ Rhonda T. Maloney<br>
                                            Rhonda T. Maloney

DATED: April 12, 2007