

**United States Department of Justice**
**Civil Division, Torts Branch**

AEDempsey
Telephone: 202/616-4100
Facsimile: 202/616-4159

*Post Office Box 14271*
*Washington, DC 20044-4271*

Writer's Direct Dial: 202/616-4024

April 10, 2007

**Via E-Mail**

Rhonda T. Maloney, Esq.
Esdaile, Barrett and Esdaile
75 Federal Street
Boston, MA 02110-1904
E-mail: rmaloney@ebelaw.com

    Re: Frederick Babcock, et al. v. United States of America, et al.
        USDC D. of Mass. Case No. 01:04-CV-11413- EFH
        DJ No. 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

Dear Rhonda:

We are in receipt of Plaintiffs' draft Motion to Extend Deadlines. Please be advised that the United States will not join the Motion, however, we will not oppose it.

If you have any questions, please do not hesitate to call me.

                Sincerely,

                Ashley E. Dempsey
                Trial Attorney

cc:    all counsel via e-mail