**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                    )
FREDERICK BABCOCK, JOSEPH                          )
CANNEY, THOMAS GREGORIO, JOHN                      )
KELLEY and YVONNE KELLEY,                          )
        Plaintiffs,                                )
v.                                                 )
UNITED STATES OF AMERICA,                          )
NORTHEASTERN UNIVERSITY,                           )
and LEDGEWOOD CONSTRUCTION                         )
COMPANY, INC.,                                     )
        Defendants,                                )
_____ )          Consolidated C.A. No.:
                                                    )    04-CV-11413-EFH
NORTHEASTERN UNIVERSITY                            )
INC.,                                              )
        Defendants/Third-Party Plaintiff,          )
v.                                                 )
PEDA, INC.                                         )
        Third-Party Defendants,                    )
_____)
                                                    )
SPLIT BOULDER CONSTRUCTION, INC.,                  )
        Defendant, Third-Party Plaintiff,          )
v.                                                 )
SASAKI ASSOCIATES, INC.,                           )
        Third-Party Defendant/Defendant            )
        In Crossclaim.                             )
_____)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The third-party defendant, Sasaki Associates, Inc., by and through its attorneys, hereby

stipulates, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), that all of its claims and cross-

claims against the defendant, Northeastern University, shall be dismissed with prejudice, without

interest or costs, and with all rights of appeal being hereby waived.

1

All parties in the above-referenced matter consent to this Stipulation of Dismissal.

Defendant,
NORTHEASTERN UNIVERSITY,
By their attorneys,

/s/Gerald F. Lucey
Gerald F. Lucey, BBO# 306860
Nelson Kinder Mosseau Saturley, PC
45 Milk Street, Seventh Floor
Boston, MA 02109
(617) 778-7500

Third-Party Defendant,
SASAKI ASSOCIATES, INC.,
By its attorneys,

/s/ Deborah S. Russo
David J. Hatem, PC, BBO #225700
Deborah S. Russo, BBO #434610
Alberto G. Rossi, BB0 #657246
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500

Plaintiffs,
FREDERICK BABCOCK, JOSEPH
CANNEY, THOMAS GREGORIO,
JOHN KELLEY and YVONNE
KELLEY,
By their attorneys,

/s/ Rhonda T. Maloney
Michael E. Mone, BBO #351680
Rhonda T. Maloney, BBO#549149
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110-1904
(617) 482-0333

Defendant,
LEDGEWOOD CONSTRUCTION
COMPANY, INC.
By its attorneys,

/s/ Christopher Maffucci
Christopher Maffucci, BBO#645972
CASNER & EDWARDS, LLC
303 Congress Street
Boston, MA 02210
(617) 426-5900

The Consolidated Plaintiff,
TOWN OF BROOKLINE,
By its attorneys,

/s/ Joslin H. Murphy
Joslin H. Murphy, BBO#553471
TOWN OF BROOKLINE
Town Hall
333 Washington Street
Brookline, MA 02445
(617) 730-2190

Defendant/Third Party Plaintiff,
SPLIT BOULDER CONSTRUCTION,
INC.
By its attorneys,

/s/ John H. Bruno, II
John H. Bruno, II, BBO#542098
MASI & BRUNO
124 Long Pond Road
Plymouth, MA 02360
(508) 747-5277

The Consolidated Plaintiff,
SANDRA BABCOCK,
By her attorneys,


/s/ Jeffrey A. Gorlick
_____
Jeffrey A. Gorlick, BBO#203890
LAW OFFICES OF  JEFFREY A.
GORLICK
One Longfellow Place, Suite 3409
Boston, MA 02114
(617) 723-0056


Defendant,
UNITED STATES OF AMERICA
By its attorney,


/s/ Matthew A. Connelly
_____
Matthew A. Connelly, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P. O. Box 14271
Washington DC 20044-4271


Dated:  April 17, 2007

Defendant,
PEDA, INC.,
By its attorneys


/s/ Brian C. Newbury
_____
David J. Hatem, PC, BBO #225700
Warren D. Hutchison. BBO# 246150
Brain C. Newbury, BBO# 635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 405-4500

## CERTIFICATE OF SERVICE

I, Alberto G. Rossi, hereby certify that on this 17th day of April, 2007, I served a copy of

the foregoing *Stipulation of Dismissal with Prejudice* via the CM/ECF system of the U.S.

District Court for the District of Massachusetts and by first-class mail, postage prepaid, to the

following:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360

Michael E. Mone, Esq.
Rhonda T. Maloney, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110

Jeffrey A. Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street
Boston, MA 02109

Matthew A. Connelly, Esq.
Torts Branch, Civil Division
U.S. Dept. of Justice,
P.O. Box 14271
Washington, DC 20044

Joslin Murphy, Esq.
Associate Town Counsel
Town of Brookline
333 Washington Street
Brookline, MA 02445

Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Warren D. Hutchison, Esq.
Brian Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

/s/ Alberto G. Rossi
Alberto G. Rossi

01079383

4