UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREDERICK BABCOCK, ET. AL.
               Plaintiff

                                            CIVIL ACTION NO.:
        v.                               CA 04-11413-EFH
                                            CA 04-12647-EFH
                                            CA 04-12003-EFH

UNITED STATES OF AMERICA, ET. AL.
               Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **REVISED FINAL PRETRIAL CONFERENCE ORDER**

April 17, 2007

HARRINGTON, S.D.J.

     The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on <u>Wednesday, September 19, 2007</u>.

     SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge