UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, <br>     Plaintiffs <br><br> v. <br><br><br> UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC., <br>     Defendants | C.A. NO. 04CV11413-EFH <br><br> *consolidated with* <br><br> C.A. NO. 04CV12647-EFH <br><br> *and* <br><br> C.A. NO. 04CV12003-EFH |

NORTHEASTERN UNIVERSITY,
    Defendant, Third-Party Plaintiff

v.

PEDA, INC.,
    Third-Party Defendant, Defendant
    In Crossclaim

SPLIT BOULDER CONSTRUCTION, INC.,
    Defendant, Third-Party Plaintiff,

v.

SASAKI ASSOCIATES, INC.,
    Third-Party Defendant, Defendant
    In Crossclaim

**JOINT MOTION OF ALL PARTIES TO POSTPONE DISCOVERY DEADLINES
PENDING FINAL SETTLEMENT AUTHORIZATION**

NOW COME all Parties in the above-entitled action and hereby request that the fact discovery deadline and deadline for all Oppositions to Defendant, United States of America's Motion for Summary Judgment, both believed to be June 1, 2007, be postponed until July 2, 2007.

As grounds therefor, the Parties state that on April 27, 2007, they reached a global Settlement Agreement, covering all Parties and all claims in this and all consolidated actions. Said Agreement was subject to approval within the hierarchy of the Department of Justice and approval by the Board of Selectmen in the Town of Brookline, which has just been obtained by both entities. The Settlement Agreement, however, will not be final until the Parties reach agreement as to all the written terms and conditions of the mutual Releases and Stipulations for Dismissal. Counsel anticipate that preparing the settlement documents will take no more than thirty (30) days. Therefore, the Parties request this Honorable Court to postpone the deadlines referenced above until such time as the Parties can reach agreement as to the written terms and conditions of the global settlement.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, By their attorneys, | Defendant,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC., By its attorneys, |
| /s/ Rhonda T. Maloney_____<br>Michael E. Mone, BBO Q#351680<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA  02110-1904<br>(617) 482-0333 | /s/ Christopher Maffucci_____<br>Christopher Maffucci, BBO #645972<br>Terence J. Hamilton, BBO #218980<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA  02210<br>(617) 426-5900 |
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorneys, | Defendant,<br>SASAKI ASSOCIATES, INC.,<br>By its attorneys, |
| /s/ Joslin H. Murphy_____<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 | /s/ Alberto G. Rossi_____<br>Alberto G. Rossi, BBO #657246<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

| | |
|---|---|
| Defendant,<br>UNITED STATES OF AMERICA<br>By its attorneys, | Defendant/Third Party Plaintiff,<br>SPLIT BOULDER<br>CONSTRUCTION, INC.<br><br>By its attorneys, |
| /s/ Matthew A. Connelly____<br>Matthew A. Connelly<br>Ashley E. Dempsey<br>US DEPARTMENT OF JUSTICE<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC  20044<br>(202) 616-4024 | /s/ John H. Bruno, II_____<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 |
| The Consolidated Plaintiff,<br>SANDRA BABCOCK,<br>By her attorneys, | Defendant,<br>PEDA, INC.<br>By its attorneys, |
| /s/ Jeffrey A. Gorlick_____<br>Jeffrey A. Gorlick, BBO #203890<br>LAW OFFICES OF JEFFREY A. GORLICK<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114<br>(617) 227-8383 | /s/ Brian C. Newberry_____<br>Brian C. Newberry, BBO #635498<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

Defendant/Third-Party Plaintiff
NORTHEASTERN UNIVERSITY,
By its attorneys,


/s/ Gerald F. Lucey_____
Gerald F. Lucey, BBO#306860
NELSON KINDER MOSSEAU & SATURLEY, PC
45 Milk Street, 7th Floor
Boston, MA  02109
(617) 778-7500

Dated:  June 4, 2007

## CERTIFICATE OF SERVICE

I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached document by mailing a copy thereof, first class, postage prepaid, to:

Brian C. Newberry, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
7th Floor, 45 Milk Street
Boston, MA 02109

Joslin Ham Murphy, Esq.
Town of Brookline
Town Hall
333 Washington Street
Brookline, MA 02445

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Jeffrey A. Gorlick, Esq.
Law Office of Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

Alberto G. Rossi, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

/s/ Rhonda T. Maloney
Rhonda T. Maloney

DATED:   June 4, 2007