UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY,<br>    Plaintiffs<br><br>v.<br><br><br>UNITED STATES OF AMERICA, NORTHEASTERN UNIVERSITY, LEDGEWOOD CONSTRUCTION COMPANY, INC., and SPLIT BOULDER CONSTRUCTION, INC.,<br>    Defendants | C.A. NO. 04CV11413-EFH<br><br>*consolidated with*<br><br>C.A. NO. 04CV12647-EFH<br><br>*and*<br><br>C.A. NO. 04CV12003-EFH |

NORTHEASTERN UNIVERSITY,
    Defendant, Third-Party Plaintiff

v.

PEDA, INC.,
    Third-Party Defendant, Defendant
    In Crossclaim

SPLIT BOULDER CONSTRUCTION, INC.,
    Defendant, Third-Party Plaintiff,

v.

SASAKI ASSOCIATES, INC.,
    Third-Party Defendant, Defendant
    In Crossclaim

**STIPULATION OF DISMISSAL**

NOW COME the parties in the above-entitled action and hereby stipulate that the above actions, including all cross claims and counterclaims, be dismissed with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>FREDERICK, BABCOCK, JOSEPH CANNEY, THOMAS GREGORIO, JOHN KELLEY and YVONNE KELLEY, By their attorneys, | Defendant,<br>LEDGEWOOD CONSTRUCTION COMPANY, INC., By its attorneys, |
| /s/ Rhonda T. Maloney_____<br>Michael E. Mone, BBO Q#351680<br>Rhonda T. Maloney, BBO #549519<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA  02110-1904<br>(617) 482-0333 | /s/ Christopher Maffucci_____<br>Christopher Maffucci, BBO #645972<br>Terence J. Hamilton, BBO #218980<br>CASNER & EDWARDS, LLC<br>303 Congress Street<br>Boston, MA  02210<br>(617) 426-5900 |
| The Consolidated Plaintiff,<br>TOWN OF BROOKLINE<br>By its attorneys, | Defendant,<br>SASAKI ASSOCIATES, INC.,<br>By its attorneys, |
| /s/ Joslin H. Murphy_____<br>Joslin H. Murphy, BBO #553471<br>TOWN OF BROOKLINE<br>Town Hall<br>333 Washington Street<br>Brookline, MA  02445<br>(617) 730-2190 | /s/ Alberto G. Rossi_____<br>Alberto G. Rossi, BBO #657246<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |

| | |
|---|---|
| Defendant,<br>UNITED STATES OF AMERICA<br>By its attorneys, | Defendant/Third Party Plaintiff,<br>SPLIT BOULDER<br>CONSTRUCTION, INC.<br>By its attorneys, |
| /s/ Matthew A. Connelly____<br>Matthew A. Connelly<br>Ashley E. Dempsey<br>US DEPARTMENT OF JUSTICE<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC  20044<br>(202) 616-4024 | /s/ John H. Bruno, II_____<br>John H. Bruno, II, BBO #542098<br>MASI & BRUNO<br>124 Long Pond Road<br>Plymouth, MA 02360<br>(508) 747-5277 |
| The Consolidated Plaintiff,<br>SANDRA BABCOCK,<br>By her attorneys, | Defendant,<br>PEDA, INC.<br>By its attorneys, |
| /s/ Jeffrey A. Gorlick_____<br>Jeffrey A. Gorlick, BBO #203890<br>LAW OFFICES OF JEFFREY A. GORLICK<br>One Longfellow Place, Suite 3409<br>Boston, MA  02114<br>(617) 227-8383 | /s/ Brian C. Newberry_____<br>Brian C. Newberry, BBO #635498<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4500 |
| Defendant/Third-Party Plaintiff<br>NORTHEASTERN UNIVERSITY,<br>By its attorneys, | |
| /s/ Gerald F. Lucey_____<br>Gerald F. Lucey, BBO#306860<br>NELSON KINDER MOSSEAU & SATURLEY, PC<br>45 Milk Street, 7th Floor<br>Boston, MA  02109<br>(617) 778-7500 | |

Dated:  September 12, 2007

## CERTIFICATE OF SERVICE

      I, Rhonda T. Maloney, attorney for the Plaintiffs, hereby certify that on this day I served a copy of the attached document by mailing a copy thereof, first class, postage prepaid, to:

| | |
|---|---|
| Brian C. Newberry, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210 | Gerald F. Lucey, Esq.<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>7th Floor, 45 Milk Street<br>Boston, MA 02109 |
| Joslin Ham Murphy, Esq.<br>Town of Brookline<br>Town Hall<br>333 Washington Street<br>Brookline, MA 02445 | Matthew A. Connelly, Esq.<br>US Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC 20044 |
| John H. Bruno, Esq.<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | Terrance J. Hamilton, Esq.<br>Christopher P. Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |
| Jeffrey A. Gorlick, Esq.<br>Law Office of Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114 | Alberto G. Rossi, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210 |

                                            /s/ Rhonda T. Maloney
                                            Rhonda T. Maloney

DATED: September 12, 2007